

Register | Login



## Search: Pardons by Gov. Rick Perry

by Jessica Hamel and **Ryan Murphy**  | Aug. 6, 2014 | 3 Comments

Gov. Rick Perry has issued at least 221 pardon proclamations since taking office in December 2000. Use this database to search those declarations by the person's name, the year the pardon was issued, the crime type and/or the pardon type.

Unsure about the pardons process in Texas? Read related stories about pardons or check out the Texas Board of Pardons and Paroles TribPedia page.

Search all pardons by first or last name

**Explore by using one of the following filters**

*Clemency Type*

All Clemency Types

*Year*

All Years

*Crime location*

All Counties

*Crime type*

All Crimes

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| *Barber, Jason Glenn | Pardon for Innocence | Murder | Upshur | 10/10/2002 |
| *Byrd, James Levi | Pardon for Innocence | Robbery By Threats | Tarrant | 6/2/2002 |
|  |  | Capital Murder | Harris | 9/21/2005 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Acuna, Robert Aaron | Commutation of Death Sentence to Life Imprisonment | | | |
| Allen, Dennis Mitchell | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/22/2003 |
| Allen, Paula Jane | Full Pardon | Forgery | Howard | 12/26/2003 |
| Allison, Allison Renee | Full Pardon | Theft | Harris | 12/23/2010 |
| Alvarado, Steven Brian | Commutation of Death Sentence to Life Imprisonment | Capital Murder | El Paso | 8/25/2005 |
| Amezquita, Gilbert | Pardon for Innocence | Aggravated Assault | Harris | 9/16/2007 |
| Anderson, Mary Ruth | Full Pardon | Theft | Tarrant | 6/3/2002 |
| Arroyo, Randy Baez | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Bexar | 8/26/2005 |
| Arthur, Mark Sam | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 8/27/2005 |
| Barrow, James Ray | Full Pardon | Delivery of a Controlled Substance | Swisher | 12/29/2003 |
| Barrow, Leroy | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/5/2003 |
| Battle, Georgeanne Michelle | Full Pardon | Unlawfully Carrying a Weapon | Harris | 12/19/2013 |
| Bean, Thomas Lamar | Restoration of Civil Rights-Federal | Clandestine Introduction of 285 Rounds of Ammunition into Mexico | No County (Mexico) | 12/5/2003 |
| Benard, Troy | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/6/2003 |
| Bennett, Kyndel Wayne | Full Pardon | Public Intoxication | Hidalgo | 12/21/2012 |
| Bergthold, Janice Mae | Full Pardon | PWC | Dallas | 12/16/2003 |
| Bernal, Johnnie | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 8/28/2005 |
| Brazael, Cory Gibson | Full Pardon | Resisting Arrest/Transportation | Collin | 12/23/2009 |
| Brookins Jr., Freddie Wesley | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/7/2003 |
| Brown, Richard Earl | Full Pardon | Delivery of a Controlled Substance | Wood | 1/25/2006 |
| Brown, Tyrone | Conditional Pardon | Aggravated Robbery | Dallas | 4/10/2007 |
| Burrell, Shannon Rena | Full Pardon | Theft | Harris | 1/21/2006 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Campbell, Sr., Stephen Wayne | Full Pardon | Theft | Collin | 12/12/2003 |
| Capetillo, Edward Brian | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 8/29/2005 |
| Casas, Raymond Israel | Full Pardon | Unauthorized Use of a Vehicle | Dewitt | 1/12/2007 |
| Cavazos, IV, Manuel | Full Pardon | Unlawful Possession of a Narcotic Drug | Travis | 11/22/2004 |
| Chadwick, Ben Junior | Full Pardon | Burglary of a Habitation | Hale | 2/23/2005 |
| Clarke, Daniel Creighton | Full Pardon | Theft | El Paso | 12/11/2003 |
| Cloud, Mary Lee | Full Pardon | Carrying a Weapon | Harris | 12/21/2012 |
| Cobb, Raymond Levi | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Walker | 8/30/2005 |
| Coker, Robert August | Full Pardon | Burglary of a Motor Vehicle | Taylor | 1/19/2006 |
| Cole, Timothy | Pardon for Innocence | Aggravated Sexual Assault | Lubbock | 3/2/2010 |
| Colmenares-Rodriguez, Maria Isabel | Full Pardon | Shoplifting | Travis | 12/22/2011 |
| Cooksey, Earl Andrew | Full Pardon and Restoration of Firearm Rights | Possession of Marijuana | Liberty | 12/21/2012 |
| Cooper, Marilyn Joyce | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/8/2003 |
| Crownover, Jerry Wayne | Full Pardon | Terroristic Threat | Tarrant | 1/2/2008 |
| Cumby, Tracy Lee | Full Pardon | Carrying Prohibitive Weapon | Swisher | 6/8/2002 |
| Dade, Bobby Joe | Full Pardon | Felony Theft | Fort Bend | 6/7/2002 |
| Dalton, Larry Grant | Full Pardon | Burglary of a Habitation | Hutchinson | 1/26/2006 |
| Davis, Kenton Jerrod | Full Pardon | Unlawfully Carrying Weapon | Bell | 1/11/2007 |
| Davis, Wesley Baker | Full Pardon | Passing a Forged Document | Potter | 1/6/2008 |
| Delagarza, Sylvia Sara | Full Pardon | Theft | Denton | 12/13/2003 |
| Dewberry, John Curtis | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Jefferson | 8/31/2005 |
| Dickens, Justin | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Randall | 9/1/2005 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Dixon, Tony Tyrone | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/2/2005 |
| Dobbins, Betty Jean Minica | Restoration of Civil Rights-Federal | Willfully Making and Subscribing False Income Tax Returns | Federal | 1/10/2007 |
| Downey, Gilda Gutirez | Full Pardon | Burglary of a Building | Harris | 11/26/2004 |
| Doxey, Susan Carol | Full Pardon | Unlawful Possession of Marijuana | Harris | 12/9/2003 |
| Drew, Kathryn Lee | Full Pardon | Theft | Harris | 12/19/2013 |
| Dukate, Natalie Ann | Full Pardon | Possession of Marijuana | Hays | 12/24/2009 |
| Duque, Sonia Fernandez | Full Pardon | Assault | El Paso | 12/19/2013 |
| Edwards, Gary Frank | Full Pardon | Criminal Mischief | Walker | 11/25/2004 |
| Elam, Kaye, Kathline | Full Pardon | Theft | Harris | 12/19/2013 |
| Elder, Tommie Emerson | Full Pardon | Burglary of a Motor Vehicle | Harris | 12/22/2011 |
| Engle, Paul Levi | Full Pardon | Burglary | Andrews | 12/22/2010 |
| Enoch, Beverly Troupe | Full Pardon | Assault with Bodily Injury | Bell | 12/22/2011 |
| Ervin, Armenu Jerrod | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/3/2003 |
| Everhart, Michael Gene | Full Pardon | Theft | Nacogdoches | 2/19/2005 |
| Farmer, Angela Rose | Full Pardon | Possession of Methamphetamine | Victoria | 6/6/2002 |
| Fernandez, Carol Annette | Full Pardon | Theft | Potter | 11/24/2004 |
| Fife, Joe Neil | Full Pardon and Restoration of Firearm Rights | Fleeing from the Police | Collin | 12/21/2012 |
| Foster, Kenneth Eugene | Commutation of Sentence | Capital Murder | Bexar | 9/28/2007 |
| Fountain, Wiley Edward | Pardon for Innocence | Aggravated Sexual Assault | Dallas | 8/29/2003 |
| Fowler, Michael Dewaine | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/23/2003 |
| Francis, Genevieve O'Neil | Full Pardon | Unlawfully Carrying Weapon | Harris | 12/24/2010 |
| Fry, Jason Paul | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/9/2003 |
|  | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/10/2003 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Fry, Vickie Rebecca | | | | |
| Fuller, Larry Charles | Pardon for Innocence | Aggravated Rape | Dallas | 2/14/2007 |
| Gann, June Ellen Smoot Powell | Full Pardon | Forgery By Passing | Midland | 12/25/2003 |
| Garcia, Arnold | Full Pardon | Unlawfully, Intentionally and Knowingly Carry on and About This Person a Prohibited Weapon | Harris | 11/21/2004 |
| Garrett, Charles Edward | Commutation of Sentence | Unlawful Possession of a Narcotic Drug | Dallas | 6/12/2002 |
| George, Charles Thomas | Full Pardon | Unlawful Possession of a Narcotic Drug | Throckmorton | 12/17/2003 |
| Gomez, Jose Maria Solis | Restoration of Firearm Rights | Burglary of a Motor Vehicle | Hidalgo | 12/3/2003 |
| Gonzales, David Martin | Full Pardon | Violation of a Protective Order and Assault | Nueces | 12/21/2012 |
| Gonzalez, Domingo Laing | Full Pardon | Theft | Navarro | 1/22/2006 |
| Gray, Alice Maria | Full Pardon | Prostitution | McLennan | 6/5/2002 |
| Green, Willie James | Full Pardon | Unlawful Possession of Marijuana | Bell | 12/8/2003 |
| Guillen, Derek Jermaine | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Bell | 9/3/2005 |
| Haley, Robert | Full Pardon | Burglary | Bandera | 1/31/2003 |
| Hall Jr., Willie B. | Full Pardon | Delivery of a Controlled Substance | Swisher | 12/28/2003 |
| Harris, Sandra Elaine | Full Pardon | Theft | Harris | 2/17/2005 |
| Hartwig, Jack Bramel | Full Pardon | Burglary of a Coin-Operated Machine | Howard | 6/10/2002 |
| Havens, Charles Henry | Full Pardon | Assaut and Theft | Montgomery | 12/21/2012 |
| Heiling, Allison Therese | Full Pardon | Theft | Jefferson | 6/4/2002 |
| Henderson Jr., Cleveland Joe | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/11/2003 |
| Henry, Mandrell Leonardo | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/24/2003 |
| Hensley, Marilyn Jean | Full Pardon | Theft by Check | Dallas | 12/22/2011 |
| Hernandez, Nelson Aponte | Full Pardon | Assault | Harris | 11/27/2004 |
| Herrera, Eddie Presley | Full Pardon | Theft | Ector | 2/18/2005 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Herrera, Jose Manuel | Full Pardon | Unlawful Possession of a Narcotic Drug | Presidio | 12/18/2003 |
| Herrera, Josephine | Full Pardon | Theft | Williamson | 12/25/2010 |
| Hewitt, Ester M. | Full Pardon | Hindering Apprehension | Galveston | 12/21/2012 |
| Hicks, Cheryl Janea | Full Pardon | Theft | Harris | 12/19/2013 |
| Holmes, Karen Marie | Full Pardon | Theft, Fraud Removal of Writing | Dallas | 2/16/2005 |
| Hopson, Jill Elizabeth | Full Pardon | Theft | Harris | 12/19/2013 |
| Howell, Lewis Ray | Full Pardon | Theft | Howard | 12/26/2010 |
| Israel, David Allen | Full Pardon | Unlawfully Carrying Weapon | Johnson | 12/7/2003 |
| Jackson, Christopher Eugene | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/19/2003 |
| Jackson, Jimmy | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/4/2005 |
| Jackson, Shelanda Renee | Full Pardon | Unlawfully Carrying a Weapon | Harris | 12/22/2011 |
| Jasper, Debra | Full Pardon | Theft | Harris | 1/23/2006 |
| Johnson, Eddie | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Tarrant | 9/5/2005 |
| Jolley, Christy Mauldin | Family Medical Reprieve | Possession With Intent to Deliver Controlled Substance | Tarrant | 1/11/2007 |
| Jones Jr., James L. | Full Pardon | Unlawfully Carrying a Weapon | Falls | 12/21/2012 |
| Jones, Anzel | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Grayson | 9/6/2005 |
| Jordan, Alvin | Full Pardon | Carry Prohibited Weapon | Bell | 6/9/2002 |
| Jordan, Clark Byron | Restoration of Civil Rights-Federal | Transported a Stolen Motor Vehicle | Federal | 1/9/2007 |
| Joshi, Annup Raj | Full Pardon | Theft | Navarro | 12/22/2011 |
| Karage, Entre Nax | Pardon for Innocence | Murder | Dallas | 2/13/2005 |
| Kelley Jr., Van Milton | Full Pardon | Unlawful Carrying a Weapon | Smith | 12/10/2003 |
| Kelly, Denise Demeterise | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/12/2003 |
| Kelly, Sr., Eliga | Full Pardon | Delivery of a Controlled Substance | Swisher | 12/30/2003 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Klein, Calvin Kent | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/13/2003 |
| Korfiaitis, Gail Lee | Full Pardon | Assault | Grayson | 12/19/2013 |
| Kovar, Karl DeWayne | Full Pardon | Theft | Potter | 2/20/2005 |
| Lane, Doil Edward | Commutation of Sentence | Capital Murder | Hays | 4/11/2007 |
| Lane, Lee Spencer | Full Pardon | Operating a Motor Vehicle in a Public Place While Intoxicated | Stonewall | 12/20/2003 |
| Leos, Robert | Full Pardon | Burglary of a Coin-Operated Machine | Bexar | 12/19/2013 |
| Lepper, Thomas David | Full Pardon | Unauthorized Use of a Vehicle | Bell | 12/19/2003 |
| Lindsey, Johnnie Earl | Pardon for Innocence | Aggravated Rape | Dallas | 5/5/2009 |
| Linguist, Marlyn Ann | Full Pardon | Unlawfully Carrying Weapon | Dallas | 12/31/2008 |
| Little, Leo Gordon | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Bexar | 9/7/2005 |
| Littlefield, David Russell | Full Pardon | Theft by Check | Jefferson | 12/19/2013 |
| Loftus, Brenda Elaine | Full Pardon | Voluntary Manslaughter | Dallas | 11/20/2004 |
| Lopez, Michael | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/8/2005 |
| Lorance, Robert Wayne | Restoration of Firearm Rights | Burglary of a Building | Bowie | 2/11/2005 |
| Lorance, Robert Wayne | Full Pardon | Burglary of a Building | Bowie | 12/6/2003 |
| Love, William Cash | Full Pardon | Delivery of a Controlled Substance | Swisher | 12/27/2003 |
| Luper. Dan Warren | Full Pardon | Burglary of a Motor Vehicle | Tarrant | 12/26/2009 |
| Lussier, Barbara Anne | Full Pardon | Theft | Harris | 12/19/2013 |
| Lyon, Glenn Sabastian | Full Pardon | Criminal Mischief | Harris | 12/21/2012 |
| Macovei, Marius | Full Pardon | Resisting Arrest | Kerr | 1/24/2006 |
| Mallow, Steven Fritz | Full Pardon | Unlawful Possession of a Narcotic Drug | Dallas | 11/23/2004 |
| Margraves Jr., Ross D. | Full Pardon | Official Misconduct | Brazos | 12/21/2003 |
| | Full Pardon | Theft | Ector | 1/1/2008 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Marquez, Nicholas Villa | | | | |
| Marshall, Joseph Corey | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/14/2003 |
| Mata, Laura Ann | Full Pardon | Delivery of a Controlled Substance | Swisher | 12/31/2003 |
| May, Jason Michael | Full Pardon | Assault | Guadalupe | 2/14/2005 |
| McCloud, Sheena Nichole | Full Pardon | Theft | Henderson | 12/22/2009 |
| McCray, Vincent Dwight | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/1/2003 |
| McGee, Patrick Glenn | Full Pardon | Burglary of a Motor Vehicle | Harris | 1/30/2006 |
| McLaughlin, Dorman Edgar | Restoration of Civil Rights-Federal | Making and Subscribing to a False Tax Return | Lubbock | 12/4/2003 |
| Merrifield Jr., Robert Brent | Full Pardon | Unlawful Possession of a Narcotic Drug | Travis | 1/20/2006 |
| Miller, Billy Wayne | Pardon for Innocence | Aggravated Sexual Assault | Dallas | 1/18/2006 |
| Milligan, Alfred J. | Full Pardon | Theft | Tarrant | 1/13/2007 |
| Moeller Jr., Victor August | Full Pardon | Driving While Intoxicated | Fayette | 12/25/2009 |
| Mohammed, Rubina N. | Full Pardon | Assault | Dallas | 1/15/2007 |
| Monroe, Ella Marie | Full Pardon | Theft | Harris | 12/14/2003 |
| Monterrubio, Jose Ignacio | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Cameron | 9/9/2005 |
| Moore, Joe Welton | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/2/2003 |
| Moreno, Sr., Leandro Arjona | Full Pardon | Aggravated Assault on a Peace Officer | San Patricio | 1/28/2006 |
| O'Callaghan, Christpher | Full Pardon | Criminal Mischief | Harris | 12/20/2010 |
| O?Reilly, Patrick Richard | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/25/2003 |
| Olivarez, Daniel Guadalupe | Full Pardon | Manufacture/Delivery of a Controlled Substance | Potter | 1/29/2006 |
| Olivarez, Daniel Guadalupe | Full Pardon | Theft | Harris | 12/15/2003 |
| Owings, Michael Curtis | Full Pardon | Burglary of a Coin-Operated Machine/Breaking and Entering | Guadalupe | 12/22/2011 |
| Peace, Edith Marie | Full Pardon | Theft by Check | Dallas | 12/19/2013 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Peek, Laura Lynn | Family Medical Reprieve | Possession With Intent to Deliver Controlled Substance | Denton | 5/20/2006 |
| Pena-Rivera, Pedro | Full Pardon | Burglary | Coryell | 1/30/2003 |
| Perez, Efrain | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/10/2005 |
| Pierson, Michael LaShay | Full Pardon | Unlawfully Carrying a Weapon | Harrison | 12/21/2012 |
| Pope, David Shawn | Pardon for Innocence | Aggravated Sexual Assault | Dallas | 7/31/2001 |
| Powell, Kenneth Ray | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/21/2003 |
| Powell, Thomas Joseph | Full Pardon | Burglary | Tarrant | 6/11/2002 |
| Price, Kari Lynn | Full Pardon | Debit Card Abuse | Collin | 12/21/2012 |
| Prokell, Suzi Kim | Full Pardon | Credit Card Abuse | Brazos | 12/21/2012 |
| Ramirez, Maria Luisa | Full Pardon | Theft | Hidalgo | 12/21/2009 |
| Ramirez, Ruben Eduardo | Full Pardon | Possession of Marijuana | Kimble | 1/3/2008 |
| Reedy, Thomas Clyde | Full Pardon | Burglary | Navarro | 1/5/2008 |
| Reeves, Whitney | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Jefferson | 9/11/2005 |
| Richardson, Royce Dean | Full Pardon | Burglary | Hidalgo | 12/20/2009 |
| Robinson, Benny Lee | Full Pardon | Manufacture or Delivery of Substance in Penalty Group 1 | Swisher | 12/23/2003 |
| Rocha, Michelle Christine | Full Pardon | Assault | Randall | 1/16/2007 |
| Rogers, Muriel Claudette | Full Pardon | Forgery, By Making | Smith | 12/24/2003 |
| Ruiz, Raul Alejandro | Full Pardon | Unlawfully Carrying a Weapon | Bexar | 12/21/2012 |
| Salinas, Jorge Alfredo | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Hidalgo | 9/12/2005 |
| Scallion, Sharon | Full Pardon | Theft | Bexar | 2/21/2005 |
| Shelden, Nancy Martinez | Full Pardon | Unlawfully Carrying Weapon | Bexar | 2/15/2005 |
| Shelton, Finaye | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/15/2003 |
| Shumake, Lindell Francis | Full Pardon | Possession of Marijuana | Bell | 12/27/2010 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Simmons, Stephen Davis | Restoration of Firearm Rights | Possession of Counterfeit Obligations | Travis | 1/16/2006 |
| Smith Jr., Lester | Full Pardon | Carrying a Handgun | Harris | 1/29/2003 |
| Smith, Donald Wayne | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/16/2003 |
| Smith, Jack Glyn | Commutation of Sentence | Aggravated Robbery | Coryell | 10/17/2003 |
| Smith, Linda May | Full Pardon | Simple Assault | Bell | 6/20/2004 |
| Smith, Robert | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 6/21/2004 |
| Smith, Yolanda Yvonne | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/17/2003 |
| Solomon, Christopher Julian | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Bailey | 9/13/2005 |
| Soriano, Oswaldo | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Randall | 9/14/2005 |
| Sowell, Jeffrey D. | Full Pardon | Aggravated Forgery | Travis | 1/27/2006 |
| Springsteen, Robert IV | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Travis | 9/15/2005 |
| Stewart, Kimberly Ann | Full Pardon | Issuing and Passing a Check | Nolan | 1/14/2007 |
| Strickland, Ramona Lynn | Full Pardon | Manufacture/Delivery Controlled Substance Not in PG | Swisher | 12/22/2003 |
| Stubbs, Joshua Daniel | Full Pardon | Criminal Mischief | Dallas | 12/21/2010 |
| Sutton, Josiah Elijah | Pardon for Innocence | Aggravated Sexual Assault | Harris | 8/22/2004 |
| Taylor, Desire Maraw | Full Pardon | Assault with Bodily Injury/Family Member | Bell | 12/27/2009 |
| Taylor, Ronald | Pardon for Innocence | Aggravated Sexual Assault | Harris | 7/2/2008 |
| Thomas, Victor Larue | Pardon for Innocence | Aggravated Robbery; Sexual Assault; Kidnapping | Ellis | 10/11/2002 |
| Towery, Timothy Wayne | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/20/2003 |
| Tran, Son Vu Khai | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/16/2005 |
| Tristan, Matthew | Full Pardon | Assault | Harris | 12/21/2012 |
| Turner, Keith Edward | Pardon for Innocence | Rape | Dallas | 2/12/2005 |
| Ursin, Ronald John | Full Pardon | Indecency with a Child | Bexar | 1/4/2008 |

| Name | Clemency Type | Crime Type | Conviction County | Pardon Date |
|---|---|---|---|---|
| Villarreal, Raul | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/17/2005 |
| Walker, Rebecca Louise | Full Pardon | Theft by Check | Ellis | 12/19/2013 |
| Waller, James Douglas | Pardon for Innocence | Aggravated Sexual Assault | Dallas | 4/9/2007 |
| Washington, Calvin Edward | Pardon for Innocence | Capital Murder | McLennan | 4/5/2001 |
| White, Kareem Abdul Jabbar | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/26/2003 |
| White, Kizzie Rashawn | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/4/2003 |
| Williams, Alberta Stell | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/27/2003 |
| Williams, Bruce Lee | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Dallas | 9/18/2005 |
| Williams, Cheri Hope | Full Pardon | Shoplifting | Brazos | 12/22/2011 |
| Williams, Jason Jerome | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/28/2003 |
| Williams, Michelle | Full Pardon | Delivery of a Controlled Substance | Swisher | 1/18/2003 |
| Williams, Nanon | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/19/2005 |
| Wilson, Geno | Commutation of Death Sentence to Life Imprisonment | Capital Murder | Harris | 9/20/2005 |
| Wood, Paul Norman | Full Pardon | Driving While Intoxicated | Midland | 2/22/2005 |
| Woodard, James Lee | Pardon for Innocence | Murder | Dallas | 10/10/2009 |
| Zadok, Dror | Restoration of Civil Rights-Federal | Willfully Making and Subscribing False Income Tax Returns | Harris | 1/17/2006 |

Source: Board of Pardons and Paroles | Follow @newsapps on Twitter.

**COMMENT POLICY**

The Texas Tribune is pleased to provide the opportunity for you to share your observations about this story. We encourage lively debate on the issues of the day, but we ask that you refrain from using profanity or other offensive speech, engaging in personal attacks or name-calling, posting advertising, or wandering away from the topic at hand. To comment, you must be a registered user of the Tribune, and your real name will be displayed. Thanks for taking time to offer your thoughts.

**You must be logged in to leave a comment.** Login | Sign-Up



## COMMENTS (3)



**Tim Gette** via Texas Tribune on Facebook  August 6, 2014 @ 10:15 a.m.

http://www.washingtonpost.com/sf/national/2014/08/03/fresh-doubts-over-a-texas-execution/

**+ Reply**



**Alice Burkhart** via Texas Tribune on Facebook  August 6, 2014 @ 12:03 p.m.

Were they donors or relatives of donors?

**+ Reply**



**Barbara Phillips** via Texas Tribune on Facebook  August 7, 2014 @ 11:31 a.m.

He also holds the USA record for killing people

**+ Reply**