# EXHIBIT A

OFFENSE: Capital Murder    CAUSE NO. 1035159

THE STATE OF TEXAS    IN THE 351st DISTRICT COURT
    IN COUNTY CRIMINAL COURT AT LAW NO. ____

VS.
Alfred Dewayne Brown    OF
    HARRIS COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas, by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ☐ The Defendant was convicted in another case.
- ☐ In custody elsewhere.
- ☐ Old case, no arrest.
- ☐ Missing witness.
- ☐ Request of complaining witness.
- ☐ Motion to suppress granted.
- ☐ Co-Defendant tried, this Defendant testify.
- ☒ Insufficient evidence.
- ☐ Co-Defendant convicted, insufficient evidence this Defendant.
- ☐ Case refiled as cause no. _____
- ☐ Other.

**FILED**
Chris Daniel
District Clerk
JUN 08 2015
Time: _____
Harris County, Texas
By _____
Deputy

EXPLANATION: At this time, there is insufficient evidence to corroborate the accomplice witness testimony.

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

C Goodhart
Assistant District Attorney
Harris County, Texas

## ORDER

The foregoing motion having been presented to me on this the 8 day of June, A.D. 20 15 and the same having been considered, it is, therefore, ORDERED, ADJUDGED, and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

JUDGE
351 DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO. ____
HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
White-Original    Yellow-Defendant's Copy    This instrument is of poor quality    Pink-State's Copy
at the time of imaging
II-147-(06/03)



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 21, 2015

Certified Document Number:    65770840

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com