# Exhibit 1

Phone records referenced in Plaintiff's complaint, Bates labeled
HC/Brown-53908-53930

**U.S. MARSHAL'S SERVICE**

REPORT NAME : CALLS DATABASE LISTING    PAGE #1
RUN DATE : 04/23/2003    RUN TIME : 14:50:26
DESCRIPTION : MONEACD

*[Handwritten: Daby G.F. Landline on South Loop]*

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|---|---|---|---|---|---|---|
| (1) (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (1) (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (2) (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (10) (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| 9 (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7607 | NO SUBSCRIBER. | HOUSTON *— Rayfael Vivverre* |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON *Andoulon r Edism* |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway store* |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9733 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON *A.B. Brown-home-prepay acct* |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

HC/BROWN-53908

*Lynn Working Copy* (handwritten)

*Doby G.F. Landline on South Loop* (handwritten)

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|--------|------|------|----------|---------------|-------------|-------------|
| (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glarpie* |
| (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON *Patricia William* ✓ |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7607 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glarpie* |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glarpie* |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9713 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

HC/BROWN-53909

| Dialed (Clean) | Frequency | Dialed Name | Dialed Address |
|---|---|---|---|
| (409) 256-1234 | 8 | NO SUBSCRIBER. | |
| (866) 862-3534 | 7 | NO SUBSCRIBER. | |
| (713) 731-9841 | 5 | NO SUBSCRIBER. | |
| (713) 842-3804 | 4 | NO SUBSCRIBER. | |
| (832) 274-1453 | 4 | AARON H. BROWN-T-MOBILE CELL | 10409 SIERRA DR. |
| (713) 224-1023 | 3 | LOIS MILLS | 2901 FULTON #619 |
| (713) 571-0203 | 3 | JENNETTE GROSS | 3034 MCILHENNY #1 |
| (713) 738-5914 | 3 | NO SUBSCRIBER. | |
| (713) 991-1123 | 3 | ALMA BERRY | 6210 HARTWICK |
| (832) 274-4130 | 3 | DESHON GALASPIE-T-MOBILE CELL | T-MOBILE |
| (281) 451-9603 | 2 | NO SUBSCRIBER. | |
| (281) 590-6316 | 2 | BERRY, ALMA | 6210 HARTWICK |
| (713) 229-8659 | 2 | KATHY E. YOUNG | 2901 FULTON #639 |
| (713) 734-1848 | 2 | LINDA SUE CARTER | 5759 OVERDALE |
| (713) 747-4223 | 2 | NO SUBSCRIBER. | |
| (832) 228-3006 | 2 | GHETTO-T-MOBILE CELL | T-MOBILE |
| (281) 224-1936 | 1 | NO SUBSCRIBER. | |
| (281) 590-3225 | 1 | NO SUBSCRIBER. | |
| (713) 214-3632 | 1 | AIM MANAGEMENT GROUP | 11 EAST GREENWAY PLAZA #100 |
| (713) 225-2943 | 1 | NO SUBSCRIBER. | |
| (713) 264-0244 | 1 | NO SUBSCRIBER. *Patricia Williamy* | |
| (713) 347-0477 | 1 | NO SUBSCRIBER. | |
| (713) 640-9733 | 1 | NO SUBSCRIBER. | |
| (713) 731-7607 | 1 | NO SUBSCRIBER. | |
| (713) 772-4264 | 1 | VARTEC TELECOM | |
| (713) 869-6091 | 1 | PAY PHONE | 4700 NORTH MAIN |
| (800) 735-1805 | 1 | NO SUBSCRIBER. | |
| (832) 439-0000 | 1 | NO SUBSCRIBER. | |
| (832) 526-3270 | 1 | NO SUBSCRIBER. | |

HC/BROWN-53910

1080

Rick

TO

Kent

```
      00832C Terminating NPA            2744130C Terminating number
     0648202C Connect time            000000334C Elapsed time (mmmmmsst)
   057700101C SLIP ID                        720C Module (Sub structure)
         002C Party ID              yyyyyyyyyyyy Local routing number
 yyyyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
    1010000C Supporting information        040C Module (Sub structure)
         577C Digits ID                     011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S
```

```
 AA00625C HEX-ID AND STRUCTURE              036C Sensor type
         066C Call type                     032C Collector tupe
     0107713C Sensor (Office)            30403C Date (YMMDD)
     0964214C Collector ID            0000000C Study indicator
       00000C Timing indicator              0C Svc obs/Traffic Sampld
          0C Answer ind -0=Answered        023C Service feature
          0C Operator action          2561234C Originating number
         409C Originating NPA            00713C Terminating NPA
          0C Overseas=Intrnation1In    0642487C Connect time
     6496385C Terminating number          00009C Interexchange carrier
    000000137C Elapsed time (mmmmmsst)  0642338C IC connect time
       30403C Carrier date               010C IXC call event status
    000000286C IC elapsed time              1C IXC routing
       30639C Trunk group                  0C IC/INC AN
          yy Dialing ind
```

```
 AA00625C HEX-ID AND STRUCTURE              036C Sensor type
         066C Call type                     032C Collector tupe
     0107713C Sensor (Office)            30403C Date (YMMDD)
     0964214C Collector ID            0000000C Study indicator
       00000C Timing indicator              0C Svc obs/Traffic Sampld
          0C Answer ind -0=Answered        023C Service feature
          0C Operator action          2561234C Originating number
         409C Originating NPA            00713C Terminating NPA
          0C Overseas=Intrnation1In    0644345C Connect time
     6496385C Terminating number          00009C Interexchange carrier
    000000210C Elapsed time (mmmmmsst)  0644261C IC connect time
       30403C Carrier date               010C IXC call event status
    000000293C IC elapsed time              1C IXC routing
       30639C Trunk group                  0C IC/INC AN
          yy Dialing ind
```

```
 AA00625C HEX-ID AND STRUCTURE              036C Sensor type
         066C Call type                     032C Collector tupe
     0107713C Sensor (Office)            30403C Date (YMMDD)
     0964214C Collector ID            0000000C Study indicator
       00000C Timing indicator              0C Svc obs/Traffic Sampld
          0C Answer ind -0=Answered        023C Service feature
          0C Operator action          2561234C Originating number
         409C Originating NPA            00713C Terminating NPA
          0C Overseas=Intrnation1In    0645422C Connect time
     6496385C Terminating number          00009C Interexchange carrier
    000000445C Elapsed time (mmmmmsst)  0645331C IC connect time
       30403C Carrier date               010C IXC call event status
    000000536C IC elapsed time              1C IXC routing
       30639C Trunk group                  0C IC/INC AN
          yy Dialing ind
```

```
 AA40220C HEX-ID AND STRUCTURE              036C Sensor type
         047C Call type                     013C Collector tupe
     0167713C Sensor (Office)            30403C Date (YMMDD)
     0964214C Collector ID            0000000C Study indicator
       00000C Timing indicator              0C Operator action
         001C Completion indicator         713C Originating NPA
         027C Service feature
```

7

cont from pg 7

6496385C Originating number
00832C Terminating NPA
0826234C Connect (time)
057700101C SLIP ID
002C Party ID
YYYYYYYYY Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

0C Overseas=IntrnationlIn
2744130C Terminating number
000002120C Elapsed time (mmmmsst)
720C Module (Sub structure)
YYYYYYYYYYY Local routing number
YYYYYYYYYYYYYYY Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00281C Terminating NPA
0830022C Connect time
057700101C SLIP ID
002C Party ID
YYYYYYYYY Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
5906316C Terminating number
000000047C Elapsed time (mmmmsst)
720C Module (Sub structure)
YYYYYYYYYYY Local routing number
YYYYYYYYYYYYYYY Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA00625C HEX-ID AND STRUCTURE
066C Call type
0107713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind -0=Answered
0C Operator action
409C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000079C Elapsed time (mmmmsst)
30403C Carrier date
000000195C IC elapsed time
30639C Trunk group
YY Dialing ind

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
023C Service feature
2561234C Originating number
00713C Terminating NPA
0839281C Connect time
00009C Interexchange carrier
0839165C IC connect time
010C IXC call event status
1c IXC routing
0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
010C Service feature
6496385C Originating number
00281C Terminating NPA
1008199C Connect time
057700101C SLIP ID
002C Party ID
YYYYYYYYY Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
5906316C Terminating number
000002153C Elapsed time (mmmmsst)
720C Module (Sub structure)
YYYYYYYYYYY Local routing number
YYYYYYYYYYYYYYY Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type

006C Sensor type

8

HC/BROWN-53912

```
    0125281C Sensor (Office)              013C Collector tupe
   0964214C Collector ID               30403C Date (YMMDD)
     00000C Timing indicator         0000000C Study indicator
       001C Completion indicator           0C Operator action
       027C Service feature              281C Originating NPA
   5903225C Originating number            0C Overseas=IntrnationlIn
     00713C Terminating NPA          6496385C Terminating number
 → 0923180C Connect time          000000087C Elapsed time (mmmmsst)
  057700101C SLIP ID                    040C Module (Sub structure)
       577C Digits ID                   011C Significant digits
10008767000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
       720C Module (Sub structure)      002C Party ID
 yyyyyyyyyy Local routing number   yyyyyyyyyy Service provided ID   yy
 yyyyyyyyyyyyyy Location            1010000C Supporting information
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type                   036C Sensor type
   0175713C Sensor (Office)             032C Collector tupe
   0964214C Collector ID              30403C Date (YMMDD)
     00000C Timing indicator         0000000C Study indicator
       001C Completion indicator           0C Operator action
       027C Service feature              713C Originating NPA
   8423804C Originating number            0C Overseas=IntrnationlIn
     00713C Terminating NPA          6496385C Terminating number
 → 0913375C Connect time          000001340C Elapsed time (mmmmsst)
  057700101C SLIP ID                    720C Module (Sub structure)
       002C Party ID              yyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyy Location
   1010000C Supporting information       040C Module (Sub structure)
       577C Digits ID                   011C Significant digits
10009331000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type                   036C Sensor type
   0194713C Sensor (Office)             032C Collector tupe
   0964214C Collector ID              30403C Date (YMMDD)
     00000C Timing indicator         0000000C Study indicator
       001C Completion indicator           0C Operator action
       027C Service feature              713C Originating NPA
   2640244C Originating number            0C Overseas=IntrnationlIn
     00713C Terminating NPA          6496385C Terminating number
 → 1007135C Connect time          000003366C Elapsed time (mmmmsst)
  057700101C SLIP ID                    720C Module (Sub structure)
       002C Party ID              yyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyy Location
   1010000C Supporting information       040C Module (Sub structure)
       577C Digits ID                   011C Significant digits
10001570000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA40625C HEX-ID AND STRUCTURE
       119C Call type                   036C Sensor type
   0167713C Sensor (Office)             013C Collector tupe
   0964214C Collector ID              30403C Date (YMMDD)
     00000C Timing indicator         0000000C Study indicator
         0C Answer ind -0=Answered         0C Svc obs/Traffic Sampld
         0C Operator action              000C Service feature
       717C Originating NPA          2143632C Originating number
         0C Overseas=IntrnationlIn     00713C Terminating NPA
   6496385C Terminating number      → 1136444C Connect time
 000000099C Elapsed time (mmmmsst)    02881C Interexchange carrier
     30403C Carrier date            1136354C IC connect time
 000000188C IC elapsed time             010C IXC call event status

                          9
```

HC/BROWN-53913

30275C Trunk group  
    yy Dialing ind  
   720C Module (Sub structure)  
07174330000C Local routing number  
yyyyyyyyyyyyyy Location  
   000C Module (S  

    0C IXC routing  
    2C IC/INC ANI/CPN Indica  
  001C Party ID  
yyyyyyyyyy Service provided ID   yy  
3090000C Supporting information  

AA40220C HEX-ID AND STRUCTURE  
   047C Call type  
0167713C Sensor (Office)  
0964214C Collector ID  
  00000C Timing indicator  
   001C Completion indicator  
   027C Service feature  
6496385C Originating number  
  00832C Terminating NPA  
→ 1157378C Connect time  
057700101C SLIP ID  
   002C Party ID  
yyyyyyyyy Service provided ID  
1010000C Supporting information  
  577C Digits ID  
10007297000C Tandem Digits Dialed 1  
  000C Module (S  

   036C Sensor type  
   013C Collector tupe  
 30403C Date (YMMDD)  
0000000C Study indicator  
   0C Operator action  
  713C Originating NPA  
   0C Overseas=IntrnationlIn  
2283006C Terminating number  
000000082C Elapsed time (mmmmsst)  
  720C Module (Sub structure)  
yyyyyyyyyy Local routing number  
yyyyyyyyyyyyyyyy Location  
  040C Module (Sub structure)  
  011C Significant digits  
0000000000000C Tandem Digits Dialed 2  

AA40220C HEX-ID AND STRUCTURE  
   047C Call type  
0167713C Sensor (Office)  
0964214C Collector ID  
  00000C Timing indicator  
   001C Completion indicator  
   027C Service feature  
6496385C Originating number  
  00832C Terminating NPA  
1159223C Connect time  
057700101C SLIP ID  
   002C Party ID  
yyyyyyyyy Service provided ID  
1010000C Supporting information  
  577C Digits ID  
10007297000C Tandem Digits Dialed 1  
  000C Module (S  

   036C Sensor type  
   013C Collector tupe  
 30403C Date (YMMDD)  
0000000C Study indicator  
   0C Operator action  
  713C Originating NPA  
   0C Overseas=IntrnationlIn  
2741453C Terminating number  
000000100C Elapsed time (mmmmsst)  
  720C Module (Sub structure)  
yyyyyyyyyy Local routing number  
yyyyyyyyyyyyyyyy Location  
  040C Module (Sub structure)  
  011C Significant digits  
0000000000000C Tandem Digits Dialed 2  

AA40220C HEX-ID AND STRUCTURE  
   047C Call type  
0194713C Sensor (Office)  
0964214C Collector ID  
  00000C Timing indicator  
   001C Completion indicator  
   027C Service feature  
7317607C Originating number  
  00713C Terminating NPA  
1127140C Connect time  
057700101C SLIP ID  
   002C Party ID  
yyyyyyyyy Service provided ID  
1010000C Supporting information  
  577C Digits ID  
10001570000C Tandem Digits Dialed 1  
  000C Module (S  

   036C Sensor type  
   032C Collector tupe  
 30403C Date (YMMDD)  
0000000C Study indicator  
   0C Operator action  
  713C Originating NPA  
   0C Overseas=IntrnationlIn  
6496385C Terminating number  
000000067C Elapsed time (mmmmsst)  
  720C Module (Sub structure)  
yyyyyyyyyy Local routing number  
yyyyyyyyyyyyyyyy Location  
  040C Module (Sub structure)  
  011C Significant digits  
0000000000000C Tandem Digits Dialed 2  

AA00625C HEX-ID AND STRUCTURE  
   066C Call type  
0107713C Sensor (Office)  
0964214C Collector ID  

   036C Sensor type  
   032C Collector tupe  
 30403C Date (YMMDD)  

HC/BROWN-53914

```
    00000C Timing indicator              0000000C Study indicator
        0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
        0C Operator action                  023C Service feature
      409C Originating NPA             2561234C Originating number
        0C Overseas=IntrnationlIn        00713C Terminating NPA
  6496385C Terminating number          1117391C Connect time
000000082C Elapsed time (mmmmsst)        00009C Interexchange carrier
    30403C Carrier date               1117302C IC connect time
000000171C IC elapsed time                010C IXC call event status
    30639C Trunk group                      1C IXC routing
        yy Dialing ind                      0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
      047C Call type                       036C Sensor type
  0167713C Sensor (Office)                 013C Collector tupe
  0964214C Collector ID                  30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            7474223C Terminating number
  1203377C Connect time             000004597C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyy Location
  1010000C Supporting information          040C Module (Sub structure)
      577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                       036C Sensor type
  0167713C Sensor (Office)                 013C Collector tupe
  0964214C Collector ID                  30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            7385914C Terminating number
  1209359C Connect time             000000442C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyy Location
  1010000C Supporting information          040C Module (Sub structure)
      577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                       036C Sensor type
  0167713C Sensor (Office)                 013C Collector tupe
  0964214C Collector ID                  30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            7385914C Terminating number
  1333252C Connect time             000006410C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyy Location
  1010000C Supporting information          040C Module (Sub structure)
      577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S
```

HC/BROWN-53915

```
AA40220C HEX-ID AND STRUCTURE
      047C Call type                          036C Sensor type
  0175713C Sensor (Office)                     032C Collector tupe
  0964214C Collector ID                      30403C Date (YMMDD)
    00000C Timing indicator               0000000C Study indicator
      001C Completion indicator                 0C Operator action
      027C Service feature                    713C Originating NPA
  8423804C Originating number                   0C Overseas=IntrnationlIn
    00713C Terminating NPA                 6496385C Terminating number
  1214088C Connect time                  000008533C Elapsed time (mmmmsst)
 057700101C SLIP ID                           720C Module (Sub structure)
      002C Party ID              yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyyy Location
  1010000C Supporting information             040C Module (Sub structure)
      577C Digits ID                          011C Significant digits
10009331000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                          036C Sensor type
  0194713C Sensor (Office)                     032C Collector tupe
  0964214C Collector ID                      30403C Date (YMMDD)
    00000C Timing indicator               0000000C Study indicator
      001C Completion indicator                 0C Operator action
      027C Service feature                    713C Originating NPA
  7385914C Originating number                   0C Overseas=IntrnationlIn
    00713C Terminating NPA                 6496385C Terminating number
  1206592C Connect time                  000000098C Elapsed time (mmmmsst)
 057700101C SLIP ID                           720C Module (Sub structure)
      002C Party ID              yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyyy Location
  1010000C Supporting information             040C Module (Sub structure)
      577C Digits ID                          011C Significant digits
10001570000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                          036C Sensor type
  0175713C Sensor (Office)                     032C Collector tupe
  0964214C Collector ID                      30403C Date (YMMDD)
    00000C Timing indicator               0000000C Study indicator
      001C Completion indicator                 0C Operator action
      027C Service feature                    713C Originating NPA
  8423804C Originating number                   0C Overseas=IntrnationlIn
    00713C Terminating NPA                 6496385C Terminating number
  1443355C Connect time                  000003475C Elapsed time (mmmmsst)
 057700101C SLIP ID                           720C Module (Sub structure)
      002C Party ID              yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID   yyyyyyyyyyyyyyyy Location
  1010000C Supporting information             040C Module (Sub structure)
      577C Digits ID                          011C Significant digits
10009331000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA00360C HEX-ID AND STRUCTURE
      141C Call type                          036C Sensor type
  0167713C Sensor (Office)                     013C Collector tupe
  0964214C Collector ID                      30403C Date (YMMDD)
    00000C Timing indicator               0000000C Study indicator
        1C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
        0C Operator action                  000C Service feature
      713C Originating NPA                 6496385C Originating number
      866C Dialed NPA                      8623534C Dialed number
        0C Overseas=IntrnationlIn           00866C Terminating NPA
```

HC/BROWN-53916

```
        8623534C Terminating number
     000000000C Elapsed time (mmmmsst)
          30403C Carrier date
     000000054C IC elapsed time
          40222C Trunk group
              8C Dialing ind
            000C RAO number


AA40625C HEX-ID AND STRUCTURE
            119C Call type
        0167713C Sensor (Office)
        0964214C Collector ID
           00000C Timing indicator
               0C Answer ind -0=Answered
               0C Operator action
             281C Originating NPA
               0C Overseas=IntrnationlIn
         6496385C Terminating number
      000000138C Elapsed time (mmmmsst)
           30403C Carrier date
      000000416C IC elapsed time
           30314C Trunk group
              ÿÿ Dialing ind
             720C Module (Sub structure)
     08326030000C Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿ Location
             000C Module (S


AA40220C HEX-ID AND STRUCTURE
             047C Call type
         0167713C Sensor (Office)
         0964214C Collector ID
            00000C Timing indicator
             001C Completion indicator
             014C Service feature
         6496385C Originating number
            00866C Terminating NPA
         1509483C Connect time
       057700101C SLIP ID
             577C Digits ID
      10007297000C Tandem Digits Dialed 1
             000C Module (S


AA00360C HEX-ID AND STRUCTURE
             141C Call type
         0167713C Sensor (Office)
         0964214C Collector ID
            00000C Timing indicator
               0C Answer ind -0=Answered
               0C Operator action
             713C Originating NPA
             866C Dialed NPA
               0C Overseas=IntrnationlIn
         8623534C Terminating number
      000000138C Elapsed time (mmmmsst)
           30403C Carrier date
      000000152C IC elapsed time
           40222C Trunk group
              8C Dialing ind
             000C RAO number


AA40220C HEX-ID AND STRUCTURE
             047C Call type
         0167713C Sensor (Office)
         0964214C Collector ID
```

```
         1508586C Connect time
           02221C Interexchange carrier
         1508532C IC connect time
             001C IXC call event status
               0C IXC routing
               3C IC/INC ANI/CPN Indica
             560C LATA


             036C Sensor type
             013C Collector tupe
           30403C Date (YMMDD)
         0000000C Study indicator
               0C Svc obs/Traffic Sampld
             000C Service feature
         2241936C Originating number
            00713C Terminating NPA
         1509483C Connect time
           06982C Interexchange carrier
         1509204C IC connect time
             010C IXC call event status
               0C IXC routing
               2C IC/INC ANI/CPN Indica
             001C Party ID
ÿÿÿÿÿÿÿÿÿ Service provided ID     ÿÿ
         3090000C Supporting information


             036C Sensor type
             013C Collector tupe
           30403C Date (YMMDD)
         0000000C Study indicator
               0C Operator action
             713C Originating NPA
               0C Overseas=IntrnationlIn
         8623534C Terminating number
      000000138C Elapsed time (mmmmsst)
             040C Module (Sub structure)
             011C Significant digits
  0000000000000C Tandem Digits Dialed 2


             036C Sensor type
             013C Collector tupe
           30403C Date (YMMDD)
         0000000C Study indicator
               0C Svc obs/Traffic Sampld
             000C Service feature
         6496385C Originating number
         8623534C Dialed number
            00866C Terminating NPA
         1509483C Connect time
           02221C Interexchange carrier
         1509469C IC connect time
             010C IXC call event status
               0C IXC routing
               3C IC/INC ANI/CPN Indica
             560C LATA


             036C Sensor type
             013C Collector tupe
           30403C Date (YMMDD)
```

HC/BROWN-53917

```
    00000C Timing indicator              0000000C Study indicator
     001C Completion indicator                 0C Operator action
     027C Service feature                    713C Originating NPA
 6496385C Originating number                    0C Overseas=IntrnationlIn
   00713C Terminating NPA               8423804C Terminating number
 1541055C Connect time                000004165C Elapsed time (mmmmsst)
057700101C SLIP ID                        720C Module (Sub structure)
     002C Party ID            yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyyy Location
 1010000C Supporting information          040C Module (Sub structure)
     577C Digits ID                       011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
     047C Call type                       013C Collector tupe
 0167713C Sensor (Office)               30403C Date (YMMDD)
 0964214C Collector ID               0000000C Study indicator
   00000C Timing indicator                   0C Operator action
     001C Completion indicator               713C Originating NPA
     027C Service feature                    0C Overseas=IntrnationlIn
 6496385C Originating number          8696091C Terminating number
   00713C Terminating NPA            000000059C Elapsed time (mmmmsst)
 1550136C Connect time                    720C Module (Sub structure)
057700101C SLIP ID            yyyyyyyyyyyy Local routing number
     002C Party ID            yyyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID            040C Module (Sub structure)
 1010000C Supporting information          011C Significant digits
     577C Digits ID                 0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA40625C HEX-ID AND STRUCTURE              036C Sensor type
     066C Call type                       032C Collector tupe
 0107713C Sensor (Office)               30403C Date (YMMDD)
 0964214C Collector ID               0000000C Study indicator
   00000C Timing indicator                   0C Svc obs/Traffic Sampld
       0C Answer ind -0=Answered            023C Service feature
       0C Operator action             2561234C Originating number
     409C Originating NPA                00713C Terminating NPA
       0C Overseas=IntrnationlIn      1436336C Connect time
 6496385C Terminating number             00009C Interexchange carrier
000000598C Elapsed time (mmmmsst)    1436282C IC connect time
   30403C Carrier date                   010C IXC call event status
000001052C IC elapsed time                  1C IXC routing
   30639C Trunk group                      0C IC/INC ANI/CPN Indica
      yy Dialing ind                      002C Party ID
     720C Module (Sub structure)  yyyyyyyyyy Service provided ID     yy
yyyyyyyyyyyy Local routing number    1010000C Supporting information
yyyyyyyyyyyyyyyyy Location
     000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
     047C Call type                       013C Collector tupe
 0167713C Sensor (Office)               30403C Date (YMMDD)
 0964214C Collector ID               0000000C Study indicator
   00000C Timing indicator                   0C Operator action
     001C Completion indicator               713C Originating NPA
     027C Service feature                    0C Overseas=IntrnationlIn
 6496385C Originating number          2283006C Terminating number
   00832C Terminating NPA            000000486C Elapsed time (mmmmsst)
 1638163C Connect time                    720C Module (Sub structure)
057700101C SLIP ID            yyyyyyyyyyyy Local routing number
     002C Party ID            yyyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID
```

HC/BROWN-53918

1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00832C Terminating NPA
1639499C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

AA00625C HEX-ID AND STRUCTURE
066C Call type
0106713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind −0=Answered
0C Operator action
281C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000082C Elapsed time (mmmmsst)
30403C Carrier date
000000129C IC elapsed time
31208C Trunk group
yy Dialing ind

AA00625C HEX-ID AND STRUCTURE
066C Call type
0106713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind −0=Answered
0C Operator action
281C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000158C Elapsed time (mmmmsst)
30403C Carrier date
000000258C IC elapsed time
31208C Trunk group
yy Dialing ind

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA
1704272C Connect time

040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

036C Sensor type
013C Collector tupe
30404C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
2744130C Terminating number
000000082C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

036C Sensor type
032C Collector type
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
023C Service feature
4519603C Originating number
00713C Terminating NPA
1645460C Connect time
00009C Interexchange carrier
1645413C IC connect time
010C IXC call event status
1C IXC routing
0C IC/INC AN

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
023C Service feature
4519603C Originating number
00713C Terminating NPA
1647084C Connect time
00009C Interexchange carrier
1646585C IC connect time
010C IXC call event status
1C IXC routing
0C IC/INC AN

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
7474223C Terminating number
000004124C Elapsed time (mmmmsst)

HC/BROWN-53919

```
   057700101C SLIP ID                      720C Module (Sub structure)
        002C Party ID              yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
   1010000C Supporting information        040C Module (Sub structure)
        577C Digits ID                    011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
        047C Call type                    013C Collector tupe
    0167713C Sensor (Office)            30403C Date (YMMDD)
    0964214C Collector ID            0000000C Study indicator
      00000C Timing indicator              0C Operator action
        001C Completion indicator        713C Originating NPA
        027C Service feature               0C Overseas=IntrnationlIn
    6496385C Originating number      2741453C Terminating number
      00832C Terminating NPA       000001340C Elapsed time (mmmmsst)
    1709224C Connect time                720C Module (Sub structure)
   057700101C SLIP ID              yyyyyyyyyyyy Local routing number
        002C Party ID              yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID             040C Module (Sub structure)
   1010000C Supporting information        011C Significant digits
        577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
        047C Call type                    013C Collector tupe
    0167713C Sensor (Office)            30403C Date (YMMDD)
    0964214C Collector ID            0000000C Study indicator
      00000C Timing indicator              0C Operator action
        001C Completion indicator        713C Originating NPA
        027C Service feature               0C Overseas=IntrnationlIn
    6496385C Originating number      7724264C Terminating number
      00713C Terminating NPA       000000428C Elapsed time (mmmmsst)
    1713358C Connect time                720C Module (Sub structure)
   057700101C SLIP ID              yyyyyyyyyyyy Local routing number
        002C Party ID              yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID             040C Module (Sub structure)
   1010000C Supporting information        011C Significant digits
        577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
        047C Call type                    013C Collector tupe
    0167713C Sensor (Office)            30403C Date (YMMDD)
    0964214C Collector ID            0000000C Study indicator
      00000C Timing indicator              0C Operator action
        001C Completion indicator        713C Originating NPA
        027C Service feature               0C Overseas=IntrnationlIn
    6496385C Originating number      7341848C Terminating number
      00713C Terminating NPA       000009353C Elapsed time (mmmmsst)
    1715330C Connect time                720C Module (Sub structure)
   057700101C SLIP ID              yyyyyyyyyyyy Local routing number
        002C Party ID              yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID             040C Module (Sub structure)
   1010000C Supporting information        011C Significant digits
        577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
        047C Call type                    013C Collector tupe
    0167713C Sensor (Office)
```

HC/BROWN-53920

0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA
1725242C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
9911123C Terminating number
000000549C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00832C Terminating NPA
1734313C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
2744130C Terminating number
000001123C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
014C Service feature
6496385C Originating number
00866C Terminating NPA
1747239C Connect time
057700101C SLIP ID
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
8623534C Terminating number
000000267C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA00360C HEX-ID AND STRUCTURE
141C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind -0=Answered
0C Operator action
713C Originating NPA
866C Dialed NPA
0C Overseas=IntrnationlIn
8623534C Terminating number
000000267C Elapsed time (mmmmsst)
30403C Carrier date
000000330C IC elapsed time
40222C Trunk group
8C Dialing ind
000C RAO number

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
000C Service feature
6496385C Originating number
8623534C Dialed number
00866C Terminating NPA
1747239C Connect time
02221C Interexchange carrier
1747176C IC connect time
010C IXC call event status
0C IXC routing
3C IC/INC ANI/CPN Indica
560C LATA

HC/BROWN-53921

```
AA40220C HEX-ID AND STRUCTURE              036C Sensor type
       047C Call type                     013C Collector tupe
  0167713C Sensor (Office)              30403C Date (YMMDD)
  0964214C Collector ID             0000000C Study indicator
    00000C Timing indicator               0C Operator action
      001C Completion indicator         713C Originating NPA
      027C Service feature                0C Overseas=IntrnationlIn
  6496385C Originating number       5710203C Terminating number
    00713C Terminating NPA       000001492C Elapsed time (mmmmsst)
  1747394C Connect time               720C Module (Sub structure)
057700101C SLIP ID                 yyyyyyyyyy Local routing number
      002C Party ID            yyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID          040C Module (Sub structure)
  1010000C Supporting information       011C Significant digits
      577C Digits ID           0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
      000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
       047C Call type                     013C Collector tupe
  0167713C Sensor (Office)              30403C Date (YMMDD)
  0964214C Collector ID             0000000C Study indicator
    00000C Timing indicator               0C Operator action
      001C Completion indicator         713C Originating NPA
      014C Service feature                0C Overseas=IntrnationlIn
  6496385C Originating number       8623534C Terminating number
    00866C Terminating NPA       000000064C Elapsed time (mmmmsst)
  1750519C Connect time               040C Module (Sub structure)
057700101C SLIP ID                      011C Significant digits
      577C Digits ID           0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
      000C Module (S


AA00360C HEX-ID AND STRUCTURE              036C Sensor type
       141C Call type                     013C Collector tupe
  0167713C Sensor (Office)              30403C Date (YMMDD)
  0964214C Collector ID             0000000C Study indicator
    00000C Timing indicator               0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered       000C Service feature
        0C Operator action         6496385C Originating number
      713C Originating NPA         8623534C Dialed number
      866C Dialed NPA                00866C Terminating NPA
        0C Overseas=IntrnationlIn   1750519C Connect time
  8623534C Terminating number         02221C Interexchange carrier
000000064C Elapsed time (mmmmsst)   1750503C IC connect time
    30403C Carrier date               010C IXC call event status
000000080C IC elapsed time              0C IXC routing
    40222C Trunk group                  3C IC/INC ANI/CPN Indica
        8C Dialing ind                560C LATA
      000C RAO number


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
       047C Call type                     013C Collector tupe
  0167713C Sensor (Office)              30403C Date (YMMDD)
  0964214C Collector ID             0000000C Study indicator
    00000C Timing indicator               0C Operator action
      001C Completion indicator         713C Originating NPA
      027C Service feature                0C Overseas=IntrnationlIn
  6496385C Originating number       5710203C Terminating number
    00713C Terminating NPA       000000117C Elapsed time (mmmmsst)
  1750522C Connect time               720C Module (Sub structure)
057700101C SLIP ID                 yyyyyyyyyy Local routing number
      002C Party ID            yyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID
```

18

```
  1010000C Supporting information          040C Module (Sub structure)
      577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
      000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                       036C Sensor type
   0167713C Sensor (Office)                 013C Collector tupe
   0964214C Collector ID                  30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       010C Service feature                713C Originating NPA
   6496385C Originating number               0C Overseas=IntrnationlIn
     00713C Terminating NPA            6409733C Terminating number
   1756570C Connect time           000003076C Elapsed time (mmmmsst)
 057700101C SLIP ID                      040C Module (Sub structure)
       577C Digits ID                     011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                       036C Sensor type
   0167713C Sensor (Office)                 013C Collector tupe
   0964214C Collector ID                  30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       027C Service feature                713C Originating NPA
   6496385C Originating number               0C Overseas=IntrnationlIn
     00713C Terminating NPA            5710203C Terminating number
   1804000C Connect time           000000202C Elapsed time (mmmmsst)
 057700101C SLIP ID                      720C Module (Sub structure)
       002C Party ID                  yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
 1010000C Supporting information          040C Module (Sub structure)
       577C Digits ID                     011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                       036C Sensor type
   0167713C Sensor (Office)                 013C Collector tupe
   0964214C Collector ID                  30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       027C Service feature                713C Originating NPA
   6496385C Originating number               0C Overseas=IntrnationlIn
     00832C Terminating NPA            2741453C Terminating number
   1851275C Connect time           000000262C Elapsed time (mmmmsst)
 057700101C SLIP ID                      720C Module (Sub structure)
       002C Party ID                  yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
 1010000C Supporting information          040C Module (Sub structure)
       577C Digits ID                     011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                       036C Sensor type
   0167713C Sensor (Office)                 013C Collector tupe
   0964214C Collector ID                  30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       027C Service feature                713C Originating NPA
   6496385C Originating number               0C Overseas=IntrnationlIn
     00713C Terminating NPA            9911123C Terminating number
```

HC/BROWN-53923

```
   1854183C Connect time                    000000069C Elapsed time (mmmmsst)
 057700101C SLIP ID                               720C Module (Sub structure)
       002C Party ID                       yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID          yyyyyyyyyyyyyyy Location
   1010000C Supporting information              040C Module (Sub structure)
       577C Digits ID                            011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA00625C HEX-ID AND STRUCTURE
        066C Call type                          036C Sensor type
   0107713C Sensor (Office)                      032C Collector tupe
   0964214C Collector ID                        30403C Date (YMMDD)
     00000C Timing indicator               0000000C Study indicator
         0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
         0C Operator action                   023C Service feature
       409C Originating NPA              2561234C Originating number
         0C Overseas=IntrnationlIn          00713C Terminating NPA
   6496385C Terminating number            1706295C Connect time
000000045C Elapsed time (mmmmsst)           00009C Interexchange carrier
     30403C Carrier date                  1706056C IC connect time
 000000284C IC elapsed time                   010C IXC call event status
     30639C Trunk group                        1C IXC routing
        yy Dialing ind                         0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
        047C Call type                          036C Sensor type
   0194713C Sensor (Office)                     032C Collector tupe
   0964214C Collector ID                       30403C Date (YMMDD)
     00000C Timing indicator               0000000C Study indicator
       001C Completion indicator               0C Operator action
       027C Service feature                  713C Originating NPA
   7319841C Originating number                 0C Overseas=IntrnationlIn
     00713C Terminating NPA             6496385C Terminating number
   1720101C Connect time                000001271C Elapsed time (mmmmsst)
 057700101C SLIP ID                          720C Module (Sub structure)
       002C Party ID                   yyyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
   1010000C Supporting information           040C Module (Sub structure)
       577C Digits ID                         011C Significant digits
10004737000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type                          036C Sensor type
   0167713C Sensor (Office)                     013C Collector tupe
   0964214C Collector ID                       30403C Date (YMMDD)
     00000C Timing indicator               0000000C Study indicator
       001C Completion indicator               0C Operator action
       014C Service feature                  713C Originating NPA
   6496385C Originating number                 0C Overseas=IntrnationlIn
     00866C Terminating NPA             8623534C Terminating number
   1909558C Connect time                000000050C Elapsed time (mmmmsst)
 057700101C SLIP ID                          040C Module (Sub structure)
       577C Digits ID                         011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA00360C HEX-ID AND STRUCTURE
        141C Call type                          036C Sensor type
   0167713C Sensor (Office)                     013C Collector tupe
   0964214C Collector ID                       30403C Date (YMMDD)
     00000C Timing indicator               0000000C Study indicator
         0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
         0C Operator action                  000C Service feature
```

20

HC/BROWN-53924

```
     713C Originating NPA                   6496385C Originating number
     866C Dialed NPA                        8623534C Dialed number
      0C Overseas=IntrnationlIn              00866C Terminating NPA
 8623534C Terminating number               1909558C Connect time
000000050C Elapsed time (mmmmsst)           02221C Interexchange carrier
   30403C Carrier date                     1909544C IC connect time
000000063C IC elapsed time                    010C IXC call event status
   40222C Trunk group                         0C IXC routing
      8C Dialing ind                          3C IC/INC ANI/CPN Indica
    000C RAO number                         560C LATA


AA40220C HEX-ID AND STRUCTURE               036C Sensor type
     047C Call type                         013C Collector tupe
 0167713C Sensor (Office)                  30403C Date (YMMDD)
 0964214C Collector ID                 0000000C Study indicator
   00000C Timing indicator                   0C Operator action
     001C Completion indicator              713C Originating NPA
     027C Service feature                     0C Overseas=IntrnationlIn
 6496385C Originating number            7341848C Terminating number
   00713C Terminating NPA            000001100C Elapsed time (mmmmsst)
 1908597C Connect time                     720C Module (Sub structure)
057700101C SLIP ID                yyyyyyyyyyy Local routing number
     002C Party ID                yyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID             040C Module (Sub structure)
 1010000C Supporting information            011C Significant digits
     577C Digits ID              0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S


AA00360C HEX-ID AND STRUCTURE               036C Sensor type
     141C Call type                         013C Collector tupe
 0167713C Sensor (Office)                  30403C Date (YMMDD)
 0964214C Collector ID                 0000000C Study indicator
   00000C Timing indicator                   0C Svc obs/Traffic Sampld
      0C Answer ind -0=Answered            000C Service feature
      0C Operator action              6496385C Originating number
     713C Originating NPA             7351805C Dialed number
     800C Dialed NPA                    00800C Terminating NPA
      0C Overseas=IntrnationlIn       2008350C Connect time
 7351805C Terminating number            03331C Interexchange carrier
000000057C Elapsed time (mmmmsst)     2008330C IC connect time
   30403C Carrier date                   010C IXC call event status
000000077C IC elapsed time                 0C IXC routing
   30234C Trunk group                      3C IC/INC ANI/CPN Indica
      8C Dialing ind                     560C LATA
    000C RAO number


AA40220C HEX-ID AND STRUCTURE               036C Sensor type
     047C Call type                         013C Collector tupe
 0167713C Sensor (Office)                  30403C Date (YMMDD)
 0964214C Collector ID                 0000000C Study indicator
   00000C Timing indicator                   0C Operator action
     001C Completion indicator              713C Originating NPA
     014C Service feature                     0C Overseas=IntrnationlIn
 6496385C Originating number            8623534C Terminating number
   00866C Terminating NPA           000000036C Elapsed time (mmmmsst)
 2023414C Connect time                     040C Module (Sub structure)
057700101C SLIP ID                         011C Significant digits
     577C Digits ID              0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S


AA00360C HEX-ID AND STRUCTURE               036C Sensor type
     141C Call type                         013C Collector tupe
 0167713C Sensor (Office)
```

HC/BROWN-53925

```
 0964214C Collector ID                          30403C Date (YMMDD)
   00000C Timing indicator                    0000000C Study indicator
      0C Answer ind -0=Answered                    0C Svc obs/Traffic Sampld
      0C Operator action                         000C Service feature
    713C Originating NPA                      6496385C Originating number
    866C Dialed NPA                           8623534C Dialed number
      0C Overseas=IntrnationlIn                 00866C Terminating NPA
 8623534C Terminating number                  2023414C Connect time
000000036C Elapsed time (mmmmsst)               02221C Interexchange carrier
   30403C Carrier date                        2023399C IC connect time
000000051C IC elapsed time                       010C IXC call event status
   40222C Trunk group                             0C IXC routing
       8C Dialing ind                             3C IC/INC ANI/CPN Indica
     000C RAO number                             560C LATA


AA40220C HEX-ID AND STRUCTURE                     036C Sensor type
     047C Call type                               032C Collector tupe
 0194713C Sensor (Office)                       30403C Date (YMMDD)
 0964214C Collector ID                        0000000C Study indicator
   00000C Timing indicator                         0C Operator action
     001C Completion indicator                    713C Originating NPA
     027C Service feature                           0C Overseas=IntrnationlIn
 7319841C Originating number                  6496385C Terminating number
   00713C Terminating NPA                   000000049C Elapsed time (mmmmsst)
 1909559C Connect time                           720C Module (Sub structure)
057700101C SLIP ID                    yyyyyyyyyyyy Local routing number
     002C Party ID                  yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID                    040C Module (Sub structure)
 1010000C Supporting information                  011C Significant digits
     577C Digits ID               0000000000000C Tandem Digits Dialed 2
10004737000C Tandem Digits Dialed 1
     000C Module (S


AA40220C HEX-ID AND STRUCTURE                     036C Sensor type
     047C Call type                               032C Collector tupe
 0194713C Sensor (Office)                       30403C Date (YMMDD)
 0964214C Collector ID                        0000000C Study indicator
   00000C Timing indicator                         0C Operator action
     001C Completion indicator                    713C Originating NPA
     027C Service feature                           0C Overseas=IntrnationlIn
 7319841C Originating number                  6496385C Terminating number
   00713C Terminating NPA                   000000478C Elapsed time (mmmmsst)
 1910138C Connect time                           720C Module (Sub structure)
057700101C SLIP ID                    yyyyyyyyyyyy Local routing number
     002C Party ID                  yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID                    040C Module (Sub structure)
 1010000C Supporting information                  011C Significant digits
     577C Digits ID               0000000000000C Tandem Digits Dialed 2
10004737000C Tandem Digits Dialed 1
     000C Module (S


AA40220C HEX-ID AND STRUCTURE                     036C Sensor type
     047C Call type                               032C Collector tupe
 0194713C Sensor (Office)                       30403C Date (YMMDD)
 0964214C Collector ID                        0000000C Study indicator
   00000C Timing indicator                         0C Operator action
     001C Completion indicator                    713C Originating NPA
     027C Service feature                           0C Overseas=IntrnationlIn
 7319841C Originating number                  6496385C Terminating number
   00713C Terminating NPA                   000003341C Elapsed time (mmmmsst)
 2030253C Connect time                           720C Module (Sub structure)
057700101C SLIP ID                    yyyyyyyyyyyy Local routing number
     002C Party ID                  yyyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID                    040C Module (Sub structure)
 1010000C Supporting information
```

HC/BROWN-53926

```
                577C Digits ID                           011C Significant digits
      10004737000C Tandem Digits Dialed 1  .0000000000000C Tandem Digits Dialed 2
                000C Module (S


AA40220C HEX-ID AND STRUCTURE
                047C Call type                            036C Sensor type
            0167713C Sensor (Office)                      013C Collector tupe
            0964214C Collector ID                       30403C Date (YMMDD)
              00000C Timing indicator              0000000C Study indicator
                001C Completion indicator                  0C Operator action
                014C Service feature                     713C Originating NPA
            6496385C Originating number                   0C Overseas=IntrnationlIn
              00866C Terminating NPA                8623534C Terminating number
            2314430C Connect time              000000007C Elapsed time (mmmmsst)
          057700101C SLIP ID                             040C Module (Sub structure)
                577C Digits ID                            011C Significant digits
        10007297000C Tandem Digits Dialed 1    0000000000000C Tandem Digits Dialed 2
                000C Module (S


AA00360C HEX-ID AND STRUCTURE
                141C Call type                            036C Sensor type
            0167713C Sensor (Office)                      013C Collector tupe
            0964214C Collector ID                       30403C Date (YMMDD)
              00000C Timing indicator              0000000C Study indicator
                  0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
                  0C Operator action                   000C Service feature
                713C Originating NPA               6496385C Originating number
                866C Dialed NPA                     8623534C Dialed number
                  0C Overseas=IntrnationlIn           00866C Terminating NPA
            8623534C Terminating number             2314430C Connect time
          000000007C Elapsed time (mmmmsst)           02221C Interexchange carrier
              30403C Carrier date                  2314417C IC connect time
          000000020C IC elapsed time                  010C IXC call event status
              40222C Trunk group                        0C IXC routing
                  8C Dialing ind                        3C IC/INC ANI/CPN Indica
                000C RAO number                        560C LATA


AA40220C HEX-ID AND STRUCTURE
                047C Call type                            036C Sensor type
            0167713C Sensor (Office)                      013C Collector tupe
            0964214C Collector ID                       30403C Date (YMMDD)
              00000C Timing indicator              0000000C Study indicator
                001C Completion indicator                  0C Operator action
                014C Service feature                     713C Originating NPA
            6496385C Originating number                   0C Overseas=IntrnationlIn
              00866C Terminating NPA                8623534C Terminating number
            2318404C Connect time              000000027C Elapsed time (mmmmsst)
          057700101C SLIP ID                             040C Module (Sub structure)
                577C Digits ID                            011C Significant digits
        10007297000C Tandem Digits Dialed 1    0000000000000C Tandem Digits Dialed 2
                000C Module (S


AA00360C HEX-ID AND STRUCTURE
                141C Call type                            036C Sensor type
            0167713C Sensor (Office)                      013C Collector tupe
            0964214C Collector ID                       30403C Date (YMMDD)
              00000C Timing indicator              0000000C Study indicator
                  0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
                  0C Operator action                   000C Service feature
                713C Originating NPA               6496385C Originating number
                866C Dialed NPA                     8623534C Dialed number
                  0C Overseas=IntrnationlIn           00866C Terminating NPA
            8623534C Terminating number             2318404C Connect time
          000000027C Elapsed time (mmmmsst)           02221C Interexchange carrier
              30403C Carrier date                  2318391C IC connect time
```

HC/BROWN-53927

```
000000040C IC elapsed time              010C IXC call event status
    40222C Trunk group                    0C IXC routing
        8C Dialing ind                    3C IC/INC ANI/CPN Indica
      000C RAO number                   560C LATA


AA40220C HEX-ID AND STRUCTURE
        047C Call type                  036C Sensor type
    0167713C Sensor (Office)            013C Collector tupe
    0964214C Collector ID             30403C Date (YMMDD)
      00000C Timing indicator       0000000C Study indicator
        001C Completion indicator        0C Operator action
        027C Service feature           713C Originating NPA
    6496385C Originating number          0C Overseas=IntrnationlIn
      00832C Terminating NPA        2741453C Terminating number
    2339209C Connect time         000000258C Elapsed time (mmmmsst)
  057700101C SLIP ID                    720C Module (Sub structure)
        002C Party ID            YYYYYYYYYYYY Local routing number
  YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYYYY Location
    1010000C Supporting information     040C Module (Sub structure)
        577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S


AA40220C HEX-ID AND STRUCTURE
        047C Call type                  036C Sensor type
    0167713C Sensor (Office)            013C Collector tupe
    0964214C Collector ID             30403C Date (YMMDD)
      00000C Timing indicator       0000000C Study indicator
        001C Completion indicator        0C Operator action
        027C Service feature           713C Originating NPA
    6496385C Originating number          0C Overseas=IntrnationlIn
      00832C Terminating NPA        5263270C Terminating number
    2340108C Connect time         000000190C Elapsed time (mmmmsst)
  057700101C SLIP ID                    720C Module (Sub structure)
        002C Party ID            YYYYYYYYYYYY Local routing number
  YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYYYY Location
    1010000C Supporting information     040C Module (Sub structure)
        577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S


AA40220C HEX-ID AND STRUCTURE
        047C Call type                  036C Sensor type
    0167713C Sensor (Office)            013C Collector tupe
    0964214C Collector ID             30403C Date (YMMDD)
      00000C Timing indicator       0000000C Study indicator
        001C Completion indicator        0C Operator action
        027C Service feature           713C Originating NPA
    6496385C Originating number          0C Overseas=IntrnationlIn
      00713C Terminating NPA        2298659C Terminating number
    2342328C Connect time         000000099C Elapsed time (mmmmsst)
  057700101C SLIP ID                    720C Module (Sub structure)
        002C Party ID            YYYYYYYYYYYY Local routing number
  YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYYYY Location
    1010000C Supporting information     040C Module (Sub structure)
        577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S


AA40220C HEX-ID AND STRUCTURE
        047C Call type                  036C Sensor type
    0167713C Sensor (Office)            013C Collector tupe
    0964214C Collector ID             30403C Date (YMMDD)
      00000C Timing indicator       0000000C Study indicator
        001C Completion indicator        0C Operator action
```

HC/BROWN-53928

027C Service feature
6496385C Originating number
00713C Terminating NPA
2343019C Connect time
057700101C SLIP ID
002C Party ID
ÿÿÿÿÿÿÿÿÿÿ Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

713C Originating NPA
0C Overseas=IntrnationlIn
2298659C Terminating number
000013116C Elapsed time (mmmmsst)
720C Module (Sub structure)
ÿÿÿÿÿÿÿÿÿÿÿÿ Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office) .
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA
2355125C Connect time
057700101C SLIP ID
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
3470477C Terminating number
000000136C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
074C Call type
0522713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
2241023C Originating number
00713C Terminating NPA
1955529C Connect time
057700101C SLIP ID
577C Digits ID
10005167000C Tandem Digits Dialed 1
720C Module (Sub structure)
ÿÿÿÿÿÿÿÿÿÿ Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿ Location
000C Module (S

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000598C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2
002C Party ID
ÿÿÿÿÿÿÿÿÿÿ Service provided ID   ÿÿ
1010000C Supporting information

AA40502C HEX-ID AND STRUCTURE
001C Call type
0522713C Sensor (Office)
0964214C Collector ID
0C Answer ind -0=Answered
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000013C Elapsed time (mmmmsst)
720C Module (Sub structure)
ÿÿÿÿÿÿÿÿÿÿ Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿ Location
000C Module (S

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
000C Service feature
2252943C Originating number
00713C Terminating NPA
2314403C Connect time
007C WATS band/Msg bil.Indx
002C Party ID
ÿÿÿÿÿÿÿÿÿÿ Service provided ID   ÿÿ
1010000C Supporting information

AA40220C HEX-ID AND STRUCTURE
074C Call type
0522713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action

HC/BROWN-53929

```
     027C Service feature
 2241023C Originating number
   00713C Terminating NPA
 2318378C Connect time
057700101C SLIP ID
     577C Digits ID
10005167000C Tandem Digits Dialed 1
     720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyy Location
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     074C Call type
 0522713C Sensor (Office)
 0964214C Collector ID
   00000C Timing indicator
     001C Completion indicator
     027C Service feature
 2241023C Originating number
   00713C Terminating NPA
 2320170C Connect time
057700101C SLIP ID
     577C Digits ID
10005167000C Tandem Digits Dialed 1
     720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyy Location
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     074C Call type
 0522713C Sensor (Office)
 0964214C Collector ID
   00000C Timing indicator
     001C Completion indicator
     027C Service feature
 2241023C Originating number
   00713C Terminating NPA
 0043394C Connect time
057700101C SLIP ID
     577C Digits ID
10005167000C Tandem Digits Dialed 1
     720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyy Location
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type
 0105713C Sensor (Office)
 0964214C Collector ID
   00000C Timing indicator
     001C Completion indicator
     027C Service feature
 9911123C Originating number
   00713C Terminating NPA
 2203292C Connect time
057700101C SLIP ID
     002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
     577C Digits ID
0007297000C Tandem Digits Dialed 1
     000C Module (S

     713C Originating NPA
       0C Overseas=IntrnationlIn
 6496385C Terminating number
000000032C Elapsed time (mmmmsst)
     040C Module (Sub structure)
     011C Significant digits
0000000000000C Tandem Digits Dialed 2
     002C Party ID
yyyyyyyyyy Service provided ID    yy
1010000C Supporting information

     008C Sensor type
     013C Collector tupe
   30403C Date (YMMDD)
 0000000C Study indicator
       0C Operator action
     713C Originating NPA
       0C Overseas=IntrnationlIn
 6496385C Terminating number
000000379C Elapsed time (mmmmsst)
     040C Module (Sub structure)
     011C Significant digits
0000000000000C Tandem Digits Dialed 2
     002C Party ID
yyyyyyyyyy Service provided ID    yy
1010000C Supporting information

     008C Sensor type
     013C Collector tupe
   30404C Date (YMMDD)
 0000000C Study indicator
       0C Operator action
     713C Originating NPA
       0C Overseas=IntrnationlIn
 6496385C Terminating number
000000077C Elapsed time (mmmmsst)
     040C Module (Sub structure)
     011C Significant digits
0000000000000C Tandem Digits Dialed 2
     002C Party ID
yyyyyyyyyy Service provided ID    yy
1010000C Supporting information

     036C Sensor type
     032C Collector tupe
   30403C Date (YMMDD)
 0000000C Study indicator
       0C Operator action
     713C Originating NPA
       0C Overseas=IntrnationlIn
 6496385C Terminating number
000000473C Elapsed time (mmmmsst)
     720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyy Location
     040C Module (Sub structure)
     011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

HC/BROWN-53930

AA00625C HEX-ID AND STRUCTURE
```
      066C Call type                          036C Sensor type
 0107713C Sensor (Office)                     032C Collector tupe
 0964214C Collector ID                      30403C Date (YMMDD)
   00000C Timing indicator               0000000C Study indicator
       0C Answer ind -0=Answered               0C Svc obs/Traffic Sampld
       0C Operator action                    023C Service feature
     832C Originating NPA               4390000C Originating number
       0C Overseas=IntrnationlIn          00713C Terminating NPA
 6496385C Terminating number            2224283C Connect time
000000081C Elapsed time (mmmmsst)         00009C Interexchange carrier
   30403C Carrier date                  2224194C IC connect time
000000171C IC elapsed time                 010C IXC call event status
   30574C Trunk group                        1C IXC routing
       yy Dialing ind                        0C IC/INC AN
```

AA40220C HEX-ID AND STRUCTURE
```
      047C Call type                          036C Sensor type
 0194713C Sensor (Office)                     032C Collector tupe
 0964214C Collector ID                      30403C Date (YMMDD)
   00000C Timing indicator               0000000C Study indicator
     001C Completion indicator                 0C Operator action
     027C Service feature                    713C Originating NPA
 7319841C Originating number                   0C Overseas=IntrnationlIn
   00713C Terminating NPA               6496385C Terminating number
 2202147C Connect time                 000000174C Elapsed time (mmmmsst)
057700101C SLIP ID                          720C Module (Sub structure)
     002C Party ID                 yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyyy Location
 1010000C Supporting information           040C Module (Sub structure)
     577C Digits ID                        011C Significant digits
10004737000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
     000C Module (S
```

AA00625C HEX-ID AND STRUCTURE
```
      066C Call type                          036C Sensor type
 0107713C Sensor (Office)                     032C Collector tupe
 0964214C Collector ID                      30403C Date (YMMDD)
   00000C Timing indicator               0000000C Study indicator
       0C Answer ind -0=Answered               0C Svc obs/Traffic Sampld
       0C Operator action                    023C Service feature
     409C Originating NPA               2561234C Originating number
       0C Overseas=IntrnationlIn          00713C Terminating NPA
 6496385C Terminating number            2233299C Connect time
000000082C Elapsed time (mmmmsst)         00009C Interexchange carrier
   30403C Carrier date                  2233188C IC connect time
000000194C IC elapsed time                 010C IXC call event status
   30639C Trunk group                        1C IXC routing
       yy Dialing ind                        0C IC/INC AN
```

AA00625C HEX-ID AND STRUCTURE
```
      066C Call type                          036C Sensor type
 0107713C Sensor (Office)                     032C Collector tupe
 0964214C Collector ID                      30403C Date (YMMDD)
   00000C Timing indicator               0000000C Study indicator
       0C Answer ind -0=Answered               0C Svc obs/Traffic Sampld
       0C Operator action                    023C Service feature
     409C Originating NPA               2561234C Originating number
       0C Overseas=IntrnationlIn          00713C Terminating NPA
 6496385C Terminating number            2326581C Connect time
000003432C Elapsed time (mmmmsst)         00009C Interexchange carrier
   30403C Carrier date                  2326353C IC connect time
000004060C IC elapsed time                 010C IXC call event status
   30639C Trunk group                        1C IXC routing
```

27

HC/BROWN-53931