# Exhibit 2

Affidavit of Ben Levitan and attachments necessary
to read Exhibit 1

| | | |
|---|---|---|
| **ALFRED DEWAYNE BROWN,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION NO. 4:17-CV-01749** |
| | § | |
| **CITY OF HOUSTON, TEXAS;** | § | |
| **HARRIS COUNTY, TEXAS;** | § | **JURY DEMAND** |
| **BRECK McDANIEL;** | § | |
| **TED C. BLOYD; and** | § | |
| **D.L. ROBERTSON,** | § | |
| | § | |
| *Defendants* | § | |

-------------------------------------------------------------------------------------------------------------------

## AFFIDAVIT OF BEN LEVITAN

I, Ben Levitan, do hereby declare and state under oath the following:

1.      I am over the age of eighteen (18) and competent to provide the following testimony.

2.      I am an expert in the following fields: Cellular, Wireless, Broadband Internet and Traditional Telephony Wireless, Cellular and Mobile Phone Systems, Standards and Protocols.

3.      I have been working in the telecommunications industry since 1984. I have been a developer of landline, satellite, cellular and wireless systems for more than 25 years. I currently work as a consultant in cell phone network design, wireless and broadband telephony. I formerly held the position of Senior Manager of Global Technology Standards for Nextel Communications (now Sprint) and Manager of Standards and Technology for GTE (now Verizon).

4.      I received Nextel's Top Innovator Award and have twenty-nine (29) patent applications submitted, four (4) trade secrets developed and held by Sprint, six (6) patents published, and eight (8) patent applications currently on public review.

5.      I have published several books and articles regarding Wireless, Cellular, GPS and Satellite technology.  My Curriculum Vitae is attached as Exhibit A.

6.      I have served as an expert witness in Federal and State courts, and I have testified in civil, criminal, and administrative matters involving telephonic and other digital evidence.

7.      I have the skill to evaluated telephone records in civil and criminal matters to objectively determine the location, movement and activity of a phone user to assist jurors in trial. From my background and experience, I am aware of records that are maintained by telephone carriers in the normal course of business.  Moreover, I act as an expert witness and I regularly receive records produced by telephone carriers in response to subpoenas.

8.      I have been retained by Defendant Harris County, Texas to review Southwestern Bell Telephone records of calls made to and from the phone number (713) 649-6385.  In particular, I have been ask to review a call on April 3, 2003 at 10:08 AM CST between (713) 649-6385 and (281) 990-6316.   I have also been asked to review a call that also occurred on April 3, 2003 at 10:07 AM CST between (713) 264-0244 and (713) 649-6385.

9.      I have reviewed the following documents in this matter:

1.      US Marshal's Service summary of calls to and from the phone number (713) 649-6385.   This was Bates Stamped HC/BROWN-53908 through HC/BROWN-53909.

2.      Two copies of the Call Detail Records, from Southwestern Bell, Bates Stamped as HC/BROWN-53912 and HC/BROWN-53913.

3.      A court ruling captioned as, *Agreed Proposed Findings of Fact, Conclusions of Law and Order,* Cause No. 1035159-A, *State of Texas vs. Alfred DeWayne Brown,* In the 351st District Court, Harris County, Texas.

**I have the following opinions in this matter:**

10.     Based on the *Agreed Proposed Findings of Fact, Conclusions of Law and Order,* the court was provided incorrect information regarding the records and as a result made an incorrect conclusion.  It was aware of the 10:08 AM call from (713) 649-6385 to (281) 590-6316 however the court was not provided with information that this was a 3-way call.

11.     The US Marshal's summary of the incoming and outgoing calls is incomplete. They show one call at 10:07 AM CST from (713) 264-0244 to (713) 649-6385 and one call at 10:08 AM CST between (713) 649-6385 and (281) 590-6316.  These were not two calls, but rather a single call connected as a three-way call by (713) 649-6385.

**Background for Understanding of Records in this Matter**

12.     Telephone companies, in the normal course of business, retain technical records of each and every activity of a telephone.  Every time a user places a call or receives a call or even an attempts to do so, the phone companies create a record of the event.  These records, known as "Call Detail Records" are created as the call process is started.   The records are saved at the end of the telephone activity, whether the call is successful or not.  Records are created for any and all telephone activity, and are standardized across the industry for technical and business reasons.   These records that are created at the time of the activity are technical records that memorialize a wealth of technical information about a phone's activity, that includes:

1.     Date & Time of the Activity / Results

2.     Type of Activity (Voice, Text Messaging, Data)

3.     Features Used

4.     Parties to the Activity (Who called whom)

These "Call Detail Records" are maintained for a variety of reasons.  They are generally used for troubleshooting, telephone network planning, billing customers and billing other parts of the telephone network (e.g. - for access charges or long distance charges).

13.     Call Detail Records are highly reliable engineering records.  They may be reliably used for analysis of an associated user's activity and location when this analysis is performed by an expert in telephones networks and systems.  Call Detail Records are "Best Evidence" when used for analysis in legal actions such as the subject matter.

14.     A portion of the Call Detail Records data collected is extracted to produce phone bills for customers.  However, the data extracted from Call Detail Records for customer phone bills is stripped of the most technical data.  Records which did not result in a billable event, such as incomplete calls and calls forwarded to voicemail, are excluded.  As a result, "Phone Bills" lack technical data and are not relied upon by experts in my field as to phone usage or analysis.

**Material Received & Relied Upon in this Matter**

15.     <u>Call Detail Records</u> - I received 78 Call Detail Records purported to be for the phone number (713) 649-6385.  When requested by subpoena, the carrier, Southwestern Bell would have produced these records in electronic form, either as Excel or PDF.  These records I received were apparently printed and Bates Stamped by the recipient.

16.     The Call Detail Records shown as Bates HC/BROWN-53911 through HC/BROWN-53931 are print outs of the actual Call Detail Records produced.  A sample is shown below as Figure 1.



*Figure 1: Sample Call Detail Record (CDR)*

As is apparent, some fields are spoiled.  For example in the data shown for "Service Provider ID" in the first column and the "Location" and "Local Routing Number" items in the second column appear to only show a series of "yyyyyyyy" like characters.  This is an error that occurs when a PDF document is

converted to Word from PDF or when an Excel document is improperly formatted. The records were sufficient for me to make opinions.

17. The codes shown are standard telephone industry codes that require the industry standard document Bellcore GR-1100-CORE (2002 Edition) to fully interpret. I have sufficient information to make an analysis.

    1. <u>Date of Call</u> - In Row #3, Column 2 the date is shown as 30403C. The guide indicates that the coding is YMMDD or 2003; April and; the 3rd. The "C" appears to be a character that was created in the conversion.

    2. <u>Time of Call</u> – In Row 9, Column 1 the data is shown as 0913375. Time are generally coded as Hour / Minute / Seconds / Tenth of Seconds (HHMMSST). As such the time of this call is 9:13:37 AM and ½ seconds.

    3. <u>Caller</u> – The phone number calling is known as the "originating number" and is coded in Column 2, Row 6 and Column 1, Row 7. This example shows that the "NPA" (National Plan Administrator's Area Code) is 713 and the phone number is 8423804. This is then (713) 842-3804.

    4. <u>Service Feature</u> – Row 6, Column 1 indicates features used for this call. This code is shown as "027". This code indicates that the call was placed over a network that supports Advanced Intelligent Network Features. This call is capable of offering Caller ID and Calling Name ID (among other features) if the subscriber receiving the call is subscribed to these features.

18.     By way of explanation, all the "Codes" in this record are standardized across the telephone industry and allows customers from different companies to connect with each other and companies to bill each other when customers use these services.  These standards are agreed worldwide by standards committees.

The service codes shown in the example above are memorialized in a document for "Billing and Traffic Collection".  The codes were published by an organization called Bellcore in a standards document known as GR-1100-CORE.  Bellcore (Bell Communications Research) provided standards coordination for the regional Bell operating companies.

19.  <u>US Marshal's Service Summary</u> - I further received a document that purports to be a U.S. Marshal's Service attempt to provide an analysis of the Call Detail Records in a readable format.  I did not consider this document in my analysis, as it is highly flawed.

One example is shown below as  *Figure 2: US Marshal's Service Summary (Bates Stamped 53908-53909).*  This records shows their interpretation of the previously shown Call Detail Record example.

| U.S. MARSHAL'S SERVICE | | | | | | |
|---|---|---|---|---|---|---|
| <u>Target</u> | <u>Date</u> | <u>Time</u> | <u>Duration</u> | <u>Number Dialed</u> | <u>Dialed Name</u> | <u>Dialed City</u> |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 IN- | (713) 842-3804 | NO SUBSCRIBER. HOUSTON ( | |

*Figure 2: US Marshal's Service Summary (Bates Stamped 53908-53909)*

As shown in the previous explanation, this record is a call from (713) 842-3804 to (713) 649-6385 that occurred at 9:13:37 AM CST and ½ second and had a duration of one minute and thirty-four seconds. (1:34).  The work product is in error on the time and the duration.  This is critical in the analysis. Further, the destination city is based on the code assigned to the number, (713) 842- XXXX which indicates the location of the telephone switch.

**Detailed Explanation of the Telephone Evidence in this Matter**

20.    I have been asked to assume that the (713) 649-6345 number belongs to subscriber Ericka Dockery, (281) 590-6316 belongs to subscriber Alma Berry, and (713) 264-0244 belongs to subscriber, Patricia Williams.  All three phone numbers are landlines.  These three numbers are represented as follows:



21.    <u>10:07 AM Call From Williams Home To Dockery Home</u> – The Call Detail Records show that at 10:07:13 and ½ second AM on April 3, 2003 a call is placed from the Williams's home to the Dockery home.  This record is shown below as *Figure 3: 10:07 AM Call Record.*



*Figure 3: 10:07 AM Call Record*

By interpretation this shows:

```
Call Date......................April 3, 2003
Call Time..........10:07:13.5 AM CST
Call Duration..........3 mins 36.6 secs
From........................(713) 264-0244
To............................(713) 649-6385
```

This call ends at 10:10:49 AM (and 6/10th of a second).  This call is depicted below as *Figure 4: 10:07:13 AM Call.*



*Figure 4: 10:07:13 AM  Call*

22.   <u>10:08:19 AM Call from Dockery Home to Alma Berry's Home</u> – While the Williams line was connected to the Dockery line, someone at the Dockery home called Alma Berry's phone number, via a 3-way call.  First, the Williams phone called the Dockery phone.  This call began at 10:07 AM CST and this call lasted more than 3 minutes.  The call from the Dockery phone to the Berry phone started one minute and six seconds later at 10:08 AM CST. The two calls overlap. The record of this 10:08:19.9 Call is shown at Figure 4, below.



*Figure 5: 10:08 AM Call*

By interpretation this shows:

> Call Date......................April 3, 2003
> Call Time..........10:08:19.9 AM CST
> Call Duration..........2 mins 15.3 secs
> From........................(713) 649-6385
> To.............................(281) 590-6316

We also know that the Williams to Dockery call was patched into the Berry call through a 3-way call because the record above shows that the service feature "010" was applied. This Service Feature is shown in the Bellcore documents to indicate "3-Way Calling".

The "Service Feature" is defined as a three-digit numeric field. It indicates a service used during the call. Some of the standard values for this field are:

> 001 = Local Exchange Carrier (LEC)-owned standard interface public line

> 010 = Three-Way Calling

> 012 = Call Forwarding

> 014 = Call Forwarding Busy Line or Call Forwarding Don't Answer

The complete index of the relevant Bellcore codes is attached to this affidavit.

As such it is clear that 10:08:19 AM, someone at the Dockery house placed the call from Patricia Williams's home on hold and created a 3-way call. This configuration is shown here.



When the call arrived at the Berry home, the Caller ID showed the phone number of the Dockery home because that is the phone that placed the call. The Caller ID of the Williams phone would not be shown.

     23.   <u>Calls end at 10:10 AM</u> - At 10:08 AM, both calls were active: The call from the Williams home to the Dockery home and the call from the Dockery home to the Berry home. At 10:10 AM and 35 seconds the call between the Dockery home and the Berry home ends. Seconds later at 10:10 AM and 49 seconds, the call between the Williams home and the Dockery home ends. This is depicted in *Figure 6: Connected Calls End at 10:10 AM*, on the next page.



*Figure 6: Connected Calls End at 10:10 AM*

24.   <u>Conclusion</u> – From my review of the telephone records, the US Marshal's summary inaccurately shows that two separate calls occurred:  One from the Williams phone to the Dockery phone and one from the Dockery phone to the Berry phone.  This was actually one 3-way call. The court was not provided with the information about this 3-way call, which resulted in the wrong interpretation and conclusion about the calls.    The court seems to have incorrectly assumed these calls were never connected together, but the person calling from the Williams phone was connected to the person at the Berry home for 2 minutes and 18 seconds.

25.   The expert opinions listed in this affidavit are based on my knowledge, skill, experience, training, and education, along with the facts in this case.  My conclusions are consistent

with the evidence.  My opinions are based on scientific principles and my specialized  professional certainty. The opinions stated in this affidavit are within my personal knowledge and are true and correct.  I reserve the right to supplement the above opinions based upon future review of additional discovery and information.

Further, Affiant sayeth not."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5/7/18
Date

Ben Levitan

STATE OF NORTH CAROLINA
COUNTY OF WAKE, To-Wit:

I, Mollie R. Steinberg , a notary public of said state and county, do certify that Ben Levitan, who signed the foregoing writing, bearing the date of the 7th day of May, 2018, has this day acknowledged the same before me.

Given under my hand and seal this 7th day of May, 2018

My commission expires 6/29/2018 .

Mollie R. Steinberg
Notary Public

MOLLIE R. STEINBERG
Notary Public
SEAL Wake County
My Commission Expires
06/29/2018
NORTH CAROLINA

# Ben Levitan

**Cellular, Telephony and Wireless Consultant, Author, Expert Services**

PO Box 58781, Raleigh, NC 27658 - (919) 420-0924 • benlev@aol.com • benlevitan.com

## Ben Levitan's CV

**EXPERTISE**

Cellular, Wireless Systems and Technical Standards, 3GPP, 3GPP2, ITU-T, ANSI expertise. 27 Patents and 4 Trade Secrets in area of Wireless, Cellular and 3G Mobile Phone Systems, including CALEA, 4G/LTE, Location Based Services, GPS and 911. Expert on the Standards and Protocols Landline Telephony Systems. Experts on Standards and Protocols Broadband, Internet, Data, Billing Systems and numbering. Cellular Forensics and Search and Rescue via Cell Data Expertise. Patent application and procedures expertise.

Certified Federal and State Expert in Cellular Telecommunication, GPS and Data Services.

**System Protocol Types** – Expert in current and developing wireless standards for 3GPP, ANSI-41, GSM MAP, iDen, OMA, IETF, and 3rd Generation protocols. (3GPP and 3GPP2) and Long Term Evolution (LTE).

**Represented** – USA, Verizon, Sprint and other on standards committees including ITU-T, 3GPP and ANSI committees. Certified in Federal and States Courts as an expert in Cell Phones.

**Business Development Expertise** - System engineer and in product development for Nextel. Specifically, I was one of the project managers for the team that developed the CDMA version of PTT for Nextel and saw it launch as QChat.

My role in Nextel and other companies was in the Business Development group, recommending and implementing new products and services. I was active in the launch of several new products at GTE including the launch of their Local Number Portability platform and GSM gateway.

Representative to the 3GPP2 standards committee when we developed PoC (the standard version of PTT.

I have strong skills in telecommunications with 27 patents (most held by Sprint now)

Expert knowledge of the telecom standards in 3GPP/3GPP2. I represented companies for 20 years in this area.

Outstanding presentations skills Often called to present highly technical information to executive level audience, sales force and marketing areas. I can clearly explain the working of technology and the business drivers that will motivate companies to adopt technologies and move or evolve from existing technologies. Work as an expert witness I teach cell phone technology to jurors in patent infringement case, civil cases and criminal cases.

Knowledgeable with the needs of large customer bases and their issues in management, administration and support of their base.

**Standards and Systems** - Active in US and international development of ANSI-41, GSM, 802.x, All-IP (3G Standards, SIP call control), ITU-T (CCITT) ISDN, SS7, PTT, PoC, Interstandard Roaming, FCC and US Government mandates, orders with special expertise in CALEA, E-911, Location, WPS, 3GPP, 3GPP2 and E.NUM, roaming, authentication, standards

# Ben Levitan

Cellular, Telephony and Wireless Consultant, Author, Expert Services

PO Box 58781, Raleigh, NC 27658 - (919) 420-0924 • benlev@aol.com • benlevitan.com

and billing systems, CIBER and TAP/TAP2.

**Extensive technical support** on FCC filings and meetings before commissioner for 800 portability, with Wiley, Rien & Fielding, GTE, others on SS7 Tariffs, CALEA (wiretap), Priority Access following (WPS) following 9-11 and others.

**Extensive litigation support** as Expert Witness engaged in Wiretap (CALEA), Location based Evidence, IPR (issues of validity, timely disclosure, non-infringement, ITC prep), 911 Wrongful Deaths, Texting While Driving matters, Spoofing, Billing Disputes and other Federal civil and criminal matters involving telephone evidence and other digital evidence. Qualified as an expert in Federal and State Courts.

**Committees** – 3GPP, 3GPP2, TIA TR-45, TR-46, PTSC (T1S1)., T1 Committees since 1984, ITU-T (previously CCITT) AMTA (SMR) UTC, HomePlug, CALEA LAES, SHS and CALEA Summits, State Department SG B & SG D. GSM, GGRF, ARINC, RTCA and various Joint Experts meetings.

**RECENT ACCOMPLISHMENTS**
- Nextel's Top Innovator Award
- 29 Patent Applications submitted to US Patent & Trademark Office
- 4 Trade Secrets developed and held by Sprint
- 8 Patent currently published
- Nextel Performer award for $750,000 savings on first day.
- Seven Figure award in 911 Wrongful Death Case
- Determined technical flaw in serving 911 system as engaged telephony expert
- Federal Death Penalty reduced to seven years for case built solely on cellular phone evidence. Engaged as the telephony expert.
- Expert in first technical challenge to wiretap evidence (USA v. Reed)
- Successfully defended client in "brake failure" matter by first proof of "texting while driving" as cause.
- Key Designer of the US Wiretap System (CALEA)
- Key Participant in the design and development of US Wireless 911 system.
- Selected by peers to represent 3GPP2 Core Network as Speaker at India CDMA Summit

**PROFESSIONAL EXPERIENCE**

JANUARY 2006 - PRESENT

**Consultant - Wireless and Broadband Telephony**
- Telecommunications Expert, engaged in Consulting, Expert Witnessing, authoring of technical books.
- "Telecommunication Expert" for various News shows and scripted TV shows.

**(919) 605-3003 • benlev@aol.com • benlevitan.com**

- ngaged as expert in IPR matter between mobile handset vendors regarding 3GPP standards vs. plaintiff's intellectual property rights (May 2006 – present)
- Engaged as expert in Federal criminal matter. Serving as defense team telephony expert in circumstantial case based wholly on cellular phone evidence. Discovered that defendant and victim were not in same town
- Expert for FBI to study broadband over power line technology and make a recommendation regarding technical operation, market landscape, potential market growth and technical methodology for supporting lawfully required wiretap capability for broadband and telephone services offered. (January 2006 – November 2006)
- Yahoo v. MForce for Yahoo in theft of trade secrets case. Deposition sealed . (January 2006)
- Engaged as expert in Los Angeles criminal matter and proved use of illegal wiretaps. Recommended technical challenge to suppress wiretaps. First such challenge in US. Same challenged used several times since this case. Provided technical report of evidences evaluated in the matter. (March 2006 - May 2006)
- Authored, "GSM Technology" published by Althos Publishing. (September 2006 and 2nd Edition, October 2009)
- Selected by Althos Publishing to write a book on technical and market aspects of BPL.
- Selected by McGraw-Hill to write book on GSM.
- Engaged as expert in case of conspiracy to steal trade secrets for a major Mortgage Company.
- Frequent Guest on New Shows as "Telecommunications Expert" commenting on matters from Cellular Evidence to Health Care Debate. Shows include Nancy Grace, Shepard Smith, Keith Oberman and various NBC local stories.
- Frequent Radio Show guest for multiple radio shows, and often quoted in printed material regarding cellular phone evidence.
- Pro Bono support to the Innocence Project
- Manager on North Carolina Search and Rescue Team as Telecom Expert
- Consultant to writer's of A&E Scripted crime drama

AUGUST 2003 -
DECEMBER 2005

**NEXTEL COMMUNICATIONS (presently Sprint)**

Sr. Manager, Global Technology Standards (Nextel, Technology & Strategy Group)

**Responsibilities**
- Sole representative to 3GPP2 standards development committee with focus on Core Network Standards.
- Sole representative on all CALEA standards matters.
- Support to business development, sales and Nextel's Intellectual Property Department.
- Support of development team via extensive on-line standards library. Voting member for 3GPP2 TSG-X and TSG-S.
- Served as alternate and Nextel attendee to 3GPP2 Operating Partners and Steering Committee.

**Accomplishments**
- Nextel's Top Innovator Award for 27 patent submissions
- Patents in areas of 911, Wiretap, Rural Cellular, Calling Party Pays, others.
- Nextel Performer award for $750,000 savings

- Technical Member (1 of 2 on team of 20) for NewCo business launch team (Merger put project on hold)
- Number of spot bonuses for performance and patent application milestone accomplishments.
- Selected by standards peers to represent 3GPP2 Core Network as Speaker at India CDMA Summit
- Successfully negotiated restructure of wiretap (CALEA) standards in CDMA to support Nextel goals
- Successfully build a team of carriers to block a technical change that would impact Nextel`s LNP launch.
- Selected to perform technical evaluation of pre-launch i840, Nextel's first picture phone.
- Selected to perform market and technical evaluation of Nextel's Flarion OFDM WiMax test vs. others.
- Provided initial notice and intelligence of first competitive PTT launch and member of strategy team.
- Developed technical improvement in Nextel network (four) which Nextel maintains as trade secrets
- Supported the Industry Number Committee / US Navy requesting non-geographic NPA (Navy withdrew request based on arguments presented)

**MARCH 1998 - MARCH 2003**

### GTE

*GTE TSI is USA's largest cellular billing and clearinghouse - became Verizon International briefly TSI and now Synaverse*

Manager, Standards and Technology

**Responsibilities**

- Primary Technical Consultant regarding wireless standards to all departments

- Provided technical consulting for system design of new products, including LNP, Churn Management, 911 Service Bureau, Authentication Service Bureau.

- Expert for new business proposals, development, RFP's, white papers, user guides,

- Presented training and technical presentations to management, development and sales.

- Initiate business case for new products

- Key technical support to sales as needed for sales calls

- Provided customer support on all technical issues as requested

- Managed the representation of TSI at all appropriate GSM, CDMA and TDMA standards forums, including budget, personnel, and coordination with product managers

- Represent TSI at all appropriate forums (business need/opportunity or customer

support)

- Active speaker, per request of Executives, Sales and Marketing at industry conferences.  Frequent contributor to Company Website.

**Successful Projects:**

- Initiated, launched or provided substantial technical expertise for products for: Wireless Number Portability (including SOA/ICC and IS-41 NPREQ), CALEA, UIM, 911 Phase I and Phase II, Location Services, Interstandard Roaming (GSM <> IS-41), SMS Interoperability IS-41 Revision C, D and E. UIM and R-UIM development.

- Created training classes for customers, developers and management on above. Trained the trainers and developed courseware for new products.

- Negotiated reduced requirements for CALEA with FBI CIS.

- Successfully contributed to GTE/Verizon efforts to forestall portability.

- Developed concept proposal for new opportunities in Asia, US and South America

- Investigated opportunities in ALL-IP to support Media Gateways, SIP Proxy

- Regular consulting for Product Teams/Launch Teams for new/developing requirement

- Developed the industries largest and most complete on-line ANSI-41 technical library.

**Represented GTE, Verizon or TSI Telecommunication Services at:**

- TR45.2 (IS-41 Rev. C through E) voting member

- GSM Global Roaming Forum (GGRF) network

- 3PP2 (3rd Generation Partnership Program) voting member TSG-N (Now TSG-X)

- T1P1 – Wireless and PCS Standards voting member

1995 - 1998

**ALCATEL**

<u>Senior System Engineer</u>

- Reporting to Director Engineering, responsible for new feature development for the GMH2000 AMPS cellular, TDMA and CDMA switch.

- Specifically responsible for project management, system engineering, testing and commercial turn on and standards compliance and representation for ANSI-41 standards.

- Successes include Authentication, Voice Privacy and Signaling Message Encryption and WPS (early form), SMS, CLIP, CLIR, CALEA and others).

- Managed Inter-vendor testing, and resolution of customer issues.

**1990 - 1995**

### AERONAUTICAL RADIO, INC

Principle Engineer

- Reporting to Director Engineering, represented US Airline industry at ITU, FCC and ANSI, US State Department, on technical telecom issues.

- Projects included developing standards for Universal Personal Telecommunications, Personal Communications, Services, Mobile / Aeronautical Mobile Satellite Services and International/Domestic `800` Service and `888` expansion.

- Initiated projects on Aircraft Passenger Communications (air phone), Airport Networks, and Entertainment interfaces.

- Significant successes providing technical support on FCC issues with legal team, including 800 number portability, including presentations to the commissioners.

- Member of technical team established by the US Congress (RTCA) that determined the effect of cellular telephones and other passenger devices on board commercial aircraft.

**1986 - 1990**

### COMSAT

Digital Engineer

- Reporting to VP of Engineering, designed, developed and negotiated ITU (CCITT) and ANSI telecommunication standards for Signaling System #7 (SS7), ISDN, Mobile, IMT 2000 (formerly FPLMTS).
- Project Manager for Satellite Packet Switching/ISDN Test with budget and schedule responsibility.
- Successfully negotiated ISDN standards to support operation over satellite.

**1981 - 1986**

### HUGHES AIRCRAFT COMPANY

Member of Technical Staff

CLEARANCE - SECRET

- Reporting to Manager of Engineering responsible for project design, integration, installation and test of Satellite Ground Station Subsystems
- Successful projects included INTELSAT and AUSSAT Stations.
- System Test Engineer for the - NASA Galileo/Jupiter Probe - Numerous Proposal Efforts, Technical Customer Training

# Ben Levitan

**Cellular, Telephony and Wireless Consultant, Author, Expert Services**

PO Box 58781, Raleigh, NC 27658 - (919) 420-0924 • benlev@aol.com • benlevitan.com

**EDUCATION**

### CURRENT STUDIES

### COMPLETED STUDIES

**University of Connecticut**

Coursework in Electrical Engineering

Credits have been transferred to DeVry University towards BS in Technical Management.

**El Camino Community College**

General studies toward graduate degree

Credits have been transferred to DeVry University towards BS in Technical Management.

1994 – to present     40 hours per year of training via corporate internal and approved external training in technology, business skills, management and  project planning

Trained in Coverdale Methods for project management at Nextel

TQM training via Hughes Aircraft Company.

Demmings training via Hughes Aircraft Company

**TEACHING**

Courseware development for new wireless products, and "train the trainers" to present the material.

Employed as a technical trainer for several seminar companies.

Trained primarily in telephony, computer basics and project management.

Technical training planned to attorney's regarding cellular telephone via the Association of Federal Defense Attorneys via web conference.

Developed and presented Webinars on technical issues related to 3rd Generation, WiFi, WiMax, Use of Cellular Evidence for Investigations, 911 Systems, The Basics of Cellular Telephone.

Developed and Presented "The basics of cellular telephone systems for Attorney's"

## BOOKS PUBLISHED

- Basics of Satellites (Two editions)
- Wireless Billing Dictionary (6 co-authors)
- Basics of Wireless Telecommunication (4 author collaboration)
- GPS Quick Course, Althos Press
- GPS Technology and Systems  (Two editions)

Under Contract:
- The GSM Handbook, MacGraw-Hill
- The BPL Handbook, Althos Press

Updated previously published books by other authors
- Telecom Billing
- Wireless Telecom Billing
- Basics of Satellites

Contributing editor:
- IPTV Magazine

## BEN'S PATENTS

4 Trade Secrets   developed by Ben Levitan related to cellular technology, are closely held by Sprint.  Additionally 29 Patents are in the US Patent Office waiting processing. At this point, seven have now been published as Patents and eight Applications are posted for Public review:

## PUBLISHED PATENTS

| No | Patent No. | Title |
|----|-----------|-------|
| 1 | 7,623,842 | System and method for determining a location of an emergency call in a sparsely-populated area |
| 2 | 7,454,203 | System and method for providing wireless services to aircraft passengers |
| 3 | 7437155 | System and method for operating a private wireless communications system |
| 4 | 7,409,219 | System and method for recovering a lost or stolen wireless device |
| 5 | 7,336,962 | System and method for position equipment dusting in search and rescue operations |
| 6 | 7,236,768 | Systems and methods for a carrier-independent calling-party-pays system |
| 7 | 7,155,207 | System and method of analyzing communications between a calling party and a called party |

## Pre-Grant Patents on Public Review

| Patent No. | Title |
|-----------|-------|

# Ben Levitan

**Cellular, Telephony and Wireless Consultant, Author, Expert Services**

PO Box 58781, Raleigh, NC 27658 - (919) 420-0924 • benlev@aol.com • benlevitan.com

| | |
|---|---|
| [20070072620](#) | System and method for recovering a lost or stolen wireless device |
| [20070072590](#) | System and method for providing wireless services to aircraft passengers |
| [20070060133](#) | System and method for a private wireless network interface |
| [20070010245](#) | System and method for operating a private wireless communications system |
| [20060293023](#) | System and method for position equipment dusting in search and rescue operations |
| [20060286961](#) | System and method for determining a location of an emergency call in a sparsely-populated area |
| [20060053010](#) | System and method of analyzing communications between a calling party and a called par |
| [20060025109](#) | Systems and methods for a carrier-independent calling-party-pays system |

**ADDITIONAL INFORMATION**

- Fluent in French (Native)
- Some Japanese / Starting Chinese (Mandarin)
- Strong PC Skills
- Programming several languages
- Significant hands-on technical experience
- Strong presentation and training skills
- Strong Database (FileMaker) Skills
- Strong Web (HTML) & JavaScript Skills

**Awards and Other Interests**

- Private Pilot Land and Sea
- Certified Scuba Diver
- Certified Night Search and Rescue
- Nextel/Sprint Top Innovator - 2005
- 2009 "Elite Expert" by IMS
- Customer Service Award, GTE (2000), ARINC (1991)
- National Speakers Assoc, Outstanding Member
- UPI award for Photography (1981)
- Certified Lifesaver/Red Cross
- Selected as Docent for Smithsonian National Air & Space Museum
- Docent - "Dead Sea Scrolls" -NC Museum of Science
- Management Team – North Carolina Search and Rescue
- Scuba Team – North Carolina Search and Rescue

**U.S. MARSHAL'S SERVICE**

REPORT NAME : CALLS DATABASE LISTING     PAGE #1
RUN DATE : 04/23/2003     RUN TIME : 14:50:26
DESCRIPTION : MONEACD

*[handwritten: Doby G.F. Landline on South Loop]*

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|--------|------|------|----------|---------------|-------------|-------------|
| ① (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| ① (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| ② (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| ⑩ (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| 9 (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7607 | NO SUBSCRIBER. | HOUSTON *— Raytael Viverette* |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON *Lewis home* |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON *Andvouion y Edison* |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway store* |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9733 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON *Sister* |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON *Shavonda Simon* |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON *AB Brown home prepay acct* |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

**U.S. MARSHAL'S SERVICE**

REPORT NAME : CALLS DATABASE LISTING     PAGE #1
RUN DATE : 04/23/2003     RUN TIME : 14:50:26
DESCRIPTION : MONEACD

*Lynn Working Copy*

*Doby G.F. Landline on South Loop*

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|---|---|---|---|---|---|---|
| (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glaspie* |
| (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON *Patricia William* ✓ |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7607 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glaspie* |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON *Glaspie* |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9733 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON *Subway* |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

| Dialed (Clean) | Frequency | Dialed Name | Dialed Address |
|---|---|---|---|
| (409) 256-1234 | 8 | NO SUBSCRIBER. | |
| (866) 862-3534 | 7 | NO SUBSCRIBER. | |
| (713) 731-9841 | 5 | NO SUBSCRIBER. | |
| (713) 842-3804 | 4 | NO SUBSCRIBER. | |
| (832) 274-1453 | 4 | AARON H. BROWN-T-MOBILE CELL | 10409 SIERRA DR. |
| (713) 224-1023 | 3 | LOIS MILLS | 2901 FULTON #619 |
| (713) 571-0203 | 3 | JENNETTE GROSS | 3034 MCILHENNY #1 |
| (713) 738-5914 | 3 | NO SUBSCRIBER. | |
| (713) 991-1123 | 3 | ALMA BERRY | 6210 HARTWICK |
| (832) 274-4130 | 3 | DESHON GALASPIE-T-MOBILE CELL | T-MOBILE |
| (281) 451-9603 | 2 | NO SUBSCRIBER. | |
| (281) 590-6316 | 2 | BERRY, ALMA | 6210 HARTWICK |
| (713) 229-8659 | 2 | KATHY E. YOUNG | 2901 FULTON #639 |
| (713) 734-1848 | 2 | LINDA SUE CARTER | 5759 OVERDALE |
| (713) 747-4223 | 2 | NO SUBSCRIBER. | |
| (832) 228-3006 | 2 | GHETTO-T-MOBILE CELL | T-MOBILE |
| (281) 224-1936 | 1 | NO SUBSCRIBER. | |
| (281) 590-3225 | 1 | NO SUBSCRIBER. | |
| (713) 214-3632 | 1 | AIM MANAGEMENT GROUP | 11 EAST GREENWAY PLAZA #100 |
| (713) 225-2943 | 1 | NO SUBSCRIBER. | |
| (713) 264-0244 | 1 | NO SUBSCRIBER. Patricia Williamy | |
| (713) 347-0477 | 1 | NO SUBSCRIBER. | |
| (713) 640-9733 | 1 | NO SUBSCRIBER. | |
| (713) 731-7607 | 1 | NO SUBSCRIBER. | |
| (713) 772-4264 | 1 | VARTEC TELECOM | |
| (713) 869-6091 | 1 | PAY PHONE | 4700 NORTH MAIN |
| (800) 735-1805 | 1 | NO SUBSCRIBER. | |
| (832) 439-0000 | 1 | NO SUBSCRIBER. | |
| (832) 526-3270 | 1 | NO SUBSCRIBER. | |

HC/BROWN-53910

```
   00832C Terminating NPA          2744130C Terminating number
  0648202C Connect time          000000334C Elapsed time (mmmmmsst)
057700101C SLIP ID                     720C Module (Sub structure)
     002C Party ID              YYYYYYYYYYYY Local routing number
YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYY Location
 1010000C Supporting information        040C Module (Sub structure)
     577C Digits ID                     011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA00625C HEX-ID AND STRUCTURE           036C Sensor type
     066C Call type                     032C Collector tupe
 0107713C Sensor (Office)            30403C Date (YMMDD)
 0964214C Collector ID             0000000C Study indicator
   00000C Timing indicator               0C Svc obs/Traffic Sampld
      0C Answer ind -0=Answered         023C Service feature
      0C Operator action          2561234C Originating number
     409C Originating NPA            00713C Terminating NPA
      0C Overseas=IntrnationlIn    0642487C Connect time
 6496385C Terminating number         00009C Interexchange carrier
000000137C Elapsed time (mmmmmsst) 0642338C IC connect time
   30403C Carrier date                010C IXC call event status
000000286C IC elapsed time             1C IXC routing
   30639C Trunk group                   0C IC/INC AN
      YY Dialing ind

AA00625C HEX-ID AND STRUCTURE           036C Sensor type
     066C Call type                     032C Collector tupe
 0107713C Sensor (Office)            30403C Date (YMMDD)
 0964214C Collector ID             0000000C Study indicator
   00000C Timing indicator               0C Svc obs/Traffic Sampld
      0C Answer ind -0=Answered         023C Service feature
      0C Operator action          2561234C Originating number
     409C Originating NPA            00713C Terminating NPA
      0C Overseas=IntrnationlIn    0644345C Connect time
 6496385C Terminating number         00009C Interexchange carrier
000000210C Elapsed time (mmmmmsst) 0644261C IC connect time
   30403C Carrier date                010C IXC call event status
000000293C IC elapsed time             1C IXC routing
   30639C Trunk group                   0C IC/INC AN
      YY Dialing ind

AA00625C HEX-ID AND STRUCTURE           036C Sensor type
     066C Call type                     032C Collector tupe
 0107713C Sensor (Office)            30403C Date (YMMDD)
 0964214C Collector ID             0000000C Study indicator
   00000C Timing indicator               0C Svc obs/Traffic Sampld
      0C Answer ind -0=Answered         023C Service feature
      0C Operator action          2561234C Originating number
     409C Originating NPA            00713C Terminating NPA
      0C Overseas=IntrnationlIn    0645422C Connect time
 6496385C Terminating number         00009C Interexchange carrier
000000445C Elapsed time (mmmmmsst) 0645331C IC connect time
   30403C Carrier date                010C IXC call event status
000000536C IC elapsed time             1C IXC routing
   30639C Trunk group                   0C IC/INC AN
      YY Dialing ind

AA40220C HEX-ID AND STRUCTURE           036C Sensor type
     047C Call type                     013C Collector tupe
 0167713C Sensor (Office)            30403C Date (YMMDD)
 0964214C Collector ID             0000000C Study indicator
   00000C Timing indicator               0C Operator action
     001C Completion indicator          713C Originating NPA
     027C Service feature
```

7

cont. from
pg 7

```
→ 6496385C Originating number        0C Overseas=IntrnationlIn
   00832C Terminating NPA terminating #   2744130C Terminating number
  0826234C Connect (time)        000002120C Elapsed time (mmmmmsst)
057700101C SLIP ID                  720C Module (Sub structure)
     002C Party ID            YYYYYYYYYY Local routing number
YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYYY Location
  1010000C Supporting information    040C Module (Sub structure)
     577C Digits ID                 011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE           036C Sensor type
     047C Call type                  013C Collector tupe
 0167713C Sensor (Office)          30403C Date (YMMDD)
 0964214C Collector ID          0000000C Study indicator
   00000C Timing indicator           0C Operator action
     001C Completion indicator     713C Originating NPA
     027C Service feature            0C Overseas=IntrnationlIn
 6496385C Originating number    5906316C Terminating number
   00281C Terminating NPA      000000047C Elapsed time (mmmmmsst)
→ 0830022C Connect time              720C Module (Sub structure)
057700101C SLIP ID             YYYYYYYYYY Local routing number
     002C Party ID            YYYYYYYYYYYYYYY Location
YYYYYYYYYY Service provided ID       040C Module (Sub structure)
  1010000C Supporting information    011C Significant digits
     577C Digits ID        0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA00625C HEX-ID AND STRUCTURE           036C Sensor type
     066C Call type                  032C Collector tupe
 0107713C Sensor (Office)          30403C Date (YMMDD)
 0964214C Collector ID          0000000C Study indicator
   00000C Timing indicator           0C Svc obs/Traffic Sampld
      0C Answer ind -0=Answered     023C Service feature
      0C Operator action       2561234C Originating number
     409C Originating NPA         00713C Terminating NPA
      0C Overseas=IntrnationlIn  → 0839281C Connect time
 6496385C Terminating number      00009C Interexchange carrier
000000079C Elapsed time (mmmmmsst)  0839165C IC connect time
   30403C Carrier date            010C IXC call event status
000000195C IC elapsed time          1C IXC routing
   30639C Trunk group               0C IC/INC AN
      YY Dialing ind

AA40220C HEX-ID AND STRUCTURE           036C Sensor type
     047C Call type                  013C Collector tupe
 0167713C Sensor (Office)          30403C Date (YMMDD)
 0964214C Collector ID          0000000C Study indicator
   00000C Timing indicator           0C Operator action
     001C Completion indicator     713C Originating NPA
     010C Service feature            0C Overseas=IntrnationlIn
 6496385C Originating number    5906316C Terminating number
   00281C Terminating NPA      000002153C Elapsed time (mmmmmsst)
→ 1008199C Connect time              720C Module (Sub structure)
057700101C SLIP ID             YYYYYYYYYY Local routing number
     002C Party ID            YYYYYYYYYYYYYYY Location
YYYYYYYYYY Service provided ID       040C Module (Sub structure)
  1010000C Supporting information    011C Significant digits
     577C Digits ID        0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                  006C Sensor type
```

8

HC/BROWN-53912

<pre>
   0125281C Sensor (Office)              013C Collector tupe
   0964214C Collector ID              30403C Date (YMMDD)
     00000C Timing indicator        0000000C Study indicator
       001C Completion indicator          0C Operator action
       027C Service feature             281C Originating NPA
   5903225C Originating number           0C Overseas=IntrnationlIn
     00713C Terminating NPA         6496385C Terminating number
-> 0923180C Connect time          000000087C Elapsed time (mmmmsst)
  057700101C SLIP ID                    040C Module (Sub structure)
       577C Digits ID                   011C Significant digits
10008767000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       720C Module (Sub structure)      002C Party ID
 yyyyyyyyyyy Local routing number  yyyyyyyyyy Service provided ID      yy
 yyyyyyyyyyyyyy Location             1010000C Supporting information
       000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
       047C Call type                   032C Collector tupe
   0175713C Sensor (Office)           30403C Date (YMMDD)
   0964214C Collector ID            0000000C Study indicator
     00000C Timing indicator              0C Operator action
       001C Completion indicator        713C Originating NPA
       027C Service feature              0C Overseas=IntrnationlIn
   8423804C Originating number      6496385C Terminating number
     00713C Terminating NPA       000001340C Elapsed time (mmmmsst)
-> 0913375C Connect time               720C Module (Sub structure)
 057700101C SLIP ID               yyyyyyyyyyyy Local routing number
       002C Party ID             yyyyyyyyyyyyyyy Location
 yyyyyyyyy Service provided ID         040C Module (Sub structure)
   1010000C Supporting information      011C Significant digits
       577C Digits ID             0000000000000C Tandem Digits Dialed 2
10009331000C Tandem Digits Dialed 1
       000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
       047C Call type                   032C Collector tupe
   0194713C Sensor (Office)           30403C Date (YMMDD)
   0964214C Collector ID            0000000C Study indicator
     00000C Timing indicator              0C Operator action
       001C Completion indicator        713C Originating NPA
       027C Service feature              0C Overseas=IntrnationlIn
   2640244C Originating number      6496385C Terminating number
     00713C Terminating NPA       000003366C Elapsed time (mmmmsst)
-> 1007135C Connect time               720C Module (Sub structure)
 057700101C SLIP ID               yyyyyyyyyyyy Local routing number
       002C Party ID             yyyyyyyyyyyyyyy Location
 yyyyyyyyy Service provided ID         040C Module (Sub structure)
   1010000C Supporting information      011C Significant digits
       577C Digits ID             0000000000000C Tandem Digits Dialed 2
10001570000C Tandem Digits Dialed 1
       000C Module (S

AA40625C HEX-ID AND STRUCTURE             036C Sensor type
       119C Call type                   013C Collector tupe
   0167713C Sensor (Office)           30403C Date (YMMDD)
   0964214C Collector ID            0000000C Study indicator
     00000C Timing indicator              0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered      000C Service feature
        0C Operator action        2143632C Originating number
       717C Originating NPA          00713C Terminating NPA
        0C Overseas=IntrnationlIn  -> 1136444C Connect time
   6496385C Terminating number        02881C Interexchange carrier
 000000099C Elapsed time (mmmmsst)  1136354C IC connect time
     30403C Carrier date               010C IXC call event status
 000000188C IC elapsed time
</pre>

1.3min

William to Podium

3.3min

3

HC/BROWN-53913

```
      30275C Trunk group
         yy Dialing ind
        720C Module (Sub structure)
 07174330000C Local routing number
yyyyyyyyyyyyyy Location
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    6496385C Originating number
      00832C Terminating NPA
 -> 1157378C Connect time
  057700101C SLIP ID
        002C Party ID
  yyyyyyyyyy Service provided ID
    1010000C Supporting information
        577C Digits ID
10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    6496385C Originating number
      00832C Terminating NPA
    1159223C Connect time
  057700101C SLIP ID
        002C Party ID
  yyyyyyyyyy Service provided ID
    1010000C Supporting information
        577C Digits ID
10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0194713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    7317607C Originating number
      00713C Terminating NPA
    1127140C Connect time
  057700101C SLIP ID
        002C Party ID
  yyyyyyyyyy Service provided ID
    1010000C Supporting information
        577C Digits ID
10001570000C Tandem Digits Dialed 1
        000C Module (S

AA00625C HEX-ID AND STRUCTURE
        066C Call type
    0107713C Sensor (Office)
    0964214C Collector ID
```

```
           0C IXC routing
           2C IC/INC ANI/CPN Indica
         001C Party ID
   yyyyyyyyyy Service provided ID   yy
      3090000C Supporting information

          036C Sensor type
          013C Collector tupe
        30403C Date (YMMDD)
      0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
      2283006C Terminating number
    000000082C Elapsed time (mmmmsst)
          720C Module (Sub structure)
   yyyyyyyyyy Local routing number
 yyyyyyyyyyyyyyyy Location
          040C Module (Sub structure)
          011C Significant digits
0000000000000C Tandem Digits Dialed 2

          036C Sensor type
          013C Collector tupe
        30403C Date (YMMDD)
      0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
      2741453C Terminating number
    000000100C Elapsed time (mmmmsst)
          720C Module (Sub structure)
   yyyyyyyyyy Local routing number
 yyyyyyyyyyyyyyyy Location
          040C Module (Sub structure)
          011C Significant digits
0000000000000C Tandem Digits Dialed 2

          036C Sensor type
          032C Collector tupe
        30403C Date (YMMDD)
      0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
      6496385C Terminating number
    000000067C Elapsed time (mmmmsst)
          720C Module (Sub structure)
   yyyyyyyyyy Local routing number
 yyyyyyyyyyyyyyyy Location
          040C Module (Sub structure)
          011C Significant digits
0000000000000C Tandem Digits Dialed 2

          036C Sensor type
          032C Collector tupe
        30403C Date (YMMDD)
```

HC/BROWN-53914

```
      00000C Timing indicator              0000000C Study indicator
          0C Answer ind -0=Answered              0C Svc obs/Traffic Sampld
          0C Operator action                   023C Service feature
        409C Originating NPA              2561234C Originating number
          0C Overseas=IntrnationlIn         00713C Terminating NPA
    6496385C Terminating number           1117391C Connect time
  000000082C Elapsed time (mmmmsst)         00009C Interexchange carrier
      30403C Carrier date                 1117302C IC connect time
  000000171C IC elapsed time                 010C IXC call event status
      30639C Trunk group                       1C IXC routing
          yy Dialing ind                        0C IC/INC AN


AA40220C HEX-ID AND STRUCTURE
        047C Call type                       036C Sensor type
    0167713C Sensor (Office)                 013C Collector tupe
    0964214C Collector ID                  30403C Date (YMMDD)
      00000C Timing indicator            0000000C Study indicator
        001C Completion indicator              0C Operator action
        027C Service feature                 713C Originating NPA
    6496385C Originating number                0C Overseas=IntrnationlIn
      00713C Terminating NPA            7474223C Terminating number
    1203377C Connect time             000004597C Elapsed time (mmmmsst)
  057700101C SLIP ID                         720C Module (Sub structure)
        002C Party ID                 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
        577C Digits ID                        011C Significant digits
  10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
        000C Module (S


AA40220C HEX-ID AND STRUCTURE
        047C Call type                       036C Sensor type
    0167713C Sensor (Office)                 013C Collector tupe
    0964214C Collector ID                  30403C Date (YMMDD)
      00000C Timing indicator            0000000C Study indicator
        001C Completion indicator              0C Operator action
        027C Service feature                 713C Originating NPA
    6496385C Originating number                0C Overseas=IntrnationlIn
      00713C Terminating NPA            7385914C Terminating number
    1209359C Connect time             000000442C Elapsed time (mmmmsst)
  057700101C SLIP ID                         720C Module (Sub structure)
        002C Party ID                 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
        577C Digits ID                        011C Significant digits
  10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
        000C Module (S


AA40220C HEX-ID AND STRUCTURE
        047C Call type                       036C Sensor type
    0167713C Sensor (Office)                 013C Collector tupe
    0964214C Collector ID                  30403C Date (YMMDD)
      00000C Timing indicator            0000000C Study indicator
        001C Completion indicator              0C Operator action
        027C Service feature                 713C Originating NPA
    6496385C Originating number                0C Overseas=IntrnationlIn
      00713C Terminating NPA            7385914C Terminating number
    1333252C Connect time             000006410C Elapsed time (mmmmsst)
  057700101C SLIP ID                         720C Module (Sub structure)
        002C Party ID                 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyy Service provided ID       yyyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
        577C Digits ID                        011C Significant digits
  10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
        000C Module (S
```

11

HC/BROWN-53915

AA40220C HEX-ID AND STRUCTURE
```
      047C Call type
  0175713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
      001C Completion indicator
      027C Service feature
  8423804C Originating number
    00713C Terminating NPA
  1214088C Connect time
  057700101C SLIP ID
      002C Party ID
  yyyyyyyyyy Service provided ID
  1010000C Supporting information
      577C Digits ID
10009331000C Tandem Digits Dialed 1
      000C Module (S
```
```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Operator action
      713C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
 000008533C Elapsed time (mmmmsst)
      720C Module (Sub structure)
 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
      040C Module (Sub structure)
      011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

AA40220C HEX-ID AND STRUCTURE
```
      047C Call type
  0194713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
      001C Completion indicator
      027C Service feature
  7385914C Originating number
    00713C Terminating NPA
  1206592C Connect time
  057700101C SLIP ID
      002C Party ID
  yyyyyyyyyy Service provided ID
  1010000C Supporting information
      577C Digits ID
10001570000C Tandem Digits Dialed 1
      000C Module (S
```
```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Operator action
      713C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
 000000098C Elapsed time (mmmmsst)
      720C Module (Sub structure)
 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
      040C Module (Sub structure)
      011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

AA40220C HEX-ID AND STRUCTURE
```
      047C Call type
  0175713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
      001C Completion indicator
      027C Service feature
  8423804C Originating number
    00713C Terminating NPA
  1443355C Connect time
  057700101C SLIP ID
      002C Party ID
  yyyyyyyyyy Service provided ID
  1010000C Supporting information
      577C Digits ID
10009331000C Tandem Digits Dialed 1
      000C Module (S
```
```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Operator action
      713C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
 000003475C Elapsed time (mmmmsst)
      720C Module (Sub structure)
 yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
      040C Module (Sub structure)
      011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

AA00360C HEX-ID AND STRUCTURE
```
      141C Call type
  0167713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
        1C Answer ind -0=Answered
        0C Operator action
      713C Originating NPA
      866C Dialed NPA
        0C Overseas=IntrnationlIn
```
```
      036C Sensor type
      013C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Svc obs/Traffic Sampld
      000C Service feature
  6496385C Originating number
  8623534C Dialed number
    00866C Terminating NPA
```

12

Footer

HC/BROWN-53916

```
   8623534C Terminating number
 000000000C Elapsed time (mmmmsst)
     30403C Carrier date
 000000054C IC elapsed time
     40222C Trunk group
         8C Dialing ind
       000C RAO number

AA40625C HEX-ID AND STRUCTURE
       119C Call type
   0167713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
         0C Answer ind -0=Answered
         0C Operator action
       281C Originating NPA
         0C Overseas=IntrnationlIn
   6496385C Terminating number
 000000138C Elapsed time (mmmmsst)
     30403C Carrier date
 000000416C IC elapsed time
     30314C Trunk group
        ÿÿ Dialing ind
       720C Module (Sub structure)
08326030000C Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type
   0167713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
       001C Completion indicator
       014C Service feature
   6496385C Originating number
     00866C Terminating NPA
   1509483C Connect time
 057700101C SLIP ID
       577C Digits ID
10007297000C Tandem Digits Dialed 1
       000C Module (S

AA00360C HEX-ID AND STRUCTURE
       141C Call type
   0167713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
         0C Answer ind -0=Answered
         0C Operator action
       713C Originating NPA
       866C Dialed NPA
         0C Overseas=IntrnationlIn
   8623534C Terminating number
 000000138C Elapsed time (mmmmsst)
     30403C Carrier date
 000000152C IC elapsed time
     40222C Trunk group
         8C Dialing ind
       000C RAO number

AA40220C HEX-ID AND STRUCTURE
       047C Call type
   0167713C Sensor (Office)
   0964214C Collector ID


   1508586C Connect time
     02221C Interexchange carrier
   1508532C IC connect time
       001C IXC call event status
         0C IXC routing
         3C IC/INC ANI/CPN Indica
       560C LATA

       036C Sensor type
       013C Collector tupe
     30403C Date (YMMDD)
   0000000C Study indicator
         0C Svc obs/Traffic Sampld
       000C Service feature
   2241936C Originating number
     00713C Terminating NPA
   1509483C Connect time
     06982C Interexchange carrier
   1509204C IC connect time
       010C IXC call event status
         0C IXC routing
         2C IC/INC ANI/CPN Indica
       001C Party ID
ÿÿÿÿÿÿÿÿÿÿ Service provided ID     ÿÿ
   3090000C Supporting information

       036C Sensor type
       013C Collector tupe
     30403C Date (YMMDD)
   0000000C Study indicator
         0C Operator action
       713C Originating NPA
         0C Overseas=IntrnationlIn
   8623534C Terminating number
 000000138C Elapsed time (mmmmsst)
       040C Module (Sub structure)
       011C Significant digits
0000000000000C Tandem Digits Dialed 2

       036C Sensor type
       013C Collector tupe
     30403C Date (YMMDD)
   0000000C Study indicator
         0C Svc obs/Traffic Sampld
       000C Service feature
   6496385C Originating number
   8623534C Dialed number
     00866C Terminating NPA
   1509483C Connect time
     02221C Interexchange carrier
   1509469C IC connect time
       010C IXC call event status
         0C IXC routing
         3C IC/INC ANI/CPN Indica
       560C LATA

       036C Sensor type
       013C Collector tupe
     30403C Date (YMMDD)
```

HC/BROWN-53917

```
      00000C  Timing indicator              0000000C  Study indicator
        001C  Completion indicator                0C  Operator action
        027C  Service feature                   713C  Originating NPA
    6496385C  Originating number                  0C  Overseas=IntrnationlIn
       00713C  Terminating NPA             8423804C  Terminating number
     1541055C  Connect time             000004165C  Elapsed time (mmmmsst)
   057700101C  SLIP ID                         720C  Module (Sub structure)
        002C  Party ID              yyyyyyyyyyyy  Local routing number
yyyyyyyyyy  Service provided ID   yyyyyyyyyyyyyyy  Location
    1010000C  Supporting information          040C  Module (Sub structure)
        577C  Digits ID                       011C  Significant digits
10007297000C  Tandem Digits Dialed 1  0000000000000C  Tandem Digits Dialed 2
        000C  Module (S

AA40220C HEX-ID AND STRUCTURE
        047C  Call type                       036C  Sensor type
    0167713C  Sensor (Office)                 013C  Collector tupe
    0964214C  Collector ID                  30403C  Date (YMMDD)
      00000C  Timing indicator            0000000C  Study indicator
        001C  Completion indicator                0C  Operator action
        027C  Service feature                   713C  Originating NPA
    6496385C  Originating number                  0C  Overseas=IntrnationlIn
       00713C  Terminating NPA             8696091C  Terminating number
     1550136C  Connect time             000000059C  Elapsed time (mmmmsst)
   057700101C  SLIP ID                         720C  Module (Sub structure)
        002C  Party ID              yyyyyyyyyyyy  Local routing number
yyyyyyyyyy  Service provided ID   yyyyyyyyyyyyyyy  Location
    1010000C  Supporting information          040C  Module (Sub structure)
        577C  Digits ID                       011C  Significant digits
10007297000C  Tandem Digits Dialed 1  0000000000000C  Tandem Digits Dialed 2
        000C  Module (S

AA40625C HEX-ID AND STRUCTURE
        066C  Call type                       036C  Sensor type
    0107713C  Sensor (Office)                 032C  Collector tupe
    0964214C  Collector ID                  30403C  Date (YMMDD)
      00000C  Timing indicator            0000000C  Study indicator
          0C  Answer ind -0=Answered            0C  Svc obs/Traffic Sampld
          0C  Operator action                 023C  Service feature
        409C  Originating NPA             2561234C  Originating number
          0C  Overseas=IntrnationlIn         00713C  Terminating NPA
    6496385C  Terminating number          1436336C  Connect time
   000000598C  Elapsed time (mmmmsst)          00009C  Interexchange carrier
      30403C  Carrier date                1436282C  IC connect time
   000001052C  IC elapsed time                010C  IXC call event status
      30639C  Trunk group                       1C  IXC routing
          yy  Dialing ind                       0C  IC/INC ANI/CPN Indica
        720C  Module (Sub structure)          002C  Party ID
yyyyyyyyyyyy  Local routing number  yyyyyyyyyy  Service provided ID      yy
yyyyyyyyyyyyyy  Location             1010000C  Supporting information
        000C  Module (S

AA40220C HEX-ID AND STRUCTURE
        047C  Call type                       036C  Sensor type
    0167713C  Sensor (Office)                 013C  Collector tupe
    0964214C  Collector ID                  30403C  Date (YMMDD)
      00000C  Timing indicator            0000000C  Study indicator
        001C  Completion indicator                0C  Operator action
        027C  Service feature                   713C  Originating NPA
    6496385C  Originating number                  0C  Overseas=IntrnationlIn
       00832C  Terminating NPA             2283006C  Terminating number
     1638163C  Connect time             000000486C  Elapsed time (mmmmsst)
   057700101C  SLIP ID                         720C  Module (Sub structure)
        002C  Party ID              yyyyyyyyyyyy  Local routing number
yyyyyyyyyy  Service provided ID   yyyyyyyyyyyyyyy  Location
```

14

8

HC/BROWN-53918

```
      1010000C Supporting information          040C Module (Sub structure)
       577C Digits ID                          011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
       047C Call type                         013C Collector tupe
   0167713C Sensor (Office)               30400C Date (YMMDD)
   0964214C Collector ID                 0000000C Study indicator
     00000C Timing indicator                   0C Operator action
       001C Completion indicator              713C Originating NPA
       027C Service feature                    0C Overseas=IntrnationlIn
   6496385C Originating number         2744130C Terminating number
     00832C Terminating NPA          000000082C Elapsed time (mmmmsst)
   1639499C Connect time                  720C Module (Sub structure)
 057700101C SLIP ID              ỹỹỹỹỹỹỹỹỹỹ Local routing number
       002C Party ID            ỹỹỹỹỹỹỹỹỹỹỹỹỹ Location
 ỹỹỹỹỹỹỹỹ Service provided ID          040C Module (Sub structure)
   1010000C Supporting information          011C Significant digits
       577C Digits ID             0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
       000C Module (S


AA00625C HEX-ID AND STRUCTURE              036C Sensor type
       066C Call type                         032C Collector tupe
   0106713C Sensor (Office)               30403C Date (YMMDD)
   0964214C Collector ID                 0000000C Study indicator
     00000C Timing indicator                   0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered             023C Service feature
        0C Operator action              4519603C Originating number
       281C Originating NPA                 00713C Terminating NPA
        0C Overseas=IntrnationlIn        1645460C Connect time
   6496385C Terminating number            00009C Interexchange carrier
 000000082C Elapsed time (mmmmsst)       1645413C IC connect time
     30403C Carrier date                    010C IXC call event status
 000000129C IC elapsed time                   1C IXC routing
     31208C Trunk group                       0C IC/INC AN
        ỹỹ Dialing ind


AA00625C HEX-ID AND STRUCTURE              036C Sensor type
       066C Call type                         032C Collector tupe
   0106713C Sensor (Office)               30403C Date (YMMDD)
   0964214C Collector ID                 0000000C Study indicator
     00000C Timing indicator                   0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered             023C Service feature
        0C Operator action              4519603C Originating number
       281C Originating NPA                 00713C Terminating NPA
        0C Overseas=IntrnationlIn        1647084C Connect time
   6496385C Terminating number            00009C Interexchange carrier
 000000158C Elapsed time (mmmmsst)       1646585C IC connect time
     30403C Carrier date                    010C IXC call event status
 000000258C IC elapsed time                   1C IXC routing
     31208C Trunk group                       0C IC/INC AN
        ỹỹ Dialing ind


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
       047C Call type                         013C Collector tupe
   0167713C Sensor (Office)               30403C Date (YMMDD)
   0964214C Collector ID                 0000000C Study indicator
     00000C Timing indicator                   0C Operator action
       001C Completion indicator              713C Originating NPA
       027C Service feature                    0C Overseas=IntrnationlIn
   6496385C Originating number         7474223C Terminating number
     00713C Terminating NPA          000004124C Elapsed time (mmmmsst)
   1704272C Connect time
```

15

9

HC/BROWN-53919

```
   057700101C SLIP ID                    720C Module (Sub structure)
         002C Party ID            yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
     1010000C Supporting information     040C Module (Sub structure)
         577C Digits ID                  011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S
```

AA40220C HEX-ID AND STRUCTURE
```
         047C Call type                  036C Sensor type
      0167713C Sensor (Office)           013C Collector tupe
      0964214C Collector ID            30403C Date (YMMDD)
        00000C Timing indicator       0000000C Study indicator
          001C Completion indicator         0C Operator action
          027C Service feature            713C Originating NPA
      6496385C Originating number           0C Overseas=Intrnation1In
        00832C Terminating NPA        2741453C Terminating number
      1709224C Connect time         000001340C Elapsed time (mmmmsst)
   057700101C SLIP ID                    720C Module (Sub structure)
         002C Party ID            yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
     1010000C Supporting information     040C Module (Sub structure)
         577C Digits ID                  011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S
```

AA40220C HEX-ID AND STRUCTURE
```
         047C Call type                  036C Sensor type
      0167713C Sensor (Office)           013C Collector tupe
      0964214C Collector ID            30403C Date (YMMDD)
        00000C Timing indicator       0000000C Study indicator
          001C Completion indicator         0C Operator action
          027C Service feature            713C Originating NPA
      6496385C Originating number           0C Overseas=Intrnation1In
        00713C Terminating NPA        7724264C Terminating number
      1713358C Connect time         000000428C Elapsed time (mmmmsst)
   057700101C SLIP ID                    720C Module (Sub structure)
         002C Party ID            yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
     1010000C Supporting information     040C Module (Sub structure)
         577C Digits ID                  011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S
```

AA40220C HEX-ID AND STRUCTURE
```
         047C Call type                  036C Sensor type
      0167713C Sensor (Office)           013C Collector tupe
      0964214C Collector ID            30403C Date (YMMDD)
        00000C Timing indicator       0000000C Study indicator
          001C Completion indicator         0C Operator action
          027C Service feature            713C Originating NPA
      6496385C Originating number           0C Overseas=Intrnation1In
        00713C Terminating NPA        7341848C Terminating number
      1715330C Connect time         000009353C Elapsed time (mmmmsst)
   057700101C SLIP ID                    720C Module (Sub structure)
         002C Party ID            yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
     1010000C Supporting information     040C Module (Sub structure)
         577C Digits ID                  011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S
```

AA40220C HEX-ID AND STRUCTURE
```
         047C Call type                  036C Sensor type
      0167713C Sensor (Office)           013C Collector tupe
```

HC/BROWN-53920

```
     0964214C Collector ID                        30403C Date (YMMDD)
       00000C Timing indicator               0000000C Study indicator
         001C Completion indicator                  0C Operator action
         027C Service feature                     713C Originating NPA
     6496385C Originating number                    0C Overseas=IntrnationlIn
       00713C Terminating NPA                 9911123C Terminating number
     1725242C Connect time                 000000549C Elapsed time (mmmmmsst)
   057700101C SLIP ID                              720C Module (Sub structure)
         002C Party ID            YYYYYYYYYYYYY Local routing number
  YYYYYYYYYY Service provided ID   YYYYYYYYYYYYYYYYY Location
     1010000C Supporting information               040C Module (Sub structure)
         577C Digits ID                            011C Significant digits
  10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
         000C Module (S

AA40220C HEX-ID AND STRUCTURE                      036C Sensor type
         047C Call type                            013C Collector tupe
     0167713C Sensor (Office)                     30403C Date (YMMDD)
     0964214C Collector ID                     0000000C Study indicator
       00000C Timing indicator                       0C Operator action
         001C Completion indicator                 713C Originating NPA
         027C Service feature                        0C Overseas=IntrnationlIn
     6496385C Originating number             2744130C Terminating number
       00832C Terminating NPA               000001123C Elapsed time (mmmmmsst)
     1734313C Connect time                        720C Module (Sub structure)
   057700101C SLIP ID                YYYYYYYYYYYY Local routing number
         002C Party ID            YYYYYYYYYYYYYYYYY Location
  YYYYYYYYYY Service provided ID                    040C Module (Sub structure)
     1010000C Supporting information               011C Significant digits
         577C Digits ID              0000000000000C Tandem Digits Dialed 2
  10007297000C Tandem Digits Dialed 1
         000C Module (S

AA40220C HEX-ID AND STRUCTURE                      036C Sensor type
         047C Call type                            013C Collector tupe
     0167713C Sensor (Office)                     30403C Date (YMMDD)
     0964214C Collector ID                     0000000C Study indicator
       00000C Timing indicator                       0C Operator action
         001C Completion indicator                 713C Originating NPA
         014C Service feature                        0C Overseas=IntrnationlIn
     6496385C Originating number             8623534C Terminating number
       00866C Terminating NPA               000000267C Elapsed time (mmmmmsst)
     1747239C Connect time                        040C Module (Sub structure)
   057700101C SLIP ID                               011C Significant digits
         577C Digits ID              0000000000000C Tandem Digits Dialed 2
  10007297000C Tandem Digits Dialed 1
         000C Module (S

AA00360C HEX-ID AND STRUCTURE                      036C Sensor type
         141C Call type                            013C Collector tupe
     0167713C Sensor (Office)                     30403C Date (YMMDD)
     0964214C Collector ID                     0000000C Study indicator
       00000C Timing indicator                       0C Svc obs/Traffic Sampld
           0C Answer ind -0=Answered              000C Service feature
           0C Operator action               6496385C Originating number
         713C Originating NPA               8623534C Dialed number
         866C Dialed NPA                      00866C Terminating NPA
           0C Overseas=IntrnationlIn        1747239C Connect time
     8623534C Terminating number              02221C Interexchange carrier
   000000267C Elapsed time (mmmmmsst)        1747176C IC connect time
       30403C Carrier date                     010C IXC call event status
   000000330C IC elapsed time                      0C IXC routing
       40222C Trunk group                         3C IC/INC ANI/CPN Indica
           8C Dialing ind                        560C LATA
         000C RAO number
```

17

HC/BROWN-53921

```
AA40220C HEX-ID AND STRUCTURE            036C  Sensor type
        047C  Call type                013C  Collector tupe
    0167713C  Sensor (Office)         30403C  Date (YMMDD)
    0964214C  Collector ID          0000000C  Study indicator
       00000C  Timing indicator           0C  Operator action
         001C  Completion indicator      713C  Originating NPA
         027C  Service feature            0C  Overseas=IntrnationlIn
     6496385C  Originating number    5710203C  Terminating number
        00713C  Terminating NPA     000001492C  Elapsed time (mmmmsst)
     1747394C  Connect time            720C  Module (Sub structure)
   057700101C  SLIP ID          yyyyyyyyyyy  Local routing number
         002C  Party ID        yyyyyyyyyyyyyy  Location
 yyyyyyyyyy  Service provided ID        040C  Module (Sub structure)
     1010000C  Supporting information     011C  Significant digits
         577C  Digits ID      0000000000000C  Tandem Digits Dialed 2
  10007297000C  Tandem Digits Dialed 1
         000C  Module (S

AA40220C HEX-ID AND STRUCTURE            036C  Sensor type
        047C  Call type                013C  Collector tupe
    0167713C  Sensor (Office)         30403C  Date (YMMDD)
    0964214C  Collector ID          0000000C  Study indicator
       00000C  Timing indicator           0C  Operator action
         001C  Completion indicator      713C  Originating NPA
         014C  Service feature            0C  Overseas=IntrnationlIn
     6496385C  Originating number    8623534C  Terminating number
        00866C  Terminating NPA     000000064C  Elapsed time (mmmmsst)
     1750519C  Connect time            040C  Module (Sub structure)
   057700101C  SLIP ID                 011C  Significant digits
         577C  Digits ID      0000000000000C  Tandem Digits Dialed 2
  10007297000C  Tandem Digits Dialed 1
         000C  Module (S

AA00360C HEX-ID AND STRUCTURE            036C  Sensor type
         141C  Call type                013C  Collector tupe
    0167713C  Sensor (Office)         30403C  Date (YMMDD)
    0964214C  Collector ID          0000000C  Study indicator
       00000C  Timing indicator           0C  Svc obs/Traffic Sampld
           0C  Answer ind -0=Answered    000C  Service feature
           0C  Operator action       6496385C  Originating number
         713C  Originating NPA        8623534C  Dialed number
         866C  Dialed NPA              00866C  Terminating NPA
           0C  Overseas=IntrnationlIn  1750519C  Connect time
     8623534C  Terminating number       02221C  Interexchange carrier
   000000064C  Elapsed time (mmmmsst)  1750503C  IC connect time
        30403C  Carrier date            010C  IXC call event status
   000000080C  IC elapsed time            0C  IXC routing
        40222C  Trunk group              3C  IC/INC ANI/CPN Indica
           8C  Dialing ind             560C  LATA
         000C  RAO number

AA40220C HEX-ID AND STRUCTURE            036C  Sensor type
        047C  Call type                013C  Collector tupe
    0167713C  Sensor (Office)         30403C  Date (YMMDD)
    0964214C  Collector ID          0000000C  Study indicator
       00000C  Timing indicator           0C  Operator action
         001C  Completion indicator      713C  Originating NPA
         027C  Service feature            0C  Overseas=IntrnationlIn
     6496385C  Originating number    5710203C  Terminating number
        00713C  Terminating NPA     000000117C  Elapsed time (mmmmsst)
     1750522C  Connect time            720C  Module (Sub structure)
   057700101C  SLIP ID          yyyyyyyyyyy  Local routing number
         002C  Party ID        yyyyyyyyyyyyyy  Location
 yyyyyyyyyy  Service provided ID
```

HC/BROWN-53922

1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
010C Service feature
6496385C Originating number
00713C Terminating NPA
1756570C Connect time
057700101C SLIP ID
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6409733C Terminating number
000003076C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA
1804036C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
5710203C Terminating number
000000202C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00832C Terminating NPA
1851275C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
2741453C Terminating number
000000262C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
9911123C Terminating number

19

HC/BROWN-53923

1854183C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

000000069C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyy Local routing number
yyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA00625C HEX-ID AND STRUCTURE
066C Call type
0107713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind -0=Answered
0C Operator action
409C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000045C Elapsed time (mmmmsst)
30403C Carrier date
000000284C IC elapsed time
30639C Trunk group
yy Dialing ind

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
023C Service feature
2561234C Originating number
00713C Terminating NPA
1706295C Connect time
00009C Interexchange carrier
1706056C IC connect time
010C IXC call event status
1C IXC routing
0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
047C Call type
0194713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
7319841C Originating number
00713C Terminating NPA
1720101C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10004737000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000001271C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
014C Service feature
6496385C Originating number
00866C Terminating NPA
1909558C Connect time
057700101C SLIP ID
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
8623534C Terminating number
000000050C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA00360C HEX-ID AND STRUCTURE
141C Call type
0167713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
0C Answer ind -0=Answered
0C Operator action

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
000C Service feature

HC/BROWN-53924

```
        713C Originating NPA
        866C Dialed NPA
          0C Overseas=IntrnationlIn
    8623534C Terminating number
 000000050C Elapsed time (mmmmsst)
      30403C Carrier date
 000000063C IC elapsed time
      40222C Trunk group
          8C Dialing ind
        000C RAO number


AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    6496385C Originating number
      00713C Terminating NPA
    1908597C Connect time
  057700101C SLIP ID
        002C Party ID
  yyyyyyyyy Service provided ID
    1010000C Supporting information
        577C Digits ID
 10007297000C Tandem Digits Dialed 1
        000C Module (S


AA00360C HEX-ID AND STRUCTURE
        141C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
          0C Answer ind -0=Answered
          0C Operator action
        713C Originating NPA
        800C Dialed NPA
          0C Overseas=IntrnationlIn
    7351805C Terminating number
 000000057C Elapsed time (mmmmsst)
      30403C Carrier date
 000000077C IC elapsed time
      30234C Trunk group
          8C Dialing ind
        000C RAO number


AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        014C Service feature
    6496385C Originating number
      00866C Terminating NPA
    2023414C Connect time
  057700101C SLIP ID
        577C Digits ID
 10007297000C Tandem Digits Dialed 1
        000C Module (S


AA00360C HEX-ID AND STRUCTURE
        141C Call type
    0167713C Sensor (Office)
```

```
    6496385C Originating number
    8623534C Dialed number
      00866C Terminating NPA
    1909558C Connect time
      02221C Interexchange carrier
    1909544C IC connect time
        010C IXC call event status
          0C IXC routing
          3C IC/INC ANI/CPN Indica
        560C LATA


        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
          0C Operator action
        713C Originating NPA
          0C Overseas=IntrnationlIn
    7341848C Terminating number
 000001100C Elapsed time (mmmmsst)
        720C Module (Sub structure)
  yyyyyyyyyyy Local routing number
  yyyyyyyyyyyyyyy Location
        040C Module (Sub structure)
        011C Significant digits
 0000000000000C Tandem Digits Dialed 2


        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
          0C Svc obs/Traffic Sampld
        000C Service feature
    6496385C Originating number
    7351805C Dialed number
      00800C Terminating NPA
    2008350C Connect time
      03331C Interexchange carrier
    2008330C IC connect time
        010C IXC call event status
          0C IXC routing
          3C IC/INC ANI/CPN Indica
        560C LATA


        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
          0C Operator action
        713C Originating NPA
          0C Overseas=IntrnationlIn
    8623534C Terminating number
 000000036C Elapsed time (mmmmsst)
        040C Module (Sub structure)
        011C Significant digits
 0000000000000C Tandem Digits Dialed 2


        036C Sensor type
        013C Collector tupe
```

0964214C Collector ID
00000C Timing indicator
0C Answer ind -0=Answered
0C Operator action
713C Originating NPA
866C Dialed NPA
0C Overseas=IntrnationlIn
8623534C Terminating number
000000036C Elapsed time (mmmmsst)
30403C Carrier date
000000051C IC elapsed time
40222C Trunk group
8C Dialing ind
000C RAO number

30403C Date (YMMDD)
0000000C Study indicator
0C Svc obs/Traffic Sampld
000C Service feature
6496385C Originating number
8623534C Dialed number
00866C Terminating NPA
2023414C Connect time
02221C Interexchange carrier
2023399C IC connect time
010C IXC call event status
0C IXC routing
3C IC/INC ANI/CPN Indica
560C LATA

AA40220C HEX-ID AND STRUCTURE
047C Call type
0194713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
7319841C Originating number
00713C Terminating NPA
1909559C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10004737000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000049C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0194713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
7319841C Originating number
00713C Terminating NPA
1910138C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10004737000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000478C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2

AA40220C HEX-ID AND STRUCTURE
047C Call type
0194713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
7319841C Originating number
00713C Terminating NPA
2030253C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyy Service provided ID
1010000C Supporting information

036C Sensor type
032C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000003341C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyy Location
040C Module (Sub structure)

HC/BROWN-53926

```
            577C Digits ID                          011C Significant digits
  10004737000C Tandem Digits Dialed 1    0000000000000C Tandem Digits Dialed 2
          000C Module (S

AA40220C HEX-ID AND STRUCTURE
          047C Call type                            036C Sensor type
      0167713C Sensor (Office)                      013C Collector tupe
      0964214C Collector ID                       30403C Date (YMMDD)
        00000C Timing indicator               0000000C Study indicator
          001C Completion indicator                  0C Operator action
          014C Service feature                     713C Originating NPA
      6496385C Originating number                    0C Overseas=IntrnationlIn
        00866C Terminating NPA               8623534C Terminating number
      2314430C Connect time              000000007C Elapsed time (mmmmsst)
    057700101C SLIP ID                            040C Module (Sub structure)
          577C Digits ID                            011C Significant digits
  10007297000C Tandem Digits Dialed 1    0000000000000C Tandem Digits Dialed 2
          000C Module (S

AA00360C HEX-ID AND STRUCTURE
          141C Call type                            036C Sensor type
      0167713C Sensor (Office)                      013C Collector tupe
      0964214C Collector ID                       30403C Date (YMMDD)
        00000C Timing indicator               0000000C Study indicator
            0C Answer ind -0=Answered                0C Svc obs/Traffic Sampld
            0C Operator action                     000C Service feature
          713C Originating NPA                 6496385C Originating number
          866C Dialed NPA                      8623534C Dialed number
            0C Overseas=IntrnationlIn            00866C Terminating NPA
      8623534C Terminating number             2314430C Connect time
    000000007C Elapsed time (mmmmsst)           02221C Interexchange carrier
        30403C Carrier date                   2314417C IC connect time
    000000020C IC elapsed time                   010C IXC call event status
        40222C Trunk group                         0C IXC routing
            8C Dialing ind                          3C IC/INC ANI/CPN Indica
          000C RAO number                         560C LATA

AA40220C HEX-ID AND STRUCTURE
          047C Call type                            036C Sensor type
      0167713C Sensor (Office)                      013C Collector tupe
      0964214C Collector ID                       30403C Date (YMMDD)
        00000C Timing indicator               0000000C Study indicator
          001C Completion indicator                  0C Operator action
          014C Service feature                     713C Originating NPA
      6496385C Originating number                    0C Overseas=IntrnationlIn
        00866C Terminating NPA               8623534C Terminating number
      2318404C Connect time              000000027C Elapsed time (mmmmsst)
    057700101C SLIP ID                            040C Module (Sub structure)
          577C Digits ID                            011C Significant digits
  10007297000C Tandem Digits Dialed 1    0000000000000C Tandem Digits Dialed 2
          000C Module (S

AA00360C HEX-ID AND STRUCTURE
          141C Call type                            036C Sensor type
      0167713C Sensor (Office)                      013C Collector tupe
      0964214C Collector ID                       30403C Date (YMMDD)
        00000C Timing indicator               0000000C Study indicator
            0C Answer ind -0=Answered                0C Svc obs/Traffic Sampld
            0C Operator action                     000C Service feature
          713C Originating NPA                 6496385C Originating number
          866C Dialed NPA                      8623534C Dialed number
            0C Overseas=IntrnationlIn            00866C Terminating NPA
      8623534C Terminating number             2318404C Connect time
    000000027C Elapsed time (mmmmsst)           02221C Interexchange carrier
        30403C Carrier date                   2318391C IC connect time
```

HC/BROWN-53927

```
000000040C IC elapsed time              010C IXC call event status
   40222C Trunk group                     0C IXC routing
       8C Dialing ind                      3C IC/INC ANI/CPN Indica
     000C RAO number                     560C LATA


AA40220C HEX-ID AND STRUCTURE
      047C Call type                      036C Sensor type
  0167713C Sensor (Office)                013C Collector tupe
  0964214C Collector ID                 30403C Date (YMMDD)
    00000C Timing indicator           0000000C Study indicator
      001C Completion indicator             0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number             0C Overseas=IntrnationlIn
    00832C Terminating NPA           2741453C Terminating number
  2339209C Connect time            000000258C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID               yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S


AA40220C HEX-ID AND STRUCTURE
      047C Call type                      036C Sensor type
  0167713C Sensor (Office)                013C Collector tupe
  0964214C Collector ID                 30403C Date (YMMDD)
    00000C Timing indicator           0000000C Study indicator
      001C Completion indicator             0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number             0C Overseas=IntrnationlIn
    00832C Terminating NPA           5263270C Terminating number
  2340108C Connect time            000000190C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID               yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S


AA40220C HEX-ID AND STRUCTURE
      047C Call type                      036C Sensor type
  0167713C Sensor (Office)                013C Collector tupe
  0964214C Collector ID                 30403C Date (YMMDD)
    00000C Timing indicator           0000000C Study indicator
      001C Completion indicator             0C Operator action
      027C Service feature                713C Originating NPA
  6496385C Originating number             0C Overseas=IntrnationlIn
    00713C Terminating NPA           2298659C Terminating number
  2342328C Connect time            000000099C Elapsed time (mmmmsst)
057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID               yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S


AA40220C HEX-ID AND STRUCTURE
      047C Call type                      036C Sensor type
  0167713C Sensor (Office)                013C Collector tupe
  0964214C Collector ID                 30403C Date (YMMDD)
    00000C Timing indicator           0000000C Study indicator
      001C Completion indicator             0C Operator action
```

HC/BROWN-53928

027C Service feature
6496385C Originating number
00713C Terminating NPA
2343019C Connect time
057700101C SLIP ID
002C Party ID
yyyyyyyyyy Service provided ID
1010000C Supporting information
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

713C Originating NPA
0C Overseas=IntrnationlIn
2298659C Terminating number
000013116C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyyy Location
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2


AA40220C HEX-ID AND STRUCTURE
047C Call type
0167713C Sensor (Office) .
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
6496385C Originating number
00713C Terminating NPA
2357125C Connect time
057700101C SLIP ID
577C Digits ID
10007297000C Tandem Digits Dialed 1
000C Module (S

036C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
3470477C Terminating number
000000136C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2


AA40220C HEX-ID AND STRUCTURE
074C Call type
0522713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator
027C Service feature
2241023C Originating number
00713C Terminating NPA
1955529C Connect time
057700101C SLIP ID
577C Digits ID
10005167000C Tandem Digits Dialed 1
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyyy Location
000C Module (S

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000598C Elapsed time (mmmmsst)
040C Module (Sub structure)
011C Significant digits
0000000000000C Tandem Digits Dialed 2
002C Party ID
yyyyyyyyyy Service provided ID    yy
1010000C Supporting information


AA40502C HEX-ID AND STRUCTURE
001C Call type
0522713C Sensor (Office)
0964214C Collector ID
0C Answer ind -0=Answered
713C Originating NPA
0C Overseas=IntrnationlIn
6496385C Terminating number
000000013C Elapsed time (mmmmsst)
720C Module (Sub structure)
yyyyyyyyyyyy Local routing number
yyyyyyyyyyyyyyyyy Location
000C Module (S

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
000C Service feature
2252943C Originating number
00713C Terminating NPA
2314403C Connect time
007C WATS band/Msg bil.Indx
002C Party ID
yyyyyyyyyy Service provided ID    yy
1010000C Supporting information


AA40220C HEX-ID AND STRUCTURE
074C Call type
0522713C Sensor (Office)
0964214C Collector ID
00000C Timing indicator
001C Completion indicator

008C Sensor type
013C Collector tupe
30403C Date (YMMDD)
0000000C Study indicator
0C Operator action

HC/BROWN-53929

```
       027C Service feature
   2241023C Originating number
     00713C Terminating NPA
    2318378C Connect time
  057700101C SLIP ID
       577C Digits ID
10005167000C Tandem Digits Dialed 1
       720C Module (Sub structure)
ŷŷŷŷŷŷŷŷŷŷŷŷ Local routing number
ŷŷŷŷŷŷŷŷŷŷŷŷŷŷŷ Location
       000C Module (S
```

```
        713C Originating NPA
          0C Overseas=IntrnationlIn
    6496385C Terminating number
   000000032C Elapsed time (mmmmsst)
         040C Module (Sub structure)
         011C Significant digits
0000000000000C Tandem Digits Dialed 2
         002C Party ID
ŷŷŷŷŷŷŷŷŷŷ Service provided ID    ŷŷ
     1010000C Supporting information
```

```
AA40220C HEX-ID AND STRUCTURE
       074C Call type
    0522713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    2241023C Originating number
      00713C Terminating NPA
    2320170C Connect time
  057700101C SLIP ID
        577C Digits ID
10005167000C Tandem Digits Dialed 1
        720C Module (Sub structure)
ŷŷŷŷŷŷŷŷŷŷŷŷ Local routing number
ŷŷŷŷŷŷŷŷŷŷŷŷŷŷŷ Location
        000C Module (S
```

```
         008C Sensor type
         013C Collector tupe
       30403C Date (YMMDD)
     0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
     6496385C Terminating number
   000000379C Elapsed time (mmmmsst)
         040C Module (Sub structure)
         011C Significant digits
0000000000000C Tandem Digits Dialed 2
         002C Party ID
ŷŷŷŷŷŷŷŷŷŷ Service provided ID     ŷŷ
     1010000C Supporting information
```

```
AA40220C HEX-ID AND STRUCTURE
       074C Call type
    0522713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    2241023C Originating number
      00713C Terminating NPA
    0043394C Connect time
  057700101C SLIP ID
        577C Digits ID
10005167000C Tandem Digits Dialed 1
        720C Module (Sub structure)
ŷŷŷŷŷŷŷŷŷŷŷŷ Local routing number
ŷŷŷŷŷŷŷŷŷŷŷŷŷŷŷ Location
        000C Module (S
```

```
         008C Sensor type
         013C Collector tupe
       30404C Date (YMMDD)
     0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
     6496385C Terminating number
   000000077C Elapsed time (mmmmsst)
         040C Module (Sub structure)
         011C Significant digits
0000000000000C Tandem Digits Dialed 2
         002C Party ID
ŷŷŷŷŷŷŷŷŷŷ Service provided ID     ŷŷ
     1010000C Supporting information
```

```
AA40220C HEX-ID AND STRUCTURE
       047C Call type
    0105713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        027C Service feature
    9911123C Originating number
      00713C Terminating NPA
    2203292C Connect time
  057700101C SLIP ID
        002C Party ID
ŷŷŷŷŷŷŷŷŷŷ Service provided ID
     1010000C Supporting information
        577C Digits ID
 0007297000C Tandem Digits Dialed 1
        000C Module (S
```

```
         036C Sensor type
         032C Collector tupe
       30403C Date (YMMDD)
     0000000C Study indicator
           0C Operator action
         713C Originating NPA
           0C Overseas=IntrnationlIn
     6496385C Terminating number
   000000473C Elapsed time (mmmmsst)
         720C Module (Sub structure)
ŷŷŷŷŷŷŷŷŷŷŷŷ Local routing number
ŷŷŷŷŷŷŷŷŷŷŷŷŷŷŷ Location
         040C Module (Sub structure)
         011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

HC/BROWN-53930

```
AA00625C HEX-ID AND STRUCTURE                   036C Sensor type
        066C Call type                          032C Collector tupe
   0107713C Sensor (Office)                    30403C Date (YMMDD)
   0964214C Collector ID                     0000000C Study indicator
     00000C Timing indicator                       0C Svc obs/Traffic Sampld
         0C Answer ind -0=Answered               023C Service feature
         0C Operator action                  4390000C Originating number
       832C Originating NPA                    00713C Terminating NPA
         0C Overseas=IntrnationlIn          2224283C Connect time
   6496385C Terminating number                00009C Interexchange carrier
 000000081C Elapsed time (mmmmsst)          2224194C IC connect time
     30403C Carrier date                        010C IXC call event status
 000000171C IC elapsed time                       1C IXC routing
     30574C Trunk group                          0C IC/INC AN
        ÿÿ Dialing ind

AA40220C HEX-ID AND STRUCTURE                   036C Sensor type
        047C Call type                          032C Collector tupe
   0194713C Sensor (Office)                    30403C Date (YMMDD)
   0964214C Collector ID                     0000000C Study indicator
     00000C Timing indicator                       0C Operator action
       001C Completion indicator                713C Originating NPA
       027C Service feature                       0C Overseas=IntrnationlIn
   7319841C Originating number               6496385C Terminating number
     00713C Terminating NPA                 000000174C Elapsed time (mmmmsst)
   2202147C Connect time                        720C Module (Sub structure)
 057700101C SLIP ID                 ÿÿÿÿÿÿÿÿÿÿÿÿÿ Local routing number
       002C Party ID               ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
 ÿÿÿÿÿÿÿÿÿÿÿ Service provided ID               040C Module (Sub structure)
   1010000C Supporting information             011C Significant digits
       577C Digits ID               0000000000000C Tandem Digits Dialed 2
10004737000C Tandem Digits Dialed 1
       000C Module (S

AA00625C HEX-ID AND STRUCTURE                   036C Sensor type
        066C Call type                          032C Collector tupe
   0107713C Sensor (Office)                    30403C Date (YMMDD)
   0964214C Collector ID                     0000000C Study indicator
     00000C Timing indicator                       0C Svc obs/Traffic Sampld
         0C Answer ind -0=Answered               023C Service feature
         0C Operator action                  2561234C Originating number
       409C Originating NPA                    00713C Terminating NPA
         0C Overseas=IntrnationlIn          2233299C Connect time
   6496385C Terminating number                00009C Interexchange carrier
 000000082C Elapsed time (mmmmsst)          2233188C IC connect time
     30403C Carrier date                        010C IXC call event status
 000000194C IC elapsed time                       1C IXC routing
     30639C Trunk group                          0C IC/INC AN
        ÿÿ Dialing ind

AA00625C HEX-ID AND STRUCTURE                   036C Sensor type
        066C Call type                          032C Collector tupe
   0107713C Sensor (Office)                    30403C Date (YMMDD)
   0964214C Collector ID                     0000000C Study indicator
     00000C Timing indicator                       0C Svc obs/Traffic Sampld
         0C Answer ind -0=Answered               023C Service feature
         0C Operator action                  2561234C Originating number
       409C Originating NPA                    00713C Terminating NPA
         0C Overseas=IntrnationlIn          2326581C Connect time
   6496385C Terminating number                00009C Interexchange carrier
 000003432C Elapsed time (mmmmsst)          2326353C IC connect time
     30403C Carrier date                        010C IXC call event status
 000004060C IC elapsed time                       1C IXC routing
     30639C Trunk group
```

ÿ\

HC/BROWN-53931

*FILED*
*Chris Daniel*
*District Clerk*
Time: _____
MAY 2 2 2013
By _____
Harris County, Texas
Deputy

P-172

CAUSE NO. 1035159-A

EX PARTE                              §        IN THE 351ST DISTRICT COURT

                                      §

ALFRED DEWAYNE BROWN,                 §        HARRIS COUNTY, TEXAS
          APPLICANT

## AGREED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Having reviewed the application for writ of habeas corpus, Respondent's Original

Answer, and the supplements filed by both parties in cause no. 1035159-A; the appellate

record in cause no. 1035159; the affidavits and exhibits filed by the parties in cause no.

1035159-A; and, taking judicial notice of the appellate record in *State of Texas v. Elijah*

*Joubert*, cause no. 944756, the Court makes the following findings of fact and

conclusions of law, having been guided in these findings and conclusions by the joint

submission of habeas counsel for Petitioner and the Harris County District Attorney's

Office:

### FINDINGS OF FACT

ARREST AND INVESTIGATION

1.       On April 4, 2003, Alfred Dewayne Brown (the "applicant") and co-defendants

Elijah Joubert and Dashan Glaspie were arrested for the April 3, 2003 capital murder

committed at the Ace check cashing store, during which store clerk Alfredia Jones and

Houston Police Department officer Charles Clark were killed (XXVIII R.R. at 121-2; XXX

R.R. at 162-4).

2.       The applicant's co-defendants implicated the applicant as the shooter in the

murder of Officer Clark (XXXI R.R. at 127, 169-172, 174).[1]

3.       On April 4, 2003, Ericka Dockery, the applicant's girlfriend with whom he was

_____

[1] During Joubert's capital murder trial, the State presented testimony that Joubert told police that
the applicant shot Officer Clark (Joubert XXVII R.R. at 218).



27/984
13/972

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 – Page 1 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 2 of 172

living at the time of the offense, told police that the applicant was home asleep when she escorted her children to catch the bus at 6:50 a.m. and when she left for work at 8:30 a.m. on the morning of April 3, 2003; that she later called home and was told that the applicant was sick and upstairs sleeping; and, that the applicant called her at work at approximately 10:00 a.m. and she talked to him for approximately 15 minutes (XXXI R.R. at 20). *See attached Exhibit 1, April 4, 2003 statement of Ericka Jean Dockery.*

4.      On April 21, 2003, Dockery testified before a Harris County Grand Jury that the applicant was asleep on her couch when she left home at 8:30 a.m. on April 3, 2003; that at approximately 10:00 a.m., she received a call from the applicant at her place of employment where she cared for Alma Berry, an elderly woman; that Berry looked at her phone caller ID and said, "Ericka, it's your house" when the applicant called; that Dockery left work at 1:00 p.m., and returned home where she saw the applicant; and, that the applicant told Dockery that he did not feel well (XXXI R.R. at 20). *See attached Exhibit 2, Grand Jury testimony of Ericka Dockery.*

5.      The applicant and co-defendants Joubert and Glaspie were indicted for capital murder, and Glaspie agreed to testify for the State at the capital trials of Joubert and the applicant in exchange for a reduced charge of aggravated robbery and a thirty (30) year prison sentence (XXXI R.R. at 126).

TRIAL AND APPELLATE PROCEEDINGS

6.      On October 21, 2004, Brown's co-defendant Elijah Joubert was found guilty of capital murder and sentenced to death.

7.      Prior to the applicant's capital murder trial, the trial court granted the defense's motion as to exculpatory evidence in the defense's discovery motion (II R.R. at 14).

8.      The applicant was represented by trial counsel Loretta Johnson Muldrow and Robert Morrow during his capital murder trial.

9.      On October 18, 2005, the applicant was found guilty of capital murder in cause

2

no. 1035159 in the 351ST District Court, and, on October 25, 2005, the trial court assessed the applicant's punishment at death after the jury answered the first and second special issues affirmatively and the third and fourth special issues negatively (XXXVIII R.R. at 6).[2]

10.    On September 24, 2008, the Court of Criminal Appeals affirmed the applicant's conviction in a published opinion. *Brown v. State,* 270 S.W.3d 564 (Tex. Crim. App. Sept. 24, 2008).

11.    On October 27, 2007, the applicant filed an Article 11.071 post-conviction habeas petition alleging, *inter alia*, that the State violated the precepts of *Brady v. Maryland,* 373 U.S. 83 (1963).

BROWN'S TRIAL EVIDENCE

12.    The State presented the following evidence regarding the instant offense at the guilt/innocence phase of the applicant's trial:

- that, on the morning of April 3, 2003, Joubert, Glaspie and the applicant gathered at the Villa Americana apartments ("VA") before driving to the Ace check cashing store for the purpose of committing an aggravated robbery (XIX R.R. at 76-86, 159);

---

[2] At the conclusion of the punishment phase of the trial, the trial court submitted the following issues to the jury:

(1) Do you find from the evidence beyond a reasonable doubt that there is a probability that the defendant, Alfred Dewayne Brown, would commit criminal acts of violence that would constitute a continuing threat to the society?

(2) Do you find from the evidence beyond a reasonable doubt that Alfred Dewayne Brown, the defendant himself, actually caused the death of C. Clark, on the occasion in question, or if he did not actually cause the death of C. Clark, that he intended to kill C. Clark, or that he anticipated that a human life would be taken?

(3) Do you find by a preponderance of the evidence that the defendant, Alfred Dewayne Brown, is a person with mental retardation?

(4) Do you find from the evidence, taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, Alfred Dwayne Brown, that there is a sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

3

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 3 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 4 of 172

- that the store clerk, Alfredia Jones, entered the Ace at approximately 9:39 a.m. with first Joubert and then Glaspie and the applicant entering the Ace shortly thereafter (XXXII R.R. at 140);

- that, during the course of the robbery, Jones triggered an alarm and Charles Clark, Houston Police Department, responded to the scene (XXVIII R.R. at 107, 114-5);

- that the applicant shot and fatally wounded Officer Clark when he arrived at the Ace, and Joubert shot and killed store clerk Jones (XXVIII R.R. at 117-122; XXIX R.R. at 52-3);

- that the defendants fled the scene at approximately 9:45 a.m. and drove back to the VA where they went to two to three separate apartments within the complex, spending no more than 30 to 45 minutes in the second apartment (XXIX R.R. at 161, 187-8; XXX R.R. at 75; XXXI at 174-80; XXXII R.R. at 156);

- that the defendants then separated and Brown got a ride to Ericka Dockery's apartment (XXIX R.R. at 164, 171; XXXI at 180);

- that Joubert and Glaspie were carrying cell phones on April 3, 2003; however, Brown did not have a cell phone and instead used Glaspie's cell phone to make calls that day (XXXI R.R. at 185-87; XXXII R.R. at 80-1, 103-110);

- that police quickly discovered the identities of Jones' and Clark's assailants, and Glaspie was arrested on the morning of April 4, 2003, while Joubert and Brown were arrested that afternoon; and (XXX R.R. at 162-4),

- that Glaspie agreed to testify and agreed to answer questions in return for the State agreeing to not seek the death penalty and to recommend a sentence of thirty years for aggravated robbery (XXXI R.R. at 126-7).

13.    During the applicant's trial, Ericka Dockery testified on direct examination that the applicant, along with her children and cousins, lived with her at the time of the primary offense; that she and the applicant had an argument the evening before the primary offense; that the applicant was on her couch when she left to drive her children to school the morning of the primary offense; that she returned home at approximately 7:25 a.m.

4

and the applicant was not in her apartment; that she drove to Alma Berry's house and arrived between 8:00 and 9:00 a.m.; that Berry's telephone rang after "The Price is Right" television show came on at 10:00 a.m. and the applicant was on the phone; that the applicant told Dockery that he was at the VA at "Shondo's" house and instructed her to turn on the Channel 26 news where there was a broadcast regarding the Ace shootings; that the applicant denied that he was involved in the Ace offense; that Dockery tried to call Joubert after her phone conversation with the applicant to tell Joubert to get the applicant out of her house, but no one answered her call; that the applicant was at Dockery's apartment when she arrived home around 1:30 p.m.; and that the applicant told Dockery that he did not feel well (XXXI R.R. at 31, 35-53).

14.     Dockery further testified that she visited the applicant at the Harris County jail prior to testifying before the Grand Jury; that the applicant instructed Dockery to tell the Grand Jury that he was home at 8:30 a.m. on the day of the primary offense; that Dockery received threatening phone calls before and after she testified before the Grand Jury; that Dockery subsequently visited the applicant in jail and told him she needed to know the truth about the primary offense; that Dockery asked the applicant whether he killed the lady or the cop; that the applicant put his head down and said "I was there.  I was there."; and, that Dockery never talked to the applicant again (XXXI R.R. at 60-1, 71-8).

15.     During cross-examination of Ericka Dockery, trial counsel elicited testimony that the phone rang a little after 10:00 a.m. at Alma Berry's house, and that Berry looked at her caller ID and said, "It's your house" (XXXI R.R. at 46-7, 95).

16.     Alma Berry testified for the State at guilt/innocence that Dockery always arrived at her house at around 9:00 a.m.; that Berry's phone rang around 10:15 a.m. on April 3, 2003; that Berry recognized the applicant's voice when she answered the call; that the applicant asked to speak with Dockery; that Berry gave the phone to Dockery; and, that

5

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 5 of 172

Dockery then asked Berry to turn on the Channel 26 news which was broadcasting a story regarding the primary offense (XXX R.R. at 228-233).

17. On cross-examination, trial counsel asked Berry whether she said, "It's your house," when the phone rang, and Berry testified that she did not say that (XXX R.R. at 235).

18. Aside from the applicant's call to Berry's residence between 10:00 a.m. to 10:15 a.m., on April 3, 2003, no evidence was presented at trial of additional phone calls from Dockery's apartment to Berry's house on that day by another individual.

19. Additionally, no evidence was presented at trial of phone calls from cell phones belonging to Joubert or Glaspie to Berry's residence on April 3, 2003.

20. The State presented evidence through an HPD officer regarding calls that were placed and received on Glaspie's cell phone on the day of the offense, including a phone call from Ericka Dockery's landline to Glaspie's cell phone at 8:26 a.m. (XXXII R.R. at 101).

21. Neither the State nor trial counsel presented phone records for Dockery's apartment landline or Alma Berry's home phone at trial.

22. Trial counsel argued at guilt/innocence that the applicant was at home at the time of the primary offense; that the applicant made the 8:26 a.m. phone call to Glaspie's cell phone; and, that the applicant made the call to Berry's home phone shortly after 10:00 a.m. on April 3, 2003 (XXXIII R.R. at 64-7).

BRADY AND THE DOCKERY PHONE RECORDS

23. On April 22, 2008, co-defendant Elijah Joubert executed an affidavit wherein he stated that the applicant was not present at and did not participate in the offense on April 3, 2003. *See attached Exhibit 3, April 22, 2008 affidavit of Elijah Joubert.*

24. As part of the State's habeas investigation, the State asked the HPD officer who conducted the original phone records investigation to search for any documents relating

6

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 7 of 172

to the case, and the officer located a box of materials at his residence relating to the phone records investigation.

25.    On April 9, 2013, immediately upon receiving the box of materials from the HPD officer, which included documents relating to the phone investigation, the State sent copies of the phone documents to habeas counsel via overnight delivery.

26.    Included in the located phone documents were the April 3, 2003 phone records for (713) 649-6385, the apartment landline phone records of Ericka Dockery ("Dockery phone records"), along with an Application submitted by the State to obtain the Dockery phone records from the telephone company which was signed by a Harris County district court judge on April 24, 2003. *See attached Exhibit 4, phone records; see also Petitioner's Fifth Submission of Supplemental Evidence and attached exhibits.*

27.    The April 24, 2003 Application for the release of the Dockery phone records states, "[t]he release of said telephone records are material to the investigation of a criminal offense"...."an analysis of the phone's records may lead to other investigative leads." *See attached Exhibit 4, phone records; see also Petitioner's Fifth Submission of Supplemental Evidence and attached exhibits.*

28.    The Dockery phone records, discovered during habeas, reflect that a call was placed from the landline at Dockery's apartment to Alma Berry's house on April 3, 2003 at 10:08 a.m. *See attached Exhibit 4, phone records; see also Petitioner's Fifth Submission of Supplemental Evidence and attached exhibits.*

29.    The timing of the 10:08 a.m. call from Dockery's apartment is consistent with the trial testimony of Dockery and Berry regarding the time that the applicant called Dockery at Berry's home, specifically that the applicant called Berry's home number shortly after "The Price is Right" came on at 10:00 a.m., on April 3, 2003.

30.    According to the credible affidavit of trial counsel Muldrow, the Dockery phone records were not disclosed to the defense at the time of the applicant's capital trial. *See*

7

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 8 of 172

*attached Exhibit 5, affidavit of trial counsel Loretta Johnson Muldrow.*

31.     The State's inadvertent failure to disclose Dockery's phone records to the defense at the time of trial was not a matter of bad faith.

32.     Because the Dockery phone records reflect that a call was made from Dockery's apartment to Berry's house at 10:08 a.m., and no other evidence was presented at trial of another phone call from Dockery's apartment to Berry's house on April 3rd by another individual, the Dockery phone records are favorable and material to the applicant as they support the applicant's alibi that he was at Dockery's residence the morning of the primary offense.

33.     The records of the 10:08 a.m. call were favorable and material to the applicant's alibi and defense that he was at home the morning of April 3, 2003, and not with co-defendants Joubert and Glaspie.

34.     Although the State's failure to disclose the Dockery phone records to trial counsel was inadvertent and not in bad faith, the applicant's claim meets the requirements of *Brady*.

35.     The applicant's remaining grounds for relief are rendered moot, including but not limited to the Court's previous finding that the applicant was entitled to a new punishment phase of the trial,[3] by this Court's finding that the applicant meets the requirement of *Brady* to show that material information, namely the phone records of State's witness Ericka Dockery, were inadvertently not disclosed to trial counsel.

## CONCLUSIONS OF LAW

BRADY AND THE DOCKERY PHONE RECORDS

1.     Based on the State's inadvertent failure to provide trial counsel with the Dockery phone records, the applicant satisfies the tenets of *Brady*. Specifically, the applicant has demonstrated that the (1) the State failed to disclose evidence; (2) that the withheld

---

[3] *See* Transcript of November 15, 2012 Hearing.

8

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 9 of 172

evidence was favorable to the applicant; and (3) that the evidence was material. *Webb v. State*, 232 S.W.3d 109, 114 (Tex. Crim. App. 2007).

2.      The undisclosed phone records constituted material evidence because their non-disclosure undermines confidence in the outcome of the applicant's capital murder trial. *See Kyles v. Whitley*, 514 U.S. 419, 434 (1995). "[A] showing of materiality does not require demonstration by a preponderance that disclosure of the suppressed evidence would have resulted ultimately in the defendant's acquittal." *Id.* "The question is not whether the defendant would more likely than not have received a different verdict with the evidence, but whether in its absence he received a fair trial, understood as a trial resulting in a verdict worthy of confidence." *Id.*

3.      The Court therefore finds that the applicant's due process rights were violated by the State's failure to disclose the Dockery phone records to trial counsel.

4.      Based on the foregoing findings of fact and conclusions of law, all having full support in the record of this case and agreed to by the applicant and Respondent, the Court recommends to the Texas Court of Criminal Appeals that habeas relief be granted, that the applicant's conviction be reversed, and that the applicant be granted a new trial.

5.      Alternatively, in the event that the Texas Court of Criminal Appeals does not grant the applicant relief on the *Brady* claim advanced herein, the applicant reserves and retains all of his rights regarding each and every other claim advanced in his Application. The Court accordingly requests that, in the event the Texas Court of Criminal Appeals does not grant the applicant relief on the claim advanced herein, that the Texas Court of Criminal Appeals remand the case to this Court for further review of the other claims not made a part of these findings.

CAUSE NO. 1035159-A

EX PARTE                         §        IN THE 351ST DISTRICT COURT

                                 §

ALFRED DEWAYNE BROWN,            §        HARRIS COUNTY, TEXAS
APPLICANT

## ORDER

The Court, having considered the joint submission of findings of fact and conclusions of law by habeas counsel for Petitioner and the Harris County District Attorney's Office, hereby, ORDERS the following:

THE CLERK IS HEREBY **ORDERED** to prepare a transcript of all papers in cause number 1035159-A and to transmit the same to the Texas Court of Criminal Appeals, as provided by Article 11.071 of the Texas Code of Criminal Procedure. The transcript shall include certified copies of the following documents:

1.    all of the applicant's pleadings filed in cause number 1035159-A, including any exhibits and affidavits;

2.    all of the Respondent's pleadings filed in cause number 1035159-A, including exhibits and affidavits;

3.    this Court's findings of fact, conclusions of law and order granting habeas relief in cause number 1035159-A;

4.    any Proposed Findings of Fact and Conclusions of Law submitted in cause number 1035159-A, including attached exhibits;

5.    the court reporter's records of proceedings conducted in cause no. 1035159-A;

6.    the indictment, judgment, sentence, docket sheet, and appellate record in cause number 1035159, unless they have been previously forwarded to the Court of Criminal Appeals.

10

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 10 of 172

THE CLERK IS FURTHER **ORDERED** to send a copy of the court's findings of fact

and conclusions of law, including its order, to applicant's counsel: Casey Kaplan; K & L

Gates; 1717 Main Street, Suite 2800; Dallas, Texas  75201-7342 and to Respondent:

Lynn Hardaway; Harris County District Attorney's Office; 1201 Franklin; Suite 600; Houston,

Texas 77002-1901.


BY THE FOLLOWING SIGNATURE, THE COURT ADOPTS THE AGREED
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CAUSE NO.
1035159-A.

SIGNED this 2̲8̲ day of ___M̲A̲Y̲___, 2013.

MARK KENT ELLIS
Presiding Judge
351st District Court

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 11 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 12 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 13 of 172

# EXHIBIT 1

# HOUSTON POLICE DEPARTMENT

## Homicide Division

### W I T N E S S   S T A T E M E N T

Incident Number: 45215203-P

County of Harris                              State of Texas

Date: 04/04/2003                              Time: 7:35:27 PM

Before me, the undersigned authority, this day, personally appeared Erika Jean Dockery, believed by me to be a credible person, who after being sworn upon her oath, did depose and say: *Erika*

My name is Erika Jean Dockery. I am a Black/Female and I am 27 years old, having been born July 17, 1975. My home address is 6969 South Loop East #406, Houston, Texas 77087 and my home telephone number is 713-649-6385. My Texas drivers license number is 10578888. My Social Security number is 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. I am employed by Home Health Care and my work address is 10600 Fondren #103A, Houston, Texas 77096. My work telephone number is 713-918-1466. My occupation is Health Care Provider. I have attained 12 years of formal education.

I am here with Sgt Peters in the Homicide Office to tell him what I know. I have known Alfred Dewayne Brown for four years. I met him at the Villa Americana Apartments on Selinsky Street. We have been in a relationship for the past six months. Alfred has been living with me for the past six months. He's been living with me, my three daughters, Tyecia Dockery (10), Patrice Dockery (7), and Carlissia Pickett (5). My nephews, Rueben and Reginald Jones, whose sister was murdered last year, also live with me. *Dockery* *ED Pickett*

Alfred has two friends. They are "Ghetto," and "Shawn." Shawn calls himself, "P-Real." I last saw them two or three weeks ago when they came over to visit Alfred. I don't know them, I just know that they are friends of Alfred. I have been trying to get Alfred a job, but he has some felonies, so it's hard to get him a job.

I have read the above portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Sgt M. K. Peters.

_____
Signature

_____
Notary Public

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 14 of 172



RONALD WALKER
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 24, 2006

Wednesday night, Alfred and I had a fight. I wanted him to leave. He wanted to go out with his friends at eleven o'clock at night to go out with his friends. I had just got home from work. I told him that I could go out on him at that time of night, so he couldn't do it to me, either.

That morning, I woke up at around 6:00 AM. I went downstairs and I noticed that Alfred was sleeping on the small couch. I get my three girls up and ready, because they have to be up in the front of the apartments at 6:50 AM so that they can catch the bus for school. They are out of the house at 6:45 AM. I get ready to go to my job and leave around 8:30 AM. I arrived at my job which is in the area of Homestead at Harwick, around 8:55 AM.

I called home to make sure that Reginald, Rueben, and Alfred were cleaning up. I was talking to Reginald. They were playing games and were not cleaning up. I asked them about Alfred and they told me that he was sick and that he was sleeping upstairs.

Later on that morning, around 10:00 AM, Alfred called me at my job. Alfred and I talked about our business. One of the things that Alfred mentioned to me was that the store where I got checked had been robbed. He told me that he thought that the girl that cashed my checks had cashed by checks had been killed. I turned on Channel 26 and I saw this on the news. It was right before the "Ricky Lake" show on television. We talked about fifteen minutes.

I got home from work around 1:30 PM this past Thursday. When I got home, Alfred was upstairs, and he was vomiting. He told me that he had a stomach virus. He could sleep, so I went to bed with him and slept there until about 3:00 PM. I had to get ready for my job at the Subway, which is at Cullen at Reed. I work there from 4:00 PM until closing, which Wednesday night, was at 11:00 PM. I got home at 12:00 Midnight. We have to clean up before. I never looked to see what time it was.

I went to be about 1:00 AM. I had watched Ricky Lake on television. My youngest child woke me up around 3:00 AM. She had an ear ache. She crawled up into bed with me and went to sleep. I got up at 6:00 AM and again got the kids ready for school and went to work at 8:30AM.

As far as I know, no one called the house this morning. My two cousins sleep with those phones, so they may go off and I don't hear them. I do not know if Ghetto and Deshawn called today or yesterday.

I have read the above portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Sgt M. K. Peters.

_____
Signature

_____
Notary Public

RONALD WALKER
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 24, 2006

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 15 of 172

End of Page 2

I have been informed that under the PENAL CODE of the STATE OF TEXAS, Section 37.02: A person commits the offense of PERJURY if, with the intent to deceive and with knowledge of the statement's meaning; he/she makes a false statement under oath or swears to the truth of a false statement previously made; and the statement is required or authorized by law to be made under oath.

I have read this, my statement, consisting of 3 pages and find it to be true and correct to the best of my knowledge as typed by Sgt M. K. Peters.

_____
Signature

Subscribed and sworn to before me, the undersigned authority, this the 4 day of APRIL, 2004.

_____
Notary Public

End of statement of Erika Jean Dockery.



RONALD WALKER
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 24, 2006

For Official Governmental Use Only - Do Not Disseminate to the Public: 561725674 Page 16 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 17 of 172

# EXHIBIT 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 18 of 172

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COPY

#2 of 2

TESTIMONY TAKEN BEFORE THE

208TH HARRIS COUNTY GRAND JURY

MONDAY, APRIL 21, 2003

TESTIMONY OF

**MS. ERICA JEAN DOCKERY**

CAUSE NO.

COPY

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 19 of 172

1                    **APPEARANCES**

2

3      *For the State of Texas:*

4      Dan Rizzo
       Assistant District Attorney
5      Harris County, Texas

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 20 of 172

1                 **PROCEEEDINGS**

2           *SERGEANT-AT-ARMS:* Okay. I need your

3 left hand on the Bible and raise your right hand.

4 You can sit down if you want. Okay. "Do you

5 solemnly swear that you will not divulge either by

6 words or signs any matters about which you maybe

7 interrogated and that you will keep secret all

8 proceedings of this Grand Jury which may be had in

9 your presence and that you will true answers make to

10 such questions as maybe propounded to you by the

11 Grand jury or under it's direction, so help you God?"

12             *THE WITNESS:* Yes.

13             *SERGEANT-AT-ARMS:* Thank you.

14             *THE FOREPERSON:* Did you understand

15 what you just read, ma'am?

16             *THE WITNESS:* Yes.

17             *THE FOREPERSON:* Okay. Being the

18 foreman of the Grand Jury, I have to read this Grand

19 Jury Appearance Witness Warning form. "Pursuant to

20 Article 20.17, Texas Code of Criminal Procedure, you

21 will be furnished with a copy of the warnings

22 hereinafter set out prior to any questions of you by

23 the Grand Jury. You are further to be given

24 reasonable opportunity to retain counsel or to apply

25 to the court for an appointed attorney, and to

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 21 of 172

1  consult with counsel prior to your appearance before

2  the Grand Jury.  Number One, Your testimony before

3  this Grand Jury is under oath."  Do you understand

4  that?

5          THE WITNESS:  Yes, I do.

6          THE FOREPERSON:  Okay.  "Number two.

7  Any material question that is answered falsely before

8  this Grand Jury subjected to being persecuted(sic)

9  for Aggravated Perjury."  Do you understand that?

10          THE WITNESS:  Yes, sir, I do.

11          THE FOREPERSON:  What does "Perjury"

12  mean to you?

13          THE WITNESS:  It's real bad.

14          THE FOREPERSON:  What does it mean?

15          THE WITNESS:  It's lying.

16          THE FOREPERSON:  Okay.  "Number three,

17  you have a right to refuse to make answers to any

18  questions, the answer to which would incriminate you

19  in any manner."  Do you understand that?

20          THE WITNESS:  Yes.

21          THE FOREPERSON:  "Number four.  You

22  have the right to have a lawyer present outside this

23  chamber to advise you before making answers to

24  questions you feel might incriminate you."  Do you

25  understand that?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 22 of 172

1      *THE WITNESS:*  Yes, sir.

2      *THE FOREPERSON:*  "Number five.  Any

3  testimony given may be used against you at any

4  subsequent proceeding."  Do you understand that?

5      *THE WITNESS:*  Yes, sir.

6      *THE FOREPERSON:*  "Number six.  If you

7  are unable to employ a lawyer, you have the right to

8  have a lawyer appointed to you to advise you before

9  making answer to a question the answer to which you

10  feel might incriminate you."  Do you understand that?

11      *THE WITNESS:*  Yes, sir.

12      *THE FOREPERSON:*  Okay.  This is signed

13  by me on the 21st day of April, 2003.(foreman signs

14  document at this time)

15      *MR. DAN RIZZO:*  Okay, you need to sign

16  both of these as well, okay?

17      *THE WITNESS:*  Yes, sir.(witness signs

18  document at this time)

19      *FOREPERSON:*  What is your name, ma'am?

20  The one I just read the appearance form before the

21  Grand Jury to?  Will you state it for the court?  Or

22  the Grand Jury?

23      *THE WITNESS:*  Erica Jean Dockery.

24      *FOREPERSON:*  Okay.  Thank you.

25      *THE WITNESS:*  Uh-huh.(affirmative)

1          *GRAND JUROR:*   Did you say "Dockery?"

2          *THE WITNESS:*   "Dockery."

3     Q.    (BY MR. DAN RIZZO) Okay.  Miss Dockery, I'm

4     going to ask you a few questions.  First of all, how

5     old are you, ma'am?

6     A.    I'm twenty-seven?

7     Q.    Twenty-seven?

8     A.    Yes.

9     Q.    Do you have -- and you have to keep your

10    voice up for the Grand Jurors to hear you.

11    A.    Oh, okay.

12    Q.    Do you have any children?

13    A.    Yes, sir.

14    Q.    How many children do you have?

15    A.    I have three.

16    Q.    And what are their ages and their names?

17    A.    My oldest is Teeceal Dockery.  She's ten.

18    My second is Patrice Dockery.  She's seven, I'm

19    sorry.  And my last one Carlisa Pickett.  She's five.

20    Q.    Okay.  And have you ever been in trouble

21    before?

22    A.    No.  Traffic Tickets, that's it.

23    Q.    Okay.  Have you ever been arrested?

24    A.    Traffic tickets.

25    Q.    Okay.  Other than traffic tickets?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 23 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 24 of 172

1    A.    No, no.

2    Q.    Okay.  Who lives with you?

3    A.    Right now, my three girls.  Dwayne is

4  living there.  Reginald Lewis Jones, that's my

5  cousin.  Ruben Jones, that's his brother.  Richard

6  Jones, that's his other brother.  And Terrance Jones,

7  that's their step-brother.

8    Q.    You got a houseful.

9    A.    They go to school from my house.  They live

10  with me.  They help me a lot, because I don't have a

11  babysitter.  Like in the evening time, Reginald keeps

12  the kids when I go to work.

13    Q.    Well, you have two jobs, is that right?

14    A.    Yes.

15    Q.    Okay.

16    A.    Well, I had two.  They let me go from my

17  first one.

18    Q.    Why was that?

19    A.    They let me go because of what's going on.

20    Q.    Okay.  Is that because they found out you

21  were Dobie girlfriend?

22    A.    Yes.  Yes, sir.

23    Q.    What jobs were they?

24    A.    I was doing Home Health Care.  Where you go

25  keep elderly.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 25 of 172

1    Q.    Yes.

2    A.    And I was working nights at Subway.

3    Q.    At where?

4    A.    Subway.

5    Q.    Subway.

6    A.    The food restaurant.

7    Q.    How many hours a week were you working

8    total?

9    A.    Oh, I was pulling some hours.  From Monday

10   thru Friday -- I was off on weekends on both jobs.

11   Monday thru Friday, -- no, Monday thru Wednesday, I'm

12   sorry, at the Home Health Care, I worked 9:00 to

13   2:00.  And then Thursday and Fridays I worked 9:00 to

14   1:00.  And then I go to Subway from 4:00 to 10:00.

15   And then Fridays 4:00 to 11:00.

16   Q.    Okay.  So, you were gone in the mornings

17   and then you were gone in the afternoons?  And you

18   were gone -- you'd be back home for at least -- back

19   in April -- I'm sorry, back in the early part of

20   April, you were -- you'd be available, I guess,

21   during the middle of the day.  Some time around noon,

22   sometimes.

23   A.    Sometimes she'll let me go early.

24   Q.    Okay.

25   A.    If I didn't have anything to do.  And I'll

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 26 of 172

1    come home.  But anytime after 2:00 is usually when

2    you can catch me.

3       Q.    Who's "Dobie?"

4       A.    Dwayne Brown.  And he's--

5       Q.    Alfred?

6       A.    Alfred, yes.

7       Q.    Okay.  And why do you call him "Dobie?"

8       A.    That's his nickname.  I really call Dwayne.

9       Q.    Okay.  And how long have you known him?

10      A.    I've been knowing Dwayne for four years.

11      Q.    How long have you been dating him?

12      A.    For six months.

13      Q.    Six months?

14      A.    Yes.

15      Q.    Okay.  Does -- and he lives with you?

16      A.    Yes.

17      Q.    He wasn't working was he?

18      A.    No, sir, he wasn't.  I was trying to help

19    him find a job.  You know, me and him go to places

20    like -- where I live, they building up the community.

21    And they made a shopping mall.  It's a Lowe's.  So,

22    we'll go over there and I help him fill out

23    applications and everything.  And my sister was going

24    to talk to some people at her job.

25      Q.    He didn't have a job already?

1      A.      No, sir.

2      Q.      Has he had a job since he came out of the

3  penitentiary?

4      A.      No, sir.  That's what I was doing.  He was

5  -- when he came out--

6      Q.      Yeah.

7      A.      --he was talking to me and I was helping

8  him find a job.  And I told him, "Well, since--

9      Q.      Where was he looking for a job?  Which

10  places?

11      A.      We would go to Lowe's, Footlocker, Foot

12  Actions.

13      Q.      Did he put in an application at Lowe's?

14      A.      Yeah, you have to do it on a computer.

15      Q.      He did it?

16      A.      Yeah.

17      Q.      Okay.  And that would've been Lowe's at...

18      A.      On the southeast freeway.

19      Q.      Okay.

20      A.      But I don't know how long they keep them

21  there.

22      Q.      What other places did he put in

23  applications?

24      A.      At the Foot Action over there.

25      Q.      Foot Action, where?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 27 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 28 of 172

1    A.    Across the street.   It's all across the

2  street.   It's a big center.

3    Q.    Okay.  And what other nicknames does Dobie

4  have?

5    A.    That's the only one I know of.

6    Q.    It's just "Dobie?"

7    A.    Uh-huh.(affirmative)

8    Q.    Okay.  And did anybody ever call him "D?"

9    A.    No.  Not that I know of.

10    Q.    All right.  Ummm...now, the night before

11  the robbery--

12    A.    Uh-huh.(affirmative)

13    Q.    --you and he had had an argument?

14    A.    Yes.

15    Q.    Okay.  What did you argue about?

16    A.    Okay.  I had came home from work.  It was

17  around eleven-something.  I get off at 10:00.  It

18  takes me about 30 minutes to get home.  And he had

19  took the kids to a basketball game.  My little cousin

20  plays basketball.  And he took the kids to the

21  basketball game.  And he told me, "I'm fixing to go

22  out and hang out."  And I'm like, "Hang out!  At

23  eleven o'clock at night?  What do you need to go hang

24  out for?"  I said, "If you don't have a job, you need

25  to be in the house."  He was like, "I can't do

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 29 of 172

1  anything."  I'm like, "Well, you feel like that, you

2  can get your _____--"

3      Q.    Uh-huh.(affirmative)

4      A.    "--you need to get your things and leave."

5  That ain't the words I said, but I'm

6  like...(laughing) I'm like, "You need to get your

7  things and leave."  I said, "Because if you don't

8  have a job, and I'm taking care of everything..."  I

9  said, "Me and you had an agreement. 'You take care of

10  home while I work, until we find you a job and I quit

11  one of the jobs.'  You agreed to that."  It was no

12  hanging out with the friends, or anything.  Because

13  when his friends come over there--

14      Q.    Whose his friends?

15      A.    Shawn Glaspie, I don't know -- I can't --

16  and the one they call "Ghetto", I don't -- "Ghetto,

17  whatever his name is.  I didn't like them.

18      Q.    You didn't like them?

19      A.    No, I didn't.  And I told Dwayne--

20      Q.    Were they friends of his from the

21  penitentiary or were they friends from the--

22      A.    He grew up with them.

23      Q.    Okay.  Had they been in trouble a bunch,

24  hadn't they?

25      A.    I don't know.  I heard they have.

1   Q.   Okay.

2   A.   I don't know for sure because I really

3   didn't get off into it with them.

4   Q.   How about that area in Selinsky?

5   A.   I used to go down there, but not very much.

6   I didn't even let him down there.

7   Q.   Yeah.

8   A.   And I told him, I said, "You know what, who

9   you think are your friends are not your friends."

10  Q.   Let me ask you this. Did he go out with

11  other girls too?

12  A.   I heard -- I heard rumors. But you don't

13  believe everything you hear.

14  Q.   Okay. Did he -- did you give him money

15  regularly?

16  A.   Yes, I did. His mom, his sister. Yes.

17  Q.   But did you?

18  A.   Yes.

19  Q.   Yeah. How much did you give him regularly?

20  A.   Like ummm...like if I had it to spare,

21  maybe sixty dollars, a hundred.

22  Q.   A week or--

23  A.   Well, like if I had it to spare, on a

24  day-to-day basis.

25  Q.   Okay. Fifty or -- fifty a day?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 30 of 172

1    A.    Yes.

2    Q.    That'd be like $350.00 a week.

3    A.    (laughing)

4    Q.    So, you're giving him $350.00 a week?

5    A.    Yeah, but he wouldn't use it.  He'd use

6    like, say, in the house or gas in the car.

7    Maintenance.  You know, stuff like that.  You know, I

8    be like, "Well, Dwayne-- "

9    Q.    How much were you making a week?

10   A.    I made all right.

11   Q.    Well, if you were making -- if you were

12   giving him $350.00 a week, were you making twice

13   that?  Or were you giving him all the money?

14   A.    No, I wasn't giving him all my money.  Oh,

15   no.  Oh, no.  I'm saying if I had it to spare, I

16   would give him that.

17   Q.    Okay.  Did you -- did you know that he and

18   his friends may have been dealing some dope?

19   A.    That I don't know.  I asked him.  He told

20   me, "No."  They always told me if you want to know

21   the truth, go to the horse himself.  And that's what

22   I used to do.  When -- I used to hear stuff like --

23   girls would call me on the phone, "Well, he gave me

24   such and such and such and such."  You know.  I

25   didn't jump on him right away.  I just did some

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 31 of 172

1    investigating on my own.

2        *Q.*    Okay.  Because you know that some of these

3    people, they call -- these different women they call

4    them, "Well, that's the baby's mama."

5        *A.*    Oh, well, I know Shironda.  I talked to

6    her.

7        *Q.*    Yeah.

8        *A.*    She's all right with me.

9        *Q.*    Okay.  How about Laquinta?  What's the deal

10   with her?

11       *A.*    I don't know.  She doesn't like me.

12       *Q.*    She doesn't like you?

13       *A.*    She doesn't like me.  She came up to my job

14   maybe a week ago.

15       *Q.*    Yeah.

16       *A.*    Trying to be messy.  But I feel like this,

17   "I'm a grown woman.  I have kids.  If I put my hands

18   on you, I know where I'm going.  So, the best thing

19   for me to do is tell you, 'Just get away from me,'"

20   you know.

21       *Q.*    Okay.  Do you -- are you still close with

22   Dobie?

23       *A.*    I go see him.  I talk to him.  Yes.

24       *Q.*    Yeah.  Do you love him?

25       *A.*    In a matter of speaking of love, I'm not

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 32 of 172

1  my children." So, I just straight up told him, "You

2  know, you need to leave."

3    *Q.*  Okay.

4    *A.*  So, I went upstairs--

5    *Q.*  You went upstairs. You go to bed?

6    *A.*  No, I didn't.

7    *Q.*  You were packing his stuff.

8    *A.*  I was packing his things.

9    *Q.*  And do you see him that night anymore?

10   *A.*  Yes, I did.

11   *Q.*  That night?

12   *A.*  Yes. I came back downstairs. I asked my

13  cousin Reginald, I said, "Where's Dwayne?" No, I

14  called him "Alfred." When I'm mad at him, I call him

15  "Alfred."

16   *Q.*  When you're mad?

17   *A.*  Uh-huh.(affirmative) I said, "Where's

18  Alfred?" He told me, "I just dropped him off." I

19  said, "Dropped him off where?" He told me, "Over

20  there -- over there in Villa Americana," that's the

21  name of the apartments. I said, "You dropped him

22  off." I said, "That don't even sound right."

23   *Q.*  So, Reginald tells you he's dropped him

24  off?

25   *A.*  He dropped him off. Yes.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 33 of 172

1     *Q.*     Over at the VA?

2     *A.*     Yes.

3     *Q.*     Okay.  And then when was the next time you

4     saw him?

5     *A.*     Well, I called his brother "Aaron Brown."

6     *Q.*     Aaron?

7     *A.*     Yes.  And I called his brother and I told

8     him, I said, "Let me tell you something.  You see

9     Dwayne?"  He say, "Yeah, I see Dwayne."  I say,

10     "Where he at?"  He say, "he's standing in front of

11     me."  I said, "Tell Alfred he better come get his

12     things."  I said, "Because I'm not going to play with

13     him.  Come get them right now."  I said, "They going

14     to be sitting outside, on fire."  He said, "Erica,

15     what's wrong?"  I said, "I ain't got time for this."

16     *Q.*     This is Aaron talking to you?

17     *A.*     Yeah.  He said, "What's wrong?"  I said,

18     "Tell him to come get his things."

19     *Q.*     Did you call him on his cell phone?

20     *A.*     Yes.

21     *Q.*     Okay.  What's his cell phone number?

22     *A.*     At the time?  At the time -- he got a

23     different cell phone.

24     *Q.*     Yes.  At the time.  You're pretty good with

25     numbers, I can tell.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 34 of 172

1       *A.*    Ummm...I'm trying to think.

2       *Q.*    Yeah.

3       *A.*    What's the number.  I can't even think of

4  it.  I think it was...it was (281) -- I can't

5  remember.  I can't remember.

6       *Q.*    How about the last four?

7       *A.*    The last -- the last digits?

8       *Q.*    Yes.

9       *A.*    It's either 4023 or 8023.  It was something

10 like that.  4023 or 4083.  Something like that.

11      *Q.*    You call him on his cell phone?

12      *A.*    I call him on his cell phone.

13      *Q.*    You call from your home phone?

14      *A.*    Yes.

15      *Q.*    Okay.  And then you tell him to come get

16 his clothes or you're going to burn them?

17      *A.*    No, I told Aaron to tell him--

18      *Q.*    To tell him, yes.

19      *A.*    --to come get his stuff.

20      *Q.*    And what happens next?

21      *A.*    And I hung up.  I hang up the phone.

22      *Q.*    Yes.

23      *A.*    So, Dwayne calls me back.

24      *Q.*    On Aaron's phone?

25      *A.*    Yeah.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 35 of 172

1    *Q.*    Does your caller ID show a call from Aaron?

2    *A.*    Yes.  It pops up.  But it don't say the

3    name, it just say, "wireless call, and then the

4    number."

5    *Q.*    Okay.

6    *A.*    And my cousin, he was on the phone, he say,

7    "Erica, Dobie on the phone."  I'm like, "I don't want

8    to talk to him.  Tell him to come get his stuff."  He

9    was like, "Erica, he say quit playing and come get on

10   the phone."  I said, "Who said I'm playing?  I'm

11   serious.  Come get his things."

12   *Q.*    Uh-huh.

13   *A.*    So, he hangs up the phone.  The next thing

14   you know, 20 minutes later here comes Alfred walking

15   through the door.  He banging on the door.  He's just

16   banging.  I'm like, "Don't open that door."

17   Everybody sitting in the living room and they're

18   like, "I'm fixing to go upstairs because Erica fixing

19   to go off the chain."  So everybody run upstairs, you

20   know.  The only person still sitting down there is

21   Reginald.  Reginald is like, "I already know what's

22   fixing to happen.  I ain't moving."  So, I open up

23   the door.  I said, "You think I'm playing with you."

24   He says, "What you talking about?"  I said, "You

25   think I'm playing with you."  I said, "Didn't I tell

1   you if you want to rip and run with your friends and

2   be with the women, you need to leave my house because

3   I'm not going to go through this with you."  "Erica,

4   stop playing."  So, he gets up -- you know, we

5   standing in the kitchen/dinning room area -- and he

6   goes to raise his hand.  And I'm like, "Oh, you

7   fixing to hit me?"  So, I grabbed a big bottle of

8   bleach and I was fixing to throw it on him.  And he

9   was like, "Hold up.  I'm sorry, I'm sorry."  That's

10  what he told me, he said, "I'm sorry, I'm sorry.  I

11  never hit you."  I say, "You know what, the best

12  thing for you to do is just get your stuff and

13  leave."

14       Q.    Did you think he was going to hit you if

15  you hadn't pulled that bleach?

16       A.    Huh-uh.(negative)

17       Q.    He was just trying to scare you?

18       A.    Uh-huh.(affirmative)

19       Q.    Okay.  So, -- so, you tell him to get his

20  stuff and leave?

21       A.    Yes.

22       Q.    Then what happens?

23       A.    So, I go upstairs and I lay down in the

24  bed.  He comes upstairs.  "Erica, I got to leave?"  I

25  said, "Did I tell you you could stay?"  I said,

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 37 of 172

COPY

1    "Didn't you hear me? I'm not playing with you this

2    time." I said, "All other times I told you you could

3    stay." I said, "But this time, I'm serious. Get out

4    of my house." So, he ended up packing his stuff. I

5    don't look at him. I don't look, "Baby, I'm not even

6    worried. I got to go to work in the morning." I'm

7    like, "That's your fault. You did this." So, he

8    started packing his things. "Erica." I said, "Don't

9    call my name. Didn't I tell you I got to get up in

10   the morning." "All right, then." So, I'm thinking

11   he's leaving. The light goes out in the room. And

12   he goes back downstairs. So, I couldn't sleep. You

13   know, when you used to being with somebody for so

14   long, you're used to sleeping with them, you really

15   can't sleep at night. So,... I toss and turn. I

16   get up. In the morning time it was time to get the

17   girls up for school.

18       Q.    What time was that?

19       A.    It's six o'clock. But I had been up since

20   like 4:00, just tossing and turning.

21       Q.    When you get up and what happens?

22       A.    I get up and I go downstairs. And I see

23   him. And I see Ruben or Reggie -- one of them --

24   downstairs playing a game. I went, "What!" I said,

25   "What is he doing here?" And I tap him on his


COPY

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 38 of 172

1    shoulder.  I said, "Didn't I tell you to get out of

2    my house?"  He rolls over and looks at me, laughs and

3    rolls back.  I was just like, "Okay, okay."  I said,

4    "I'm not even going to start with you this morning."

5    So, I went on and got my kids and got them ready for

6    school.

7        Q.    What time did you get the kids up?

8        A.    What time do I get them out?  Their bus

9    comes at 6:50.  So, I walk them to their bus stop.

10   It don't take five minutes to walk them to their bus

11   stop because they in front of the apartments.

12       Q.    Okay.

13       A.    So, I walked them out about 6:45.  Excuse

14   me.

15       Q.    Okay.  Was -- and so you -- while you're

16   getting the kids ready, who's on the couch?

17       A.    He's on the couch, yes.

18       Q.    Okay.  You're only gone for five minutes.

19       A.    Uh-huh.(affirmative)

20       Q.    And that's probably somewhere around 6:00

21   -- well, at 6:45, is that when the bus comes?

22       A.    No, the bus comes at 6:50.

23       Q.    Okay.  So, at 6:45 is when you walk the

24   kids to the bus stop?

25       A.    Yes.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 40 of 172

1     *Q.*    And that only takes five minutes?

2     *A.*    It's right in front of the apartments, yes.

3     *Q.*    And then you're back--

4     *A.*    I'm back at home, yeah.

5     *Q.*    And then you don't leave out of there until

6 what time?

7     *A.*    8:30.

8     *Q.*    Okay.  When you left was Alfred still

9 there?

10    *A.*    Yes.  He was on the couch asleep.  Because

11 I told him, "When I get home, I want you gone."

12    *Q.*    Ummm...now, who made -- who was talking on

13 the phone that morning?  Before you left?

14    *A.*    Who was talking on the phone?

15    *Q.*    Uh-huh.(affirmative)

16    *A.*    It was a phone call on my phone.

17    *Q.*    You know.

18    *A.*    That I know of?

19    *Q.*    That you--

20    *A.*    Okay, the phone rung about -- the phone

21 rung that morning.  I can't say what time.

22    *Q.*    A couple times.

23    *A.*    All I remember is one -- hearing it one

24 time.  So, it may have rung again after I left out

25 the house.

1    Q.    Okay.  I'm talking about before you left.

2    A.    Before I left?  The phone rung.

3    Q.    And?

4    A.    I didn't answer it.

5    Q.    Who got it?

6    A.    I think Dwayne got it.

7    Q.    Uh-huh.(affirmative)  And how long did he

8    talk?

9    A.    I don't know.  He was downstairs.  I was

10   upstairs with the girls.

11   Q.    And did you ask him who he was talking to

12   on your phone?

13   A.    I asked him -- yeah, because I thought it

14   was like somebody, "Who'll come get you."

15   Q.    And what did he say?

16   A.    He said, "That's Shawn."  I'm like--

17   Q.    Hold on one second.

18   A.    Okay.

19   Q.    Let me stop you.

20   A.    All right.  All right.

21   Q.    So, he said, "Shawn called."

22   A.    Uh-huh.(affirmative)

23   Q.    And he answered the phone and talked to

24   Shawn?

25   A.    Uh-huh.(affirmative)

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 41 of 172

1    Q.    And this is the one call?

2    A.    Yeah, that's the one call that I know of.

3    Q.    Okay.  Hold on.  And -- and you said,

4  didn't you say to him, "What's he calling so early

5  for?"

6    A.    Yes.

7    Q.    And what did he say to you?

8    A.    He's talking about, "He's supposed to be

9  coming to get me because you want me to leave."

10    Q.    He was going to come pick him up?

11    A.    Yeah, because he wanted to leave.  Because

12  I wanted him to leave, I'm sorry.  Because I wanted

13  him to leave.  Which is true.  I did.

14    Q.    Okay.  And where was he at when you left

15  your place?

16    A.    Where who was?

17    Q.    Where was Alfred at?

18    A.    He was laying on the couch still.  He was

19  still -- he never moved.  He was still laying on the

20  couch.  He never moved.

21    Q.    Yeah.

22    A.    Because I started going off on him about

23  them calling my house.  I don't like them.  I don't

24  like for them to come to my house.  And I don't like

25  them calling my house.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 42 of 172

1    Q.    Do you think he got messed up in all this

2  because those two?

3    A.    Yes.

4    Q.    You blame it on them guys?  Those two?

5    A.    I blame him too.  Because--

6    Q.    Tempting...

7    A.    --you have the right to -- you have the

8  right to pick and choose your friends.

9    Q.    Let me ask you this too.  You know that he

10  has a reputation -- I'm talking about Alfred.

11    A.    Uh-huh.(affirmative)

12    Q.    He has a reputation for jacking people out

13  there at Selinsky.  That was his reputation.  Him,

14  Shawn and also Ghetto.  And you heard that, haven't

15  you?

16    A.    I heard it one time.

17    Q.    Uh-huh.

18    A.    I heard it one time.

19    Q.    I mean I knew you'd heard it.

20    A.    Yeah, I heard it.

21    Q.    Okay.

22    A.    But personally I never--

23    Q.    You just didn't believe it?

24    A.    I didn't believe it.  Because Dwayne don't

25  act like that type of person.  Not with me, you know.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 43 of 172

1   Not the way he is with my kids.

2       Q.    You had also heard, I know, that you'd

3   heard he was selling dope still?  But you had not

4   seen him?

5       A.    No, that I never heard.

6       Q.    You had not heard that?

7       A.    No, I didn't.  All I heard was the rumor

8   about he was jacking folks.

9       Q.    Okay.  Did you hear -- well, you knew he

10  had a gun?

11      A.    In the earlier part of our relationship, I

12  had seen a butt of a gun.  I knew it was a gun, but I

13  just seen the butt of it.  And I said, "Dwayne, let

14  me tell you something.  I have kids.  Don't bring

15  that back in my house."

16      Q.    Okay.

17      A.    And I never--

18      Q.    But you knew he carried a gun because -- I

19  mean you've been with him when he had it in his hands

20  apparently?  Is that true?

21      A.    No.

22      Q.    He had it in his pants, on the side?  On

23  the right side?

24      A.    I ain't never seen -- I ain't never seen

25  Dwayne with no gun.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 44 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 45 of 172

1      *Q.*    No?

2      *A.*    Other than that time when he had it then.

3    And I told him, "don't bring it back in my house."

4      *Q.*    Okay.  Did you -- did you talk to Shawn or

5    Ghetto anytime between 6:00 in the morning and 11:00

6    in the morning -- and I'm going to ask you

7    specifically, did you talk to either Shawn or Ghetto

8    anytime between 6:00 a.m. and 11:00 a.m. on that

9    morning of April 2nd?

10     *A.*    What day was that?

11     *Q.*    That was the day that -- I'm sorry, the day

12   that this occurred, that would Thursday.

13     *A.*    Did I talk to him?

14     *Q.*    Yes.  Did you talk to them at any time, on

15   the phone, between 6:00 and 11:00?

16     *A.*    I'm trying to remember.  I don't know.  I

17   can't remember.  I really can't remember.

18     *Q.*    Did you--

19     *A.*    But I don't remember answering the phone

20   that morning after 6:00.

21     *Q.*    Do you remember -- did you see them in

22   person any time between that time?  Six o'clock and

23   11:00?

24     *A.*    No, I didn't.

25     *Q.*    So, if you talked to them -- if you did --

1    it would've been on the phone?  If you did?

2        A.    That's what I said.  I don't talk to them.

3        Q.    I know, but I have to ask you specifically

4    now.

5        A.    Like if they call my house?

6        Q.    If they called your house, did you talk to

7    them on the phone at any time?  Even just passing the

8    phone to Dobie?

9        A.    That's the thing.  I do not -- I don't--

10       Q.    You don't remember?

11       A.    I don't recall.

12       Q.    Where are the phones located in your house?

13       A.    It's laying on the -- there used to be one

14   in my bedroom.

15       Q.    At the time?

16       A.    No.  They moved that one out of my room and

17   then my little cousin, Richard, put it in his room.

18       Q.    Okay.

19       A.    And that's up and there's one downstairs in

20   the living room.

21       Q.    Okay.  But you can hear the phones?  It's a

22   fairly small house?

23       A.    Yeah, you can hear the phone.  They loud.

24       Q.    Yes, that's what I understand.

25       A.    Yeah.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 46 of 172

1    Q.    And, so if the phone goes off you hear it?

2    A.    Yes, I do.

3    Q.    Everybody hears it.

4    A.    Yes.

5    Q.    Okay.  Ummm...between 6:00 and eight

6    o'clock -- sometime when you left--

7    A.    Uh-huh.(affirmative)

8    Q.    I guess you left at 8:30?

9    A.    Yeah, I left at 8:30.

10    Q.    Okay.  You said that Dobie told you that he

11    got a call from Shawn?

12    A.    Yes.

13    Q.    Saying Shawn was going to come get him?

14    A.    Come pick him up.  Him and his stuff.

15    Q.    All right.  Other than that you don't

16    recall any other phone calls?

17    A.    Not that I know of.  I can't remember.  I

18    can't remember.

19    Q.    Ummm...

20    A.    Let me think.  Ummm...

21    Q.    Did Shawn come by and pick up Dobie before

22    you left?

23    A.    No.

24    Q.    Are you sure of that?

25    A.    Positive.  Because when I left out that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 47 of 172

1    house at 8:30, Dwayne was still laying on that couch.

2        Q.    Yeah.  And what time did you get to work?

3        A.    I get to work -- I leave at 8:30 -- I get

4    to work about, about 8:55.

5        Q.    And you were working for Miss Berry?

6        A.    Yes.

7        Q.    Okay.

8        A.    Miss Alma Berry.

9        Q.    That Thursday morning you were working for

10   her?

11       A.    Yes, sir.

12       Q.    When you were at work, did you get a phone

13   call from Dwayne?

14       A.    I got a phone call from Dwayne about ten

15   o'clock.  But I called home about 9:30.

16       Q.    So, you called him first?

17       A.    I called home -- I call home every morning

18   at 9:30.  Make sure they cleaning up my house.

19   Because they tend to get involved in their games.

20       Q.    Did you talk to Dobie at 9:30?

21       A.    No.  I talked to Reginald.

22       Q.    Okay.

23       A.    Reginald--

24       Q.    Listen to my question.

25       A.    Okay.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 48 of 172

1    Q.    Dobie was already gone?

2    A.    I asked him -- Reginald -- where he was.

3    He told me he was upstairs.  That's what he told me.

4    Q.    That's what he told you?

5    A.    Yes.

6    Q.    You don't know if he was or not?

7    A.    I don't know.  I wasn't there.

8    Q.    And you -- did you get a phone call from

9    him -- from Dobie -- that morning?

10   A.    Yes.

11   Q.    About what time?

12   A.    It was about ten o'clock.

13   Q.    And where did -- where did he call from?

14   A.    He called from home.

15   Q.    Are you sure?

16   A.    That's what my patient phone caller ID

17   said.

18   Q.    Okay.  So, you looked at that and said--

19   A.    She looked at it.

20   Q.    Okay.

21   A.    Because I'm not allowed to have phone calls

22   and that's what I was trying to explain to him.

23   Q.    What did he tell you?  So, it was unusual

24   for him to call?

25   A.    No, they'll call.  But I couldn't have

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 49 of 172

1  them, you know.  But they still will call.

2  *Q.*  So, does Dobie call even though he knew you

3  wasn't supposed to get calls?

4  *A.*  Yes.  And I tell him every time, "Don't --

5  I ain't supposed to have phone calls.  Why you all

6  calling me?"

7  *Q.*  So, you said you talked about your business

8  there.  What did you talk about?

9  *A.*  Okay.  First, when he called me.  "Dwayne,

10  why are you calling me?"  I thought it was -- really,

11  I thought it was one of the boys calling me to tell

12  me to come get the kids out of school because, you

13  know--

14  *Q.*  What did he say?

15  *A.*  Who?  Dwayne?  He was like, "We need to

16  talk."  I'm like, "Whatever."  You know.  I say--

17  *Q.*  What did he say though?  What did he say?

18  *A.*  He's just saying, "We need to talk."  I

19  said, "Talk about what?"  He's talking about, "We

20  need to talk about us."  I'm like, "There ain't

21  nothing to discuss about us."  He was like, "Erica, I

22  just want to talk to you when you get home."  I say,

23  "All right, then.  Whatever."  He told me, "You seen

24  the news?"  That's when he told me.  I said, "What

25  the hell.  What you talking about?"  You know.  He

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 50 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 51 of 172

1  telling me about, "Something happened." I said,

2  "What you mean, 'Something happened?'" He's talking

3  about, "It's close to the house." I said, "What you

4  mean it's close." I said, "What--" He's talking

5  about, "Just turn on the news." He was yelling at me

6  really. He was like, "Just put it on channel 26."

7  And how I know it was ten o'clock, because my patient

8  liked to watch "Price is Right "and "Ricki Lake."

9      Q.    So, he tells you to turn on the news to see

10  what happened?

11      A.    Uh-huh.(affirmative)

12      Q.    And what is he -- why did he say, "Turn on

13  the news?"

14      A.    I don't know. He just called me and told

15  me.

16      Q.    He calls you and tells you to put the news

17  on?

18      A.    Uh-huh.(affirmative)

19      Q.    To turn on the news to see what happened?

20      A.    Uh-huh.(affirmative)

21      Q.    And does he tell you what happened?

22      A.    He said--

23      Q.    What did he say?

24      A.    I'm telling you now. He said, "Erica--" I

25  said, "What the hell happened up there." Basically,

1    that's just what I said.  He said, "That's where --

2    ain't that where you go cash your check at?"  I say,

3    "Yes."  He say, "You think it's that girl who be in

4    there that got shot?"  This is what he's saying to

5    me.

6         Q.    So, he's asking you if it was her?

7         A.    I'm like -- I'm like-

8         Q.    Or you're asking?

9         A.    Yeah.  I'm like, "You think?"  And he's

10   asking me too.  He say, "You think it's the girl that

11   got shot up there?"  I'm like, "I don't know.  I

12   don't see her car up there."  I say, "It could."  I

13   don't know. You know, I can't really see that far

14   off.

15        Q.    Uh-huh.(affirmative)

16        A.    "Oh, my God.  I don't see her car."  I'm

17   like, me and her was really good friends, you know.

18   But we -- it wasn't the same girl.  When it all came

19   out and they told the name, it wasn't the same girl.

20        Q.    What else did he say though?

21        A.    That was it.  That was it.  And he was just

22   like, "I see you when you get home."  I'm like, "All

23   right, then."  And I hung up.

24        Q.    Did he call again?

25        A.    No.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 52 of 172

1      Q.    Did you call him again?

2      A.    No.

3      Q.    So, you only had one phone conversation

4 with him that morning?

5      A.    Yes.

6      Q.    And then he called you?  Is that right?

7      A.    Yes.

8      Q.    Okay.  And it would've been about ten

9 o'clock?

10     A.    Yes.

11     Q.    Is there a caller ID on Miss Berry's phone?

12     A.    Yes, sir.

13     Q.    Okay.  And did you look at it?

14     A.    She looked at it.

15     Q.    She looked at it?

16     A.    Yes.

17     Q.    She told you?

18     A.    Yeah.  She told me, "Erica, it's your

19 house."

20     Q.    Did he tell you where he had been during

21 the day?

22     A.    No.  We didn't even talk about that.  He

23 just told me, "We need to talk."  And that--

24     Q.    When's the next time you saw him?

25     A.    I saw Dwayne when I got home.  Because

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 53 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 54 of 172

1    that's a Thursday.  I get off at 1:00.

2         Q.    So, you get home.  He's there.

3         A.    He's there.

4         Q.    And what do you do?

5         A.    I was mad.

6         Q.    Okay.  What do you guys do?

7         A.    He was like, "I need to talk to you."  I

8    went upstairs.

9         Q.    Don't you guys go take a nap together?

10        A.    Yes.

11        Q.    Okay.

12        A.    That's what we did.

13        Q.    So, you must not be that mad at this point?

14        A.    I really didn't feel like arguing.  I was

15   tired.

16        Q.    Okay.  So, you both go take a nap?

17        A.    Uh-huh. (affirmative)

18        Q.    And then -- did you -- did he talk at all

19   any more about what he had done that day?

20        A.    He didn't talk to me at all.  He was like,

21   "I don't feel good."  I'm like, "What is wrong with

22   you?"  He said he's been sick all this week.  And by

23   that time we was thinking I was pregnant.  Thank God

24   I'm not.  But, that was the case.  I don't know.

25        Q.    Did he tell you what he had done on that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 55 of 172

1 day?

2     A.    He didn't tell me anything. We really

3 didn't talk. He just said, "Get in the bed and hold

4 me. I couldn't sleep without you last night." And

5 that's just what I did. I got in the bed.

6     Q.    Have you ever seen Dwayne with a gun?

7     A.    Other than that first time, he was at my

8 house--

9     Q.    That's the only gun?

10     A.    That's the only time I seen him with one.

11     Q.    What did the gun look like?

12     A.    I told you I just seen the butt of gun.

13     Q.    Do you know the difference between a

14 revolver and an automatic?

15     A.    No. I'm scared of guns. No.

16     Q.    Okay. Ummm...did -- did Dobie tell you

17 what to tell the police?

18     A.    No.

19     Q.    Does that -- would that -- does that

20 somehow shock you that I would ask you that question?

21     A.    No, it don't. But--

22     Q.    You act like--

23     A.    No, it shocked me that it came out of your

24 mouth. Because I was--

25     Q.    Why does it shock you?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 56 of 172

1    A.    I was just saying, I wouldn't dare.  And,

2    if he did, it would not of, because I still wouldn't

3    do it.

4    Q.    Uh-huh.(affirmative)  Did he tell you what

5    to do -- what to say to the police?

6    A.    No.

7    Q.    Okay.  Did he tell you -- when did he find

8    out that the police were looking for him?

9    A.    I'm not sure.

10    Q.    When did you find out?

11    A.    I found out Friday.  The day they picked

12    him up.

13    Q.    So, you never knew the police were looking

14    for him?

15    A.    No.

16    Q.    Did they pick him up from your house?

17    A.    No.  They picked him up on -- I think it

18    was somewhere on McCowen or going somewhere over

19    there.

20    Q.    Where was he going?

21    A.    He was going to the police station.

22    Q.    Because he knew that they were looking for

23    him?

24    A.    Yes.  As a matter of fact I told him to do

25    that.

1    Q.    Did you -- have you talked to him since

2   he's been in jail?

3    A.    Yes, but I don't want to talk about it.

4    Q.    How many -- I didn't ask you that?

5    A.    I'm just saying--

6    Q.    How many times have you talked to him?

7    A.    I talked to him a bunch of times.

8    Q.    How often do you talk to him?

9    A.    I can't accept calls, so my sister -- I go

10  to my sister's house and accept the call.

11   Q.    How come you can't accept the call?

12   A.    My phone won't accept them.

13   Q.    Which sister?

14   A.    I only have one sister.

15   Q.    What's her name?

16   A.    Her name is Jenny Groth.

17   Q.    And what's her phone number?

18   A.    (713)571-0203.

19   Q.    Say that again?

20   A.    (713)571-0203.

21   Q.    0203?

22   A.    Uh-huh.(affirmative)

23   Q.    Did your -- so you go over there and you

24  get collect calls?

25   A.    Uh-huh.(affirmative)  Oh, sometimes she'll

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 57 of 172

1    call me three-way.

2        Q.    Okay.   Now, you talked three-way sometime

3    during that morning with some people, didn't you?

4        A.    Where?

5        Q.    Did you talk three-way?   Did you have a

6    three-way call at any time with Shawn and Dobie and

7    yourself?

8        A.    When?

9        Q.    Would that be the Thursday morning at all?

10       A.    No.

11       Q.    Did you -- who you talk three-way with now

12   when you talk to Dobie from jail?

13       A.    My sister.

14       Q.    Okay.   Your sister is a friend of his too?

15       A.    Yeah, she's -- she's friends with him.

16       Q.    Have you asked him what happened?   I mean

17   you obviously love this man?

18       A.    Yeah.   I asked him.

19       Q.    Have you asked him what he was doing over

20   there?

21       A.    I asked him a whole bunch of questions.

22       Q.    What does he say he was doing over there?

23       A.    And I asked him a bunch of questions.

24       Q.    Did you hear what I'm saying?

25       A.    Yeah.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 58 of 172

1    Q.    What does he say he was doing over there?

2    A.    Is it--

3    Q.    I'm talking about over at the place where

4 the robbery happened?

5    A.    He said he wasn't there.

6    Q.    He's still telling you he wasn't there?

7    A.    Yes.

8    Q.    Okay.  Do you believe him?

9    A.    I don't know to believe anymore.

10    Q.    So, you've asked him -- when was the last

11 time he told that he wasn't there?  When was that?

12    A.    Maybe about two weeks ago.

13    Q.    Two weeks ago is the last time he said

14 that?

15    A.    Yeah.  Because I told him I don't want to

16 talk about it.  Why?

17    Q.    I mean you love this man and you're saying

18 you're not curious as to what--

19    A.    I'm curious.  I'm curious about a lot of

20 things.  But I feel like this, if they all come out,

21 you know, and when I go up there I feel like, you

22 know, "Talk about something else."  Because really,

23 I'm down about it, you know.  Because--

24    Q.    Do you not want to know anything?

25    A.    Who?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 59 of 172

1    *Q.*    Maybe?

2    *A.*    Me?

3    *Q.*    Yeah.

4    *A.*    I -- if all come, you know -- I want to

5    know.  Really.  I truly do.  Because I feel sorry for

6    that family.  Really I do.

7    *Q.*    Well, I'm just curious why you -- if you --

8    if you want to know--

9    *A.*    Why I don't ask the question?

10   *Q.*    Yeah.

11   *A.*    Really?  I don't really talk about it over

12   my phone.  And then, two, when I go down there to see

13   him, I can't really talk about it there either.

14   *Q.*    Why?

15   *A.*    I just can't.  You can't really hear any of

16   it, really.  And then you don't get enough time over

17   the phone.  You only get like 15 minutes and they'll

18   cut the phone off.

19   *Q.*    So, you're -- it's your -- it's your

20   testimony in this Grand Jury that you never -- you

21   never asked him what he was doing over there?

22   *A.*    I asked him a whole bunch of questions.

23   *Q.*    What did you ask him?

24   *A.*    I asked him, I said, "Dwayne, was you

25   involved with that?"

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 60 of 172

1    Q.    And he said, "No," probably?

2    A.    He said, "Erica, I didn't have anything to

3    do with it."  That's what he told me.

4    Q.    Did he tell you he was over there that

5    morning?  At the -- at the furniture store?

6    A.    No.

7    Q.    Did he tell you that he was -- he was in a

8    white Grand Am?

9    A.    No.  He never told me anything like that.

10    Q.    He's told you what?  What has he told you?

11    A.    The only thing I -- the things that I asked

12    him is like, "Dwayne, did you kill those people?"  He

13    was like, "No."

14    Q.    I'm not asking you that.

15    A.    Oh.

16    Q.    I'm asking you, "What does he tell you

17    about what happened that morning?"

18    A.    He, he don't talk -- that's what I'm

19    saying.  When I asked him, "Dwayne, did you do it?"

20    He said he didn't do it.

21    Q.    Did you ask him what he was doing over

22    there?

23    A.    He say -- if he say he don't do it, I

24    figure like he ain't there.  It ain't no need to ask

25    that question.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 61 of 172

1    Q.   Did he say that he didn't shoot someone or

2  that he wasn't part of the robbery?

3    A.   He said he's not a part of that.  He said

4  he didn't do it at all.  He wasn't there.

5    Q.   He said he wasn't there?

6    A.   He wasn't there.  That's what he tells me.

7  He wasn't there.

8    Q.   I guess the last question is is do you

9  really believe him?  I mean honestly?

10    A.   Honestly?

11    Q.   Yeah, do you believe him?

12    A.   Honestly?

13    Q.   "Yes," or, "No," is what I'm asking?  Do

14  you believe him?

15    A.   Before I say "Yes," or, "No," can I say

16  something else?

17    Q.   Well, first, if you could answer just the

18  "Yes," or, "No."

19    A.   I don't know.  That's why I wanted to say

20  what I wanted to say first.

21    Q.   So, you don't know what to believe?

22    A.   Deep in my heart -- really -- deep in my

23  heart, I feel like Dwayne really didn't -- was really

24  there.  But deep in my heart I figure like he knew

25  something about it.  And knowing is just as worse.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 62 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 63 of 172

1   Deep--

2       *Q.*    What do you mean, "He knew something about

3   it?"

4       *A.*    I just -- just what I said.  You know.  How

5   them going to be your friends and all of a sudden

6   they implicate you in something like this.  And you

7   know nothing.  Nothing.

8       *Q.*    Does he hang out with "Deuce," also?

9       *A.*    Who is "Deuce?"

10      *Q.*    Do you know Deuce?

11      *A.*    I heard that name.

12      *Q.*    Yeah.  You heard that name, that's why I

13  kind of curious why you act like you did, but--

14      *A.*    No, I heard that name.  I know who Deuce

15  is.

16      *Q.*    Okay.  So, you do know who Deuce is?

17      *A.*    Yes.

18      *Q.*    Okay.  Ummm...how about "Juju?"  You know

19  JUju also?

20      *A.*    I -- I can't -- I can't recall his face.

21      *Q.*    You've heard the name?

22      *A.*    Yeah, I heard the name, yes.  I really

23  didn't -- really hear his name until all this got

24  started.

25      *Q.*    Well, what did -- what did you hear after

COPY

1    this got started?

2         A.    I heard that his baby's mama called there.

3    What was that, Friday?

4         Q.    Which baby's mama?  There's a bunch of them

5    out there?

6         A.    You know.  He's only got one little girl.

7         Q.    Yeah, but LaQuinta, they call her "Baby's

8    Mama," too.

9         A.    (laughing)

10        Q.    Don't they?

11        A.    Let me tell you something, the only babies

12   that I know pickup, is Kiera.  And that's with

13   Sharonda.

14        Q.    Yes, but they call Laquinta?

15        A.    No.

16        Q.    They don't?

17        A.    No, they call her "Late Night Hike," that's

18   what they call her.

19             *GRAND JUROR:*  Oh, my God.

20             *THE WITNESS:*  That's what they call

21   her, to be honest.  That's what they call her.

22             *GRAND JUROR:*  You got to be joking?

23             *THE WITNESS:*  No.  That's what they

24   call her.

25        Q.    *(BY MR. DAN RIZZO)* So, -- okay, his baby's

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 64 of 172



For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 65 of 172

1  mama tells you what?

2      A.    She says, "Juju over here telling the

3  police that you live with me.  And they coming in my

4  house and harassing me."  And, you know, I'm like,

5  "Baby, this is not Dwayne.  Hold on."  I gave the

6  phone to him, you know.  Because I really didn't want

7  to get into it with her.

8      Q.    Okay.  Hold on one second.

9      A.    Okay.

10     Q.    (prosecutor confers with investigator)  I

11  guess the one thing I need to ask you -- I know that

12  -- I want to make sure that you are given an

13  opportunity to correct any mistakes that you may have

14  made in here.  Okay?  Anything that you have said

15  that may be a misstatement, that may be a lie, under

16  oath, a Grand Jury could decide was Aggravated

17  Perjury--

18     A.    I understand what you're saying.

19     Q.    Okay.  Let me finish.

20     A.    Go ahead.

21     Q.    Ummm...Grand Juries are allowed to give the

22  witness an opportunity to correct any statements or

23  misstatements, false statements to the Grand Jury --

24  misleading statements to the Grand Jury.

25     A.    Okay.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 66 of 172

1  Q.    And what I want to do is give you that

2  opportunity if you want to.  I know that you have

3  children.

4  A.    Yes.

5  Q.    I know that you work -- you were working

6  two jobs.  And you never been in trouble, as far as I

7  know.

8  A.    Yes.

9  Q.    And I do know that you love Dobie.

10  A.    Not much better than my kids.  I love my

11  kids more.

12  Q.    I would imagine so.  But if there were --

13  and I can't tell you about the investigation -- but

14  if there was other evidence, from other sources,

15  including admissions--

16  A.    Uh-huh.(affirmative)

17  Q.    --from Dobie, as to where -- to him being

18  out there.

19  A.    Uh-huh.(affirmative)  All I can tell you--

20  Q.    And let me finish.

21  A.    Oh, go ahead.  Go ahead. Go ahead.

22  Q.    And if you are making statements that are

23  false to this Grand Jury.  You've made false,

24  material statements, that you know are false, then I

25  want to give you an opportunity right now--

1    A.    Uh-huh.(affirmative)

2    Q.    --to correct any of those.  Okay?

3    A.    Uh-huh.(affirmative)  I understand what

4  you're saying.

5    Q.    And I guess the Grand Jury, at this point,

6  we're going to give you that opportunity right now to

7  do that.  If you want to correct any of those

8  statements that you made--

9    A.    The only thing--

10    Q.    --that would be false.

11    A.    The only thing that I believe--

12    Q.    No, ma'am.  I'm not asking you what you

13  believe, I'm asking you if you want to -- do you

14  understand what I'm saying?

15    A.    I understand that you're saying.

16    Q.    Okay.  Is there any statements that you

17  want to make -- you know that you testified under

18  oath?

19    A.    Yes, I did.

20    Q.    Okay.  And you heard what I just said to

21  you?

22    A.    Yes.

23    Q.    And I'm going to give you an opportunity to

24  correct any misstatements.

25    A.    To a question?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 67 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 68 of 172

1   Q.   Anything that you said, ma'am.  And we,

2   obviously, in this Grand Jury obviously, have other

3   information we can't tell you what that is.

4   A.   Uh-huh.(affirmative)

5   Q.   This investigation has been going for

6   sometime and will continue to.

7   A.   Yes.

8   Q.   So, there's certain things that we know for

9   a fact.

10   A.   Uh-huh.(affirmative)

11   Q.   And what I'm asking you is, there are

12   certain statements that you made to us that may not

13   have been truthful.  And what I'm asking you is, is

14   there anything that you want to correct at this

15   point?

16   A.   I--

17   Q.   Or do you want to stand by everything

18   you've said?

19   A.   The only thing that I can find myself

20   really correcting is--

21   Q.   Yes, ma'am.

22   A.   --is like the time.

23   Q.   I'm going to talk about the times.

24   A.   It's like, ummm...

25   Q.   Like what times?

1      A.    Like the morning calls.  I can't recollect,

2   you know--

3      Q.    Not things you can't recall.  I'm talking

4   about things that are false.  That you said.

5      A.    I don't know anything that's false.  Like I

6   said, I leave home at 8:30.  Anything that go on

7   after 8:30--

8      Q.    Let me ask you this specifically?

9      A.    Uh-huh.(affirmative).

10     Q.    You have made a statement that Dobie was on

11  the couch when you left at 8:30?

12     A.    Yes.

13     Q.    Are you sure it was 8:30?  I want to ask

14  you if you want to correct that statement at all?

15  "Yes," or, "No?"

16     A.    Would I want--

17     Q.    Listen -- listen to my questions.

18     A.    Okay.  Go ahead.

19     Q.    I'm just asking -- I'm not trying to be

20  offensive to you, I just have to ask you specific

21  questions.

22     A.    Yes.

23     Q.    Do you want to correct that statement.  The

24  statement that you made that Dobie, Alfred, was on

25  the couch still when you left at 8:30 on that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 69 of 172

1    morning?

2        A.    When I walked out that house at 8:30 that

3    morning?

4        Q.    I'm asking you -- see, you're not listening

5    to my question or you don't want to answer that

6    question.  Do you want to change that statement in

7    any way?  The statement that you made earlier that

8    Dobie was on the couch when you left that morning at

9    8:30.

10       A.    Do I want to change it?

11       Q.    Do you want to change that in any way?

12       A.    Yes, I want to change it.  Maybe I don't

13   remember the time.

14       Q.    I'm not -- well, what time would you have

15   left?

16       A.    I -- sometimes I leave -- I leave out of

17   there at all times.  A lot--

18       Q.    What time would that have been?

19       A.    I leave out of there at 8:30, 8:35.

20   Something like that.  But when I left out that

21   morning, I know it was eight something.  Because I

22   can't be late.

23       Q.    Well, okay.  So, approximately--

24       A.    Dwayne was still--

25       Q.    It was approximately 8:30--

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 70 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 71 of 172

1    A.    It was approximate.  He was--

2    Q.    --when you left?

3    A.    --still on the couch.

4    Q.    Okay.  Is there anything you want to change

5  with that?

6    A.    That's it.

7    Q.    Is that -- see, I have to ask you "Yes,"

8  or, "No."

9    A.    Sir, I don't know anything else.

10   Q.    Would that be a, "No, you don't want to

11  change that answer?"

12   A.    No, I don't.  Because that's the time.

13  That's all I can do.  You know, maybe I'm wrong on my

14  times, but that's--

15   Q.    How much can you be wrong on it?

16   A.    Maybe ten or fifteen minutes.

17   Q.    So, no more than ten or fifteen minutes?

18   A.    No more.  No less.

19   Q.    And Dobie was there sometime between 8:15

20  and 8:45?

21   A.    Yes.

22   Q.    When you left?

23   A.    When I left, yes.

24   Q.    And that's something you don't want to

25  change?

1     *A.*     Say that again.

2     *Q.*     You don't want to change that statement, is

3    all I'm asking you?

4     *A.*     Between those times, when I went

5    downstairs, I left out the house.  He might have left

6    right after me.  I don't know.  That's what I'm

7    saying.  But when I was there that morning...

8     *Q.*     Okay.  Okay.

9                    *FOREPERSON:*  Let me just interject.

10   Did you understand what he's trying to do?  He's just

11   asking you--

12                    *THE WITNESS:*  I didn't know if I

13   understand it.

14                    *FOREPERSON:*  --if any statement that

15   you said that you would like to change now in front

16   of this Grand Jury?  Me, being the foreman of the

17   Grand Jury and these 11 people are now in front of

18   you.  Something that you'd said is what he's asking

19   you if you'd like to change that statement, is there

20   just a "Yes," or, "no," about the time or where--

21                    *THE WITNESS:*  Oh, yes.  Yes.

22                    *FOREPERSON:*  --Dobie, or Dobie was

23   that morning that you left?

24                    *THE WITNESS:*  Yes, I would like to

25   change it.  That's what I'm saying.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 73 of 172

1    *FOREPERSON:* What would you like to

2 change?

3    *THE WITNESS:* Maybe the times. Maybe

4 I'm wrong on my times.

5    *FOREPERSON:* What you said was only

6 ten or fifteen minutes. Is that correct?

7    *THE WITNESS:* Yeah, maybe ten or

8 fifteen minutes. Yes. I might be wrong about my

9 times.

10    *GRAND JUROR:* But he was there when

11 she left.

12    *THE WITNESS:* But he was there when I

13 left. That's all I -- maybe he left -- he probably

14 had a car waiting around the corner or something.

15 But he was there when I left.

16    *FOREPERSON:* So, he could've left and

17 came back? Could he have done that?

18    *THE WITNESS:* If he could've left and

19 came back, it was somebody in the living room. They

20 would've told me.

21    Q.    (BY MR. DAN RIZZO) Were you in the living

22 room the whole time? You only -- you saw him at what

23 times?

24    A.    I saw him -- I came down around 6:00.

25    Q.    He was there?

1      *A.*     He was there.

2      *Q.*     And then at 8:30 you said he was still on

3   the -- when you saw him he was still on the couch?

4      *A.*     Yes.   I went back upstairs and I came back

5   down to take the girls to school, he was still there.

6   When I went -- when I came back in from taking the

7   girls to school, I go straight up and go get dressed

8   for work.   I take my shower and--

9      *Q.*     So, you're in and out of the house at this

10  time?

11     *A.*     I'm in and out, yes.

12     *Q.*     And he -- and you only saw him there?

13     *A.*     I saw him there.   I don't be looking at no

14  times, basically.

15     *Q.*     Okay.   Between 6:00 and 8:30 he was there?

16     *A.*     He was there.

17     *Q.*     Okay.   And that's the story -- that's what

18  you want to say?

19     *A.*     That's all I can do is testify to what I --

20  what I did.

21     *Q.*     Okay.

22              *MR. DAN RIZZO:*   If you could wait one

23  second outside here.

24              *THE WITNESS:*   Sure.

25         (Grand Jury takes a break at this time)

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 74 of 172

1       FOREPERSON:  Do you want to state that

2   we just took a break, whatever it is?

3       MR. DAN RIZZO:  Okay.  For purposes of

4   the record we've just taken possibly a ten-minute

5   break or so.  And you are one and the same Miss

6   Dockman--

7       THE WITNESS:  Dockery.

8       MR. DAN RIZZO:  Dockery, I'm sorry.

9   You testified here just a few moments ago, right?

10      THE WITNESS:  Yes.

11      MR. DAN RIZZO:  And we just took a

12  break.  And where you were outside of the Grand Jury

13  room, is that correct?

14      THE WITNESS:  Yes.

15  Q.    (BY MR. DAN RIZZO) There's just a couple

16  more questions.  Do you -- who are -- what was

17  Shawn's cell phone number?

18  A.    I don't have my phone in front of me.

19  Q.    What do you need your phone for?

20  A.    I need it to see what I dial.

21      GRAND JUROR:  Here.

22  (Grand Juror slides his cell phone to witness)

23      THE WITNESS:  I won't push the

24  buttons.

25      GRAND JUROR:  No problem.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 75 of 172

1    FOREPERSON:  If you want just dial it,

2    just don't push "send."

3    THE WITNESS:  I'm trying -- I remember

4    the last four numbers.  I'm trying to remember the

5    three numbers in between.

6    GRAND JUROR:  The prefix numbers.

7    THE WITNESS:  Yeah.  I know the first

8    three numbers is (832)...

9    Q.    (BY MR. DAN RIZZO) What's the last four

10    numbers?

11    A.    The last four numbers was...  It'd help if

12    I can remember the numbers in between.  Golly, what

13    is--

14    GRAND JUROR:  Have you ever seen his

15    phone?

16    THE WITNESS:  His phone?

17    GRAND JUROR:  Yeah.

18    THE WITNESS:  It's gray.

19    GRAND JUROR:  No, the make of the

20    phone?  Is it a Sprint, Houston Cellular or...

21    THE WITNESS:  It's a -- it's Sprint.

22    It's a new one that just came out.  The ones where

23    you can take pictures.

24    GRAND JUROR:  So, it's Sprint?  Then

25    it's Sprint?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 76 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 77 of 172

1          THE WITNESS:  Yeah.

2     Q.    (BY MR. DAN RIZZO)  Shawn had one?

3     A.    Yeah.  Now, I remember Ghetto number real

4  good because Dwayne used to keep his phone.  So, I

5  know his number.  It was (832)228-3006.  I remember

6  that number real good.

7     Q.    He used to keep it and use it?

8     A.    He used to keep it and use it, yeah.

9  That's what he had.

10     Q.    Is that one of those phones with the photos

11  also?

12     A.    No, this is the -- it's just a regular

13  little phone.  It's not -- I don't get into that

14  high-tech.

15     Q.    All right.  I think one grand juror had a

16  -- something he wanted to ask.

17          GRAND JUROR:  I want to make sure that

18  you understood the question that the Assistant D.A.

19  asked you earlier about, "Was there any way that you

20  might want to change your mind on some of the

21  testimony that you gave here this morning?"  And the

22  reason I am ask you this is because you seem like a

23  good, nice, young lady--

24          THE WITNESS:  I am.

25          GRAND JUROR:  --a hard-working young

1    lady--

2              THE WITNESS:  I am.

3              GRAND JUROR:  And if we find out that

4    you're not telling the truth, we're coming after you.

5              THE WITNESS:  I, I know that.

6              GRAND JUROR:  And you don't have a

7    record.  The only record you got is your citations--

8              THE WITNESS:  Uh-huh.(affirmative)

9              GRAND JUROR:  --and you've been to

10   jail for that.  But nothing else.

11             THE WITNESS:  Uh-huh.(affirmative)

12             GRAND JUROR:  And if we find out that

13   you were lying, under oath, you can be in serious

14   trouble.

15             THE WITNESS:  I understand.

16             GRAND JUROR:  And you won't be able to

17   get a job flipping burgers.

18             THE WITNESS:  (laughing)Yes, sir.

19             GRAND JUROR:  You got three children

20   that you're trying to take care of.  And so that's

21   why I'm asking you, and I'm appealing to you--

22             THE WITNESS:  It is the--

23             GRAND JUROR:  Let me finish.

24             THE WITNESS:  Oh, go ahead.

25             GRAND JUROR:  --to make sure that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 78 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 79 of 172

1    you're telling the truth.  Tell the guy the truth of

2    the question that he's asked you.  Because you won't

3    have another opportunity.  Once you leave out of this

4    room--

5                    THE WITNESS:  Uh-huh.(affirmative)

6                    GRAND JUROR:  --it's over with.

7                    THE WITNESS:  I understand.

8                    GRAND JUROR:  And then they come after

9    you.

10                   THE WITNESS:  Yes.  I understand.

11                   GRAND JUROR:  And then who's going to

12   take care of your three kids?  Nobody.

13                   THE WITNESS:  Nobody.

14                   GRAND JUROR:  Dobie sure ain't going

15   to take care of those kids.

16                   THE WITNESS:  Oh, I know it.

17                   GRAND JUROR:  Okay?

18                   THE WITNESS:  Uh-huh.(affirmative)

19                   GRAND JUROR:  So, if there's anything

20   in there that you want to change, think about it

21   before you answer.

22                   THE WITNESS:  Uh-huh.(affirmative)

23                   GRAND JUROR:  We got the time for you

24   to sit here and think.  Okay?

25                   THE WITNESS:  The only thing I can

1    think of is the times.  You know.  Because I really

2    don't look at the clock a lot.  You know.  Pretty

3    much when the sun come up, I pretty much know my time

4    of day.  You know.  And that's before the time was

5    changed.  You know my clocks are set like 20 minutes

6    fast.  That's the only thing that I'm off.  My times.

7    My times.  All I know is when I walked out that

8    house, he was laying on the couch.

9        Q.    *(BY MR. DAN RIZZO)* And you wouldn't have

10   left -- you would've left somewhere between 8:15 and

11   8:45?

12       A.    I would've left -- I would even left -- if

13   I was mad at him, I could've left from 7:30 and

14   stopped and get me some breakfast.  I just can't --

15   my times is off.  That's why I was sitting in the

16   hall thinking about.

17       Q.    All right.  That's important.  We need to

18   find out.

19       A.    And just the thing, I can't -- I can't

20   remember.

21       Q.    Were you mad at him that morning?

22       A.    Huh?  Was I still mad?  Yes, I was still

23   mad.  Because he was still in my house.

24       Q.    Did you eat breakfast at home?

25       A.    No.  I never eat breakfast at home.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 80 of 172

1      Q.    Did you leave early to go get some

2   breakfast?

3      A.    Yeah, I ate breakfast that morning.  I

4   stopped at Burgerking or something.

5      Q.    Okay.  Is that a, "yes, you did leave early

6   to go get breakfast?"

7      A.    I'm trying to remember.  I could have.  I

8   cannot remember.  I cannot remember.

9      Q.    So, it could've been 7:30 in the morning?

10     A.    Yeah, it could've been seven -- it could've

11  been any time because I was really mad.

12     Q.    Let me ask you this.  Could it have been

13  before 7:30?

14     A.    No, I wouldn't have left that early because

15  she ain't going to let me in her house.  She ain't

16  going to let me in her house that early.

17     Q.    Even with breakfast, it would've been at

18  the earliest 7:30--

19     A.    It's traffic.

20     Q.    That's not what I'm saying.

21     A.    Okay.

22     Q.    At the earliest it would've been 7:30?

23     A.    Yeah, it would be about 7:30 the earliest I

24  leave.  I would leave about 7:30.  If I was -- I was

25  really mad that morning, so I was really trying to

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 81 of 172

1    avoid him.

2        Q.    So, you think you may have left at--

3        A.    I could have, yes.

4        Q.    --7:30.

5        A.    I'm trying to remember.  I cannot remember.

6        Q.    Try and remember.

7        A.    Yes, I'm trying.  That morning was rough.

8        Q.    Because you had -- you put the kids on the

9    bus by 7:00.  By 7:00 they were already gone?

10       A.    About 6:50, yeah.  6:50.

11       Q.    And you were already dressed.

12       A.    I'm dressed already.

13       Q.    So, could -- because you had gotten dressed

14   before you took the kids to the bus stop, is that

15   right?

16       A.    No, I didn't get dressed before I left.

17   When I got back -- when I walked back through the

18   door, that's when I went upstairs and got back

19   dressed.

20       Q.    How long did it take you to get dressed?

21       A.    I had already took my shower that night.

22   It would take me about 20 minutes.

23       Q.    Okay.  So, could you have been leaving--

24       A.    I know when I got dressed, I grabbed my

25   keys and my purse and I tapped him on the shoulder.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 82 of 172

1    And I told him, "I want you gone," when I left.  I

2    didn't look at the time, I just walked out the door.

3         *Q.*    Okay.  Let me stop you for a second.

4         *A.*    Uh-huh.(affirmative)

5         *Q.*    As soon as you got dressed, which you

6    claimed took you about -- approximately 20 minutes?

7         *A.*    Uh-huh.(affirmative)

8         *Q.*    Then you were right out the door after

9    that?

10        *A.*    I walked back downstairs, tapped him on the

11   shoulder, and told him--

12        *Q.*    And walked out.

13        *A.*    And walked out the house.

14        *Q.*    Which is normal -- more -- earlier than

15   normal?

16        *A.*    Yes -- no, because sometimes when I want to

17   get breakfast, and I know there's traffic on the

18   freeway, I leave about 7:30.

19        *Q.*    Okay.  If you -- if it took you 15 or -- 15

20   or 20 minutes, is that what you said?  I'm sorry.

21        *A.*    What to get--

22        *Q.*    Yes.

23        *A.*    Twenty minutes to get dressed.

24        *Q.*    Twenty minutes to get dressed, when you've

25   already taken a shower the night before?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 84 of 172

1    A.    Uh-huh.(affirmative)

2    Q.    Twenty minutes to get dressed, and you were

3    -- you took the kids -- they're out of the house at

4    6:45?

5    A.    Uh-huh.(affirmative)

6    Q.    Okay.  So, you're back into the house by

7    6:50 approximately?

8    A.    No, I'm back in the house about...

9    Q.    What time?

10   A.    About 7:00.

11   Q.    About 7:00?

12   A.    Uh-huh.(affirmative)

13   Q.    Okay.  So, -- and then 20 minutes to get

14   dressed.

15   A.    Uh-huh.(affirmative)

16   Q.    So, approximately 7:20 you were out--

17   A.    7:20, 7:25, 7:30.  Something like that.

18   Because it didn't take -- it didn't take me long.

19   And sometimes I can't find my shoes or something like

20   that.

21   Q.    We're just trying to get as specific as we

22   can.  So, that's the only thing you want to correct

23   is that time?

24   A.    Is my time.  My times is off.

25   Q.    Listen -- listen to my question.  The only

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 85 of 172

1    thing that you want to correct is that it could have

2    been 7:00 -- as early as 7:20 that you left, and he

3    was still there?

4        A.    It could've been.

5        Q.    And then in terms of terms of the phone

6    calls that came in, do you remember any more than one

7    phone call that morning?

8        A.    All I remember the phone ringing was once.

9    The second time, my cousin -- I think it was Richard

10   that got the phone.  It was his little girlfriend.

11       Q.    But you only remember--

12       A.    Yeah, that twice.

13       Q.    How do you know that it was his girlfriend?

14       A.    Richard's girlfriend?  Because she was,

15   "This Minnie."

16       Q.    So you picked it up?

17       A.    Yeah.

18       Q.    So, you did pick it up?

19       A.    Yeah.  And she'll say, "This is Minnie."

20   And he'll be like -- he'll grab the other phone.

21       Q.    Anything else in terms of the phone calls

22   that you want to correct?

23       A.    I used to cuss him out.  I used to cuss him

24   out.

25       Q.    Do you understand what I'm saying?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 86 of 172

1    A.    Yes.

2    Q.    Was there anything else in terms of your

3    testimony concerning the phone calls, that you want

4    to correct?

5    A.    My phone calls?

6    Q.    You don't understand the question?

7    A.    No, I don't.

8    Q.    You testified -- you testified about phone

9    calls in the morning.

10    A.    Uh-huh. (affirmative)

11    Q.    You testified about Shawn calling in the

12    morning at some point.  You're not sure what time.

13    A.    I'm not sure.

14    Q.    Dobie talked about Shawn picking him up.

15    A.    Yeah.

16    Q.    And you talked about some little girl

17    called?

18    A.    Yeah.

19    Q.    Okay.  Do you want to correct anything else

20    concerning phone calls before you left?

21    A.    That's the only thing.  Because when I went

22    down, I'm like, "Who was that calling?"  And he's

23    like, "Shawn."  And I'm must just -- I jumped on him.

24    "What did I tell you?"

25    Q.    But do you -- are those the only calls that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 87 of 172

1    you--

2        A.    Them the only calls that I know of.  Yes.

3    Other than me taking my kids to school and everything

4    else.  If he got some phone calls, I wasn't in the

5    house.

6        Q.    Okay.  Ummm...okay.  The only thing else I

7    have to tell you before we ask the -- oh, yeah, the

8    clothing.  What was he wearing when you left?

9        A.    What was he wearing?  Oooohhh.  I don't

10   think he changed from the night before.  So, it was a

11   red shirt that said "Shawn John."  It's all red.  It

12   got red -- it come about right here.(indicating)  It

13   got gray right here.

14       Q.    Now, for purposes of the record you're

15   pointing to your elbow?

16       A.    Yeah.  The shirt comes to about right here

17   to him.

18       Q.    So, it would be like a short sleeve to the

19   elbow?

20       A.    Yes.  And it have gray and it have gray

21   letters that say "Shawn and John."

22       Q.    Okay.  Now, gray -- you're saying it has a

23   gray stripping around the elbow area?

24       A.    Yes.

25       Q.    And then a gray writing across the front?

1      A.    It say--

2      Q.    Diagonally, that says, "Shawn?'?

3      A.    Yes.   "Shawn John."

4      Q.    "Shawn John?"

5      A.    Yes.

6      Q.    Okay.   What did he have on for pants?

7      A.    He had on some -- some blue jeans acid wash

8  pants.   That's -- yeah.

9      Q.    Okay.

10      A.    Because I bought that outfit.

11      Q.    Is there anything that we didn't ask you

12  that you think might be important in this case?

13      A.    No.

14      Q.    How about anything else that you'd like to

15  change concerning your conversations with him since--

16      A.    My conversations with him?

17      Q.    Since this happened?   What he's told you?

18      A.    That's the thing.   He -- when I go to --

19  when I went to Dwayne the very first time--

20      Q.    That could be a "Yes," or a "No."   Is there

21  anything you want to change or add?

22      A.    Yes, I want to add something.

23      Q.    Okay.   What is it then?

24      A.    Okay.   When I went to Dwayne, the very

25  first time I went to Dwayne--

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 88 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617567 - Page 89 of 172

1    Q.    What was when?  When he was in jail or he

2  wasn't?

3    A.    He was in -- he was in jail.

4    Q.    He was in jail.

5    A.    Yes.  And I went to him.  And I said,

6  "Dwayne, you got me mixed in some foul stuff."

7    Q.    He was -- you -- he was -- where was he

8  sitting and where were you sitting?

9    A.    Ummm...when I got off the elevator, the

10  first row.

11    Q.    Okay.

12    A.    And he was -- we was in the last...

13    Q.    Last booth?

14    A.    Yeah, last window.  Yeah, last booth.

15    Q.    He said -- you said something to him?

16    A.    Yes.

17    Q.    Tell us what it was that you said?

18    A.    And I told him, I said, "What you got me

19  mixed up in?"  You know.  He was like, "I wasn't

20  there.  I didn't do it."  That's what he said.  I'm

21  like, "Dwayne, I got three kids.  I got more to loose

22  than I would gain."  He was like, "Erica, all I know

23  is I wasn't there.  I didn't do it."  And then Friday

24  night -- I mean Friday, that day they did picked him

25  up--

1    Q.    Yes.

2    A.    And I was like, "Dwayne, what's going on?"

3    You know.  Because I really didn't know.  I was

4    really in the dark.  I'm like, "Dwayne, what's going

5    on?  What is this they're talking about?"

6    Q.    You talking on the phone to him?

7    A.    No, I'm talking to him.  In person.

8    Q.    Right.

9    A.    I'm like, "Dwayne, what is going on? You

10   know, everybody said the police looking at you.  You

11   supposed to be involved in this.  What's going on?"

12   You know.  He was like, "Erica, I didn't do it.  I'm

13   not going down for something I didn't do."  I said,

14   "You better get up and do something."  I said, "I'm

15   not going to have no policemen running in my house.

16   You know, my kids are here."  I said, "Do you know I

17   could go to jail?"  And we were just arguing back and

18   forth.  And then by this time Quetha(sic) calls my

19   house.

20   Q.    The one that was here--

21   A.    Yes.

22   Q.    And what did she say?

23   A.    She talking about, "You ain't going to have

24   him either, bitch." (grand jurors and witness

25   laughing)  It's not funny.  It wasn't funny then, but

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 90 of 172

1  it's funny now because she's a joke to me, you know

2  what I'm saying.

3      Q.   Did he -- what I'm asking you is concerning

4  what Dobie told you.  Did he tell you anything other

5  than that?

6      A.   He just said, "I didn't do it."  He said,

7  "Shawn is known for jacking people."  That's what he

8  told me.

9      Q.   Did he say anything about why he was there

10  that day?

11      A.   Why he was where?

12      Q.   Did he admit to you that he was at the Cash

13  place?

14      A.   He never admitted that he was with them.

15  He never did.  Never.

16      Q.   Never said anything to you about that?

17      A.   He never said -- he never said he was with

18  them.  He never said he had -- he didn't go.  He

19  never said.  Never, never.

20      Q.   So, he's always tried to tell you that he

21  stayed at your place?

22      A.   He -- that's what he's been trying to tell

23  me, but like I told him, "How did this all come

24  about?  Everybody saying this and everybody saying

25  that."  I know you don't supposed to believe what you

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256.7 - Page 91 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 92 of 172

1   hear, but everybody ain't going to be saying the same

2   thing.  And I keep telling him...

3       Q.    So, you don't think he's telling you the

4   truth?

5       A.    Somewhat, yes.

6       Q.    Why is it that you keep going to see him

7   then?

8       A.    I don't know.  To be honest, I don't know.

9   You know.  I don't know.

10      Q.    If you believe that he actually he killed

11  those people--

12      A.    I would've turned him in myself.

13      Q.    But you're saying that you -- you think

14  there maybe something to it.  That he may have been

15  involved in it now?

16      A.    It's best just to get all the facts.

17      Q.    Okay.  Well, what we're going to do is

18  we're going to let you go right now.  We may recall

19  you at some point.  You can't discuss what happened

20  inside the Grand Jury with any person.  If someone

21  asks you what was said, you can't repeat it.  You

22  can't ask -- you can't repeat what the questions

23  were.  You can't talk about it during the tendency of

24  the Grand Jury.

25      A.    Uh-huh.(affirmative)

1    Q.    If you did, you could be held in contempt

2    of court and go where?  If you talk about what

3    happens in here?

4    A.    I know what that's like.  It's nasty down

5    there.

6    Q.    Oh, yeah.  You could end up going to jail.

7    Okay?  Anybody can.  Okay?  Not just you.  So, that's

8    -- it's real important that you not talk about that.

9    Dobie may ask you what happened.  Did you tell him

10   you were coming to testify in the Grand Jury?

11   A.    Yes, I did.  I told him I have to go down

12   there.

13   Q.    He's probably going to ask you what was

14   said inside the grand jury.  He'll probably ask you

15   what you said.  If you -- if you repeat those things,

16   you could end up going to jail.  Do you understand

17   that?

18   A.    I understand that.

19   Q.    Okay.  Okay.  Do you have any questions of

20   us before we leave?

21   A.    Yes.  You know, for the record, you know, I

22   don't know why I still don't see him.  I don't know

23   why there's still feelings there.  I don't know why.

24   But I really do feel sorry for the family.  Because

25   yesterday--

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256 7 - Page 93 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 94 of 172

1    *Q.*    Which family?

2    *A.*    Both families.  Because yesterday a year

3  ago we was right there too, you know.  We lost our

4  little niece.  So, I really understand.  And if he

5  did do it, you know, crucify him to the foot.  That's

6  all, you know.  And I hope he didn't.  But who's to

7  say.  I wasn't there.  I don't know.  I'm only

8  testifying to what I know.

9    *Q.*    You think that you were trying to protect

10  him somewhat?  A little bit, when you didn't tell us

11  about the times?  Because you know what I'm saying,

12  don't you?

13    *A.*    Yeah, I'm--

14    *Q.*    Because you're smart too.

15    *A.*    Yeah, I'm smart.  You know.  I'm just

16  saying--

17    *Q.*    And so that's what I'm--

18    *A.*    --that I'm off on my times.

19    *Q.*    Listen to what I'm saying.  Do you think

20  though that you were trying to protect him a little

21  bit, didn't you?

22    *A.*    No, I'm really -- I'm trying to get my

23  times together.  Really I am, you know.

24    *Q.*    Because this is the first time that you've

25  come up with those times in the whole time we've

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 95 of 172

1    talked to you.  We've taken statements from you.

2    We've talked with you.

3        A.    I know, but I can't remember.  You know.

4    And then when I'm talking to people, it don't be just

5    one person.  It be two.  And they all be coming at

6    you.  And you can't listen to everything, you know.

7        Q.    But I want to ask you though, do you think

8    that you were just trying to protect him a little

9    bit?

10       A.    No.

11       Q.    You don't think so?

12       A.    No.

13       Q.    Okay.

14       A.    Because I -- if he did it, he's deserves to

15   get whatever is coming to him.  Truly.

16       Q.    Okay.  Thank you.

17            *GRAND JUROR:*  What if you go visit him

18   one time and he tells you, he says, "Look..."  He

19   finally confesses.  "Yes, I did it."  What would you

20   do?

21            *THE WITNESS:*  What would I do?  I

22   think I cry.  Because I feel like you lied to me when

23   I asked you, "Did you do it?"  I asked him, "Did you

24   do it?  Was you there?"

25            *GRAND JUROR:*  Would you go to the

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 96 of 172

1  authorities and tell them?

2         *THE WITNESS:* Oh, yes. I would.

3  Because when -- Friday, when his baby's mom called my

4  house and she told me that the police were looking

5  for him, I'm the one that told him to get up. I told

6  him, "Get up. Go see what they want. If they put

7  your name in this, get up and see what they want.

8  Don't lay here and let them come kick my door down.

9  Get up, get out of my house and go see what they

10  want." I said, "If you want, I'll go with you."

11         *GRAND JUROR:* Because if you

12  implicated in any way, you know them children are

13  there in that house-

14         *THE WITNESS:* Yes.

15         *GRAND JUROR:* --and they're going to

16  need, you know, some parental guidance in the future.

17         *THE WITNESS:* I know. And I love my

18  kids. I love them with all my heart.

19         *GRAND JUROR:* I'm so glad to hear you

20  say that.

21         *THE WITNESS:* I love my kids. And I'm

22  not going to jail for nobody.

23         *GRAND JUROR:* Okay.

24         *GRAND JUROR:* You know by working in

25  the home health care, and there's a felony charge

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 97 of 172

1    brung(sic) against you, you know that's over with.

2                    *THE WITNESS:*   I know.   Everything is

3    over.

4                    *GRAND JUROR:*   You won't be able to go

5    get a decent job anywhere.

6                    *THE WITNESS:*   Nowhere.   I already

7    know.

8                    *GRAND JUROR:*   And it's not worth

9    hiding behind no man.

10                   *THE WITNESS:*   Oh, it's not.   It's not.

11   I can always get another man, but I could never get

12   another life.

13                   *GRAND JUROR:*   Nor is your children.

14   That's why he's constantly asking you if there's

15   anything you want to change before you leave.

16                   *THE WITNESS:*   You know, maybe I'm

17   misunderstanding the question.   But I'm trying to

18   answer the best way I can.

19                   *GRAND JUROR:*   It's so important.

20   Because he's not worth it.

21                   *THE WITNESS:*   Okay.   No, he's not.

22   And I told him.   I said, "Dwayne, let me tell you

23   something.   If you did this, you need to let them

24   know.   You need to tell them everything you know."   I

25   said, "If you know anything, you need to tell them

1   everything you know." I told him, "I'm not saying

2   that you know anything, but if you know anything,

3   tell them everything you know to get yourself in the

4   clear."

5                    *GRAND JUROR:* Let me say this to you.

6   If he had to go back and read off everything that you

7   said here this morning--

8                    *THE WITNESS:* Uh-huh.(affirmative)

9                    *GRAND JUROR:* --there would be some

10  inconsistence there.

11                   *THE WITNESS:* It probably would.

12                   *GRAND JUROR:* From what you said.

13                   *THE WITNESS:* That's what I said, it

14  probably would.

15                   *FOREPERSON:* Hey, Dan. What are the

16  punishments for Perjury and Aggravated Perjury.

17                   *MR. DAN RIZZO:* It's up to ten years

18  in prison.

19                   *FOREPERSON:* In prison. Okay.

20                   *GRAND JUROR:* Oh, no.

21                   *THE WITNESS:* You know I'm just -- I'm

22  just trying to answer all your questions the best of

23  my ability.

24      Q.   *(BY MR. DAN RIZZO)* Let me -- let me ask you

25  something. Everybody knows Dobie over at the VA?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 98 of 172

1    A.    He -- yes they know him.  Yes.

2    Q.    People saw him out there -- I'm not talking

3  about one person, I'm not talking about two, and I'm

4  not telling you what the evidence is and what we

5  know.

6    A.    Uh-huh.(affirmative)

7    Q.    People saw him out there at seven o'clock,

8  and -- because they know him.

9    A.    Yes.

10    Q.    They know him.

11    A.    Yes, they do.  He grew up down there.

12    Q.    I'm saying if people saw him out there.

13  And you're testimony is that he was still at home at

14  7:20; somebody's lying.

15    A.    But I'm just saying,...

16    Q.    Several did know.

17    A.    How they know?  Did they look at the time?

18  I'm just telling you what I know.  I'm only

19  testifying to what I know.

20    Q.    I know.  That's what I'm saying.

21    A.    You know, I can't testify to what they

22  know.  All I know is when I walked out that house, I

23  didn't look at a time.  When I walked out that

24  house...

25    Q.    But you're saying that it couldn't have

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256? - Page 100 of 172

1   been any earlier than 7:20?

2       A.      I don't know.  7:20?  All I know is when I

3   walked out that house, he was there.

4       Q.      I know.  But I asked you the earliest it

5   could've been when you walked out that house?

6       A.       The earliest I would walk out that house--

7       Q.       The earliest that morning, I'm not asking

8   you -- I'm not trying to get you to change your

9   testimony if it's true.  I'm just saying if it

10  doesn't make sense with every other evidence we

11  know--

12      A.      All I know is...

13              GRAND JUROR:  Go back to your child

14  when you said the first thing you do in the morning

15  when you take your children down to the bus?

16              THE WITNESS:  Uh-huh.(affirmative)

17              GRAND JUROR:  What time is that?

18              THE WITNESS:  Okay.  When I get up in

19  the morning, it's six o'clock.  And when I get ready

20  to walk out the door, it's 6:45.  When I look at my

21  clock--

22              GRAND JUROR:  Let's go back to that

23  6:45.  That's when -- was he still in that house then

24  at 6:45?

25              THE WITNESS:  He was in the house at



1    6:45.

2        Q.    (BY MR. DAN RIZZO) How far is that to

3    Selinsky?

4        A.    From my house to Selinsky?  It ain't even

5    20 minutes -- 20 minutes away.  If you drove up

6    McCowan Road--

7                    GRAND JUROR:  Where do you live?

8                    THE WITNESS:  I live on South Loop

9    East.  Off of the side of the freeway.  It's Plum

10   Creek Apartments.  You know where Gulfgate Mall used

11   to be?

12                   GRAND JUROR:  So, you live in the Plum

13   Creek Apartment complex?

14                   THE WITNESS:  Yes.

15                   GRAND JUROR:  Right there at 45 and

16   610 South?

17                   THE WITNESS:  Yes.

18       Q.    (BY MR. DAN RIZZO) What I'm asking you

19   though, it's your testimony that it couldn't have

20   been any earlier than 7:20 when he was there.

21       A.    All I know is when I came downstairs, I

22   took my kids to the bus, and came back.  I came back

23   downstairs, I tapped him on his shoulder.  I didn't

24   look at no time.  So, I can't say what time it was.

25       Q.    What would be the earliest it could've

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617567 - Page 101 of 172



1    been?

2    A.    I -- that's the thing.  I don't know.

3    Q.    Well, you know what time you took the kids

4    out.

5    A.    I put the kids out -- I think I walked them

6    to the bus at 6:45.

7    Q.    Okay.

8    A.    When I gets back, it's about 7:00.  Say

9    like that.  Sometimes the lady be late.  When I came

10   back through the door, -- I'm going to put it like

11   this, I tapped him--

12   Q.    Uh-huh.(affirmative)

13   A.    "Don't be here."

14   Q.    It's when you're leaving?

15   A.    It's when I'm leaving.

16   Q.    I've heard you say that.

17   A.    I can't put a time on it.  I can't put a

18   time on it.

19       (audio tape runs out and a new one is started)

20   Q.    Okay, thank you.

21            FOREPERSON:  Thank you for coming in.

22            THE WITNESS:  Is there anything else

23   you want to ask me?

24   Q.    *(BY MR. DAN RIZZO)* There's nothing else I

25   need to ask you, unless you want to change anything?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 102 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 103 of 172

1    A.    The only thing I can think about is my

2  times.  My times is just off.  All I can say is I

3  don't look at the clock.  When I walk out that door

4  -- that morning I was mad at him.  I walked out that

5  door.  All I know is I tapped him on the shoulder--

6    Q.    I already heard you say that.

7    A.    And I told him -- I don't know what time it

8  was.  I shouldn't even put a time on it.  I should

9  just say I left.  And I don't know what time it was.

10               GRAND JUROR:  You say he was laying on

11  the couch?

12               THE WITNESS:  Yes.

13               GRAND JUROR:  Dan.  Can I ask her...

14               MR. DAN RIZZO:  Sure.

15               GRAND JUROR:  What are you protecting

16  him from?

17               THE WITNESS:  Ma'am?

18               GRAND JUROR:  What are you protecting

19  him from?

20               THE WITNESS:  Ma'am, I'm not

21  protecting him.

22               GRAND JUROR:  Because you can't

23  remember the time?

24               THE WITNESS:  I can't.  Even when they

25  asked me--

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 104 of 172

1    *GRAND JUROR:*  But you looked at the

2  clock a few times when you were there?

3    *THE WITNESS:*  Yeah, I looked at the

4  clock to get my kids out on time, on the bus.

5    *GRAND JUROR:*  Uh-huh. (affirmative)

6    *THE WITNESS:*  I was on time for their

7  bus.  But I'm not protecting him from anything.  No,

8  ma'am.  I wouldn't dare do that.  I know how serious

9  this is.  And I know I can go to jail for this.  All

10  I know is, when I walked out, that's where he was.  I

11  didn't look at a time.

12    *GRAND JUROR:*  Okay.

13    *THE WITNESS:*  I don't look at times

14  for me, but for my kids when they got to get to that

15  bus, I look at the time.

16    *GRAND JUROR:*  What was the rest of

17  your family members?  You said there was three other

18  people living in the house.

19    *THE WITNESS:*  Ummm...

20    *GRAND JUROR:*  I'm just trying to see

21  -- do you know for a fact that was him laying on the

22  couch?  Was he sleeping on the couch?

23    *THE WITNESS:*  He slept on the couch

24  that night.

25    *GRAND JUROR:*  Did he have a cover over

1   his head?  Cover over his body or anything?

2                   THE WITNESS:  I can't even remember.

3                   GRAND JUROR:  That's what I'm asking.

4   When you walked down the stairs and tapped him on the

5   shoulder, did he say anything to you?

6                   THE WITNESS:  No.  He didn't say

7   anything.

8                   GRAND JUROR:  How do you know it was

9   him?  How do you know it couldn't have been one of

10  your cousins?  Because there's four of you all living

11  in that house?  How do you know it could've been one

12  of your cousins that was laying on that couch with a

13  cover over their head?  Fell asleep on the couch.

14                  THE WITNESS:  I don't.

15                  GRAND JUROR:  Well, how can you come

16  in here and tell us you know for a fact it was--

17                  THE WITNESS:  Because that's where I

18  left him that morning.  That's all I can say.  That's

19  where I left him when I took the kids to the bus.

20                  GRAND JUROR:  No, no, no.  I'm not

21  saying that.  I'm saying you know for a fact that's

22  where he was that night before?

23                  THE WITNESS:  Yes.

24                  GRAND JUROR:  When you woke up that

25  morning, you carry your kids to--

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 105 of 172

1       THE WITNESS:  To the bus, yes.

2       GRAND JUROR:  --the bus.  You see this

3  man laying on the couch.

4       THE WITNESS:  He was -- he was there.

5  He didn't have a cover on him.

6       GRAND JUROR:  Oh.  That's what I'm

7  getting at.  He didn't have any cover over him?

8       THE WITNESS:  Not when I took the kids

9  to the bus.

10       GRAND JUROR:  So, you could see his

11  face and you can identify who this person was laying

12  on your couch?

13       THE WITNESS:  He rolled over, and he

14  looked back at me.  I asked him -- because I tapped

15  him that morning.  "What you still doing here?"

16       GRAND JUROR:  Okay.

17       THE WITNESS:  And I took the kids to

18  the bus.

19       GRAND JUROR:  Okay.  And that was

20  6:45?

21       THE WITNESS:  6:45, yes.

22       GRAND JUROR:  Because the bus is out

23  there at 7:50?

24       THE WITNESS:  No.  The bus is out

25  there at 6:50.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 106 of 172

1    *GRAND JUROR:* 6:50.

2    *THE WITNESS:* Yes.

3    *GRAND JUROR:* Okay. And then you came

4  back in?

5    *THE WITNESS:* I came back in.

6    *GRAND JUROR:* And he was still on the

7  couch?

8    *THE WITNESS:* I just ran up the

9  stairs.

10    *GRAND JUROR:* You didn't -- you didn't

11  check to see was he still on the couch?

12    *THE WITNESS:* I didn't -- I just ran

13  up the stairs.

14    *GRAND JUROR:* Okay. So, when you went

15  upstairs and did what you had to do up there and you

16  came back down the stairs, was he still on the couch

17  then? Did you see was he on the couch then?

18    *THE WITNESS:* I'm going to put it like

19  -- it was somebody on the couch, because I tapped

20  them on the shoulder. I hope that was him. It

21  lookeded(sic) like him. It was a figure of him.

22    *GRAND JUROR:* Who else was in the

23  house?

24    *THE WITNESS:* It was--

25    *GRAND JUROR:* Besides yourself and the

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 107 of 172

1    person that was on the couch.  Who else was on the

2    house?

3                    THE WITNESS:  Ruben was there.

4    Richard was there.  Reginald and Terrance was there.

5                    GRAND JUROR:  All right.  Out of those

6    four people you just called, is any of them his size?

7                    THE WITNESS:  They--

8                    GRAND JUROR:  Any of them come close

9    to--

10                    THE WITNESS:  They his height.

11                    GRAND JUROR:  They his height?

12                    THE WITNESS:  Yes.

13                    GRAND JUROR:  Where was they sleeping

14    at?  The other four guys?

15                    THE WITNESS:  I know Ruben was

16    downstairs playing a game.

17                    GRAND JUROR:  So, Ruben was up playing

18    a game?

19                    THE WITNESS:  Yeah, he was up playing

20    a game?

21                    GRAND JUROR:  Where was the other

22    three guys?

23                    THE WITNESS:  Reginald was upstairs

24    asleep.  And Terrance was too, because they never

25    came back down after me and him got into that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 108 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 109 of 172

1   argument that night.

2              GRAND JUROR:  Yeah, I heard you say

3   they ran upstairs.

4              THE WITNESS:  Yeah, they never came

5   back down.

6              GRAND JUROR:  So, without a doubt, you

7   know that he was laying on that couch because you

8   tapped him and he turned up and turned around and

9   looked at you?

10             THE WITNESS:  I'm talking about before

11  when I came down, before I got my kids ready?

12             GRAND JUROR:  Yeah.

13             THE WITNESS:  I tapped him and I told

14  him, "What you still doing here?"  And when I left

15  out the house, I grabbed my car keys and my purse and

16  I told him, "I don't want you here when I leave."  I

17  hope that was him.  That's what I'm saying.  It

18  lookeded(sic) like him.

19             GRAND JUROR:  Did he say anything to

20  you?

21             THE WITNESS:  He didn't say nothing.

22  I didn't look back.  I just walked out the house.  I

23  really didn't want to talk to him.

24             FOREPERSON:  So, what you're saying is

25  you can't say for sure that's Alfred under the

1   covers?

2                   THE WITNESS: I can't -- no, I cannot

3   say for sure. All I know is I tapped him. He didn't

4   say anything. He didn't say nothing to me. All he

5   did was just laid there.

6                   GRAND JUROR: Well, I got a problem

7   with that. Because you got somebody laying in your

8   house and you don't laying in your house?

9                   THE WITNESS: No, I know who's in my

10  house. I know -- what I'm saying is, when I left to

11  take the kids to the bus--

12                  GRAND JUROR: You think that somebody

13  else was on that couch when you came back?

14                  THE WITNESS: That's what I'm saying.

15  He should've been there.

16                  GRAND JUROR: "Should've been there?"

17                  THE WITNESS: He was there when I left

18  him.

19                  GRAND JUROR: But you don't know if he

20  was there when you came back?

21                  THE WITNESS: That's what I'm saying.

22  He was there -- he was there -- you all confusing me.

23                  GRAND JUROR: No, we're not confusing

24  you. We just want to find out the truth. Because

25  what we're here to do is make sure that you are

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 110 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 111 of 172

1   telling the truth and helping you. Because I don't

2   want to see you go to jail. You got three kids.

3            THE WITNESS: I don't want to see me

4   going to jail either.

5            FOREPERSON: So, he wasn't on that

6   couch when you left, is probably what you want to

7   say, right?

8            THE WITNESS: What I'm saying -- I

9   don't know what I'm trying to say now.

10           GRAND JUROR: Well, young lady, I want

11   you to tell the truth. Was he or was he not on that

12   couch? Because if that man was on that couch, that's

13   one thing. If he was not on that couch, that's

14   something else. Don't cover up for him if he wasn't

15   on that damn couch.

16           THE WITNESS: That's the thing, I'm

17   not trying to cover up for him. I'm not. I'm not

18   trying to cover up for him. All I know is when I

19   came downstairs, took the kids to school, he was on

20   the couch. When I ran -- when I came back in the

21   house -- I don't know what I'm saying.

22           GRAND JUROR: Huh?

23           THE WITNESS: I don't know what I'm

24   saying.

25           GRAND JUROR: You don't know what

1  you're saying?

2          THE WITNESS:  I'm trying--

3          FOREPERSON:  We know the first time

4  you took the kids to school.  We can pretty well say,

5  "Okay, that could've been him."  What we're trying to

6  get at is when you left that man -- that person, that

7  body on that couch was not Alfred.

8          THE WITNESS:  When I came downstairs--

9          FOREPERSON:  And you were gone--

10          THE WITNESS:  The couch is this way--

11          FOREPERSON:  --the second time.

12          THE WITNESS:  --his head, it was this

13  way.  That's the way my couch was facing.  All I know

14  is I tapped him.  His back is to me.  It

15  lookeded(sic) like Alfred.  I hope it was Alfred,

16  because that's where I left him.  This is what I'm

17  saying.

18          GRAND JUROR:  I got another question

19  for you.  Those other three people -- excuse me --

20  there's three other people in that house.  Could they

21  collaborate that he was in that house?

22          THE WITNESS:  They was there.  I don't

23  know.  All I know is when I left that morning...

24      Q.    (BY MR. DAN RIZZO) Were they in the -- were

25  they in the first group of four?  Where were those

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 112 of 172

1   other three men?

2       A.      Okay.   Ruben was downstairs playing a game.

3       Q.      And where was he sitting compared to where

4   the person is on the couch?

5       A.      Okay.   When you walk in my house, it's a

6   big couch here.(indicating)   There's a chair here and

7   there's a love seat here and my TV is against the

8   wall.(indicating)   Ruben was sitting in that chair.

9   Ruben never left the house, period.   He was there

10  when I walked the kids, he was there when I came

11  down.   Because he was playing a game.

12      Q.      So, Ruben was in -- Ruben was there the

13  whole time?

14      A.      Ruben, basically, yes.

15      Q.      And what about Reginald?

16      A.      Reginald was upstairs asleep.   Reginald was

17  upstairs asleep.   I seen Ruben when I came down.

18      Q.      Is there anything else you want to say

19  before you leave?

20      A.      I wish I wasn't in this mess.

21          FOREPERSON:  Well, the whole thing is

22  you need to tell the truth.   That's what we're here

23  for.   That's what you're here for.

24          THE WITNESS:  I'm trying to tell the

25  truth.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 113 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 114 of 172

1    FOREPERSON: Yes, ma'am. I know

2 you're trying to, but we need to -- you need to tell

3 the truth, not try to tell the truth.

4    THE WITNESS: No, that's what I'm

5 saying. I'm telling you what I know. I'm telling

6 what I know. When I walked down to leave out, to go

7 to work, he had on the same clothes that he had on

8 that night.

9    FOREPERSON: You could see his clothes

10 when you walked out?

11    THE WITNESS: I could see his clothes.

12 I seen his tennis shoes.

13    FOREPERSON: And those were his tennis

14 shoes for sure?

15    THE WITNESS: (moving head up and

16 down)

17    FOREPERSON: Anybody else have on a

18 shirt like him? Anybody else wear a shirt like him?

19    THE WITNESS: Not that I know of, no.

20 When I walked out that house that morning, I tapped

21 him and I left.

22    FOREPERSON: You tapped him, "Who?"

23    THE WITNESS: I tapped Dwayne.

24    FOREPERSON: Then you know for sure it

25 was him?

1    THE WITNESS: He didn't turn over and

2  look at me, but...

3    FOREPERSON: So, you don't know for

4  sure it was him?

5    THE WITNESS: All I know is -- he was

6  there when I left. When I took the kids and when I

7  came back.

8    GRAND JUROR: What was the name of who

9  played Nintendo -- playing the game? What was that

10  person's name?

11    THE WITNESS: Ruben.

12    GRAND JUROR: So, Ruben was the one

13  playing the game?

14    THE WITNESS: Yes. Ruben playing the

15  game.

16    GRAND JUROR: Same man playing the

17  game when you came downstairs, take your kids to the

18  bus?

19    THE WITNESS: Yes.

20    GRAND JUROR: Same man playing the

21  game when you come back--

22    THE WITNESS: Yes.

23    GRAND JUROR: --and go up the stairs?

24    THE WITNESS: Yes.

25    GRAND JUROR: Same man playing the

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 115 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 116 of 172

1  game when you come back down the stairs?

2             THE WITNESS:  Yes.

3             GRAND JUROR:  Well, how far was that

4  man that was playing the game from the person that

5  was laying on the couch?

6             THE WITNESS:  They ain't that far from

7  each other.  The couch -- the chair is here and the

8  couch is here.(indicating)  It's right there.  It's

9  across from each other.  You can look at each other's

10 face.

11            GRAND JUROR:  Oh, okay.  Okay.

12            THE WITNESS:  I'm not trying to cover

13 up for him.  All I know is I don't know my times.  My

14 times are off.  And I am not trying to cover up for

15 Dwayne.  No, I'm not.

16            GRAND JUROR:  I cannot be convinced

17 that he did not say one word to you?

18            THE WITNESS:  That morning?

19            GRAND JUROR:  That morning.  Get out.

20 I don't want to see you any more.  No.

21            THE WITNESS:  He didn't.  He didn't

22 say one word to me.

23            GRAND JUROR:  I don't believe it.

24            GRAND JUROR:  All he did was roll

25 over?  Looked at you?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 117 of 172

1        *THE WITNESS:* The first time when I
2   came down there, yeah. But the second time when I
3   came down there, he didn't roll over.
4        *GRAND JUROR:* Okay.
5        *THE WITNESS:* I just walked out the
6   house and I left.
7        *GRAND JUROR:* Turn that off. Can she
8   step out?
9        *MR. DAN RIZZO:* Yes.
10   (witness steps out of the Grand Jury at this time)
11      (witness reenters grand jury at this time)
12        *FOREPERSON:* Okay. Jerry. Are we
13   ready?
14        *MR. DAN RIZZO:* For purposes of the
15   record, we're back. Miss Dockery, we've taken a few
16   minutes break here. And we have the same witness who
17   has been testifying previously. And just say your
18   full name for the record.
19        *THE WITNESS:* Erica Jean Dockery.
20        *MR. DAN RIZZO:* Okay. Miss Dockery,
21   there's a couple people, a couple members of the
22   Grand Jury wanted to say a couple statements before
23   you left.
24        *THE WITNESS:* Okay.
25        *FOREPERSON:* We just wanted to express

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 118 of 172

1   our concern -- like we were talking earlier, Miss

2   Dockery, when we expressed real concern for your

3   children in case there's been -- you know there's

4   been some testimony here that has not been correct.

5   All of us a really concerned about your children.

6   And I don't think you have any of us convinced about

7   your story.  I'm sorry.  I mean all of us feel the

8   same way.  Some of it is convincing, some of it is

9   the truth, but the majority of it, I don't believe is

10  the whole truth.  It might be partial to the truth,

11  but you're not telling everything that might have

12  happened.. We don't care about the times or anything

13  else.  The times might be irrelevant.  But exactly

14  what happened and what you saw and what transpired

15  that morning is what's really important to this

16  testimony.

17              THE WITNESS:  You talking about

18  Thursday morning?

19              FOREPERSON:  Yes, ma'am.  That's why

20  we're really pulling this testimony.  That's what

21  we're trying to get to you.  Like we said, and if you

22  are -- the evidence shows that you are perjuring

23  yourself then you know the kids are going to be taken

24  by Child Protective Services, and you're going to the

25  penitentiary and you won't see your kids for a long

1    time.

2                    THE WITNESS:  I understand.

3                    FOREPERSON:  You understand that very

4    much?

5                    THE WITNESS:  Yes.

6                    FOREPERSON:  Okay.

7                    THE WITNESS:  But, I'm trying to

8    really remember.  Because I got -- that week--

9                    FOREPERSON:  No the time I think is

10   important.  But most of all who was the person, or --

11   let me word it a different way.  We want to know for

12   sure, if in fact, Alfred was on -- in the house

13   before you left to go to work?

14                    THE WITNESS:  Was he in the house?

15                    FOREPERSON:  Now, about taking the

16   kids to the bus stop, he might have been there then,

17   whatever time that was.  The second time you left to

18   go to work?

19                    THE WITNESS:  The second time I left

20   to go to work?

21                    FOREPERSON:  Yes, ma'am.  That's our

22   concern.

23                    THE WITNESS:  I'm trying to remember.

24                    GRAND JUROR:  Erica,--

25                    THE WITNESS:  I'm trying to remember.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 119 of 172

1    Because I got my days confused.

2              *GRAND JUROR:*  I know.  Let me just say

3    this to you.  That was Thursday morning.  You should

4    be able to remember was somebody there or not there,

5    in your house.  You know who was in your house.

6              *THE WITNESS:*  Do you know how long ago

7    that was?

8              *GRAND JUROR:*  For something of this

9    nature, I would remember.

10             *THE WITNESS:*  It's a lot of things

11   that people say you're supposed to remember.  But I

12   don't.

13             *GRAND JUROR:*  But if you came down

14   those stairs, young lady--

15             *THE WITNESS:*  Uh-huh.(affirmative)

16             *GRAND JUROR:*  --to go to work.  You

17   knew that -- what was his name, the video boy?

18             *THE WITNESS:*  Ruben?  Yeah.

19             *GRAND JUROR:*  You knew Ruben was in

20   there.

21             *THE WITNESS:*  Ruben,--

22             *GRAND JUROR:*  You knew -- you kept

23   saying all through the testimony that Ruben was still

24   in there playing that video game.

25             *THE WITNESS:*  Yeah, because I'm used

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 120 of 172

1    to them doing that all the time.

2             GRAND JUROR:  But you don't -- you

3    can't tell us if Alfred was on that couch or not.

4    That's what we after.  Was Alfred on that couch or

5    was he not?  You just assumed he was on that couch?

6    Did you look over there to see was he on that couch?

7    Or did you just come running down those stairs and

8    went out that door?  We've given you all the

9    opportunities in the world, young lady.  Because you

10   got three kids.

11            GRAND JUROR:  Well, I don't know about

12   you guys, but I've just about heard enough.

13            THE WITNESS:  I'm -- I'm telling you

14   what I--

15            GRAND JUROR:  I agree.

16            GRAND JUROR:  I do too.

17            GRAND JUROR:  Me too.

18            THE WITNESS:  I'm telling you--

19            GRAND JUROR:  And you haven't

20   convinced any of us.

21            GRAND JUROR:  Erica?

22            THE WITNESS:  Sir?  I, I, I--

23            GRAND JUROR:  This is it.

24            THE WITNESS:  No.  When I--

25            GRAND JUROR:  You heard them.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 121 of 172

1           THE WITNESS: No, when I came down

2   those stairs -- when I came down those stairs -- I'm

3   trying to remember. I really am. Because I have a

4   lot going on.

5                   GRAND JUROR: This is the day you--

6                   GRAND JUROR: You're going to have a

7   lot more going on.

8                   GRAND JUROR: --off early. And surely

9   you can remember the day you get off early.

10                  GRAND JUROR: Erica. It's not worth

11  it. It's not worth it. If you're trying to protect

12  this young man--

13                  THE WITNESS: I'm--

14                  GRAND JUROR: --it's not worth it.

15                  THE WITNESS: No, sir. I am not. I

16  put this on everything I love. I am not. When I

17  walked down them stairs -- can I get up?

18                  GRAND JUROR: Yeah, get up. Walk

19  around. If that's going to help you bring your

20  recollection back.

21                  THE WITNESS: Okay. I came in the

22  house from taking the kids. I went upstairs and got

23  dressed. I had my purse already. I had my purse and

24  my keys already. Did I tap -- I'm trying to remember

25  if I did -- did I tap him again. I'm trying to

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 122 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 123 of 172

1   really remember.

2                   GRAND JUROR:  What did you say to

3   Ruben?

4                   THE WITNESS:  Huh?

5                   GRAND JUROR:  What did you say to

6   Ruben?

7                   THE WITNESS:  I didn't say nothing to

8   Ruben.

9                   GRAND JUROR:  You didn't say, "Ruben,

10  I'm going?"

11                  THE WITNESS:  No.

12                  GRAND JUROR:  You just walk right out

13  the door and didn't say bye or nothing?

14                  THE WITNESS:  No. I never do.

15                  GRAND JUROR:  You never do?

16                  THE WITNESS:  No.  They always be

17  playing a game.  I just leave out the house.

18                  FOREPERSON:  Okay.

19                  GRAND JUROR:  What time does -- wait a

20  minute -- what time does what's his name?  Alfred

21  gets up in the morning.  Is he an early riser, late

22  riser or what?  When he normally there with you?

23                  THE WITNESS:  When he normally there

24  with me he don't get up until 1:00 in the afternoon.

25                  GRAND JUROR:  Goodness.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 124 of 172

1    GRAND JUROR: She's not going to

2    change.

3         FOREPERSON: Okay.

4         GRAND JUROR: That's it young lady.

5         FOREPERSON: Just remember the same

6    thing is you're under oath and everything in here is

7    secrecy. You're not to disclose any information

8    that's been talked about in this Grand Jury to

9    anybody.

10        THE WITNESS: But I'm trying to--

11        GRAND JUROR: Not even to Alfred.

12        THE WITNESS: I'm just--

13        GRAND JUROR: Whatever he may threaten

14   you with or not threaten you with, you're forbidden--

15        THE WITNESS: Is there something you

16   wanted to ask me?

17        GRAND JUROR: No, I just want you to

18   be truthful with us. I hate to see you walk out that

19   door and we find out later that you lied to us.

20        THE WITNESS: But I'm just saying,

21   when I came -- when I came -- I'm trying to remember.

22        GRAND JUROR: That's all I want.

23        THE WITNESS: Because I was moving

24   fast that morning. Because I was really trying to

25   get him out of my house. I didn't want to be with

1    him no more.

2              GRAND JUROR:  Next time it's going to

3    be the cops and the Child Protective Services coming

4    to take your children.

5              THE WITNESS:  I'm trying to really

6    remember.  I can't -- I can't -- I cannot remember.

7    Do you know how much I've been through this last

8    weekend?

9              GRAND JUROR:  I pretty well know what

10   you've been through.  But I want you to know this,--

11             THE WITNESS:  I cannot remember.  I

12   really can't.  I can't remember if he was there--

13             GRAND JUROR:  As many investigators

14   have talked to you the day of, the day after and for

15   two weeks now, you're bound to remember that

16   particular morning.

17             THE WITNESS:  I'm really trying.

18   Okay.  When I came--

19             MR. DAN RIZZO:  Let me try and ask you

20   one thing too.  You have said -- you have said that

21   -- and you were very firm -- he was there at 8:30.

22   You were firm, it was 8:30.

23        A.    I was just saying--

24        Q.    Let me just finish.

25        A.    Okay.  Go ahead.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 125 of 172

COPY

1    *Q.*    You were very firm it was 8:30 and he was

2    on the couch and you knew it was him and you were

3    sure of that.  You then have gone to now saying that

4    it was maybe 7:20 that it was him, and now, you're

5    actually saying you're not even sure if it was him or

6    it was somebody else on the couch, or if there even

7    was somebody on the couch.  So, I mean you've backed

8    off considerably as to what your original statement

9    was.  If that's true, that's fine.  But all I'm

10   telling you is that we're getting ready, you know,

11   we're getting ready for you to walk out of this Grand

12   Jury room, and we just want to know what the truth

13   is.  And if you don't remember, that's fine.  You can

14   walk out and you can tell us you don't remember.  We

15   don't believe that.  But--

16   *A.*    I'm really--

17   *Q.*    If you remember what it is -- we're not

18   going to play around anymore.  The Grand Jury is

19   already upset because it is obvious that you are not

20   telling us everything.  So, what we want to do is

21   we're just going to ask -- I'm just going to ask you

22   once here, and you can tell from the Grand Jury's

23   expressions that they done with you.

24   *A.*    I understand.  I'd be mad too.

25   *Q.*    Okay.  Yes, of course.  I mean you've

COPY

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 126 of 172

1    obviously -- I mean if you were sitting over here

2    it'd sure look like you were misleading us.

3        A.    I understand.

4        Q.    We understand why you might want to try and

5    protect him--

6        A.    No.

7        Q.    Let me finish.  But I'm telling you right

8    now you just need to tell whatever the truth is.  And

9    I told you outside, just like I told all the

10   witnesses, you're not in trouble unless you lie.  So,

11   this is it now.  I'm going to ask -- we're going to

12   let you go now.  Unless there's something that you

13   want us to definitively -- not an "I don't know.  I

14   can't remember." -- what you know definitively that

15   you want to tell to us right now.  Not heeing and

16   hawing.  And not, you know, going every which way.

17   If there's something you're going to tell us right

18   now, that's fine.  Otherwise, we're going to have to

19   ask you to excuse yourself.

20       A.    All I know is when I came back down.  I'm

21   sorry, ma'am.  I'm just really trying--

22       Q.    So, nothing's changed?

23           GRAND JUROR:  You're just repeating

24   yourself.  I mean either he was there or he wasn't.

25   That's all you need to say.

1                    THE WITNESS:  My days is all mixed up.

2                    MR. DAN RIZZO:  So, you don't

3    remember, right?

4                    GRAND JUROR:  Well, you've given us

5    too many details already for it to be mixed up now.

6                    GRAND JUROR:  Let me see if I can help

7    you with this particular day.  Let's go back to some

8    of your testimony earlier.  You said that you was at

9    work.

10                   THE WITNESS:  When?

11                   GRAND JUROR:  On the day -- or that

12   Thursday.  That particular day.

13                   THE WITNESS:  Yes.

14                   GRAND JUROR:  And he called you--

15                   THE WITNESS:  Yes.

16                   GRAND JUROR:  --at your job?

17                   THE WITNESS:  Yes.

18                   GRAND JUROR:  I think the Assistant DA

19   asked you what was the conversation about.

20                   THE WITNESS:  Yes.

21                   GRAND JUROR:  Did it go back over in

22   your mind then when he kept telling you it wasn't

23   him, it wasn't him?  That he didn't do it?  Did you

24   remember -- say, "Now wait a minute, he couldn't have

25   did that because he was at home that morning when I

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 128 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 129 of 172

1    left."

2                    THE WITNESS:  I was -- I was like -- I

3    did.  I'm like, "He was supposed to have been."

4                    GRAND JUROR:  Supposed to have been.

5                    THE WITNESS:  Yeah.  I'm like, -- I

6    was really -- I was trying to really remember.

7                    GRAND JUROR:  Has anyone asked you to

8    not to -- anyone asked you to give him an alibi?

9                    THE WITNESS:  No, sir.

10                   GRAND JUROR:  No one never came to you

11   and asked you to say--

12                   FOREPERSON:  Okay.  I think we've

13   heard enough, Daniel.  That's enough.  Thank you for

14   coming in, ma'am.

15                   THE WITNESS:  But I'd like to say one

16   thing before I leave.  When I walked out that house,

17   I don't -- I don't -- I can't recall.  I can't

18   recollect.  I can't remember.  I'm trying my best to

19   remember.

20                   GRAND JUROR:  All we wanted was a

21   "Yes," or, "No."  Was he or was he not in that house

22   when you left the last time?  "Yes," or, "No?"

23                   GRAND JUROR:  Think about your kids.

24                   GRAND JUROR:  Think about it.  "Yes,"

25   or, "No."

1          THE WITNESS:  I'm trying -- I'm trying

2    to really think.  Because I got my -- I don't think

3    he -- I don't think he -- I don't--

4          GRAND JUROR:  All right, "Yes," or,

5    "No."

6          THE WITNESS:  No, no, no.

7          FOREPERSON:  He was not in the house?

8          THE WITNESS:  No.

9          FOREPERSON:  Okay.

10          GRAND JUROR:  One minute, Erica.  He

11   wasn't in the house when you put your kids on the bus

12   either, was?

13          THE WITNESS:  I'm trying to remember.

14          GRAND JUROR:  Think about your kids,

15   darling.

16          THE WITNESS:  I'm trying to remember.

17          FOREPERSON:  That's what we're

18   concerned about here, is your kids.

19          GRAND JUROR:  He was not at the

20   house--

21          FOREPERSON:  We're as much concerned

22   about your kids as you are.  So, tell the truth.

23          GRAND JUROR:  He was not in the house

24   when you put your kids on the bus, was he?  Tell the

25   truth, girl.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 130 of 172

1           THE WITNESS:  Yes, he was there.

2           GRAND JUROR:  Okay.

3           THE WITNESS:  Yes, because--

4           GRAND JUROR:  Okay.

5           THE WITNESS:  No, no, no.  I'm gunna

6    tell you--

7           GRAND JUROR:  No, you answered.  You

8    answered my question.

9           THE WITNESS:  I'm going to tell you

10   why I know he was on the couch.

11          GRAND JUROR:  I don't care.  You

12   answered the question.

13          THE WITNESS:  Okay.

14          GRAND JUROR:  Your answer is, "No,

15   that he was not in the when you got ready to go to

16   work?"  That is your answer?

17          THE WITNESS:  I don't -- I don't -- I

18   don't think he was.  I don't -- I don't think.

19          GRAND JUROR:  We can't--

20          THE WITNESS:  No, no.  He wasn't

21   there.

22          GRAND JUROR:  Thank you.

23          THE WITNESS:  He wasn't.  No.

24          GRAND JUROR:  Okay.  All right.

25          GRAND JUROR:  Did you see him that

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 131 of 172

1    morning at all?

2              THE WITNESS:  Yes, ma'am.  I did.

3              GRAND JUROR:  Okay.

4              THE WITNESS:  I'm just trying to

5    remember.  I can't -- I can't--

6              GRAND JUROR:  No.  I don't want any of

7    your explanations.  I mean, either you did see him

8    that morning or you didn't.

9              THE WITNESS:  Yes, I saw him that

10   morning.

11             GRAND JUROR:  Okay.  But he was not

12   there when you left for work?

13             THE WITNESS:  I don't -- I can't--

14             GRAND JUROR:  Now, you already--

15             THE WITNESS:  I'm going to just say

16   "No," because I can't remember.  "No."  Because I

17   can't remember.

18             MR. DAN RIZZO:  I mean, if you can't

19   remember, you can't remember.

20             GRAND JUROR:  Yeah.

21             MR. DAN RIZZO:  You can't just say

22   "No," because you can't remember.

23             GRAND JUROR:  You just can't

24   arbitrarily say, "No."

25             THE WITNESS:  I'm just saying -- I

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 132 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 133 of 172

1    can't -- I can't remember.  So, I'm going to just say

2    "No."  I can't go wrong with "No."

3              GRAND JUROR:  Yes, you can.

4              MR. DAN RIZZO:  All right.  Let me ask

5    you one other thing.  Did you -- did you -- you can

6    go wrong just--

7              GRAND JUROR:  Yeah.

8        Q.    (BY MR. DAN RIZZO) --making something up.

9        A.    That's what -- I can't -- I can't remember.

10   I really can't.  I've been through so much this

11   weekend.

12       Q.    All right.  Let me ask you something else.

13   Did you give -- are you going to change your

14   statement in any way as to whether or not Dobie has

15   admitted being there?  And I can't go into what we

16   know about what he said to you or not, but I'm

17   telling you right now, I'm just going to ask you--

18       A.    Am I going to change my statement?

19       Q.    Is there any change in your statement--

20       A.    In my statement--

21       Q.    --whether or not Dobie has admitted to you

22   to being at the scene of the robbery?  "Yes," or,

23   "No?"

24       A.    Has he ever -- did he admit to me -- no, he

25   never admitted -- when I asked him firmly, I said,

1    "Dwayne, this is life or death.  This is--"

2        Q.    Okay.  He said, "No?"

3        A.    He told me, "No, I wasn't there."  That's

4    what he told me.  I asked him--

5        Q.    He's always stated that?

6        A.    He always stayed with, "No."

7        Q.    All right.  Okay.

8            FOREPERSON:  Okay.

9            MR. DAN RIZZO:  Okay.  If you just

10   have a seat outside, we may recall you.

11

12       (witness exits grand jury room at this time)

13        (witness recalled before the Grand Jury)

14

15            FOREPERSON:  Let us know when you're

16   ready?

17            THE WITNESS:  Do I just--

18            COURT REPORTER:  Hold up a second.

19            FOREPERSON:  Just a minute.

20            FOREPERSON:  Okay?

21            COURT REPORTER:  Okay.

22       Q.    (BY MR. DAN RIZZO) For purposes of the

23   record, we're back in the Grand Jury.  Could you

24   state your name, please?

25       A.    Erica Jean Dockery.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 134 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 135 of 172

1    Q.    And Miss Dockery, you're the same person

2    whose testified here earlier today?

3    A.    Yes.

4    Q.    While we were excusing you for the day,

5    after all the other witnesses have testified, you

6    stopped me in the hall and said that you needed to

7    tell me something?

8    A.    Yes.  It was an indiscretion on my part.  I

9    want to apologize to everybody.  But I didn't want

10    Alfred's family to know that--

11    Q.    Let me just stop you for a second too.

12    A.    Go ahead.

13    Q.    Did you say something that was not true to

14    the Grand Jury that you want to correct now?

15    A.    It -- I ain't going to say it wasn't true,

16    it's just that I want to correct it.

17    Q.    Well, either -- did you say something

18    earlier this morning that was not true?

19    A.    Everything I said was true, I just want to

20    correct some statements that I had made.

21    Q.    Okay.  Which statements?

22    A.    The statement is, "When I left out my

23    house, at 6:45, I--

24    Q.    That would've been Thursday morning?

25    A.    Thursday morning.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 136 of 172

1    *Q.*    The morning of the shooting?

2    *A.*    Yes.  I left out the house at 6:50.  I

3    never returned.  I never returned home.  Because I

4    was leaving Alfred, going back to my kid's father.

5    *Q.*    Okay.  You said in your written statement

6    though, that you actually left the house at 8:30?

7    *A.*    Uh-huh.(affirmative)

8    *Q.*    Is that true or not true?

9    *A.*    That's the time -- I just gave them that

10   time.

11   *Q.*    Let me ask you again.  You have to --

12   listen to my question--

13   *A.*    Uh-huh.(affirmative)

14   *Q.*    --and answer my question.  Was it true or

15   not true that it was 8:30 when you left?

16   *A.*    No.

17   *Q.*    True or not true?

18   *A.*    No, it wasn't true.

19   *Q.*    Okay.  In the Grand Jury, you said -- you

20   testified initially that it was actually 8:30, and

21   then you said, "It could've been as early as 7:20."

22   I'm sorry, "--as early, 7:20."  That would've been

23   the earliest that you would've left the house.  Is

24   that true or not true?

25   *A.*    No, not all the time that I leave.

1    Sometimes--

2        Q.    I'm talking about Thursday morning?

3        A.    Thursday morning?

4        Q.    Was that true or not true that you left at

5    7:20?

6        A.    No, I didn't leave at 7:20.

7        Q.    Was that statements true or not true?

8        A.    It was not true.

9        Q.    Okay.

10       A.    If I'm coming back in here.

11       Q.    Yes, and I know you're coming in to correct

12   this.

13       A.    Uh-huh.(affirmative)

14       Q.    But I want -- we have to be real clear for

15   the record.

16       A.    Okay.

17       Q.    The other statement that you made that you

18   came back to the house that day, the Thursday, after

19   you worked in the morning, and that you went and took

20   a nap with Dobie--

21       A.    Uh-huh.(affirmative)

22       Q.    Was that statement true and correct?

23       A.    Yes, that's true.

24       Q.    On Thursday you went back to the house?

25       A.    That is me.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 137 of 172

1     Q.     Okay. How about--

2     A.     When I got off of work.

3     Q.     How about that afternoon?

4     A.     That is that afternoon.

5     Q.     What time did you get back?

6     A.     When I got off of work at one o'clock--

7     Q.     Okay.

8     A.     --I left the lady's house about 1:00. I

9 get home about 1:30. I never left the house again

10 until I went to work at four o'clock to Subway.

11     Q.     Okay. So, you did -- so the only thing

12 that wasn't true is you driving to work and the time?

13     A.     In that morning, yes. That morning.

14     Q.     Okay. And that you actually left at 6:50?

15     A.     6:50. I dropped the kids off.

16     Q.     How do you know it was 6:50?

17     A.     Huh? I looked at the clock. I was

18 supposed to have met my kids -- my little girl's

19 father.

20     Q.     Who was that?

21     A.     The last little girl's father.

22     Q.     Who was that?

23     A.     Carl Pickett.

24     Q.     Carl Pickett?

25     A.     Uh-huh. (affirmative)

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 138 of 172

1    *Q.*    And where does Carl Pickett live?

2    *A.*    He live way in Alief. I was supposed to--

3    *Q.*    Where at?

4    *A.*    I don't--

5    *Q.*    What's his phone number?

6    *A.*    His phone number? I got a cell number.

7    *Q.*    What is his cell phone?

8    *A.*    It's (281) -- I'm trying to think. (281)22

9 -- no, (281)772-2833. That's the number.

10    *Q.*    Are you sure?

11    *A.*    Yes.

12    *Q.*    And he lives in where?

13    *A.*    Alief.

14    *Q.*    And you were -- where were you supposed to

15 meet him?

16    *A.*    We just supposed to have met up together

17 and just talked. But I -- I never met him. I

18 just...went on.

19    *Q.*    Why were you going to meet him and talk?

20    *A.*    We were supposed to be getting back

21 together.

22    *Q.*    Okay. So, you were dumping Dobie?

23    *A.*    Yes.

24    *Q.*    And you were getting back with him?

25    *A.*    Yes.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 139 of 172

1   Q.   Are you guys talking now?  Are you back

2   with him?

3   A.   No.  He don't want to be involved with me

4   because of what's going on.

5   Q.   Okay.

6              (Grand Jurors laughing)

7              *GRAND JUROR:*  I wonder why?

8   Q.   *(BY MR. DAN RIZZO)* So, -- so, were you

9   supposed to meet him that morning with the kids?

10   A.   No.

11   Q.   You were supposed to meet him that day?

12   A.   I was just supposed to have just met him,

13   and we would just fool around.

14   Q.   Oh.

15   A.   I didn't want to say it.

16   Q.   When were you supposed to meet him and fool

17   around?

18   A.   That morning.  After I dropped the kids off

19   to school.

20   Q.   Okay.  You were supposed to -- so then you

21   were going -- you were going to drop the kids off --

22   I thought you had to go to work?

23   A.   I was going to call in.

24   Q.   Okay.  What happened?

25   A.   I just couldn't do it.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 140 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 141 of 172

1    Q.    You couldn't do it or he just wouldn't meet

2    you?

3    A.    No, I just -- I couldn't do it.  I just

4    went on.

5    Q.    Don't be giving me...you know.  Because

6    we're going to check on this.

7    A.    Go ahead.  That's fine.

8    Q.    So, you called it off?

9    A.    I didn't even call him back.  He was

10    supposed to have called the house for me that

11    morning.  But I didn't even stay long enough to even

12    get the phone call.

13    Q.    How do you know that?

14    A.    Huh?

15    Q.    How do you know he called?

16    A.    I didn't say he called.  I said he was

17    supposed to.

18    Q.    Okay.  What time was he supposed to?

19    A.    He supposed to have called me around --

20    around 7:00.  Because I told him I was going to walk

21    the kids to the bus.

22    Q.    Okay.

23    A.    But, in fact, I didn't walk them, I just

24    went on and took them.

25    Q.    Why?

1    A.    Why I took them?  I don't know.  I just

2  wanted to take them in the morning.

3    Q.    So, you're sure it was 6:50?

4    A.    Yes.

5    Q.    Why are you sure?

6    A.    Because they got to be in there for

7  breakfast and be in line for about 7:15 or they can't

8  eat.

9    Q.    And what school is that?

10   A.    Brookline Elementary.

11   Q.    And where is that located?

12   A.    Five minutes away from the house.

13   Q.    Okay.  So, you actually go them there by

14  6:50?

15   A.    By 6:50?  No, I left out the house at 6:50.

16   Q.    They get to school at 6:55?  So, they were

17  late?

18   A.    No, no.  I left out the house at 6:50.

19   Q.    Okay.

20   A.    They have to be to breakfast by 7:15.

21   Q.    Okay.  How do you know it was 6:50, is what

22  I'm saying?

23   A.    I walk -- when you get in your car and you

24  turn on your radio they tell you the time.

25   Q.    Who tells you the time?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 142 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 143 of 172

1    A.    Okay.

2    Q.    So, then you -- did you know he was going

3    to go out and do some jackings that morning?

4    A.    God, no.

5    Q.    Let me ask you this.  We need to know this

6    too.  Did he -- he has called you at your house?

7    A.    Yes.

8    Q.    He -- you did -- you have received phone

9    calls.  You told us that you don't get any phone

10   calls.

11   A.    I can't -- not collect.  Like three-way,

12   yes.

13   Q.    That's the only way you can get them?

14   A.    That's the only way.  He cannot call me

15   because AT&T or MCI has a block on my phone.  I can't

16   receive collect at all.  Even when I was in jail this

17   weekend, for my traffic warrants--

18   Q.    Oh, you were in jail this weekend?

19   A.    Yes, sir.  That's why I said I haven't been

20   to sleep.  I'm tired.

21   Q.    How much time you do in jail?

22   A.    Three days.

23   Q.    Why three days?

24   A.    They ummm...

25   Q.    Because you were paying -- it seems like

1    *Q.*    And then where did you go?

2    *A.*    I was supposed to have met my kid's father,

3    but I didn't wait on--

4    *Q.*    To fool around.

5    *A.*    -- I didn't wait on his phone call.

6    *Q.*    Okay.  I know you were supposed to meet him

7    to fool around, but where did you go?  Because you

8    didn't have to get to work until 9:00.

9    *A.*    I just went and ate.

10    *Q.*    Where?

11    *A.*    At IHOP.

12    *Q.*    Which IHOP?

13    *A.*    Where is that IHOP at?

14    *Q.*    I mean how many IHOP's do you eat at?

15    *A.*    It's a lot.

16          *GRAND JUROR:*  How far you -- how far

17    away from the school to the IHOP?  You drop the kids

18    off, then you went to IHOP, right?

19          *THE WITNESS:*  Yeah, but I didn't go to

20    the one by my house.  There's one right on the

21    corner--

22          *GRAND JUROR:*  I know.  That's what I

23    was getting at.  So, you didn't go to that one?

24          *THE WITNESS:*  No.

25          *GRAND JUROR:*  Which direction did you

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256.7 - Page 144 of 172

1  go to go eat?

2          THE WITNESS:  I went and jumped on the

3  freeway like I was going to work.  And that's north

4  59.

5          GRAND JUROR:  Okay.

6          THE WITNESS:  Cleveland.

7          GRAND JUROR:  Where Miss Berry --

8  where Miss Berry live?

9          THE WITNESS:  She live off of

10  Homestead and Harwin.

11          GRAND JUROR:  Okay.  And the only IHOP

12  they got between downtown is Humble.

13          THE WITNESS:  No, there's one

14  somewhere else.

15          GRAND JUROR:  Not on 59?  Not from

16  I-10 to Humble.  That's my area, that's the reason I

17  know there's not one over there.  Not on 59.

18          GRAND JUROR:  There's one on

19  Westheimer by Bubbles.

20          GRAND JUROR:  You get to Humble, there

21  is.

22          THE WITNESS:  No, not -- I didn't go

23  that way like I'm going to work.

24          MR. DAN RIZZO:  You know, you're lying

25  again, aren't you?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 145 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256 - Page 146 of 172

1      *THE WITNESS:* No, I'm not.

2      *FOREPERSON:* You were doing good when

3  you came back in here now.

4      *THE WITNESS:* No, I'm not. I'm

5  trying--

6      *FOREPERSON:* We don't want to start

7  all over again on this.

8      *THE WITNESS:* I can't -- I can't

9  remember what IHOP--

10      *MR. DAN RIZZO:* I don't -- I don't

11  know why we even talked to you.

12      *THE WITNESS:* No, I'm serious. I

13  didn't -- I did not -- I don't know where the IHOP

14  is. I can't remember -- I don't know that side of

15  town.

16      *FOREPERSON:* Ma'am, let me tell you

17  what, we've been here all day. We've been here since

18  nine o'clock this morning.

19      *THE WITNESS:* I'm trying--

20      *FOREPERSON:* And everybody's tired,

21  and they've got family members at home waiting for

22  them and everything else. So, you know, if you're

23  wasting our time we don't need to talk to you

24  anymore. We need to go on with our business and get

25  out of here.

1    *THE WITNESS:* No, I'm not.

2    *FOREPERSON:* Okay.

3    *THE WITNESS:* That's why I came here

4 to retract what I said.

5    *FOREPERSON:* Well, we appreciate that

6 too, very much. But now we need to get on with the

7 truth from here on out.

8    *THE WITNESS:* I'm trying -- I'm trying

9 -- I'm trying to remember. 

10    *FOREPERSON:* Okay.

11    *THE WITNESS:* I'm trying to remember.

12 I just jumped on the freeway like I was going to

13 work. I work 59/Cleveland, but I didn't go to that

14 IHOP.

15    *GRAND JUROR:* Okay. I know where

16 you're talking about. Fifty-nine.

17    *THE WITNESS:* Yeah, but--

18    *GRAND JUROR:* I know it.

19    *THE WITNESS:* --I'm saying I didn't go

20 to that IHOP.

21    *GRAND JUROR:* What exit do you take

22 off of 59 to get to Miss Berry's house?

23    *THE WITNESS:* I know. I didn't -- I

24 didn't go that way though.

25    *GRAND JUROR:* Okay.

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 147 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 148 of 172

1    THE WITNESS:  I didn't go that way.

2    GRAND JUROR:  As you go underneath

3    the--

4    MR. DAN RIZZO:  Did you go meet your

5    ex-husband?  Is that what happened?

6    A.    No, I didn't meet him.  I didn't meet him.

7    Q.    What is it that you don't want to tell us?

8    A.    It's--

9    Q.    There's something.

10    A.    It's nothing.  I'm just saying, I didn't

11   meet him.  I just went on the freeway -- you know how

12   you go 59 to the southwest side?  You know that IHOP

13   that's off of Hooter's and all of that?  It's IHOP

14   right there.

15    GRAND JUROR:  But that's the opposite

16   direction from your job?

17    THE WITNESS:  But I didn't have to be

18   to work until 9:00.

19    GRAND JUROR:  Okay, so you're at 59

20   South then?

21    THE WITNESS:  Yeah, I went to 59--

22    GRAND JUROR:  Going towards the

23   Summit?

24    THE WITNESS:  Yes.

25    FOREPERSON:  There's an IHOP right

1   over there by that?

2               *THE WITNESS:* Yes, that's the IHOP I

3   went to. I don't have to be to work until 9:00.

4               *GRAND JUROR:* Okay. Okay.

5               *GRAND JUROR:* Would your kids tells if

6   Dobie was in the car when you left the house that

7   morning?

8               *THE WITNESS:* What? My kids?

9               *GRAND JUROR:* Uh-huh.(affirmative)

10              *THE WITNESS:* Sure.

11              *GRAND JUROR:* That he was in the car

12   with you when you left the house.

13              *THE WITNESS:* No! He was in the car

14   with me.

15              *GRAND JUROR:* Your kids would say he

16   wasn't in the car?

17              *THE WITNESS:* Yeah, I teach them to

18   tell the truth.

19              *GRAND JUROR:* Okay.

20              *GRAND JUROR:* Hummph!

21              *GRAND JUROR:* Well, who else--

22              *THE WITNESS:* Unlike their mother.

23   Yeah, I'm wrong.

24              *GRAND JUROR:* You're what?

25              *THE WITNESS:* I'm just saying, I'm

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 149 of 172

1    wrong, I'm wrong.  I'm wrong for--

2        Q.    (BY MR. DAN RIZZO) Why did you lie to us?

3        A.    Because I--

4        Q.    I want the truth on this.  Don't -- and

5    think before you answer.

6        A.    Why?

7        Q.    Yeah.  I want the honest truth.  Why did

8    you lie to us?  I want the truth.

9        A.    Because I didn't want his mom and his

10   sister and his -- his -- I didn't want his people to

11   know.  Because they won't--

12       Q.    His people to know what?

13       A.    That-

14            *GRAND JUROR:*  That you cheating on

15   him?

16            *THE WITNESS:*  Yeah.  Basically.

17            *GRAND JUROR:*  You see that man right

18   there?  Babe, before we leave here, and once we

19   adjourn, that man sitting right there is the foreman,

20   is going to sign off on the paperwork -- you know

21   what's going to happen because you lied to us.  You

22   think you spent three days in jail.  Them's probably

23   the three roughest nights you had away from your

24   kids.  It's going to be a lot longer than that if he

25   sign off on the paperwork.  And he just told you, we

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 150 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 151 of 172

1   all tired and ready to go home.  We been here since

2   nine o'clock this morning.

3           THE WITNESS:  I haven't been to sleep

4   in four days.

5           GRAND JUROR:  But you did something

6   wrong and we didn't.

7           THE WITNESS:  I apologize.  I really

8   am.  I am really--

9           MR. DAN RIZZO:  What else -- what else

10  have you lied to us about?  We know you did it.

11      A.    About -- what you mean?

12      Q.    We want to know what else you lied to us

13  about?

14      A.    That's--

15      Q.    Did Dobie admit to doing this?

16      A.    Did he admit it to me?

17      Q.    Did he admit it?

18      A.    No.  When I asked Dwayne, "Did he do it?"

19  He never admitted to me.  He never did.

20      Q.    You've been talking to him off and on for a

21  while--

22      A.    I've been talking to him and I tell him

23  over and over--

24      Q.    Listen to me.  He knew you were going to

25  the Grand Jury also?

1    A.    Yes, he did.

2    Q.    So, I'm asking you "what has he admitted

3  to you?"

4    A.    The only thing--

5    Q.    And give me the truth.

6    A.    The only thing that Dwayne has admitted to

7  me is about -- was--

8    Q.    We need the truth.

9    A.    I'm telling you. When I went seeing Dwayne

10  yesterday, I said, "Dwayne. Look, this is -- this is

11  serious. I could loose my kids." I said, "Tell me

12  something?" He was like, "Erica, I'm going to tell

13  you this. After you left that morning, I left." I

14  said, "You left? But all this time you was telling

15  me you was at home." I said, "Where did you go?" He

16  told me, "I was -- I was in VA. The Villa

17  Americana." I said, "Where were you over there?" He

18  said, "I was just hanging out." I said, "Hanging out

19  where?" And he was -- you know, he was finishing,

20  trying to tell me. Then they called him and told

21  him, "Time up."

22    Q.    What else -- and what else did he tell you?

23    A.    That was it. I couldn't finish the

24  conversation. They told me, "Time's up. You gotta

25  leave. You gotta come on out of there."

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 152 of 172

1    Q.    He's called you since then?

2    A.    He called me--

3    Q.    Yes, he has.

4    A.    --at my sister's house last night.

5    Q.    Yes, he did.

6    A.    Uh-huh.(affirmative)  But he didn't -- we

7    didn't talk about that.

8    Q.    Listen, Miss Dockery.  We know the calls

9    that came in.  And we're really -- we're really tired

10   of it.  Now, if you want -- if you want to come

11   clean, tell us everything he said.

12   A.    I'm telling -- we didn't even talk about

13   that.  Because he started crying on the phone.  We

14   didn't even talk about it at all.  I'm telling you,

15   that is the truth.

16   Q.    You weren't curious at all what he did when

17   he left and went to the VA?

18   A.    I didn't want him to really talk over the

19   phone.  I told him I didn't want to talk about it.  I

20   wanted him to tell me in person.  "It's better if I

21   see you in person and to see -- and it's easier for

22   you to tell me--"

23   Q.    Did you ask him if he killed those people?

24   A.    Did I ever ask him that?

25   Q.    Did you ask yesterday, if he killed those

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 153 of 172

1  people?

2      A.    No, I didn't.  I didn't ask him that.

3      Q.    Have -- since he started admitting at

4  least, you know, going to the VA--

5      A.    Uh-huh.(affirmative)

6      Q.    --did he say he was going there to do a

7  "jacking?"

8      A.    No.

9      Q.    What did he say he went there for?

10      A.    He said -- what did he say he went there --

11  he say, "He went there to hang out."  That's what he

12  told me.

13      Q.    That's what -- is that -- is that all

14  you're going to tell us?

15      A.    That's what he told me.  That is the truth.

16      Q.    Well, I know.  But you've told us over and

17  over and over, "this is the truth."  And we find out

18  it's nothing but a lie.  After we confronted you--

19          *FOREPERSON:*  Let me just tell you

20  something, like we said earlier, it's a secret in

21  here.  If you're scared about somebody else finding

22  out about this -- the only way they're going to find

23  out is by you, and if you do that, you're breaking

24  the law.  You're going against the law.  None of

25  these people in this Grand Jury is going to tell

For Official Governmental Use Only - Do Not Disseminate to the Public: 5617256 7 - Page 154 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 155 of 172

1  anybody.  The DA's not going to tell anybody.  The

2  detective is not going to tell anybody.  The court

3  reporter is not going to tell anybody.  If somebody

4  finds out out there what happened in this Grand Jury

5  room, and the answers you gave, it's because of you.

6  And if that's -- and if that's the case, then you

7  broke the law.

8            *THE WITNESS:*  I'm not--

9            *FOREPERSON:*  So, obviously, there's

10  not going to be anything going outside this room

11  about whatever you say in this room.  And if you're

12  scared about somebody, about what you're testifying

13  to, it's not going to happen.  You understand that?

14            *THE WITNESS:*  Yes.

15            *FOREPERSON:*  So, just tell the truth

16  so we can go home.  Because we've got one more case,

17  and everybody's tired, and we need to get out of

18  here.

19            *THE WITNESS:*  I--

20            *FOREPERSON:*  So, tell the truth from

21  here, so we can release you.  You can go home.

22  You're tired.  You haven't slept.  You need to go

23  home and go to sleep too.

24            *THE WITNESS:*  Uh-huh.(affirmative)

25            *GRAND JUROR:*  And if you think he's a

1   threat to you, if and when he get out, that's what

2   they're here for. To protect you. So, there's no

3   reason for you not to come out and confess and tell

4   the truth. You did came in here and told us three

5   different lies. And now you come back to tell us the

6   truth. We don't know if you telling the truth now or

7   if you lying again.

8             THE WITNESS:  I'm not--

9             GRAND JUROR:  What -- what do you

10  expect us to believe. You told us first one thing,

11  then you told us another thing. And every time you

12  got to that door, there's something you wanted to

13  tell us. And then you got in the hallway and you

14  wanted to confess and come back in here. And now you

15  remember all of a sudden that you left there at seven

16  o'clock -- 6:50 that morning -- and you didn't come

17  back. And he asked you that question.

18            THE WITNESS:  Yeah. And the reason

19  why I didn't want to tell, is because I didn't want

20  his people to find out. That's the only reason.

21            MR. DAN RIZZO:  You know what--

22            FOREPERSON:  They're not going to find

23  out. That's what I was trying to explain to you.

24            THE WITNESS:  Okay.

25       Q.   (BY MR. DAN RIZZO)  I don't really think

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 156 of 172

1    that you're afraid.  Because I don't think you really

2    do get afraid.  I think -- what I think it is is I

3    think that you're up to your neck involved in this

4    deal.  And I'll tell you why.  Because we know that

5    you made a phone call to Shawn at 10:00 -- I'm sorry,

6    to Ghetto -- at 10:30 approximately.  Don't look at

7    me like that--

8         A.    No, no.  I'm just--

9         Q.    --because I'll end it right here.

10        A.    Go ahead.

11        Q.    I'm going to give you a chance to explain

12   why you did it.  But you made a phone call to Ghetto.

13   So, you knew at 10:30 on that Thursday morning, that

14   Ghetto and Shawn and Dobie were together.  You knew

15   that because you called Ghetto.  You called his cell

16   phone.  And we know that because we can prove that,

17   okay?

18        A.    I never called--

19        Q.    Yeah, you did.  And we can prove that.  And

20   so I'm just going to ask you, if you're going -- I

21   really would actually like you to answer that

22   question.  Did you "yes," or did you "no," call

23   Ghetto's -- and I'm going to use his full name --

24   Elijah Joubert.  Did you ask -- did you call Elijah

25   Joubert, that would be April 3rd -- Thursday, April

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 157 of 172

1    3rd at approximately 10:26?  Did you call his cell

2    phone?  From Miss Berry's house?

3        A.    From Miss Berry's house?

4        Q.    "Yes," or, "No?"  Just answer the question.

5    "Yes," or, "No."

6        A.    No.

7        Q.    If you didn't--

8            GRAND JUROR:  Bingo.

9            MR. DAN RIZZO:  I don't think I have

10   any more questions to ask her.

11           FOREPERSON:  I don't either.

12           THE WITNESS:  I never called -- I

13   never called--

14           GRAND JUROR:  Girl, you just a big

15   mistake.

16           THE WITNESS:  How -- how--

17           GRAND JUROR:  And when you talk to --

18   what's his name?

19           GRAND JUROR:  You know the part about

20   the attorney business--

21           GRAND JUROR:  --the guy on the phone,

22   you tell him what all you did today.

23           GRAND JUROR:  Ma'am?  Ma'am?  Hold on.

24   You know the part about the attorney business that we

25   read you in the beginning?

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 158 of 172

1           THE WITNESS:  Uh-huh.(affirmative)

2           GRAND JUROR:  You better go get you

3    one.

4           THE WITNESS:  But I -- that's what I'm

5    saying, I never talked to Ghetto that day.  I never

6    talked to any of them.

7           GRAND JUROR:  Well, it's over, ma'am.

8           MR. DAN RIZZO:  We're done.

9           GRAND JUROR:  We got--

10          GRAND JUROR:  I think she was with him

11   at the check cashing place.

12                * * * * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 159 of 172

1    STATE OF TEXAS                    COPY

2    COUNTY OF HARRIS

3

4

5         I, DANIEL J. RAVELING, a Court Reporter and

6    Notary Public in and for the County of Harris, State

7    of Texas, do hereby certify that the foregoing

8    145 pages of typewritten manuscript constitute a true

9    and accurate record of the proceedings had and

10   testimony adduced upon the appearance of the witness,

11   MS. ERICA JEAN DOCKERY, before the 208th District

12   Court Grand Jury of Harris County, Texas, on the

13   21st day of April, 2003.

14

15        GIVEN UNDER MY HAND AND SEAL OF OFFICE on this

16   the 22nd day of July, 2003.

17
                                
18   _____

19                   DANIEL J. RAVELING, COURT REPORTER

20                   AND NOTARY PUBLIC IN HARRIS COUNTY

21                   STATE OF TEXAS

22

23   My commission expires:

24   September 8, 2006

25

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 160 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 161 of 172

# EXHIBIT 3

## Affidavit of Elijah Dewayne Joubert

1  My name is Elijah Dewayne Joubert. I reside at the Polunsky Unit in Livingstone, Texas. I was convicted of capital murder on October 21, 2004 for the events at ACE check cashing on April 3, 2003.

2  I have personal knowledge of the facts and circumstances before, during, and after the incident at ACE check cashing on April 3, 2003

3  Alfred Dewayne Brown was not involved in any way with the incident on April 3, 2003 nor present at the ACE check cashing store on April 3, 2003.

4  In fact, I did not see Alfred Dewayne Brown on April 3, 2003.

5  I swear under the penalty of perjury that the foregoing is true.


Dated: 4-22-08            *Elijah Joubert*
                          Elijah Dewayne Joubert


Notary: *Ruby Singleton*
        4-22-08

Ruby Singleton
Notary Public, State of Texas
My Commission Expires
03 19 2011
Notary without Bond

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 162 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 163 of 172

# EXHIBIT 4

U.S. MARSHAL'S SERVICE

REPORT NAME : CALLS DATABASE LISTING    PAGE #1
RUN DATE : 04/23/2003    RUN TIME : 14:50:26
DESCRIPTION : MONEACD

*Debx S F Landline on South Loo P*

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 164 of 172

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|---|---|---|---|---|---|---|
| (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7507 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9733 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 165 of 172

IN THE MATTER OF THE                                    THE STATE OF TEXAS
APPLICATION OF THE STATE
OF TEXAS FOR AN ORDER AUTHORIZING
THE RELEASE OF TELEPHONE RECORDS
WITH INCOMING AND OUTGOING CALL
INFORMATION, AND SUBSCRIBER INFORMATION                 THE COUNTY OF HARRIS

## APPLICATION

COMES NOW, the State of Texas, by and through her Assistant District
Attorney, Dan Rizzo, and hereby request that an Order be signed requiring the herein
named utility to furnish all Verbatim Call Records, including all incoming and outgoing
call activity for the listed telephone number. And, to furnish to the Homicide Division of
the Houston Police Department, through the below named officer, as soon as practical
and at reasonable intervals during regular business hours, for the duration of this Order.

I.

The utility is Southwestern Bell Telephone Company (SBC)

II.

The subscriber is Monea Pickett. The telephone number is 713-649-6385

III.

The location of the instrument is 6969 South Loop East, Houston, TX 77087

IV.

The release of said telephone records are material to the investigation of a
criminal offense; supporting information follows:

Said information has been provided to your Applicant by Officer B.C. McDaniel
of the Houston Police Department Homicide Division, who has represented to your
applicant, that the release of said telephone records is necessary to provide information
which may aid investigators in locating, identifying, arresting and/or charging suspect(s).
The telephone, which is the target of this Order, belongs to an associate of a suspect
arrested by Houston Police Officers for a murder charge in relation to a Capital
Murder/Robbery, which happened on Thursday morning, April 3rd, 2003. During this
Capital Murder/Robbery, one responding on-duty Houston Police patrol officer and one
civilian was murdered. Houston Police arrested a suspect as he exited 6969 South Loop
East, Houston, TX 77087, the address that this telephone instrument is located.
Therefore, an analysis of the phone's records may lead to other investigative leads.

It is also requested that subscriber information, and all incoming and outgoing call
activity be provided for the listed telephone number for the date of April 03, 2003, the
date of the offense.

WHEREFORE, PREMISES CONSIDERED, Your Applicant respectfully request that an order, consistent with this Application, be granted. Further, that the utility be ordered not to reveal to anyone that this order exist.

Dan Rizzo
ASSISTANT DISTRICT ATTORNEY
HARRIS, COUNTY, TEXAS

On this the 24 day of April, 2003, appeared before me the above named applicant, who stated under oath that the above Application is true and correct to the best of his knowledge.

NOTARY PUBLIC in and for
Harris County, Texas
My commission expires:

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 166 of 172

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 167 of 172

IN THE MATTER OF THE                                     THE STATE OF TEXAS
APPLICATION OF THE STATE
OF TEXAS FOR AN ORDER AUTHORIZING
THE RELEASE OF TELEPHONE RECORDS
WITH INCOMING AND OUTGOING CALL
INFORMATION, AND SUBSCRIBER INFORMATION          THE COUNTY OF HARRIS

<u>ORDER</u>

On this the __21__ day of __April__, 2003 upon proper Application by Dan
Rizzo, Assistant District Attorney of Harris County, Texas, attached and incorporated for
all purposes, the following is here by ORDERED, to-wit:

That in as much as Southwestern Bell Telephone Company (SBC), will furnish all
information, records, and technical assistance necessary to release Verbatim Call records
on the telephone number contained in the attached and incorporated Application. It is
hereby ordered that Southwestern Bell Telephone Company (SBC), be provided a copy
of this Order.

That Southwestern Bell Telephone Company (SBC), conduct a Verbatim Call
Search, and provide all subscriber information, incoming and outgoing call activity for
the date April 03, 2003.

Also, that Southwestern Bell Telephone Company (SBC), keep confidential the
existence of this order, unless and until, this order is superseded by a court of competent
jurisdiction.

IT IS FURTHER ORDERED, that any other telecommunications provider such
as; AT&T Telephone Company, AT&T Wireless, Verizon Telephone Company, Verizon
Wireless, Nextel Communications, Sprint Spectrum L.P., T-Mobile Wireless, Cingular
Wireless, Vartec Telecom, MCI Metro Telecom, and any other telecommunications
related carrier(s); shall provide officers of the Houston Police Department with
telephone/cellular/wireless call detail records for any number(s) which are derived from
records pertaining to this Verbatim Call Search, and, that this order will apply to any such
number(s). These records shall include customer and subscriber information (listed and
unlisted), including customer(s)' service and credit records, and, the name(s) and
address(es) of all subscriber(s) to the telephone numbers revealed by the Verbatim Call
Search, and/or cellular site information for any listed wireless telephones identified
through this search.

SIGNED AND ENTERED on this the ___21___ day of __April__, 2003.

_Denise Collins_
JUDGE
_208_ DISTRICT COURT
HARRIS COUNTY, TEXAS

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 168 of 172

# EXHIBIT 5

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 169 of 172

CAUSE NO. 1035159-A

| EX PARTE | § | IN THE 351ST DISTRICT COURT |
|---|---|---|
| | § | |
| ALFRED DEWAYNE BROWN, APPLICANT | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF LORETTA JOHNSON MULDROW

STATE OF TEXAS
COUNTY OF HARRIS

BEFORE ME, the undersigned authority, on this day, personally appeared LORETTA JOHNSON MULDROW, who being duly sworn upon her oath did depose and say:

"My name is LORETTA JOHNSON MULDROW. I am a licensed attorney in the State of Texas. Robert Morrow and I represented Alfred Brown at trial on charges of capital murder, cause no. 1035159. I filed two affidavits during Brown's state post-conviction writ proceedings – this is my third affidavit.

Upon the request of Lynn Hardaway, a prosecutor with the Harris County District Attorney's Office, Robert Morrow and I recently reviewed documents included with *Petitioner's Fifth Submission of Supplemental Evidence*. Specifically, we examined exhibits consisting of the April 3, 2003 phone records for (713) 649-6385. One of the records has a handwritten notation, "Doby G.F. Landline on South Loop." It is my understanding that these phone records are the apartment landline phone records for Erica Dockery, Alfred Brown's girlfriend at the time of the April 3, 2003 Ace check cashing store capital offense.

Until ADA Hardaway showed us these phone records, we had never seen them. Neither Robert Morrow nor I were aware of these phone records, and the defense was not provided with copies of these phone records at the time of Alfred Brown's capital trial."

The above affidavit is true and correct to the best of my knowledge and recollection.

Signed this __16th__ day of __May__, 2013.

_____
LORETTA JOHNSON MULDROW

SUBSCRIBED AND SWORN TO before me the undersigned authority on this the __16th__ day of __May__, 2013.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My commission expires: __12-15-2016__

THERESA ANN LOPEZ
Notary Public
STATE OF TEXAS
Commission Expires 12-15-2016

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 170 of 172

2



**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**

May 29, 2013

MIKE ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1035159-A in the 351st District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☒ Court Order Dated May 28, 2013

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – AGREED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 171 of 172



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

May 29, 2013

CASEY KAPLAN
ATTORNEY AT LAW
1717 MAIN STREET, SUITE 2800
DALLAS, TEXAS 75201-7341

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1035159-A in the 351st District Court.

☐ State's Original Answer Filed                    ,

☐ Affidavit                    ,

☒ Court Order Dated May 28, 2013

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order                    ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – AGREED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

For Official Governmental Use Only - Do Not Disseminate to the Public: 56172567 - Page 172 of 172



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 13, 2018

Certified Document Number:        56172567 Total Pages:  172

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

## Table 12 - Service Feature Code

**Chars   Meaning**

1-3      Service Feature Code

        000 = None of the following values apply

        001 = Local Exchange Carrier (LEC)-owned standard interface public line

        002 = Hotel/motel, no tax

        003 = PICTUREPHONE (3 ESS) (Vendor Specific)

        004 = Postpay coin (Vendor Specific)

        005 = Chargeable quotation

        006 = Centrex attendant

        008 = Inward Wide Area Telecommunications Service (INWATS)

        009 = Common Channel Interoffice Signaling (CCIS) INWATS Intrastate (Vendor Specific)

        010 = Three-Way Calling

        011 = Hotel/motel with tax

        012 = Call Forwarding

        014 = Call Forwarding Busy Line or Call Forwarding Don't Answer

        015 = Public Switched Digital Service (PSDS) with Toll-Free Service

        016 = PSDC Call Forwarding (Term.leg) (Vendor Specific)

        017 = Remote Call Forwarding

        018 = Usage-Sensitive Three-Way Calling

        019 = Message Detailed Recording/Revenue Accounting Office (RAO) (Message Detail Recording (MDR) via RAO) (Vendor Specific)

        020 = VSS AC Call Switched and Billed (Vendor Specific)

        021 = VSS AC Call Billed, Not Switched (Vendor Specific)

        022 = VSS AC Call Switched Not Billed (Vendor Specific)

        023 = Type 2A - Wireless Service Provider (WSP)

        025 = Feature Verification (Vendor Specific)

        026 = Private Virtual Network - Remote access indicator

        027 = Advanced Intelligent Network (AIN) - Default

        031 = Wakeup Call Activation

        048 = Audible Voice Identity Delivery

        049 = Usage-Sensitive Call Forwarding

        050 = Usage Sensitive Call Waiting (Vendor Specific)

        055 = Call Forwarding - Immediate + Busy/Don't Answer/No Page Response (Vendor Specific)

        056 = Call Waiting (Vendor Specific)

*Table 12 - Service Feature Code*   Page 2–55

057 = Private Facility Pooling (PFP) (Vendor Specific)

058 = Direct Distance Dialing (DDD) Centrex Data Facility Pooling (Vendor Specific)

059 = City Wide Centrex (CWC) (Vendor Specific)

060 = Mobile (Vendor Specific)

061 = Marine (Vendor Specific)

083 = Call Delivery to Call Waiting (Vendor Specific)

084 = Direct International Originating Call (Vendor Specific)

089 = Feature Activation/Deactivation via CN (Vendor Specific)

154 = Last Call Return + 3 Way Calling

160 = Call Transfer (Vendor Specific)

161 = Consultation Call

170 = Terminating Redirection (Vendor Specific)

202 = LEC-owned alternate interface public line

203 = IPP (Independent Payphone Provider)-owned standard interface public line

204 = IPP-owned alternate interface public line

301 = Last Call Return (Vendor Specific)

400 = Plain Old Telephone Service (POTS)

401 = Multi-party Line (more than 2)

402 = ANI Failure

406 = Station Level Rating

407 = Restricted line - smart payphone or hotel/hospital

420 = Automatic Identified Outward Dialing (AIOD)

423 = Coin or Non-Coin - on calls using database access

424 = 800 Service Call

427 = "dumb" payphone

429 = Prison/Inmate payphone

430 = Intercept (blank)

431 = Intercept (trouble)

432 = Intercept (regular)

434 = Telco Operator Handled Call

440 = Unrestricted Use - locally determined by carrier

441 = Unrestricted Use - locally determined by carrier

442 = Unrestricted Use - locally determined by carrier

443 = Unrestricted Use - locally determined by carrier

444 = Unrestricted Use - locally determined by carrier

445 = Unrestricted Use - locally determined by carrier

446 = Unrestricted Use - locally determined by carrier

*Table 12 - Service Feature Code*   Page 2–56

447 = Unrestricted Use - locally determined by carrier

448 = Unrestricted Use - locally determined by carrier

449 = Unrestricted Use - locally determined by carrier

452 = Outward Wide Area telecommunications Service (OUTWATS)

460 = TRS - ANI II digit pair 60 indicates that the associated call is a TRS call delivered to a transport carrier from a TRS Provider and the call originated from an unrestricted line

461 = Cellular/Wireless Personal Cellular Service (PCS) (Type 1)

462 = Cellular/Wireless PCS (Type 2)

463 = Cellular/Wireless PCS (Roaming)

466 = TRS - ANI II digit pair 66 indicates that the associated call is a TRS call delivered to a transport carrier from a TRS Provider, and that the call originates from a hotel/motel

467 = TRS - ANI II digit pair 67 indicates that the associated call is a TRS call delivered to a transport carrier from a TRS Provider and that the call originated from a restricted line

470 = "Smart" payphone

493 = Access for private virtual network types of service: the ANI code "93" indicates, to the IC, that the originating call is a private virtual network type of service call.

600 = Usage Sensitive Six-Way Calling (Vendor Specific)

605 = Call Hold (Vendor Specific)

606 = Call Hold with PIN (Vendor Specific)

701 = DA Call Completion Prepay Coin (Vendor Specific)

702 = DA Call Completion Hotel/Motel without Tax (Vendor Specific)

704 = DA Call Completion Postpay Coin (Vendor Specific)

705 = DA Call Completion Chargeable Quotation (Vendor Specific)

711 = DA Call Completion Hotel/Motel with Tax (Vendor Specific)

800 = Intercept Other (Vendor Specific)

800-999 = LEC-assignable

900 = DA Other (Vendor Specific)

901 = DA Prepay Coin (Vendor Specific)

902 = DA Hotel/Motel without Tax (Vendor Specific)

904 = DA Postpay Coin (Vendor Specific)

911 = DA Hotel/Motel with Tax (Vendor Specific)

4        SIGN (hex-C)

Characters 1-3 indicate any special services associated with the call.

Service feature codes 000-799 are administered by Telcordia for uniformity of the network/accounting interface.

*Table 12 - Service Feature Code*   Page 2–57

Service feature codes 800-999 are not administered by Telcordia. These codes are reserved for Local Exchange Carrier (LEC) use. Each LEC has full control, discretion, and responsibility for the administration of service feature codes in this range.

It is a LEC's responsibility to set the translation-settable service feature codes when they are available in the network element. Vendor-provided software is responsible for service feature code generation when the translation-settable feature is not available.

Characters 1-3 are populated with the following:

— "000" indicates none of the values described below apply.

— "001" indicates the call is from a LEC-owned standard interface line.

— "002" indicates the call originates from an institution (e.g., hotel, motel, or hospital) that directly bills guests and no tax is associated with the call.

— "005" indicates a call that generates a chargeable quotation.

— "006" indicates "Station Billing of Attendant-Handled Calls." This feature makes it possible for an attendant-handled call to be billed to the source party. The source party must be a Centrex circuit with a billing directory number within the Central Office (CO) number-group range.

— "008" indicates an Inward Wide Area Telecommunications Service (INWATS) Terminating Entry call type applies (Call Type Code 008).

— "010" indicates the Three-Way Calling feature is used (not Usage-Sensitive Three-Way Calling [USTWC], see text for "018") and a record is generated for the call added to the existing connection. The added-on call generates a record only if such a call would generate a record when placed as a two-way call. The service feature code included in the added-on call record is "010". If a record is generated for conference trunk usage for a three-way call (Call Type Code 026, Structure Code 0076), the Service Feature Code field (Table 12) of the conference trunk usage record is "010".

— "011" indicates the call originates from an institution (e.g., hotel, motel, or hospital) that directly bills guests and tax is associated with the call.

— "012" indicates any Call Forwarding (CF) feature is used (except Call Forwarding Busy Line [CFBL] features, CF Don't Answer, or Remote Call Forwarding (RCF), see text for "014" and "017") and a record for the forwarded call is generated. CF automatically routes a call destined for a CF customer (base station) to a telephone number (remote station) previously designated by that customer. For AMA purposes, a forwarded call is treated at the forwarding CO as if the remote station had been dialed by the base station. Whatever BAF record would normally be generated for a call from the base station to the remote station is generated. The service feature code included in this record is "012".

— "014" indicates the CFBL, CAVIL Inhibit Make Busy, CFBL Inhibit Line Busy, CFBL Incoming Only, or CF Don't Answer All Calls feature is used and a record for the forwarded call is generated. BAF record generation for CF is described under "012".

*Table 12 - Service Feature Code*  Page 2–58

— "015" indicates the record for a Public Switched Digital Service (PSDS) call that terminates to 800 service is generated. PSDS provides 56 kilobits per second (kb/s) digital transmission with an alternate voice/data capability.

— "017" when the RCF feature is used and a record for the forwarded call is generated. RCF automatically routes a call destined for an RCF base station to an RCF remote station. For AMA purposes, a forwarded call is treated at the forwarding CO as if the RCF remote station had been dialed by the RCF base station. Whatever AMA record would normally be generated for a call from the RCF base station to the RCF remote station is generated. The service feature code included in this record is "017".

— "018" indicates the USTWC feature is used and a record is generated for the call added in the existing connection. After USTWC is activated, a record is generated for the call added to the existing connection (see text under Call Type Code 048). If a record is generated for conference trunk usage for a USTWC (Call Type Code 026, Structure Code 0076), the Service Feature Code field (Table 12) of this record is "018". The activation of USTWC generates a USTWC activation record (Call Type Code 049) that has a Service Feature Code of "018".

— "023" (Formerly called "Cellular Mobile Carrier - Type 2A") indicates the call is a Type 2A Wireless Service Provider (WSP) Terminating call destined for an IC.

— "026" indicates the switch receives this value in the Service Feature Identification field of a Signaling System 7 (SS7) message from a Service Control Point (SCP). It indicates a call using the remote access to the Private Virtual Network feature.

— "027" indicates an Advanced Intelligent Network (AIN) call in which the Service Switching Point (SSP) cannot determine a service feature code based on conventional switch-based service feature code determination procedures.

— "049" indicates the Usage-Sensitive Call Forwarding feature is used on the call.

— "160" indicates that the Call Transfer feature of CENTREX Service was used for the call. This value is present for the transferred leg (i.e., second leg) of a transferred call.

— "161" is used when an end user places a call on hold (e.g., by using a flash hook), initiates a consultation call, and the consultation call is answered before the subscriber takes further service-specific actions. Such actions may include merging the calls together (Three-Way Calling) or transferring the call (Call Transfer). Value 161 will appear in the call record generated for the consultation call. Other service feature code values (e.g., "010" for Three-Way Calling) apply if the service-specific action occurs before the consultation call is answered.

— "170" indicates that the call was originated as a result of a Session Initiation Protocol (SIP) redirect request [status code of 3xx] received from a terminating SIP user. With redirection, a terminating user or switch can use a status code of 3xx to request that a call be redirected to a new destination.

*Table 12 - Service Feature Code*   Page 2–59

This request assumes that SIP Redirection occurs before a call is answered. When a terminating user requests SIP redirection, the call is handled like call forwarding. When a terminating switch requests SIP Redirection, the call is handled like Release To Pivot (RTP).

— "202" indicates the call is from a LEC-owned alternate interface public line.

— "203" indicates the call is from an Independent Payphone Provider (IPP) - owned standard interface public line.

— "204" indicates the call is from an IPP-owned alternate interface public line.

— "400-499" indicates the Service Feature Code and ANI II digits to be recorded as follows:

When a "toll-free" query is processed, the Service Control Point (SCP) (database) will examine the ANI II digits included in the TCAP query message. The SCP will then add "400" to the ANI II value received. The resulting value will be returned in the Service Feature Identification field of the Billing Indicators parameter in the response message. For example, if ANI II of 27 is received in the query message, the value of 427 shall be returned by the database to the SSP. There is no requirement for, nor expectation of, screening of the ANI II codes. The SCP should simply send back the ANI II value that it is sent, with 400 added to indicate in AMA that this value reflects the ANI II digits. The billing system will then be able to work with the ANI II values to determine the characteristics of the call related to COIN-originated, Hotel/Motel, Inmate, Customer-Owned Coin-Operated Telephone System (COCOTS), etc. Since Flex ANI is "flexible", this approach may avoid future changes to the database processing when the ANI II values are changed, enhanced, or deleted.

Only service feature codes "000 - 002" and "011" are appropriate at Operator Services Systems (OSSs) when originating line number screening queries are not supported.

The service feature code used in an originating Feature Group A (FGA) call record is the one applicable to the FGA line.

— "600" allows billing identification for use of six-way calling on a pay for use basis rather than subscribing to six-way calling.

### References

GR-508-CORE
GR-528-CORE
GR-533-CORE
GR-577-CORE
GR-578-CORE
GR-581-CORE
GR-1083-CORE
GR-1298-CORE
GR-1504-CORE
GR-3058-CORE

*Table 12 - Service Feature Code*   Page 2–60

TR-TSY-000402

*Table 12 - Service Feature Code*   Page 2–61