# Exhibit 3

Brown's April 11, 2013 Fifth Submission of Supplemental
Evidence to Application for Post-Conviction Writ of Habeas
Corpus in the case of *State of Texas v. Alfred DeWayne Brown*,
Cause No. 1035159-A, in the 351st District Court of Harris County,
Texas

CAUSE NO. 1035159-A

| | | |
|---|---|---|
| STATE OF TEXAS, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| vs. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| ALFRED DEWAYNE BROWN. | § | 351st DISTRICT COURT |

## PETITIONER'S FIFTH SUBMISSION OF SUPPLEMENTAL EVIDENCE TO APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS

Petitioner Alfred DeWayne Brown ("Petitioner" or "Mr. Brown"), through habeas counsel, respectfully files this Fifth Submission of Supplemental Evidence ("Fifth Submission") to his Application for a Writ of Habeas Corpus submitted on October 24, 2007 (the "October 2007 Application"). In accordance with the Court's April 23, 2008 order, Petitioner previously filed supplemental submissions of evidence on May 29, 2008, August 8, 2012, October 25, 2012, and January 31, 2013. This Fifth Submission is submitted to present critical new evidence in support of Petitioner's claims for relief that has been discovered since the last supplemental submission was filed on January 31, 2013.

## INTRODUCTION

Mr. Brown is entitled to habeas corpus relief for all the reasons set forth in the October 2007 Application and supported by the supplemental submissions of evidence filed on May 29, 2008, August 8, 2012, October 25, 2012, and January 31, 2013. This Fifth Submission presents critical new evidence recently discovered in the garage of Officer Breck McDaniel of the Houston Police Department. Included in this Fifth Submission are (1) Application and Order for Phone Records for Phone Number (713) 649-6385, attached hereto as **Exhibit A**; (2) U.S. Marshal's Service Calls Database Listing and Hot Number List for Target (713) 649-6385, attached hereto as **Exhibit B**; and (3) Technical Log of Calls Originating and Terminating for

HC/BROWN-29507

Number 6496385, attached hereto as **Exhibit C**. Habeas counsel conferred with Lynn Hardaway of the District Attorney's Office on April 10, 2013, regarding the issues and evidence presented in this Fifth Submission. Ms. Hardaway indicated that she did not oppose or otherwise object to habeas counsel submitting this Fifth Submission to present these issues and evidence to the Court.

## STATUS OF PETITIONER'S CONFINEMENT

Mr. Brown is confined at the Polunsky Unit of the Texas Department of Criminal Justice, Institutional Division, in Livingston, Texas. Mr. Brown is confined pursuant to a Judgment entered on October 25, 2005, by the 351st Judicial District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding. Clerk's Record Vol. I, pp. 541-42.

## BACKGROUND

On April 9, 2013, habeas counsel received information from the District Attorney's Office that Officer Breck McDaniel of the Houston Police Department had discovered a box of materials related to Petitioner's case while cleaning out his garage at his home. As the Court is aware, Officer McDaniel was an investigator for the Houston Police Department with regard to the incident and testified at trial concerning the cellular calls of co-defendants Dashan Glaspie and Elijah Joubert. On April 10, 2013, habeas counsel received a copy of the records and other documents from the discovered box of documents. Contained within those documents were phone records of calls to and from the landline phone number for the apartment of Petitioner's then girlfriend, Ericka Dockery-Lockett, where Petitioner has always maintained he was on the morning of April 3, 2003. The information and summary records of calls were obtained and prepared by the U.S. Marshal's Service, with a run date of April 23, 2003.

Critically, neither the District Attorney's Office nor the Houston Police Department has ever provided Petitioner's trial defense counsel these records. Additionally, habeas counsel,

PETITIONER'S FIFTH SUBMISSION OF SUPPLEMENTAL EVIDENCE
TO APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
Page 3

HC/BROWN-29508

upon attempting to obtain such records via a subpoena, were informed that the records had been destroyed in accordance with the phone company's retention policies. As explored in more detail below, these documents directly support Petitioner's claims of Actual Innocence, Violations of *Brady v. Maryland*, 373 U.S. 83 (1963), and Ineffective Assistance of Counsel.

## ACTUAL INNOCENCE

Between 9:39 a.m. and 9:45 a.m. on April 3, 2003, an officer and store clerk were killed during the course of an attempted robbery by three men at an Ace Cash Express store. *See* R.R. Vol. 32, pp. 140 -151 (testimony regarding records of doors opening and closing). According to the testimony of co-defendant, Dashan Glaspie, the three men returned to the Villa Americana Apartments (the "VA") following the murders. *See* R.R. Vol. 31, pp. 178-180 (testifying that men returned to VA where they changed clothes and watched news coverage of murders). As he has maintained since April 3, 2003, Mr. Brown denies that he was involved in any way with the incident, and he steadfastly maintains that he was at the home of then-girlfriend, Ericka Dockery, for the entirety of the day, sick and sleeping.

A call between Mr. Brown and Ms. Dockery that occurred April 3, 2003, between 10:00 and 10:30 a.m., was critical to Mr. Brown's alibi because it showed that he was at Ms. Dockery's apartment the morning of the incident. Ms. Dockery provided assisted care to patient Alma Berry, and it was Alma Berry's home number that Mr. Brown called to reach Ms. Dockery. During her Grand Jury testimony, Ms. Dockery testified that "I got a phone call from Dwayne about ten o'clock." October 2007 Application, Appendix 17, p. 32:14-32:15. When asked from where Mr. Brown called, Ms. Dockery responded, "He called from home. . . . That's what my patient phone caller ID said." *Id.* at 33:13-33:17. Ms. Dockery went on to explain that her

HC/BROWN-29509

patient, Alma Berry, looked at the caller ID and told Ms. Dockery, "Erica, it's your house." *Id.* at 37:8-37:19.

At trial, however, the State and Brown's defense counsel developed two competing story lines concerning the whereabouts of Petitioner during the call placed to Ms. Berry's home phone. Ms. Dockery testified that right after "The Price is Right" came on at 10:00, the phone rang. In accordance with the State's theory that Mr. Brown was at the VA with Glaspie and Joubert, Ms. Dockery testified that when she spoke with Mr. Brown on the phone, he told her he was calling from "Shondo's." R.R. Vol. 31, 48: 6-8. The identity of "Shondo" was never presented during trial, but appeared to support the *State's theory* that Mr. Brown was not at Ms. Dockery's apartment. *See* Vol. 31, 48:9-10. Consistent with her Grand Jury testimony, however, Ms. Dockery on cross examination also testified that prior to Ms. Dockery answering the phone, Ms. Berry had looked at the caller ID and said, "It's your house," and then gave the phone to Ms. Dockery.[1] R.R. Vol. 31, 95:1-7. Additionally, Alma Berry testified that she did not tell Ericka Dockery that it was her house calling. Consequently, there was conflicting testimony concerning the whereabouts of Mr. Brown when he called Ms. Berry's home number to speak with Ms. Dockery. During trial, there was **no** documentary evidence supporting either theory submitted.

However, the recently discovered phone summary and records of calls to and from Ms. Dockery's apartment now demonstrate that Mr. Brown was in fact *at Ms. Dockery's apartment* when he called Ms. Berry's number to speak to Ms. Dockery shortly after 10:00 a.m. According to the summary record, on the day of the incident, a call was placed at 10:08 a.m. from the landline number for Ms. Dockery's apartment, (713) 649-6385, to the landline number for Ms.

---

[1] Ms. Berry testified at trial that she did not say to Ms. Dockery, "It's your house," but instead told her "Telephone." R.R. Vol. 30, 235:10-17. While not inconsistent with Mr. Brown's alibi that he called from Ms. Dockery's apartment, it did contradict Ms. Dockery's testimony, which otherwise supported Mr. Brown's alibi that he called from Ms. Dockery's apartment.

HC/BROWN-29510

Berry's home, (281) 590-6316. *See* Exhibit B. This information is supported by information on page 8 of the technical log of calls, which shows a Connect Time of 10:08 from Originating Number 6496385 to Terminating Number 5906316. *See* Exhibit C. This conclusively demonstrates that when Mr. Brown called Ms. Berry, he did so from Ms. Dockery's apartment at 10:08 a.m., only twenty-two minutes after the actual perpetrators – not Mr. Brown – fled the ACE store, contrary to Glaspie's testimony that he, Joubert, and Mr. Brown had returned to the VA following the murders, where they proceeded to wash up and change clothes and then watch news coverage of the murders. *See* R.R. Vol. 31, pp. 178-180. Thus, this single phone record exonerates Mr. Brown, conclusively proving he is innocent, and no rational juror could convict Mr. Brown if shown this evidence.

### FAILURE TO TURNOVER EXCULPATORY BRADY EVIDENCE

The summaries and records of calls made to and from Ericka Dockery's apartment also support Petitioner's claim that the State violated *Brady v. Maryland* by failing to turn over phone records concerning the call placed to Alma Berry's landline the morning of the incident. As Petitioner noted in his Application, due to the importance of the Alma Berry call, "[t]here is a significant possibility that the telephone call was made from Ms. Dockery's home, and either or both the Houston Police Department or the District Attorney's office has her telephone records and did not produce them to defense counsel." Original 2007 Application, p. 121. Habeas counsel has discovered that such records **did** exist and were in the possession of the State prior to trial. In fact, ADA Dan Rizzo was the individual who filed an Application for order to seek information from Southwestern Bell Company concerning calls made to and from Ms. Dockery's apartment, which was subsequently granted by the Honorable Denise Collins of the 208th Criminal Court. *See* Exhibit A. Failure to turnover records that supported Petitioner's alibi that

HC/BROWN-29511

he was at Ms. Dockery's apartment the morning of the incident and called Ms. Dockery's apartment from that location constitutes a clear violation of *Brady v. Maryland*, as evidence supporting Brown's disputed alibi is within the scope of the State's constitutional disclosure obligation.

### INEFFECTIVE ASSISTANCE OF COUNSEL

Finally, the records also support Petitioner's claim that defense counsel rendered ineffective assistance of counsel in the pre-trial investigation of Petitioner's case by failing to seek and obtain the phone records for Ms. Dockery's landline and/or Ms. Berry's landline. While their failure to do so does not absolve the State of its obligation to hand over *Brady* evidence, counsel still should have sought such records from the State. Defense counsel contended that such records were not available for landlines. However, it is clear that they were in fact available and, further, had defense counsel obtained these records, they would have been material in exculpating Mr. Brown. These records therefore also support Mr. Brown's claim for ineffective assistance of counsel.

### PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Petitioner **ALFRED DEWAYNE BROWN** respectfully requests that the this Court grant Petitioner the relief sought in his October 2007 Application.

HC/BROWN-29512

Respectfully Submitted,

Dated:  April 11, 2013

Stephen J. Korotash, Esq.
Texas Bar No. 24077415
Casey P. Kaplan, Esq.
Texas Bar No. 24060061
Megan R. Whisler, Esq.
Texas Bar No. 24079565
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500
(214) 939-5894 (facsimile)

David T. Case, Esq.
Bethany M. Nikfar, Esq.
*Admitted pro hac vice*
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9000
(202) 778-9100 (facsimile)

HC/BROWN-29513

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing PETITIONER'S FIFTH SUBMISSION OF SUPPLEMENTAL EVIDENCE TO APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS was served by hand delivery upon the following:

Lynn Hardaway, Esq.
Post Conviction Writs Division
1201 Franklin Street, Suite 600
Houston, Texas 77002-1923

Dated:  April 11, 2013

Megan R. Whisler

HC/BROWN-29514

# EXHIBIT A

Application and Order for Phone Records for
Phone Number (713) 649-6385

HC/BROWN-29515

IN THE MATTER OF THE                                        THE STATE OF TEXAS
APPLICATION OF THE STATE
OF TEXAS FOR AN ORDER AUTHORIZING
THE RELEASE OF TELEPHONE RECORDS
WITH INCOMING AND OUTGOING CALL
INFORMATION, AND SUBSCRIBER INFORMATION        THE COUNTY OF HARRIS

## APPLICATION

COMES NOW, the State of Texas, by and through her Assistant District Attorney, Dan Rizzo, and hereby request that an Order be signed requiring the herein named utility to furnish all Verbatim Call Records, including all incoming and outgoing call activity for the listed telephone number. And, to furnish to the Homicide Division of the Houston Police Department, through the below named officer, as soon as practical and at reasonable intervals during regular business hours, for the duration of this Order.

I.

The utility is Southwestern Bell Telephone Company (SBC)

II.

The subscriber is Monea Pickett. The telephone number is 713-649-6385

III.

The location of the instrument is 6969 South Loop East, Houston, TX 77087

IV.

The release of said telephone records are material to the investigation of a criminal offense; supporting information follows:

Said information has been provided to your Applicant by Officer B.C. McDaniel of the Houston Police Department Homicide Division, who has represented to your applicant, that the release of said telephone records is necessary to provide information which may aid investigators in locating, identifying, arresting and/or charging suspect(s). The telephone, which is the target of this Order, belongs to an associate of a suspect arrested by Houston Police Officers for a murder charge in relation to a Capital Murder/Robbery, which happened on Thursday morning, April 3rd, 2003. During this Capital Murder/Robbery, one responding on-duty Houston Police patrol officer and one civilian was murdered. Houston Police arrested a suspect as he exited 6969 South Loop East, Houston, TX 77087, the address that this telephone instrument is located. Therefore, an analysis of the phone's records may lead to other investigative leads.

It is also requested that subscriber information, and all incoming and outgoing call activity be provided for the listed telephone number for the date of April 03, 2003, the date of the offense.

HC/BROWN-29516

WHEREFORE, PREMISES CONSIDERED, Your Applicant respectfully request that an order, consistent with this Application, be granted. Further, that the utility be ordered not to reveal to anyone that this order exist.


Dan Rizzo
ASSISTANT DISTRICT ATTORNEY
HARRIS, COUNTY, TEXAS

On this the ___ day of _____, 2003, appeared before me the above named applicant, who stated under oath that the above Application is true and correct to the best of his knowledge.


NOTARY PUBLIC in and for
Harris County, Texas
My commission expires: _____

HC/BROWN-29517

IN THE MATTER OF THE        THE STATE OF TEXAS
APPLICATION OF THE STATE
OF TEXAS FOR AN ORDER AUTHORIZING
THE RELEASE OF TELEPHONE RECORDS
WITH INCOMING AND OUTGOING CALL
INFORMATION, AND SUBSCRIBER INFORMATION    THE COUNTY OF HARRIS

## ORDER

On this the 2⁄ day of _April_, 2003 upon proper Application by Dan Rizzo, Assistant District Attorney of Harris County, Texas, attached and incorporated for all purposes, the following is here by ORDERED, to-wit:

That in as much as Southwestern Bell Telephone Company (SBC), will furnish all information, records, and technical assistance necessary to release Verbatim Call records on the telephone number contained in the attached and incorporated Application. It is hereby ordered that Southwestern Bell Telephone Company (SBC), be provided a copy of this Order.

That Southwestern Bell Telephone Company (SBC), conduct a Verbatim Call Search, and provide all subscriber information, incoming and outgoing call activity for the date April 03, 2003.

Also, that Southwestern Bell Telephone Company (SBC), keep confidential the existence of this order, unless and until, this order is superseded by a court of competent jurisdiction.

IT IS FURTHER ORDERED, that any other telecommunications provider such as; AT&T Telephone Company, AT&T Wireless, Verizon Telephone Company, Verizon Wireless, Nextel Communications, Sprint Spectrum L.P., T-Mobile Wireless, Cingular Wireless, Vartec Telecom, MCI Metro Telecom, and any other telecommunications related carrier(s); shall provide officers of the Houston Police Department with telephone/cellular/wireless call detail records for any number(s) which are derived from records pertaining to this Verbatim Call Search, and, that this order will apply to any such number(s). These records shall include customer and subscriber information (listed and unlisted), including customer(s)' service and credit records, and, the name(s) and address(es) of all subscriber(s) to the telephone numbers revealed by the Verbatim Call Search, and/or cellular site information for any listed wireless telephones identified through this search.

SIGNED AND ENTERED on this the _____ day of _April_, 2003.

_____
JUDGE
___ DISTRICT COURT
HARRIS COUNTY, TEXAS

HC/BROWN-29518



**U.S. Department of Justice**
United States Marshal Service
*Technical Operations Group*
*Electronic Surveillance Unit*

---

*9107-B Boudreaux Road*
*Tomball, TX 77375*
(281)257-7070

# PURSUANT TO THE ATTACHED COURT ORDER, PLEASE PROVIDE SUBSCRIBER INFORMATION FOR THE FOLLOWING NUMBERS.

713-748-4030

713-731-2929

713-991-9416

713-649-6385

713-734-1848

713-772-4264

713-991-1123

713-235-8400

713-641-5080

713-738-2313

713-988-5585

713-991-0138

HC/BROWN-29519

# EXHIBIT B

U.S. Marshal's Service Calls Database Listing
and Hot Number List for Target (713) 649-6385

HC/BROWN-29520

U.S. MARSHAL'S SERVICE

REPORT NAME : CALLS DATABASE LISTING      PAGE #1
RUN DATE : 04/23/2003      RUN TIME : 14:50:26
DESCRIPTION : MONEACD

*Doby G.F. Landline on South Loop* (handwritten)

| Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City |
|---|---|---|---|---|---|---|
| (713) 649-6385 | 04/03/2003 | 06:42:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:44:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 06:45:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 08:26:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:30:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 08:39:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 09:13:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 09:23:00 | 00:00:00 | IN- (281) 590-3225 | NO SUBSCRIBER. | ALDINE |
| (713) 649-6385 | 04/03/2003 | 10:07:00 | 00:00:00 | IN- (713) 264-0244 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 10:08:00 | 00:00:00 | (281) 590-6316 | BERRY, ALMA | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:17:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 11:27:00 | 00:00:00 | IN- (713) 731-7607 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:36:00 | 00:00:00 | IN- (713) 214-3632 | AIM MANAGEMENT GROUP | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:57:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 11:59:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:03:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:06:00 | 00:00:00 | IN- (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:09:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 12:14:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 13:32:00 | 00:00:00 | (713) 738-5914 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 14:36:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 14:43:00 | 00:00:00 | IN- (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:08:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 15:09:00 | 00:00:00 | IN- (281) 224-1936 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:41:00 | 00:00:00 | (713) 842-3804 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 15:50:00 | 00:00:00 | (713) 869-6091 | PAY PHONE | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:38:00 | 00:00:00 | (832) 228-3006 | GHETTO-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:39:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:45:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 16:47:00 | 00:00:00 | IN- (281) 451-9603 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:04:00 | 00:00:00 | (713) 747-4223 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:06:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 17:09:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:13:00 | 00:00:00 | (713) 772-4264 | VARTEC TELECOM | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:15:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:20:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:25:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:34:00 | 00:00:00 | (832) 274-4130 | DESHON GALASPIE-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:47:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 17:50:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 17:56:00 | 00:00:00 | (713) 640-9733 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:04:00 | 00:00:00 | (713) 571-0203 | JENNETTE GROSS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:51:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 18:54:00 | 00:00:00 | (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:08:00 | 00:00:00 | (713) 734-1848 | LINDA SUE CARTER | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:09:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 19:10:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 19:55:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 20:08:00 | 00:00:00 | (800) 735-1805 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:23:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 20:30:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:02:00 | 00:00:00 | IN- (713) 731-9841 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:03:00 | 00:00:00 | IN- (713) 991-1123 | ALMA BERRY | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:24:00 | 00:00:00 | IN- (832) 439-0000 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 22:33:00 | 00:00:00 | IN- (409) 256-1234 | NO SUBSCRIBER. | GALVESTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | IN- (713) 225-2943 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:14:00 | 00:00:00 | (866) 862-3534 | NO SUBSCRIBER. | |
| (713) 649-6385 | 04/03/2003 | 23:18:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:20:00 | 00:00:00 | IN- (713) 224-1023 | LOIS MILLS | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:39:00 | 00:00:00 | (832) 274-1453 | AARON H. BROWN-T-MOBILE CELL | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:40:00 | 00:00:00 | (832) 526-3270 | NO SUBSCRIBER. | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:42:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:43:00 | 00:00:00 | (713) 229-8659 | KATHY E. YOUNG | HOUSTON |
| (713) 649-6385 | 04/03/2003 | 23:57:00 | 00:00:00 | (713) 347-0477 | NO SUBSCRIBER. | HOUSTON |

HC/BROWN-29521

U.S. MARSHAL'S SERVICE

REPORT NAME : HOT NUMBER LIST       PAGE #1
RUN DATE : 04/23/2003       RUN TIME : 14:51:38
DESCRIPTION :

| Dialed (Clean) | Frequency | Dialed Name | Dialed Address |
|---|---|---|---|
| (409) 256-1234 | 8 | NO SUBSCRIBER. | |
| (866) 862-3534 | 7 | NO SUBSCRIBER. | |
| (713) 731-9841 | 5 | NO SUBSCRIBER. | |
| (713) 842-3804 | 4 | NO SUBSCRIBER. | |
| (832) 274-1453 | 4 | AARON H. BROWN-T-MOBILE CELL | 10409 SIERRA DR. |
| (713) 224-1023 | 3 | LOIS MILLS | 2901 FULTON #619 |
| (713) 571-0203 | 3 | JENNETTE GROSS | 3034 MCILHENNY #1 |
| (713) 738-5914 | 3 | NO SUBSCRIBER. | |
| (713) 991-1123 | 3 | ALMA BERRY | 6210 HARTWICK |
| (832) 274-4130 | 3 | DESHON GALASPIE-T-MOBILE CELL | T-MOBILE |
| (281) 451-9603 | 2 | NO SUBSCRIBER. | |
| (281) 590-6316 | 2 | BERRY, ALMA | 6210 HARTWICK |
| (713) 229-8659 | 2 | KATHY E. YOUNG | 2901 FULTON #639 |
| (713) 734-1848 | 2 | LINDA SUE CARTER | 5759 OVERDALE |
| (713) 747-4223 | 2 | NO SUBSCRIBER. | |
| (832) 228-3006 | 2 | GHETTO-T-MOBILE CELL | T-MOBILE |
| (281) 224-1936 | 1 | NO SUBSCRIBER. | |
| (281) 590-3225 | 1 | NO SUBSCRIBER. | |
| (713) 214-3632 | 1 | AIM MANAGEMENT GROUP | 11 EAST GREENWAY PLAZA #100 |
| (713) 225-2943 | 1 | NO SUBSCRIBER. | |
| (713) 264-0244 | 1 | NO SUBSCRIBER. | |
| (713) 347-0477 | 1 | NO SUBSCRIBER. | |
| (713) 640-9733 | 1 | NO SUBSCRIBER. | |
| (713) 731-7607 | 1 | NO SUBSCRIBER. | |
| (713) 772-4264 | 1 | VARTEC TELECOM | |
| (713) 869-6091 | 1 | PAY PHONE | 4700 NORTH MAIN |
| (800) 735-1805 | 1 | NO SUBSCRIBER. | |
| (832) 439-0000 | 1 | NO SUBSCRIBER. | |
| (832) 526-3270 | 1 | NO SUBSCRIBER. | |

HC/BROWN-29522

# EXHIBIT C

## Technical Log of Calls Originating and Terminating for Number 6496385

HC/BROWN-29523

```
    00832C Terminating NPA
   0648202C Connect time
057700101C SLIP ID
      002C Party ID
YYYYYYYYYY Service provided ID
  1010000C Supporting information
      577C Digits ID
10007297000C Tandem Digits Dialed 1
      000C Module (S
```

```
  2744130C Terminating number
000000334C Elapsed time (mmmmsst)
      720C Module (Sub structure)
YYYYYYYYYYYY Local routing number
YYYYYYYYYYYYYYY Location
      040C Module (Sub structure)
      011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

```
AA00625C HEX-ID AND STRUCTURE
      066C Call type
  0107713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
        0C Answer ind -0=Answered
        0C Operator action
      409C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
000000137C Elapsed time (mmmmsst)
    30403C Carrier date
000000286C IC elapsed time
    30639C Trunk group
       YY Dialing ind
```

```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Svc obs/Traffic Sampld
      023C Service feature
  2561234C Originating number
    00713C Terminating NPA
  0642487C Connect time
    00009C Interexchange carrier
  0642338C IC connect time
      010C IXC call event status
        1C IXC routing
        0C IC/INC AN
```

```
AA00625C HEX-ID AND STRUCTURE
      066C Call type
  0107713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
        0C Answer ind -0=Answered
        0C Operator action
      409C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
000000210C Elapsed time (mmmmsst)
    30403C Carrier date
000000293C IC elapsed time
    30639C Trunk group
       YY Dialing ind
```

```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Svc obs/Traffic Sampld
      023C Service feature
  2561234C Originating number
    00713C Terminating NPA
  0644345C Connect time
    00009C Interexchange carrier
  0644261C IC connect time
      010C IXC call event status
        1C IXC routing
        0C IC/INC AN
```

```
AA00625C HEX-ID AND STRUCTURE
      066C Call type
  0107713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
        0C Answer ind -0=Answered
        0C Operator action
      409C Originating NPA
        0C Overseas=IntrnationlIn
  6496385C Terminating number
000000445C Elapsed time (mmmmsst)
    30403C Carrier date
000000536C IC elapsed time
    30639C Trunk group
       YY Dialing ind
```

```
      036C Sensor type
      032C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Svc obs/Traffic Sampld
      023C Service feature
  2561234C Originating number
    00713C Terminating NPA
  0645422C Connect time
    00009C Interexchange carrier
  0645331C IC connect time
      010C IXC call event status
        1C IXC routing
        0C IC/INC AN
```

```
AA40220C HEX-ID AND STRUCTURE
      047C Call type
  0167713C Sensor (Office)
  0964214C Collector ID
    00000C Timing indicator
      001C Completion indicator
      027C Service feature
```

```
      036C Sensor type
      013C Collector tupe
    30403C Date (YMMDD)
  0000000C Study indicator
        0C Operator action
      713C Originating NPA
```

7

cont. from
pg 7

```
→6496385C Originating number          0C Overseas=IntrnationlIn
   00832C Terminating NPA  terminating #  2744130C Terminating number
  0826234C Connect (time)       000002120C Elapsed time (mmmmsst)
057700101C SLIP ID                   720C Module (Sub structure)
     002C Party ID            YYYYYYYYYYYY Local routing number
YYYYYYYYYY Service provided ID YYYYYYYYYYYYYY Location
  1010000C Supporting information      040C Module (Sub structure)
      577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
  0167713C Sensor (Office)            013C Collector tupe
 0964214C Collector ID             30403C Date (YMMDD)
   00000C Timing indicator     0000000C Study indicator
     001C Completion indicator          0C Operator action
     027C Service feature            713C Originating NPA
 6496385C Originating number           0C Overseas=IntrnationlIn
   00281C Terminating NPA       5906316C Terminating number
→ 0830022C Connect time      000000047C Elapsed time (mmmmsst)
057700101C SLIP ID                   720C Module (Sub structure)
     002C Party ID            YYYYYYYYYYYY Local routing number
YYYYYYYYYY Service provided ID YYYYYYYYYYYYYYY Location
  1010000C Supporting information      040C Module (Sub structure)
      577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA00625C HEX-ID AND STRUCTURE
     066C Call type                   036C Sensor type
 0107713C Sensor (Office)            032C Collector tupe
 0964214C Collector ID             30403C Date (YMMDD)
   00000C Timing indicator     0000000C Study indicator
       0C Answer ind -0=Answered       0C Svc obs/Traffic Sampld
       0C Operator action            023C Service feature
     409C Originating NPA        2561234C Originating number
       0C Overseas=IntrnationlIn    00713C Terminating NPA
 6496385C Terminating number    → 0839281C Connect time
000000079C Elapsed time (mmmmsst)   00009C Interexchange carrier
    3C403C Carrier date         0839165C IC connect time
000000195C IC elapsed time          010C IXC call event status
   30639C Trunk group                 1C IXC routing
      YY Dialing ind                  0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
  0167713C Sensor (Office)            013C Collector tupe
 0964214C Collector ID             30403C Date (YMMDD)
   00000C Timing indicator     0000000C Study indicator
     001C Completion indicator          0C Operator action
     010C Service feature            713C Originating NPA
 6496385C Originating number           0C Overseas=IntrnationlIn
   00281C Terminating NPA       5906316C Terminating number
→1008199C Connect time         000002153C Elapsed time (mmmmsst)
057700101C SLIP ID                   720C Module (Sub structure)
     002C Party ID            YYYYYYYYYYYY Local routing number
YYYYYYYYYY Service provided ID YYYYYYYYYYYYYYY Location
  1010000C Supporting information      040C Module (Sub structure)
      577C Digits ID                  011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   006C Sensor type
```

2-

8

HC/BROWN-29525

```
      0125281C Sensor (Office)                    013C Collector tupe
      0964214C Collector ID                     30403C Date (YMMDD)
        00000C Timing indicator              0000000C Study indicator
          001C Completion indicator                0C Operator action
          027C Service feature                   281C Originating NPA
      5903225C Originating number                  0C Overseas=IntrnationlIn
        00713C Terminating NPA               6496385C Terminating number
  ->  0923180C Connect time                000000087C Elapsed time (mmmmsst)
      057700101C SLIP ID                         040C Module (Sub structure)
          577C Digits ID                         011C Significant digits
    10008767000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
          720C Module (Sub structure)            002C Party ID
  yyyyyyyyyyyyy Local routing number      yyyyyyyyyy Service provided ID    yy
 yyyyyyyyyyyyyyy Location                  1010000C Supporting information
          000C Module (S


AA40220C HEX-ID AND STRUCTURE                    036C Sensor type
          047C Call type                         032C Collector tupe
      0175713C Sensor (Office)                  30403C Date (YMMDD)
      0964214C Collector ID                  0000000C Study indicator
        00000C Timing indicator                   0C Operator action
          001C Completion indicator              713C Originating NPA
          027C Service feature                     0C Overseas=IntrnationlIn
      8423804C Originating number            6496385C Terminating number
        00713C Terminating NPA              000001340C Elapsed time (mmmmsst)
  ->  0923375C Connect time                     720C Module (Sub structure)
      057700101C SLIP ID                   yyyyyyyyyyyyy Local routing number
          002C Party ID                   yyyyyyyyyyyyyyy Location
   yyyyyyyyyy Service provided ID               040C Module (Sub structure)
      1010000C Supporting information            011C Significant digits
          577C Digits ID                 0000000000000C Tandem Digits Dialed 2
    10009331000C Tandem Digits Dialed 1
          000C Module (S


AA40220C HEX-ID AND STRUCTURE                    036C Sensor type
          047C Call type                         032C Collector tupe
      0194713C Sensor (Office)                  30403C Date (YMMDD)
      0964214C Collector ID                  0000000C Study indicator
        00000C Timing indicator                   0C Operator action
          001C Completion indicator              713C Originating NPA
          027C Service feature                     0C Overseas=IntrnationlIn
      2640244C Originating number            6496385C Terminating number
        00713C Terminating NPA              000003366C Elapsed time (mmmmsst)
  ->  1007135C Connect time                     720C Module (Sub structure)
      057700101C SLIP ID                   yyyyyyyyyyyyy Local routing number
          002C Party ID                   yyyyyyyyyyyyyyy Location
   yyyyyyyyyy Service provided ID               040C Module (Sub structure)
      1010000C Supporting information            011C Significant digits
          577C Digits ID                 0000000000000C Tandem Digits Dialed 2
    10001570000C Tandem Digits Dialed 1
          000C Module (S


AA40625C HEX-ID AND STRUCTURE                    036C Sensor type
          119C Call type                         013C Collector tupe
      0167713C Sensor (Office)                  30403C Date (YMMDD)
      0964214C Collector ID                  0000000C Study indicator
        00000C Timing indicator                   0C Svc obs/Traffic Sampld
            0C Answer ind -0=Answered            000C Service feature
            0C Operator action              2143632C Originating number
          717C Originating NPA                  00713C Terminating NPA
            0C Overseas=IntrnationlIn   ->  1136444C Connect time
      6496385C Terminating number              02981C Interexchange carrier
    000000099C Elapsed time (mmmmsst)        1136354C IC connect time
        30403C Carrier date                     010C IXC call event status
    000000188C IC elapsed time
```

HC/BROWN-29526

```
    30275C Trunk group                          0C IXC routing
        yy Dialing ind                          2C IC/INC ANI/CPN Indica
       720C Module (Sub structure)            001C Party ID
 07174330000C Local routing number      yyyyyyyyyy Service provided ID    yy
yyyyyyyyyyyyyy Location                   3090000C Supporting information
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                          036C Sensor type
    0167713C Sensor (Office)                    013C Collector tupe
    0964214C Collector ID                     30403C Date (YMMDD)
      00000C Timing indicator              0000000C Study indicator
       001C Completion indicator                0C Operator action
       027C Service feature                   713C Originating NPA
    6496385C Originating number                 0C Overseas=IntrnationlIn
      00832C Terminating NPA             2283006C Terminating number
    →1157378C Connect time              000000082C Elapsed time (mmmmsst)
  057700101C SLIP ID                           720C Module (Sub structure)
       002C Party ID                    yyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
       577C Digits ID                         011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                          036C Sensor type
    0167713C Sensor (Office)             :      013C Collector tupe
    0964214C Collector ID                     30403C Date (YMMDD)
      00000C Timing indicator              0000000C Study indicator
       001C Completion indicator                0C Operator action
       027C Service feature                   713C Originating NPA
    6496385C Originating number                 0C Overseas=IntrnationlIn
      00832C Terminating NPA             2741453C Terminating number
    1159223C Connect time              000000100C Elapsed time (mmmmsst)
  057700101C SLIP ID                           720C Module (Sub structure)
       002C Party ID                    yyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
       577C Digits ID                         011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE
       047C Call type                          036C Sensor type
    0194713C Sensor (Office)                    032C Collector tupe
    0964214C Collector ID                     30403C Date (YMMDD)
      00000C Timing indicator              0000000C Study indicator
       001C Completion indicator                0C Operator action
       027C Service feature                   713C Originating NPA
    7317607C Originating number                 0C Overseas=IntrnationlIn
      00713C Terminating NPA             6496385C Terminating number
    1127140C Connect time              000000067C Elapsed time (mmmmsst)
  057700101C SLIP ID                           720C Module (Sub structure)
       002C Party ID                    yyyyyyyyyyy Local routing number
 yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyyy Location
    1010000C Supporting information           040C Module (Sub structure)
       577C Digits ID                         011C Significant digits
 10001570000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA00625C HEX-ID AND STRUCTURE
       066C Call type                          036C Sensor type
    0107713C Sensor (Office)                    032C Collector tupe
    0964214C Collector ID                     30403C Date (YMMDD)
```

10

HC/BROWN-29527

```
    00000C Timing indicator              0000000C Study indicator
       0C Answer ind -0=Answered               0C Svc obs/Traffic Sampld
       0C Operator action                   023C Service feature
     409C Originating NPA              2561234C Originating number
       0C Overseas=IntrnationlIn        00713C Terminating NPA
 6496385C Terminating number           1117391C Connect time
000000082C Elapsed time (mmmmsst)        00009C Interexchange carrier
   30403C Carrier date                 1117302C IC connect time
000000171C IC elapsed time               010C IXC call event status
   30639C Trunk group                      1C IXC routing
      ÿÿ Dialing ind                       0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
     047C Call type                      013C Collector tupe
 0167713C Sensor (Office)              30403C Date (YMMDD)
 0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                0C Operator action
     001C Completion indicator           713C Originating NPA
     027C Service feature                 0C Overseas=IntrnationlIn
 6496385C Originating number         7474223C Terminating number
   00713C Terminating NPA          000004597C Elapsed time (mmmmsst)
 1203377C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                ÿÿÿÿÿÿÿÿÿÿÿÿ Local routing number
     002C Party ID               ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
ÿÿÿÿÿÿÿÿÿÿ Service provided ID          040C Module (Sub structure)
 1010000C Supporting information         011C Significant digits
     577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
     047C Call type                      013C Collector tupe
 0167713C Sensor (Office)              30403C Date (YMMDD)
 0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                0C Operator action
     001C Completion indicator           713C Originating NPA
     027C Service feature                 0C Overseas=IntrnationlIn
 6496385C Originating number         7385914C Terminating number
   00713C Terminating NPA          000000442C Elapsed time (mmmmsst)
 1209359C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                ÿÿÿÿÿÿÿÿÿÿÿÿ Local routing number
     002C Party ID               ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
ÿÿÿÿÿÿÿÿÿÿ Service provided ID          040C Module (Sub structure)
 1010000C Supporting information         011C Significant digits
     577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA40220C HEX-ID AND STRUCTURE            036C Sensor type
     047C Call type                      013C Collector tupe
 0167713C Sensor (Office)              30403C Date (YMMDD)
 0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                0C Operator action
     001C Completion indicator           713C Originating NPA
     027C Service feature                 0C Overseas=IntrnationlIn
 6496385C Originating number         7385914C Terminating number
   00713C Terminating NPA          000006410C Elapsed time (mmmmsst)
 1333252C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                ÿÿÿÿÿÿÿÿÿÿÿÿ Local routing number
     002C Party ID               ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
ÿÿÿÿÿÿÿÿÿÿ Service provided ID          040C Module (Sub structure)
 1010000C Supporting information         011C Significant digits
     577C Digits ID            0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S
```

HC/BROWN-29528

```
AA40220C HEX-ID AND STRUCTURE
       047C Call type                      036C Sensor type
  0175713C Sensor (Office)                 032C Collector tupe
 0964214C Collector ID                   30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  8423804C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            6496385C Terminating number
  1214088C Connect time            000008533C Elapsed time (mmmmsst)
 057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyyy Local routing number
 yyyyyyyyy Service provided ID   yyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10009331000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type                      036C Sensor type
  0194713C Sensor (Office)                 032C Collector tupe
 0964214C Collector ID                   30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  7385914C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            6496385C Terminating number
  1206592C Connect time            000000098C Elapsed time (mmmmsst)
 057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyyy Local routing number
 yyyyyyyyy Service provided ID   yyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10001570000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type                      036C Sensor type
  0175713C Sensor (Office)                 032C Collector tupe
 0964214C Collector ID                   30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
      001C Completion indicator              0C Operator action
      027C Service feature                713C Originating NPA
  8423804C Originating number               0C Overseas=IntrnationlIn
    00713C Terminating NPA            6496385C Terminating number
  1443355C Connect time            000003475C Elapsed time (mmmmsst)
 057700101C SLIP ID                       720C Module (Sub structure)
      002C Party ID                yyyyyyyyyyyy Local routing number
 yyyyyyyyy Service provided ID   yyyyyyyyyyyyyy Location
  1010000C Supporting information         040C Module (Sub structure)
      577C Digits ID                      011C Significant digits
10009331000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA00360C HEX-ID AND STRUCTURE
       141C Call type                      036C Sensor type
  0167713C Sensor (Office)                 013C Collector tupe
 0964214C Collector ID                   30403C Date (YMMDD)
    00000C Timing indicator            0000000C Study indicator
        1C Answer ind -0=Answered         0C Svc obs/Traffic Sampld
       0C Operator action                000C Service feature
      713C Originating NPA            6496385C Originating number
      866C Dialed NPA                8623534C Dialed number
       0C Overseas=IntrnationlIn      00866C Terminating NPA
```

12

HC/BROWN-29529

```
     8623534C Terminating number
  000000000C Elapsed time (mmmmsst)
     30403C Carrier date
  000000054C IC elapsed time
      40222C Trunk group
         8C Dialing ind
        000C RAO number

AA40625C HEX-ID AND STRUCTURE
        119C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
         0C Answer ind -0=Answered
         0C Operator action
        281C Originating NPA
         0C Overseas=IntrnationlIn
    6496385C Terminating number
  000000138C Elapsed time (mmmmsst)
     30403C Carrier date
  000004416C IC elapsed time
      30314C Trunk group
         ÿÿ Dialing ind
        720C Module (Sub structure)
  08326030000C Local routing number
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ Location
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
        001C Completion indicator
        014C Service feature
    6496385C Originating number
      00866C Terminating NPA
    1509483C Connect time
   057700101C SLIP ID
        577C Digits ID
  10007297000C Tandem Digits Dialed 1
        000C Module (S

AA00360C HEX-ID AND STRUCTURE
        141C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
      00000C Timing indicator
         0C Answer ind -0=Answered
         0C Operator action
        713C Originating NPA
        866C Dialed NPA
         0C Overseas=IntrnationlIn
    8623534C Terminating number
  000000138C Elapsed time (mmmmsst)
     30403C Carrier date
  000000152C IC elapsed time
      40222C Trunk group
         8C Dialing ind
        000C RAO number

AA40220C HEX-ID AND STRUCTURE
        047C Call type
    0167713C Sensor (Office)
    0964214C Collector ID
```

```
    1508586C Connect time
      02221C Interexchange carrier
    1508532C IC connect time
        001C IXC call event status
         0C IXC routing
         3C IC/INC ANI/CPN Indica
        560C LATA

        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
         0C Svc obs/Traffic Sampld
        000C Service feature
    2241936C Originating number
      00713C Terminating NPA
    1509483C Connect time
      06982C Interexchange carrier
    1509204C IC connect time
        010C IXC call event status
         0C IXC routing
         2C IC/INC ANI/CPN Indica
        001C Party ID
ÿÿÿÿÿÿÿÿÿÿ Service provided ID    ÿÿ
    3090000C Supporting information

        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
         0C Operator action
        713C Originating NPA
         0C Overseas=IntrnationlIn
    8623534C Terminating number
  000000138C Elapsed time (mmmmsst)
        040C Module (Sub structure)
        011C Significant digits
  0000000000000C Tandem Digits Dialed 2

        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
    0000000C Study indicator
         0C Svc obs/Traffic Sampld
        000C Service feature
    6496385C Originating number
    8623534C Dialed number
      00866C Terminating NPA
    1509483C Connect time
      02221C Interexchange carrier
    1509469C IC connect time
        010C IXC call event status
         0C IXC routing
         3C IC/INC ANI/CPN Indica
        560C LATA

        036C Sensor type
        013C Collector tupe
      30403C Date (YMMDD)
```

HC/BROWN-29530

```
   00000C Timing indicator              0000000C Study indicator
     001C Completion indicator                0C Operator action
     027C Service feature                   713C Originating NPA
  6496385C Originating number                 0C Overseas=IntrnationlIn
   00713C Terminating NPA              8423804C Terminating number
  1541055C Connect time               000004165C Elapsed time (mmmmsst)
057700101C SLIP ID                        720C Module (Sub structure)
     002C Party ID                YYYYYYYYYY Local routing number
YYYYYYYYY Service provided ID   YYYYYYYYYYYYYYYY Location
  1010000C Supporting information         040C Module (Sub structure)
     577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
     047C Call type                        013C Collector tupe
  0167713C Sensor (Office)               30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                 0C Operator action
     001C Completion indicator            713C Originating NPA
     027C Service feature                   0C Overseas=IntrnationlIn
  6496385C Originating number          8696091C Terminating number
   00713C Terminating NPA             000000059C Elapsed time (mmmmsst)
  1550136C Connect time                    720C Module (Sub structure)
057700101C SLIP ID                  YYYYYYYYYY Local routing number
     002C Party ID                YYYYYYYYYYYYYYYY Location
YYYYYYYYY Service provided ID              040C Module (Sub structure)
  1010000C Supporting information         011C Significant digits
     577C Digits ID                0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
     000C Module (S

AA40625C HEX-ID AND STRUCTURE              036C Sensor type
     066C Call type                        032C Collector tupe
  0107713C Sensor (Office)               30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                 0C Svc obs/Traffic Sampld
       0C Answer ind -0=Answered          023C Service feature
       0C Operator action             2561234C Originating number
     409C Originating NPA               00713C Terminating NPA
       0C Overseas=IntrnationlIn      1436336C Connect time
  6496385C Terminating number            00009C Interexchange carrier
000000598C Elapsed time (mmmmsst)    1436282C IC connect time
   30403C Carrier date                    010C IXC call event status
000001052C IC elapsed time                 1C IXC routing
   30639C Trunk group                      0C IC/INC ANI/CPN Indica
       YY Dialing ind                     002C Party ID
     720C Module (Sub structure)  YYYYYYYYYY Service provided ID     YY
YYYYYYYYYY Local routing number       1010000C Supporting information
YYYYYYYYYY Location
     000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
     047C Call type                        013C Collector tupe
  0167713C Sensor (Office)               30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
   00000C Timing indicator                 0C Operator action
     001C Completion indicator            713C Originating NPA
     027C Service feature                   0C Overseas=IntrnationlIn
  6496385C Originating number          2283006C Terminating number
   00832C Terminating NPA             000000488C Elapsed time (mmmmsst)
  1638163C Connect time                    720C Module (Sub structure)
057700101C SLIP ID                  YYYYYYYYYY Local routing number
     002C Party ID                YYYYYYYYYYYYYYYY Location
YYYYYYYYY Service provided ID
```

14

```
  1010000C Supporting information              040C Module (Sub structure)
       577C Digits ID                          011C Significant digits
10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
       000C Module (S


AA40220C HEX-ID AND STRUCTURE                   036C Sensor type
       047C Call type                          013C Collector tupe
   0167713C Sensor (Office)                   30403C Date (YMMDD)
   0964214C Collector ID                    0000000C Study indicator
     00000C Timing indicator                    0C Operator action
       001C Completion indicator               713C Originating NPA
       027C Service feature                      0C Overseas=IntrnationlIn
   6496385C Originating number            2744130C Terminating number
     00832C Terminating NPA            000000082C Elapsed time (mmmmsst)
   1639499C Connect time                      720C Module (Sub structure)
 057700101C SLIP ID                   YYYYYYYYYYYY Local routing number
       002C Party ID                 YYYYYYYYYYYYYY Location
YYYYYYYYY Service provided ID                    040C Module (Sub structure)
   1010000C Supporting information             011C Significant digits
       577C Digits ID                 0000000000000C Tandem Digits Dialed 2
10007297000C Tandem Digits Dialed 1
       000C Module (S


AA00625C HEX-ID AND STRUCTURE                   036C Sensor type
       066C Call type                          032C Collector tupe
   0106713C Sensor (Office)                   30403C Date (YMMDD)
   0964214C Collector ID                    0000000C Study indicator
     00000C Timing indicator                    0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered              023C Service feature
        0C Operator action                 4519603C Originating number
       281C Originating NPA               00713C Terminating NPA
        0C Overseas=IntrnationlIn       1645460C Connect time
   6496385C Terminating number              00009C Interexchange carrier
 000000082C Elapsed time (mmmmsst)      1645413C IC connect time
     30403C Carrier date                     010C IXC call event status
 000000129C IC elapsed time                    1C IXC routing
     31208C Trunk group                         0C IC/INC AN
        YY Dialing ind


AA00625C HEX-ID AND STRUCTURE                   036C Sensor type
       066C Call type                          032C Collector tupe
   0106713C Sensor (Office)                   30403C Date (YMMDD)
   0964214C Collector ID                    0000000C Study indicator
     00000C Timing indicator                    0C Svc obs/Traffic Sampld
        0C Answer ind -0=Answered              023C Service feature
        0C Operator action                 4519603C Originating number
       281C Originating NPA               00713C Terminating NPA
        0C Overseas=IntrnationlIn       1647084C Connect time
   6496385C Terminating number              00009C Interexchange carrier
 000000158C Elapsed time (mmmmsst)      1646585C IC connect time
     30403C Carrier date                     010C IXC call event status
 000000258C IC elapsed time                    1C IXC routing
     31208C Trunk group                         0C IC/INC AN
        YY Dialing ind


AA40220C HEX-ID AND STRUCTURE                   036C Sensor type
       047C Call type                          013C Collector tupe
   0167713C Sensor (Office)                   30403C Date (YMMDD)
   0964214C Collector ID                    0000000C Study indicator
     00000C Timing indicator                    0C Operator action
       001C Completion indicator               713C Originating NPA
       027C Service feature                      0C Overseas=IntrnationlIn
   6496385C Originating number            7474223C Terminating number
     00713C Terminating NPA            000004124C Elapsed time (mmmmsst)
   1704272C Connect time
```

15

HC/BROWN-29532

```
      057700101C SLIP ID                720C Module (Sub structure)
            002C Party ID          YYYYYYYYYYYY Local routing number
    YYYYYYYYYY Service provided ID  YYYYYYYYYYYYYYYY Location
       1010000C Supporting information      040C Module (Sub structure)
           577C Digits ID                  011C Significant digits
   10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
           000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
           047C Call type                  013C Collector tupe
        0167713C Sensor (Office)          30403C Date (YMMDD)
        0964214C Collector ID           0000000C Study indicator
          00000C Timing indicator             0C Operator action
            001C Completion indicator       713C Originating NPA
            027C Service feature             0C Overseas=Intrnationlin
        6496385C Originating number    2741453C Terminating number
          00832C Terminating NPA       000001340C Elapsed time (mmmmsst)
        1709224C Connect time               720C Module (Sub structure)
      057700101C SLIP ID               YYYYYYYYYYYY Local routing number
            002C Party ID          YYYYYYYYYYYYYYYY Location
    YYYYYYYYYY Service provided ID        040C Module (Sub structure)
       1010000C Supporting information     011C Significant digits
           577C Digits ID         0000000000000C Tandem Digits Dialed 2
   10007297000C Tandem Digits Dialed 1
           000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
           047C Call type                  013C Collector tupe
        0167713C Sensor (Office)          30403C Date (YMMDD)
        0964214C Collector ID           0000000C Study indicator
          00000C Timing indicator             0C Operator action
            001C Completion indicator       713C Originating NPA
            027C Service feature             0C Overseas=Intrnationlin
        6496385C Originating number    7724264C Terminating number
          00713C Terminating NPA       000000428C Elapsed time (mmmmsst)
        1713359C Connect time               720C Module (Sub structure)
      057700101C SLIP ID               YYYYYYYYYYYY Local routing number
            002C Party ID          YYYYYYYYYYYYYYYY Location
    YYYYYYYYYY Service provided ID        040C Module (Sub structure)
       1010000C Supporting information     011C Significant digits
           577C Digits ID         0000000000000C Tandem Digits Dialed 2
   10007297000C Tandem Digits Dialed 1
           000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
           047C Call type                  013C Collector tupe
        0167713C Sensor (Office)          30403C Date (YMMDD)
        0964214C Collector ID           0000000C Study indicator
          00000C Timing indicator             0C Operator action
            001C Completion indicator       713C Originating NPA
            027C Service feature             0C Overseas=Intrnationlin
        6496385C Originating number    7341848C Terminating number
          00713C Terminating NPA       000009353C Elapsed time (mmmmsst)
        1715330C Connect time               720C Module (Sub structure)
      057700101C SLIP ID               YYYYYYYYYYYY Local routing number
            002C Party ID          YYYYYYYYYYYYYYYY Location
    YYYYYYYYYY Service provided ID        040C Module (Sub structure)
       1010000C Supporting information     011C Significant digits
           577C Digits ID         0000000000000C Tandem Digits Dialed 2
   10007297000C Tandem Digits Dialed 1
           000C Module (S


AA40220C HEX-ID AND STRUCTURE              036C Sensor type
           047C Call type                  013C Collector tupe
        0167713C Sensor (Office)
```

16

```
  0964214C Collector ID                       30403C Date (YYMMDD)
    0C000C Timing indicator               0000000C Study indicator
      001C Completion indicator                 0C Operator action
      027C Service feature                     713C Originating NPA
  6496385C Originating number                   0C Overseas=IntrnationlIn
    00713C Terminating NPA                9911123C Terminating number
  1725242C Connect time                 000000549C Elapsed time (mmmmsst)
 057700101C SLIP ID                           720C Module (Sub structure)
      002C Party ID                    YYYYYYYYYYYY Local routing number
 YYYYYYYYYY Service provided ID       YYYYYYYYYYYYYY Location
  1010000C Supporting information           040C Module (Sub structure)
      577C Digits ID                         011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                          036C Sensor type
  0167713C Sensor (Office)                    013C Collector tupe
  0964214C Collector ID                     30403C Date (YYMMDD)
    00000C Timing indicator             0000000C Study indicator
      001C Completion indicator               0C Operator action
      027C Service feature                   713C Originating NPA
  6496385C Originating number                 0C Overseas=IntrnationlIn
    00832C Terminating NPA              2744130C Terminating number
  1734313C Connect time               00C0001123C Elapsed time (mmmmsst)
 057700101C SLIP ID                          720C Module (Sub structure)
      002C Party ID                   YYYYYYYYYYY Local routing number
 YYYYYYYYYY Service provided ID      YYYYYYYYYYYYYY Location
  1010000C Supporting information          040C Module (Sub structure)
      577C Digits ID                        011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE
      047C Call type                          036C Sensor type
  0167713C Sensor (Office)                    013C Collector tupe
  0964214C Collector ID                     30403C Date (YYMMDD)
    00000C Timing indicator             0000000C Study indicator
      001C Completion indicator               0C Operator action
      014C Service feature                   713C Originating NPA
  6496385C Originating number                 0C Overseas=IntrnationlIn
    00866C Terminating NPA              8623534C Terminating number
  1747239C Connect time               000000267C Elapsed time (mmmmsst)
 057700101C SLIP ID                          040C Module (Sub structure)
      577C Digits ID                         011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA00360C HEX-ID AND STRUCTURE
      141C Call type                          036C Sensor type
  0167713C Sensor (Office)                    013C Collector tupe
  0964214C Collector ID                     30403C Date (YYMMDD)
    00000C Timing indicator             0000000C Study indicator
        0C Answer ind -0=Answered            0C Svc obs/Traffic Sampld
        0C Operator action                 000C Service feature
      713C Originating NPA            6496385C Originating number
      866C Dialed NPA                 8623534C Dialed number
        0C Overseas=IntrnationlIn       00866C Terminating NPA
  8623534C Terminating number         1747239C Connect time
 000000267C Elapsed time (mmmmsst)      02221C Interexchange carrier
    30403C Carrier date               1747176C IC connect time
 000000330C IC elapsed time             010C IXC call event status
    40222C Trunk group                    0C IXC routing
        8C Dialing ind                    3C IC/INC ANI/CPN Indica
      000C RAO number                    560C LATA
```

\\

HC/BROWN-29534

```
AA40220C HEX-ID AND STRUCTURE                       036C Sensor type
        047C Call type                              013C Collector tupe
    0167713C Sensor (Office)                       30403C Date (YMMDD)
    0964214C Collector ID                        0000000C Study indicator
      00000C Timing indicator                          0C Operator action
        001C Completion indicator                     713C Originating NPA
        027C Service feature                            0C Overseas=IntrnationlIn
    6496385C Originating number                   5710203C Terminating number
      00713C Terminating NPA                    000001492C Elapsed time (mmmmsst)
    1747394C Connect time                            720C Module (Sub structure)
  057700101C SLIP ID                           yyyyyyyyyyy Local routing number
        002C Party ID                       yyyyyyyyyyyyyyyy Location
 yyyyyyyyyy Service provided ID                       040C Module (Sub structure)
    1010000C Supporting information               011C Significant digits
        577C Digits ID                     0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
        000C Module (S

AA40220C HEX-ID AND STRUCTURE                       036C Sensor type
        047C Call type                              013C Collector tupe
    0167713C Sensor (Office)                       30403C Date (YMMDD)
    0964214C Collector ID                        0000000C Study indicator
      00000C Timing indicator                          0C Operator action
        001C Completion indicator                     713C Originating NPA
        014C Service feature                            0C Overseas=IntrnationlIn
    6496385C Originating number                   8623534C Terminating number
      00866C Terminating NPA                     000000064C Elapsed time (mmmmsst)
    1750519C Connect time                            040C Module (Sub structure)
  057700101C SLIP ID                                  011C Significant digits
        577C Digits ID                     0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
        000C Module (S

AA00360C HEX-ID AND STRUCTURE                       036C Sensor type
        141C Call type                              013C Collector tupe
    0167713C Sensor (Office)                       30403C Date (YMMDD)
    0964214C Collector ID                        0000000C Study indicator
      00000C Timing indicator                          0C Svc obs/Traffic Sampld
          0C Answer ind -0=Answered                   000C Service feature
          0C Operator action                     6496385C Originating number
        713C Originating NPA                      8623534C Dialed number
        866C Dialed NPA                             00866C Terminating NPA
          0C Overseas=IntrnationlIn              1750519C Connect time
    8623534C Terminating number                    02221C Interexchange carrier
  000000064C Elapsed time (mmmmsst)             1750503C IC connect time
      30403C Carrier date                           010C IXC call event status
  000000080C IC elapsed time                          0C IXC routing
      40222C Trunk group                              3C IC/INC ANI/CPN Indica
          8C Dialing ind                            560C LATA
        000C RAO number

AA40220C HEX-ID AND STRUCTURE                       036C Sensor type
        047C Call type                              013C Collector tupe
    0167713C Sensor (Office)                       30403C Date (YMMDD)
    0964214C Collector ID                        0000000C Study indicator
      00000C Timing indicator                          0C Operator action
        001C Completion indicator                     713C Originating NPA
        027C Service feature                            0C Overseas=IntrnationlIn
    6496385C Originating number                   5710203C Terminating number
      00713C Terminating NPA                    000000117C Elapsed time (mmmmsst)
    1750522C Connect time                            720C Module (Sub structure)
  057700101C SLIP ID                           yyyyyyyyyyy Local routing number
        002C Party ID                       yyyyyyyyyyyyyyyy Location
 yyyyyyyyyy Service provided ID
```

18

```
    1010000C Supporting information        040C Module (Sub structure)
      577C Digits ID                       011C Significant digits
 10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
      000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
      047C Call type                       013C Collector tupe
   0167713C Sensor (Office)              30403C Date (YMMDD)
   0964214C Collector ID               0000000C Study indicator
     00000C Timing indicator                 0C Operator action
       001C Completion indicator           713C Originating NPA
       010C Service feature                  0C Overseas=IntrnationlIn
   6496385C Originating number        6409733C Terminating number
     00713C Terminating NPA          000003076C Elapsed time (mmmmsst)
   1756570C Connect time                   040C Module (Sub structure)
  057700101C SLIP ID                       011C Significant digits
      577C Digits ID             0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
      000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
      047C Call type                       013C Collector tupe
   0167713C Sensor (Office)              30403C Date (YMMDD)
   0964214C Collector ID               0000000C Study indicator
     00000C Timing indicator                 0C Operator action
       001C Completion indicator           713C Originating NPA
       027C Service feature                  0C Overseas=IntrnationlIn
   6496385C Originating number        5710203C Terminating number
     00713C Terminating NPA          000000202C Elapsed time (mmmmsst)
   1804036C Connect time                   720C Module (Sub structure)
  057700101C SLIP ID               yyyyyyyyyy Local routing number
       002C Party ID           yyyyyyyyyyyyyyy Location
 yyyyyyyyyy Service provided ID           040C Module (Sub structure)
   1010000C Supporting information        011C Significant digits
      577C Digits ID             0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
      000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
      047C Call type                       013C Collector tupe
   0167713C Sensor (Office)              30403C Date (YMMDD)
   0964214C Collector ID               0000000C Study indicator
     00000C Timing indicator                 0C Operator action
       001C Completion indicator           713C Originating NPA
       027C Service feature                  0C Overseas=IntrnationlIn
   6496385C Originating number        2741453C Terminating number
     00832C Terminating NPA          000000262C Elapsed time (mmmmsst)
   1851275C Connect time                   720C Module (Sub structure)
  057700101C SLIP ID               yyyyyyyyyy Local routing number
       002C Party ID           yyyyyyyyyyyyyyy Location
 yyyyyyyyyy Service provided ID           040C Module (Sub structure)
   1010000C Supporting information        011C Significant digits
      577C Digits ID             0000000000000C Tandem Digits Dialed 2
 10007297000C Tandem Digits Dialed 1
      000C Module (S

AA40220C HEX-ID AND STRUCTURE             036C Sensor type
      047C Call type                       013C Collector tupe
   0167713C Sensor (Office)              30403C Date (YMMDD)
   0964214C Collector ID               0000000C Study indicator
     00000C Timing indicator                 0C Operator action
       001C Completion indicator           713C Originating NPA
       027C Service feature                  0C Overseas=IntrnationlIn
   6496385C Originating number        9911123C Terminating number
     00713C Terminating NPA
```

19

```
      1854183C Connect time                       000000069C Elapsed time (mmmmsst)
   057700101C SLIP ID                                   720C Module (Sub structure)
         002C Party ID                         yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID              yyyyyyyyyyyyyyyy Location
     1010000C Supporting information                    040C Module (Sub structure)
         577C Digits ID                                 011C Significant digits
   10007297000C Tandem Digits Dialed 1    0000000C00000C Tandem Digits Dialed 2
         000C Module (S

AA00625C HEX-ID AND STRUCTURE
         066C Call type                               036C Sensor type
     0107713C Sensor (Office)                          032C Collector tupe
     0964214C Collector ID                         30403C Date (YMMDD)
       00000C Timing indicator                   0000000C Study indicator
          0C Answer ind -0=Answered                    0C Svc obs/Traffic Sampld
          0C Operator action                           023C Service feature
         409C Originating NPA                     2561234C Originating number
          0C Overseas=IntrnationlIn                 00713C Terminating NPA
     6496385C Terminating number               1706295C Connect time
   000000045C Elapsed time (mmmmsst)                 00009C Interexchange carrier
       30403C Carrier date                       1706056C IC connect time
   000000284C IC elapsed time                        010C IXC call event status
       30639C Trunk group                             1C IXC routing
          yy Dialing ind                              0C IC/INC AN

AA40220C HEX-ID AND STRUCTURE
         047C Call type                               036C Sensor type
     0194713C Sensor (Office)                          032C Collector tupe
     0964214C Collector ID                         30403C Date (YMMDD)
       00000C Timing indicator                   0000000C Study indicator
         001C Completion indicator                     0C Operator action
         027C Service feature                        713C Originating NPA
     7319841C Originating number                       0C Overseas=IntrnationlIn
       00713C Terminating NPA                    6496385C Terminating number
     1720101C Connect time                    000001271C Elapsed time (mmmmsst)
   057700101C SLIP ID                                 720C Module (Sub structure)
         002C Party ID                         yyyyyyyyyyyy Local routing number
   yyyyyyyyyy Service provided ID              yyyyyyyyyyyyyyyy Location
     1010000C Supporting information                    040C Module (Sub structure)
         577C Digits ID                                 011C Significant digits
   10004737000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
         000C Module (S

AA40220C HEX-ID AND STRUCTURE
         047C Call type                               036C Sensor type
     0167713C Sensor (Office)                          013C Collector tupe
     0964214C Collector ID                         30403C Date (YMMDD)
       00000C Timing indicator                   0000000C Study indicator
         001C Completion indicator                     0C Operator action
         014C Service feature                        713C Originating NPA
     6496385C Originating number                       0C Overseas=IntrnationlIn
       00866C Terminating NPA                    8623534C Terminating number
     1909558C Connect time                    000000050C Elapsed time (mmmmsst)
   057700101C SLIP ID                                 040C Module (Sub structure)
         577C Digits ID                                011C Significant digits
   10007297000C Tandem Digits Dialed 1   0000000000000C Tandem Digits Dialed 2
         000C Module (S

AA00360C HEX-ID AND STRUCTURE
         141C Call type                               036C Sensor type
     0167713C Sensor (Office)                          013C Collector tupe
     0964214C Collector ID                         30403C Date (YMMDD)
       00000C Timing indicator                   0000000C Study indicator
          0C Answer ind -0=Answered                    0C Svc obs/Traffic Sampld
          0C Operator action                         000C Service feature
```

20

HC/BROWN-29537

```
        713C Originating NPA              6496385C Originating number
        866C Dialed NPA                   8623534C Dialed number
          0C Overseas=IntrnationlIn         00866C Terminating NPA
    8623534C Terminating number          1909558C Connect time
  000000050C Elapsed time (mmmmsst)        02221C Interexchange carrier
      30403C Carrier date                1909544C IC connect time
  000000063C IC elapsed time               010C IXC call event status
      40222C Trunk group                     0C IXC routing
          8C Dialing ind                     3C IC/INC ANI/CPN Indica
        000C RAO number                    560C LATA

AA40220C HEX-ID AND STRUCTURE
        047C Call type                      036C Sensor type
    0167713C Sensor (Office)               013C Collector tupe
    0964214C Collector ID                30403C Date (YMMDD)
      00000C Timing indicator          0000000C Study indicator
        001C Completion indicator            0C Operator action
        027C Service feature              713C Originating NPA
    6496385C Originating number             0C Overseas=IntrnationlIn
      00713C Terminating NPA           7341848C Terminating number
    1908597C Connect time            000001100C Elapsed time (mmmmsst)
  057700101C SLIP ID                       720C Module (Sub structure)
        002C Party ID               yyyyyyyyyyyy Local routing number
  yyyyyyyyyy Service provided ID    yyyyyyyyyyyyyyyy Location
    1010000C Supporting information        040C Module (Sub structure)
        577C Digits ID                     011C Significant digits
  10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S

AA00360C HEX-ID AND STRUCTURE
        141C Call type                      036C Sensor type
    0167713C Sensor (Office)               013C Collector tupe
    0964214C Collector ID                30403C Date (YMMDD)
      00000C Timing indicator          0000000C Study indicator
          0C Answer ind -0=Answered         0C Svc obs/Traffic Sampld
          0C Operator action              000C Service feature
        713C Originating NPA          6496385C Originating number
        800C Dialed NPA               7351805C Dialed number
          0C Overseas=IntrnationlIn      00800C Terminating NPA
    7351805C Terminating number        2008350C Connect time
  000000057C Elapsed time (mmmmsst)      03331C Interexchange carrier
      30403C Carrier date              2008330C IC connect time
  000000077C IC elapsed time             010C IXC call event status
      30234C Trunk group                   0C IXC routing
          8C Dialing ind                   3C IC/INC ANI/CPN Indica
        000C RAO number                  560C LATA

AA40220C HEX-ID AND STRUCTURE
        047C Call type                      036C Sensor type
    0167713C Sensor (Office)               013C Collector tupe
    0964214C Collector ID                30403C Date (YMMDD)
      00000C Timing indicator          0000000C Study indicator
        001C Completion indicator            0C Operator action
        014C Service feature              713C Originating NPA
    6496385C Originating number             0C Overseas=IntrnationlIn
      00866C Terminating NPA           8623534C Terminating number
    2023414C Connect time            000000036C Elapsed time (mmmmsst)
  057700101C SLIP ID                       040C Module (Sub structure)
        577C Digits ID                     011C Significant digits
  10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
        000C Module (S

AA00360C HEX-ID AND STRUCTURE
        141C Call type                      036C Sensor type
    0167713C Sensor (Office)               013C Collector tupe
```

21



HC/BROWN-29538

```
  0964214C Collector ID                    30403C Date (YMMDD)
    00000C Timing indicator           0C00000C Study indicator
       0C Answer ind -0=Answered             0C Svc obs/Traffic Sampld
       0C Operator action                  000C Service feature
      713C Originating NPA             6496385C Originating number
      866C Dialed NPA                  8623534C Dialed number
       0C Overseas=IntrnationlIn         00866C Terminating NPA
  8623534C Terminating number          2023414C Connect time
000000036C Elapsed time (mmmmsst)        02221C Interexchange carrier
    30403C Carrier date               2023399C IC connect time
000000051C IC elapsed time               010C IXC call event status
    40222C Trunk group                     0C IXC routing
        8C Dialing ind                     3C IC/INC ANI/CPN Indica
      000C RAO number                     560C LATA

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
      047C Call type                      032C Collector tupe
  0194713C Sensor (Office)             30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
    00000C Timing indicator                0C Operator action
      001C Completion indicator           713C Originating NPA
      027C Service feature                  0C Overseas=IntrnationlIn
  7319841C Originating number         6496385C Terminating number
    00713C Terminating NPA          000000049C Elapsed time (mmmmsst)
  1909559C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                   yyyyyyyyyyyy Local routing number
      002C Party ID                  yyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID            040C Module (Sub structure)
  1010000C Supporting information         011C Significant digits
      577C Digits ID             0000000000000C Tandem Digits Dialed 2
10004737000C Tandem Digits Dialed 1
      000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
      047C Call type                      032C Collector tupe
  0194713C Sensor (Office)             30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
    00000C Timing indicator                0C Operator action
      001C Completion indicator           713C Originating NPA
      027C Service feature                  0C Overseas=IntrnationlIn
  7319841C Originating number         6496385C Terminating number
    00713C Terminating NPA          000000478C Elapsed time (mmmmsst)
  1910138C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                   yyyyyyyyyyyy Local routing number
      002C Party ID                  yyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID            040C Module (Sub structure)
  1010000C Supporting information         011C Significant digits
      577C Digits ID             0000000000000C Tandem Digits Dialed 2
10004737000C Tandem Digits Dialed 1
      000C Module (S

AA40220C HEX-ID AND STRUCTURE              036C Sensor type
      047C Call type                      032C Collector tupe
  0194713C Sensor (Office)             30403C Date (YMMDD)
  0964214C Collector ID              0000000C Study indicator
    00000C Timing indicator                0C Operator action
      001C Completion indicator           713C Originating NPA
      027C Service feature                  0C Overseas=IntrnationlIn
  7319841C Originating number         6496385C Terminating number
    00713C Terminating NPA          000003341C Elapsed time (mmmmsst)
  2030253C Connect time                  720C Module (Sub structure)
057700101C SLIP ID                   yyyyyyyyyyyy Local routing number
      002C Party ID                  yyyyyyyyyyyyyyy Location
yyyyyyyyyy Service provided ID            040C Module (Sub structure)
  1010000C Supporting information
```

22

HC/BROWN-29539

```
       577C Digits ID                      011C Significant digits
10004737000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type                      036C Sensor type
   0167713C Sensor (Office)                013C Collector tupe
   0964214C Collector ID                 30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       014C Service feature                713C Originating NPA
   6496385C Originating number              0C Overseas=IntrnationlIn
     00866C Terminating NPA            8623534C Terminating number
   2314430C Connect time            000000007C Elapsed time (mmmmsst)
 057700101C SLIP ID                       040C Module (Sub structure)
       577C Digits ID                      011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA00360C HEX-ID AND STRUCTURE
       141C Call type                      036C Sensor type
   0167713C Sensor (Office)                013C Collector tupe
   0964214C Collector ID                 30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
         0C Answer ind -0=Answered         0C Svc obs/Traffic Sampld
         0C Operator action               000C Service feature
       713C Originating NPA            6496385C Originating number
       866C Dialed NPA                 8623534C Dialed number
         0C Overseas=IntrnationlIn        00866C Terminating NPA
   8623534C Terminating number         2314430C Connect time
 000000007C Elapsed time (mmmmsst)       02221C Interexchange carrier
     30403C Carrier date               2314417C IC connect time
 000000020C IC elapsed time              010C IXC call event status
     40222C Trunk group                    0C IXC routing
         8C Dialing ind                    3C IC/INC ANI/CPN Indica
       000C RAO number                   560C LATA

AA40220C HEX-ID AND STRUCTURE
       047C Call type                      036C Sensor type
   0167713C Sensor (Office)                013C Collector tupe
   0964214C Collector ID                 30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
       001C Completion indicator             0C Operator action
       014C Service feature                713C Originating NPA
   6496385C Originating number              0C Overseas=IntrnationlIn
     00866C Terminating NPA            8623534C Terminating number
   2318404C Connect time            000000027C Elapsed time (mmmmsst)
 057700101C SLIP ID                       040C Module (Sub structure)
       577C Digits ID                      011C Significant digits
10007297000C Tandem Digits Dialed 1  0000000000000C Tandem Digits Dialed 2
       000C Module (S

AA00360C HEX-ID AND STRUCTURE
       141C Call type                      036C Sensor type
   0167713C Sensor (Office)                013C Collector tupe
   0964214C Collector ID                 30403C Date (YMMDD)
     00000C Timing indicator           0000000C Study indicator
         0C Answer ind -0=Answered         0C Svc obs/Traffic Sampld
         0C Operator action               000C Service feature
       713C Originating NPA            6496385C Originating number
       866C Dialed NPA                 8623534C Dialed number
         0C Overseas=IntrnationlIn        00866C Terminating NPA
   8623534C Terminating number         2318404C Connect time
 000000027C Elapsed time (mmmmsst)       02221C Interexchange carrier
     30403C Carrier date               2318391C IC connect time
```

23

```
000000040C IC elapsed time          010C IXC call event status
   40222C Trunk group                  0C IXC routing
      8C Dialing ind                    3C IC/INC ANI/CPN Indica
    000C RAO number                   560C LATA

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
 0167713C Sensor (Office)             013C Collector tupe
 0964214C Collector ID              30403C Date (YMMDD)
   00000C Timing indicator         0000000C Study indicator
     001C Completion indicator           0C Operator action
     027C Service feature              713C Originating NPA
 6496385C Originating number            0C Overseas=IntrnationlIn
   00832C Terminating NPA         2741453C Terminating number
 2339209C Connect time          000000258C Elapsed time (mmmmsst)
057700101C SLIP ID                    720C Module (Sub structure)
     002C Party ID        yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyy Location
 1010000C Supporting information      040C Module (Sub structure)
     577C Digits ID                   011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
 0167713C Sensor (Office)             013C Collector tupe
 0964214C Collector ID              30403C Date (YMMDD)
   00000C Timing indicator         0000000C Study indicator
     001C Completion indicator           0C Operator action
     027C Service feature              713C Originating NPA
 6496385C Originating number            0C Overseas=IntrnationlIn
   00832C Terminating NPA         5263270C Terminating number
 2340108C Connect time          000000190C Elapsed time (mmmmsst)
057700101C SLIP ID                    720C Module (Sub structure)
     002C Party ID        yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyy Location
 1010000C Supporting information      040C Module (Sub structure)
     577C Digits ID                   011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
 0167713C Sensor (Office)             013C Collector tupe
 0964214C Collector ID              30403C Date (YMMDD)
   00000C Timing indicator         0000000C Study indicator
     001C Completion indicator           0C Operator action
     027C Service feature              713C Originating NPA
 6496385C Originating number            0C Overseas=IntrnationlIn
   00713C Terminating NPA         2298659C Terminating number
 2342328C Connect time          000000099C Elapsed time (mmmmsst)
057700101C SLIP ID                    720C Module (Sub structure)
     002C Party ID        yyyyyyyyyyyy Local routing number
yyyyyyyyyy Service provided ID  yyyyyyyyyyyyyyyy Location
 1010000C Supporting information      040C Module (Sub structure)
     577C Digits ID                   011C Significant digits
10007297000C Tandem Digits Dialed 1 0000000000000C Tandem Digits Dialed 2
     000C Module (S

AA40220C HEX-ID AND STRUCTURE
     047C Call type                   036C Sensor type
 0167713C Sensor (Office)             013C Collector tupe
 0964214C Collector ID              30403C Date (YMMDD)
   00000C Timing indicator         0000000C Study indicator
     001C Completion indicator           0C Operator action
```

HC/BROWN-29541

```
        027C Service feature                           713C Originating NPA
   6496385C Originating number                          0C Overseas=IntrnationlIn
     00713C Terminating NPA                        2298659C Terminating number
    2343019C Connect time                         000013116C Elapsed time (mmmmsst)
  057700101C SLIP ID                                   720C Module (Sub structure)
        002C Party ID                         yyyyyyyyyyyy Local routing number
  yyyyyyyyyy Service provided ID        yyyyyyyyyyyyyyyyy Location
    1010000C Supporting information                     040C Module (Sub structure)
        577C Digits ID                                 011C Significant digits
 10007297000C Tandem Digits Dialed 1      0000000000000C Tandem Digits Dialed 2
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        047C Call type                                 036C Sensor type
    0167713C Sensor (Office)                            013C Collector tupe
    0964214C Collector ID                             30403C Date (YMMDD)
      00000C Timing indicator                        0000000C Study indicator
        001C Completion indicator                       0C Operator action
        027C Service feature                           713C Originating NPA
   6496385C Originating number                          0C Overseas=IntrnationlIn
      00713C Terminating NPA                       3470477C Terminating number
    2357125C Connect time                         000000136C Elapsed time (mmmmsst)
  057700101C SLIP ID                                   040C Module (Sub structure)
        577C Digits ID                                 011C Significant digits
 10007297000C Tandem Digits Dialed 1      0000000000000C Tandem Digits Dialed 2
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        074C Call type                                 008C Sensor type
    0522713C Sensor (Office)                            013C Collector tupe
    0964214C Collector ID                             30403C Date (YMMDD)
      00000C Timing indicator                        0000000C Study indicator
        001C Completion indicator                       0C Operator action
        027C Service feature                           713C Originating NPA
   2241023C Originating number                          0C Overseas=IntrnationlIn
      00713C Terminating NPA                       6496385C Terminating number
    1955529C Connect time                         000000598C Elapsed time (mmmmsst)
  057700101C SLIP ID                                   040C Module (Sub structure)
        577C Digits ID                                 011C Significant digits
 10005167000C Tandem Digits Dialed 1      0000000000000C Tandem Digits Dialed 2
        720C Module (Sub structure)                    002C Party ID
  yyyyyyyyyyyy Local routing number        yyyyyyyyyy Service provided ID      yy
 yyyyyyyyyyyyyy Location                     1010000C Supporting information
        000C Module (S

AA40502C HEX-ID AND STRUCTURE
        001C Call type                                 008C Sensor type
    0522713C Sensor (Office)                            013C Collector tupe
    0964214C Collector ID                             30403C Date (YMMDD)
         0C Answer ind -0=Answered                    000C Service feature
        713C Originating NPA                      2252943C Originating number
         0C Overseas=IntrnationlIn                  00713C Terminating NPA
    6496385C Terminating number                    2314403C Connect time
  000000013C Elapsed time (mmmmsst)                   007C WATS band/Msg bil.Indx
        720C Module (Sub structure)                    002C Party ID
  yyyyyyyyyyyy Local routing number        yyyyyyyyyy Service provided ID      yy
 yyyyyyyyyyyyyy Location                     1010000C Supporting information
        000C Module (S

AA40220C HEX-ID AND STRUCTURE
        074C Call type                                 008C Sensor type
    0522713C Sensor (Office)                            013C Collector tupe
    0964214C Collector ID                             30403C Date (YMMDD)
      00000C Timing indicator                        0000000C Study indicator
        001C Completion indicator                       0C Operator action
```

١٩

HC/BROWN-29542

```
      027C Service feature
  2241023C Originating number
    00713C Terminating NPA
   2318378C Connect time
 057700101C SLIP ID
       577C Digits ID
10005167000C Tandem Digits Dialed 1
       720C Module (Sub structure)
YYYYYYYYYYYY Local routing number
YYYYYYYYYYYYYY Location
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       074C Call type
   0522713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
       001C Completion indicator
       027C Service feature
  2241023C Originating number
    00713C Terminating NPA
   2320170C Connect time
 057700101C SLIP ID
       577C Digits ID
10005167000C Tandem Digits Dialed 1
       720C Module (Sub structure)
YYYYYYYYYYYY Local routing number
YYYYYYYYYYYYYY Location
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       074C Call type
   0522713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
       001C Completion indicator
       027C Service feature
  2241023C Originating number
    00713C Terminating NPA
   0043394C Connect time
 057700101C SLIP ID
       577C Digits ID
10005167000C Tandem Digits Dialed 1
       720C Module (Sub structure)
YYYYYYYYYYYY Local routing number
YYYYYYYYYYYYYY Location
       000C Module (S

AA40220C HEX-ID AND STRUCTURE
       047C Call type
   0105713C Sensor (Office)
   0964214C Collector ID
     00000C Timing indicator
       001C Completion indicator
       027C Service feature
  9911123C Originating number
    00713C Terminating NPA
   2203292C Connect time
 057700101C SLIP ID
       002C Party ID
 YYYYYYYYYY Service provided ID
   1010000C Supporting information
       577C Digits ID
0007297000C Tandem Digits Dialed 1
       000C Module (S
```

```
      713C Originating NPA
        0C Overseas=IntrnationlIn
   6496385C Terminating number
 000000032C Elapsed time (mmmmsst)
       040C Module (Sub structure)
       011C Significant digits
0000000000000C Tandem Digits Dialed 2
       002C Party ID
  YYYYYYYYY Service provided ID    YY
   1010000C Supporting information

       008C Sensor type
       013C Collector type
     30403C Date (YMMDD)
   0000000C Study indicator
         0C Operator action
       713C Originating NPA
         0C Overseas=IntrnationlIn
   6496385C Terminating number
 000000379C Elapsed time (mmmmsst)
       040C Module (Sub structure)
       011C Significant digits
0000000000000C Tandem Digits Dialed 2
       002C Party ID
  YYYYYYYYY Service provided ID    YY
   1010000C Supporting information

       008C Sensor type
       013C Collector type
     30404C Date (YMMDD)
   0000000C Study indicator
         0C Operator action
       713C Originating NPA
         0C Overseas=IntrnationlIn
   6496385C Terminating number
 000000077C Elapsed time (mmmmsst)
       040C Module (Sub structure)
       011C Significant digits
0000000000000C Tandem Digits Dialed 2
       002C Party ID
  YYYYYYYYY Service provided ID    YY
   1010000C Supporting information

       036C Sensor type
       032C Collector type
     30403C Date (YMMDD)
   0000000C Study indicator
         0C Operator action
       713C Originating NPA
         0C Overseas=IntrnationlIn
   6496385C Terminating number
 000000473C Elapsed time (mmmmsst)
       720C Module (Sub structure)
YYYYYYYYYYYY Local routing number
YYYYYYYYYYYYYYYY Location
       040C Module (Sub structure)
       011C Significant digits
0000000000000C Tandem Digits Dialed 2
```

26

HC/BROWN-29543

```
AA00625C HEX-ID AND STRUCTURE                    036C  Sensor type
        066C  Call type                          032C  Collector tupe
     0107713C  Sensor (Office)                 30403C  Date (YMMDD)
     0964214C  Collector ID                  0000000C  Study indicator
        00000C  Timing indicator                  0C  Svc obs/Traffic Sampld
           0C  Answer ind -0=Answered          023C  Service feature
           0C  Operator action            4390000C  Originating number
          832C  Originating NPA              00713C  Terminating NPA
           0C  Overseas=IntrnationlIn     2224283C  Connect time
      6496385C  Terminating number             0009C  Interexchange carrier
   000000081C  Elapsed time (mmmmsst)      2224194C  IC connect time
        30403C  Carrier date                   010C  IXC call event status
   000000171C  IC elapsed time                   1C  IXC routing
        30574C  Trunk group                      0C  IC/INC AN
           yy  Dialing ind

AA40220C HEX-ID AND STRUCTURE                    036C  Sensor type
        047C  Call type                          032C  Collector tupe
     0194713C  Sensor (Office)                30403C  Date (YMMDD)
     0964214C  Collector ID                  0000000C  Study indicator
        00000C  Timing indicator                  0C  Operator action
         001C  Completion indicator           713C  Originating NPA
         027C  Service feature                   0C  Overseas=IntrnationlIn
     7319841C  Originating number          6496385C  Terminating number
        00713C  Terminating NPA           000000174C  Elapsed time (mmmmsst)
     2202147C  Connect time                    720C  Module (Sub structure)
  057700101C  SLIP ID                 yyyyyyyyyyy  Local routing number
         002C  Party ID             yyyyyyyyyyyyyyy  Location
 yyyyyyyyyy  Service provided ID           040C  Module (Sub structure)
    1010000C  Supporting information         011C  Significant digits
         577C  Digits ID             0000000000000C  Tandem Digits Dialed 2
  10004737000C  Tandem Digits Dialed 1
         000C  Module (S

AA00625C HEX-ID AND STRUCTURE                    036C  Sensor type
        066C  Call type                          032C  Collector tupe
     0107713C  Sensor (Office)                30403C  Date (YMMDD)
     0964214C  Collector ID                  0000000C  Study indicator
        00000C  Timing indicator                  0C  Svc obs/Traffic Sampld
           0C  Answer ind -0=Answered          023C  Service feature
           0C  Operator action            2561234C  Originating number
          409C  Originating NPA              00713C  Terminating NPA
           0C  Overseas=IntrnationlIn     2233299C  Connect time
      6496385C  Terminating number             00009C  Interexchange carrier
   000000082C  Elapsed time (mmmmsst)      2233188C  IC connect time
        30403C  Carrier date                   010C  IXC call event status
   000000194C  IC elapsed time                   1C  IXC routing
        30639C  Trunk group                      0C  IC/INC AN
           yy  Dialing ind

AA00625C HEX-ID AND STRUCTURE                    036C  Sensor type
        066C  Call type                          032C  Collector tupe
     0107713C  Sensor (Office)                30403C  Date (YMMDD)
     0964214C  Collector ID                  0000000C  Study indicator
        00000C  Timing indicator                  0C  Svc obs/Traffic Sampld
           0C  Answer ind -0=Answered          023C  Service feature
           0C  Operator action            2561234C  Originating number
          409C  Originating NPA              00713C  Terminating NPA
           0C  Overseas=IntrnationlIn     2326581C  Connect time
      6496385C  Terminating number             00009C  Interexchange carrier
  000003432C  Elapsed time (mmmmsst)      2326353C  IC connect time
        30403C  Carrier date                   010C  IXC call event status
  000004060C  IC elapsed time                   1C  IXC routing
        30639C  Trunk group
```

27

HC/BROWN-29544