United States District Court
Southern District of Texas
**ENTERED**
May 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED DEWAYNE BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-1749 |
| | § | |
| CITY OF HOUSTON, TEXAS, *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court held a status conference on May 14, 2018. Based on the newly ordered independent investigation into Mr. Brown's criminal case, this court stayed and administratively closed this case pending that investigation. On the court's request, Harris County filed a status report, explaining the scope of the independent investigation and stating that it is expected to be complete by August 31, 2018. (Docket Entry No. 71).

Based on that information, formal discovery, including pending requests and subpoenas, and current deadlines are stayed, pending the resolution of the independent investigation. Harris County's motion to dismiss the *Brady*-based claims, (Docket Entry No. 61), is denied without prejudice to refiling when the stay is lifted and the case reinstated to the court's active docket. Harris County's motion to dismiss the claims against Kim Ogg, (Docket Entry No. 67), is also denied, without prejudice to refiling if and when the stay is lifted and the case reinstated. The parties must file any motion to lift the stay and reinstate the case to the active docket within 14 days after the independent investigation is concluded.

SIGNED on May 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge