United States District Court
Southern District of Texas
**ENTERED**
May 28, 2019
David J. Bradley, Clerk

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALFRED DEWAYNE BROWN, *Plaintiff* vs. CITY OF HOUSTON, TEXAS; HARRIS COUNTY, TEXAS; BRECK McDANIEL; KIM OGG; TED C. BLOYD; and D.L. ROBERTSON, *Defendants.* | CIVIL ACTION NO. 4:17-CV-01749 JURY TRIAL |

## [PROPOSED] ORDER

The Court, having read the parties' Second Agreed Motion to Enlarge Time to Lift Stay and Reinstate Case, hereby GRANTS the motion. Accordingly,

IT IS HEREBY ORDERED that the parties file any motion to lift the stay and reinstate the case to the active docket within 14 days after the Office of the Comptroller of the State of Texas rules on Mr. Brown's Request for Wrongful Imprisonment Compensation.

**SO ORDERED.**

SIGNED on May 28, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge