United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED DEWAYNE BROWN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1749 |
| CITY OF HOUSTON, et al. , | § § | |
| Defendant. | § § | |

## ORDER

Counsel for the plaintiff, David Smith Brill, filed an unopposed motion to withdraw and substitute Trevor A. Hall as counsel of record. (Docket Entry No. 91). The motion is granted.

SIGNED on August 13, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge