United States District Court
Southern District of Texas
**ENTERED**
September 03, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED DEWAYNE BROWN. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-CV-01749 |
| CITY OF HOUSTON, TEXAS, ET AL, | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION AND WITHDRAWAL OF LOCAL COUNSEL

Before the Court is Plaintiff's Unopposed Motion for Substitution and Withdrawal of Local Counsel (the "Motion"). Upon consideration of the Motion, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is, therefore, Ordered that Trevor Andrew Hall is withdrawn as counsel of record for Plaintiff in this case and that C. Dunham Biles of the law firm of Fox Rothschild LLP is hereby substituted in as counsel of record for Plaintiff. Kristen Beightol and the law firm of Edwards Kirby LLP shall remain lead counsel for Plaintiff.

SIGNED on September 3, 2019.

_____
Honorable Lee H. Rosenthal
United States District Judge

Active\101712896.v6-8/28/19