United States District Court
Southern District of Texas
**ENTERED**
October 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED DEWAYNE BROWN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-1749 |
| CITY OF HOUSTON, TEXAS, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Harris County has moved to dismiss the claims against Kim Ogg, in her official capacity as Harris County District Attorney. (Docket Entry No. 93). Brown has responded, and Harris County has replied. (Docket Entry Nos. 98, 99). Brown must submit an additional brief, of no more than three pages, explaining why it is important to deny the motion to dismiss and keep Ogg in the case in her official capacity. Harris County must file a brief, of no more than three pages, explaining why it is important to dismiss the claims and party. Both briefs are due on **October 28, 2019**.

SIGNED on October 7, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge