# EXHIBIT B

**GLENN HEGAR**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

THE STATE OF TEXAS §

COUNTY OF TRAVIS §

## OFFICIAL CERTIFICATION

I, David Menchaca, Custodian of Records for the Comptroller of Public Accounts, hereby certify that the document annexed hereto is a true and correct copy of paid state warrant number 142914818, in the amount of $980,000.00, issued on 12/23/2020 to Alfred Dewayne Brown, in payment of his wrongful imprisonment claim under Chapter 103 of the Texas Civil Practice and Remedies Code, and maintained by the Comptroller of Public Accounts, as the same now appears in the official records of the Comptroller of Public Accounts, an agency of the State of Texas, except that bank account and routing numbers on the indorsement have been redacted in accordance with Tex. Gov't Code Sec. 552.136. These records consist of records, reports, statements, or data compilations, in any form, of a public office, setting forth the activities of the office or matters observed pursuant to a duty imposed by law as to which there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Witness my hand and seal of the Comptroller of Public Accounts at Austin, Texas, this 26th day of March, 2021.

David D. Menchaca,
Sr. Legal Counsel/Disclosure Officer
Open Records Section
Comptroller of Public Accounts

1/8/2021        Display Image        Page: 1 of 2

To zoom in on the image, use the + icon. To zoom out on the image, use the - icon. To print the image, please click on the print icon.



**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

TREASURY WARRANT NO. 142914818

DECEMBER 23, 2020

122220   7XXXXX85136   000   0001   902   95M10143
PAYING AGENCY 512-463-4561   COMPTROLLER - STATE FISCAL

Pay NINE HUNDRED EIGHTY THOUSAND DOLLARS AND 00/100     $ 980,000.00

To   ALFRED DEWAYNE BROWN
     C/O NEAL S MANNE
     1000 LOUISIANA ST STE 5100
     HOUSTON, TX 77002-5091

Glenn Hegar
Comptroller of Public Accounts

VOID AFTER 08/31/2023

⑊'304⑊' ⑊:114900164⑊: ⑊'142914818⑊'

COH_BROWN013425

1/8/2021        Display Image        Page: 2 of 2

To zoom in on the image, use the + icon. To zoom out on the image, use the - icon. To print the image, please click on the print icon.

21025746

NOTICE: To verify the status of this warrant, call the Comptroller of Public Accounts Warrant Status Inquiry System (IVR) at (512) 463-5961 or 800-531-5441 Ext. 3-5961

ENDORSE ABOVE THIS LINE

*Alfred O. Brown*

By endorsement I certify that I have not previously submitted this warrant for payment, or rejected it as lost or stolen.

This warrant will not be honored if it has been altered, reported as lost or stolen, or paid, or if any endorsement is forged or missing, or it prohibited by law.

FEDERAL RESERVE REGULATION CC
Security features on this document include a colored background on the face with reactive ink and a security screen on the back.

COH_BROWN013426