United States District Court
Southern District of Texas
**ENTERED**
May 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED DEWAYNE BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1749 |
| | § | |
| CITY OF HOUSTON, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The motion for summary judgment filed by Breck McDaniel, Ted Bloyd, Darrell Robertson, and the City of Houston, (Docket Entry No. 141), is granted. The claims asserted by Alfred Brown against them are dismissed, with prejudice. For the reasons stated in the accompanying Memorandum and Opinion, the claims asserted by Alfred Brown against Harris County are also dismissed, with prejudice.

Each party will pay its own costs of court.

This is a final judgment.

SIGNED on May 11, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge