IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALFRED DEWAYNE BROWN.**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF HOUSTON, TEXAS, HARRIS COUNTY, TEXAS, BRECK MCDANIEL, TED C. BLOYD, AND D.L. ROBERTSON,**<br><br>**Defendants.** | Civil Action No. 4:17-CV-01749 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Alfred Dewayne Brown, appeals to the United States Court of Appeals for the Fifth Circuit the Order granting Defendants City of Houston, Breck McDaniel, Ted Bloyd and Darrell Robertson's Motion for Summary Judgment pursuant to The Tim Cole Act (Dkt. No. 141) and the resulting final judgment as to Plaintiff's 42 U.S.C. § 1983 claims (Dkt. No. 150), which were entered in this action on the 11th of May, 2021.

This the 7th day of June, 2021.

/s/ *Catharine E. Edwards*
**Catharine E. Edwards, Esquire**
California Bar No. 304137
North Carolina Bar No. 52705
**Kristen L. Beightol, Esquire**
**EDWARDS KIRBY, LLP**

1

3201 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 780-5400
Facsimile: (919) 800.3099
Email: cedwards@edwardskirby.com
kbeightol@edwardskirby.com
*Admitted *Pro Hac Vice*

**C. Dunham Biles, Esquire**
Texas State Bar No. 24042407
FOX ROTHSCHILD, LLP
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 231-5720
Facsimile: (972) 404-0516
Email: cbiles@foxrothschild.com

*Attorneys for Plaintiff Alfred Dewayne Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed on behalf of the Plaintiff the foregoing Plaintiff's Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and/or their attorneys who have appeared in this action.

This the 7th day of June, 2021.

/s/ Catharine E. Edwards
Catharine E. Edwards
EDWARDS KIRBY, LLP
3201 Glenwood Ave., Suite 100
Raleigh, NC  27612
(919) 780-5400
cedwards@edwardskirby.com